1  | ALDEN F. ABBOTT
   | General Counsel
2  | GREGORY A. ASHE
3  | HELEN CLARK
   | Federal Trade Commission
4  | 600 Pennsylvania Avenue NW
   | Washington, DC 20850
5  | Telephone: 202-326-3719 (Ashe)
6  | Telephone: 202-326-2273 (Clark)
   | Facsimile: 202-326-3768
7  | Email:gashe@ftc.gov, hclark@ftc.gov

8  | NICHOLAS A. TRUTANICH
   | United States Attorney
9  | LINDSAY AGER
10 | Assistant United States Attorney
   | Nevada Bar No. 11985
11 | 501 Las Vegas Blvd. South, Suite 1100
   | Las Vegas, Nevada 89101
12 | Phone: (702) 388-6336
13 | Facsimile: (702) 388-6787
   | Email: Lindsay.ager@usdoj.gov

14 | 
15 | Attorneys for Plaintiff

16 | **UNITED STATES DISTRICT COURT**
   | **DISTRICT OF NEVADA**
17 |

18 | **FEDERAL TRADE COMMISSION**,

19 |          Plaintiff,

20 |          v.

21 | **LEAD EXPRESS, INC.**, *et al*.,

22 |          Defendants.

**Case No.**

**FTC'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**FILED UNDER SEAL**

1

2

**TABLE OF EXHIBITS**

3

4

Declaration of Rebecca Brinks ............................................................................................. PX01

Declaration of Kevin Brown.................................................................................................. PX02

Declaration of Eboni Cohran ............................................................................................... PX03

Declaration of Sheila Gary................................................................................................... PX04

Declaration of Danyel Hane.................................................................................................. PX05

Declaration of Todd Jordan .................................................................................................. PX06

Declaration of Shannon McCollum ...................................................................................... PX07

Declaration of Schana Taylor ............................................................................................... PX08

Declaration of Jeremy Neal ................................................................................................. PX09

Declaration of Dianna Feddersen......................................................................................... PX10

Declaration of Jennifer Kircher ........................................................................................... PX11

Declaration of Jillian Decker ............................................................................................... PX12

Declaration of Kenneth Eisenhut......................................................................................... PX13

Declaration of Melissa Lee .................................................................................................. PX14

Declaration of Lisa Versluys ................................................................................................ PX15

Declaration of Gregory Tremaglio........................................................................................ PX16

Declaration of Jun Yoon ....................................................................................................... PX17

Declaration of Lea Aoun....................................................................................................... PX18

Declaration of Rufus Jenkins ............................................................................................... PX19

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Part 1: Declaration—Attachment H, pages 1 – 148

24

Part 2: Attachment I—Attachment K, pages 149 – 611

25

Part 3: Attachment L—Attachment U, pages 612 – 1225

26

Part 4: Attachment V—Attachment FF, pages 1226 – 1310

27

Part 5: Attachment GG—Attachment NN, pages 1311 – 1401

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Part 6: Attachment OO—Attachment WW, pages 1402 – 1509

Part 7: Attachment XX—Attachment MMM, pages 1510 – 1699

Part 8: Attachment NNN—Attachment CCCC, pages 1700 – 1772

Part 9: Attachment DDDD—Attachment JJJJ, pages 1773 – 1988

Part 10: Attachment KKKK—Attachment PPPP, pages 1989 – 2134

Supplemental Declaration of Rufus Jenkins ............................................................................ PX20