# EXHIBIT 19

## DECLARATION OF RUFUS JENKINS

### Part 1: Declaration – Attachment H, pages 1 – 148

**DECLARATION OF RUFUS JENKINS**
**PURSUANT TO 28 U.S.C. §1746**

I, Rufus L. M. Jenkins, have personal knowledge of the facts and matters discussed in this declaration and, if called as a witness, could and would testify as follows:

1. I am a citizen of the United States and over the age of eighteen (18) years old.  I am employed by the Federal Trade Commission ("FTC") as an investigator in the Bureau of Consumer Protection's Division of Financial Practices.  My office address is 600 Pennsylvania Avenue, NW, Mail Stop CC-10232, Washington, DC 20580.

2. I have worked with the FTC since April 2019.  Previously, I worked for eight years in a forensics practice at one of the Big Four public accounting firms.  I earned my Master of Accountancy and Master of Business Administration from Mercer University.

3. At the FTC, my responsibilities include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and any other laws or rules enforced by the FTC.  In the normal course of carrying out my investigative responsibilities, I regularly use Internet search engines, electronic databases, spreadsheet software, and a variety of other software-based investigative and organizational tools.  I regularly review a variety of records, including bank data, website registration data, and telecommunications records, engaging in analysis for indicators of fraudulent activity.

4. I am a licensed Certified Public Accountant ("CPA").  To become a licensed CPA, I passed the Uniform CPA Examination®.  The CPA Exam consists of four, four-hour sections: Auditing and Attestation, Business Environment and Concepts, Financial Accounting and Reporting, and Regulation.  Examples of content areas within exam sections include Performing Further Procedures and Obtaining Evidence, Economic Concepts and Analysis,

1

Financial Statement Accounts, and Business Law.  Further, I had to meet rigorous requirements concerning education, experience, and ethics.  To maintain my permit to practice, I must complete no less than eighty hours of acceptable continuing professional education ("CPE") during the two-year period preceding the date my license expires.  Representative subject areas of acceptable continuing education credits include Accounting and auditing, Computer Science, Statistics, Economics, and Business Law.

5. I am also a Certified Fraud Examiner ("CFE").  To become a Certified Fraud Examiner, I had to pass an exam which tested four subject areas: (1) fraud prevention and deterrence; (2) fraudulent financial transactions; (3) fraud investigations; and (4) legal elements of fraud.  To maintain my CFE Credential, I am required to earn at least twenty hours of CPE every 12-month period.  At least ten of these hours must relate directly to the detection and deterrence of fraud and two hours must relate directly to ethics.  The other eight are left to individual choice between the two preceding fields of study and the exam subject areas.

6. As part of my duties at the FTC, I have been assigned to work on the FTC's investigation of Lead Express, Inc. ("Lead Express"); Camel Coins, Inc. ("Camel Coins"); Sea Mirror, Inc. ("Sea Mirror"); Naito, Corp.; Kotobuki Marketing, Inc. ("Kotobuki Marketing"); Ebisu Marketing, Corp. ("Ebisu Marketing"); Hotei Marketing, Inc. ("Hotei Marketing"); Daikoku Marketing, Inc. ("Daikoku Marketing"), (collectively, the "Corporate Defendants"); La Posta Tribal Lending Enterprise,  also doing business as Harvest Moon Financial, Harvest Moon Loans, Gentle Breeze, Gentle Breeze Online, and Green Stream Lending (the "Tribal Defendant");  Takehisa Naito; and Keishi Ikeda.  Throughout this declaration, I will refer to the subjects of the FTC's investigation collectively as "Defendants."

7. During the course of this investigation, I have acquired personal knowledge and information about the facts stated here, and if called, would testify to the same.  My conclusions are based on my investigation of Defendants, which included my review of consumer complaints about the Defendants' business practices and review of documents obtained by the FTC, including, but not limited to, corporate records, website and domain registration documents, telephone records, and financial records.

8. During the investigation, the FTC obtained records and information from a number of sources through compulsory process, by issuing a Civil Investigative Demand ("CID"), and other means.  The records and information include, but are not limited to, consumer complaints, corporate filings, website and domain registration documents, telephone records, and financial records.  Throughout this declaration, I refer to Defendants' various financial accounts using the following protocol: an abbreviated trade name (in whose name the particular account is held), bank initials, and the last four digits of the account number.

9. One of my duties is to serve as document custodian for the FTC in this investigation.  As the custodian of documents and information collected in the course of this investigation, I maintain all such evidence in my custody and control, either on a secure FTC server or in a locked filing cabinet in my office.  Personal information, such as social security numbers and account numbers, have been redacted from the attachments to this declaration in order to protect the privacy of consumers and individuals associated with the Defendants.  Copies of any documents referred to in my declaration are available without information obscured for viewing upon request.  Below, I describe those documents and information the FTC gathered during this investigation, and, in some instances, present my analysis of this evidence.

## I.   BUSINESS FORMATIONS AND RECORDS

10. The Corporate Defendants were created by documents filed with either state governmental agencies in California or Nevada, and the Tribal Defendant was established pursuant to tribal resolutions.  Although incorporated in Nevada, Lead Express and Kotobuki Marketing registered with California to transact business within the state.

11. Although not all images are available online, California allows the public to access and download company formation and amendatory documents from its state-run website.[1] Nevada allows ordering these same records through its Commercial Recordings Division in the Office of the Secretary of State ("SOS").[2]  In contrast, the Tribal Defendant's organizing documents and entity records were not readily publicly available, but they submitted them to third parties to establish financial accounts.

12. During the investigation, the FTC obtained company records from California and Nevada in the manner described in the preceding paragraph.  The FTC acquired company records of the Tribal Defendant through compulsory process issued to financial institutions.  True and correct copies of the Corporate and Tribal Defendants' organizational and amendatory documents are summarized in Table 1 below.

**Table 1**

| Entity Name | Attachment | State | Formation Date | Status |
|---|---|---|---|---|
| Lead Express, Inc. | A | CA | Sept. 24, 2013 | Surrendered |
| | | NV | Jan. 25, 2011 | Active |
| Camel Coins, Inc. | B | CA | Nov. 8, 2011 | Dissolved |
| | | NV | Mar. 19, 2012 | Active |
| Sea Mirror, Inc. | C | CA | Feb. 8, 2013 | Dissolved |
| | | NV | Feb. 21, 2012 | Active |
| Naito Corp. | D | CA | July 28, 2006 | Dissolved |
| | | NV | Oct. 5, 2018 | Active |
| Kotobuki Marketing, Inc. | E | CA | July 13, 2016 | Surrendered |
| | | NV | Dec. 4, 2014 | Active |

[1] California's business database is available at https://businesssearch.sos.ca.gov/.
[2] Nevada's business database is available at https://esos.nv.gov/EntitySearch/OnlineEntitySearch.

4

| Ebisu Marketing, Inc. | **F** | CA | Mar. 3, 2010 | Active |
|---|---|---|---|---|
| Hotei Marketing, Inc. | **G** | CA | Mar. 6, 2013 | Active |
| Daikoku Marketing, Inc. | **H** | CA | Apr. 30, 2013 | Active |
| La Posta Tribal Lending Enterprise | **I** | Tribal | Apr. 21, 2010 | Active |

13. A review of the Tribal Defendant's organizing documents in **Attachment I** shows that it has also registered the following trade names:  Harvest Moon Financial, Gentle Breeze, and Green Stream Lending.

## II.    INDIVIDUAL DEFENDANTS

### A.    Takehisa Naito

14. Takehisa Naito is connected to each of the Corporate Defendants as either an owner, director, or officer, and usually all three.  Table 2 below summarizes the connections between Takehisa Naito and the Corporate Defendants.

**Table 2**

| Title | Company | Source Record | Att. |
|---|---|---|---|
| Owner | Camel Coins, Inc. | Camel Coins WF – 9898 Sig. Card | **Att. DDD** |
| | Daikoku Marketing, Inc. | Daikoku Marketing WF – 6881 Sig. Card | **Att. EEE** |
| | Ebisu Marketing, Corp. | Ebisu Marketing WF – 6154 Sig. Card | **Att. GGG** |
| | Hotei Marketing, Inc. | Hotei Marketing WF – 3413 Sig. Card | **Att. HHH** |
| | Kotobuki Marketing, Inc. | Kotobuki Marketing WF – 9062 Sig. Card | **Att. III** |
| | Lead Express, Inc. | Lead Express WF – 9880 Sig. Card | **Att. JJJ** |
| | Naito, Corp. | Naito Corp WF – 9539 Sig. Card | **Att. KKK** |
| | Sea Mirror, Inc. | Sea Mirror WF – 8354 Sig. Card | **Att. LLL** |
| Director | Camel Coins, Inc. | NV Corporate Records | **B** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Hotei Marketing, Inc. | CA Corporate Records | **G** |
| | Kotobuki Marketing, Inc. | NV Corporate Records | **E** |
| | Lead Express, Inc. | CA, NV Corporate Records | **A** |
| | Naito, Corp. | NV Corporate Records | **D** |
| | Sea Mirror, Inc. | NV Corporate Records | **C** |
| Chief Executive Officer | Camel Coins, Inc. | CA Corporate Records | **B** |
| | Daikoku Marketing, Inc. | CA Corporate Records | **H** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Hotei Marketing, Inc. | CA Corporate Records | **G** |
| | Kotobuki Marketing, Inc. | CA Corporate Records | **E** |
| | Lead Express, Inc. | CA Corporate Records | **A** |
| | Naito, Corp. | CA Corporate Records | **D** |

5

| | | | |
|---|---|---|---|
| | Sea Mirror, Inc. | CA Corporate Records | **C** |
| President | Camel Coins, Inc. | CA, NV Corporate Records | **B** |
| | Daikoku Marketing, Inc. | CA Corporate Records | **H** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Hotei Marketing, Inc. | CA Corporate Records | **G** |
| | Kotobuki Marketing, Inc. | CA, NV Corporate Records | **E** |
| | Lead Express, Inc. | CA, NV Corporate Records | **A** |
| | Naito, Corp. | CA, NV Corporate Records | **D** |
| | Sea Mirror, Inc. | CA, NV Corporate Records | **C** |
| Secretary | Camel Coins, Inc. | CA, NV Corporate Records | **B** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Lead Express, Inc. | NV Corporate Records | **A** |
| | Sea Mirror, Inc. | NV Corporate Records | **C** |
| Chief Financial Officer | Camel Coins, Inc. | CA, NV Corporate Records | **B** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **G** |
| Treasurer | Camel Coins, Inc. | NV Corporate Records | **B** |
| | Lead Express, Inc. | NV Corporate Records | **A** |
| | Sea Mirror, Inc. | NV Corporate Records | **C** |
| Vice President | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Sea Mirror, Inc. | CA Corporate Records | **C** |
| Authorized signatory | Camel Coins, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **WW, DDD, MMM** |
| | Daikoku Marketing, Inc. | Wells Fargo signature cards | **EEE** |
| | Ebisu Marketing, Corp. | Open Bank, Wells Fargo, Bank of Hope signature cards | **XX, FFF, GGG, MMM** |
| | Hotei Marketing, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **CCC, HHH, MMM** |
| | Kotobuki Marketing, Inc. | Open Bank, Wells Fargo signature cards | **YY, III** |
| | Lead Express, Inc. | Open Bank, Wells Fargo signature cards | **ZZ, JJJ** |
| | Naito, Corp. | Open Bank, Wells Fargo signature cards | **AAA, KKK** |
| | Sea Mirror, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **BBB, HHH, MMM** |

**B.   Keishi Ikeda**

15. Keishi Ikeda is connected to each of the Corporate Defendants as either an owner, director, officer, or registered agent.  Table 3 below summarizes the connections between Keishi Ikeda and the Corporate Defendants.

**Table 3**

| Title | Company | Source Record | Att. |
|---|---|---|---|
| Owner | Kotobuki Marketing, Inc. | Kotobuki Marketing OB – 3791 Sig. Card | **YY** |
| Director | Kotobuki Marketing, Inc. | NV Corporate Records | **E** |

6

| | | | |
|---|---|---|---|
| Secretary | Camel Coins, Inc. | CA, NV Corporate Records | **B** |
| | Daikoku Marketing, Inc. | CA Corporate Records | **H** |
| | Hotei Marketing, Inc. | CA Corporate Records | **G** |
| | Kotobuki Marketing, Inc. | CA, NV Corporate Records | **E** |
| | Lead Express, Inc. | CA, NV Corporate Records | **A** |
| | Naito, Corp. | CA, NV Corporate Records | **D** |
| | Sea Mirror, Inc. | CA, NV Corporate Records | **C** |
| Chief Financial Officer | Camel Coins, Inc. | CA Corporate Records | **B** |
| | Daikoku Marketing, Inc. | CA Corporate Records | **H** |
| | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| | Hotei Marketing, Inc. | CA Corporate Records | **G** |
| | Kotobuki Marketing, Inc. | CA Corporate Records | **E** |
| | Lead Express, Inc. | CA Corporate Records | **A** |
| | Naito, Corp. | CA Corporate Records | **D** |
| | Sea Mirror, Inc. | CA Corporate Records | **C** |
| Treasurer | Camel Coins, Inc. | NV Corporate Records | **B** |
| | Kotobuki Marketing, Inc. | NV Corporate Records | **E** |
| | Lead Express, Inc. | CA, NV Corporate Records | **A** |
| | Naito, Corp. | NV Corporate Records | **D** |
| | Sea Mirror, Inc. | CA, NV Corporate Records | **C** |
| Registered Agent | Ebisu Marketing, Corp. | CA Corporate Records | **F** |
| Authorized Signatory | Camel Coins, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **WW, DDD, MMM** |
| | Daikoku Marketing, Inc. | Wells Fargo signature cards | **EEE** |
| | Ebisu Marketing, Corp. | Open Bank, Wells Fargo, Bank of Hope signature cards | **XX, FFF, GGG, MMM** |
| | Hotei Marketing, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **CCC, HHH, MMM** |
| | Kotobuki Marketing, Inc. | Open Bank, Wells Fargo signature cards | **YY, III** |
| | Lead Express, Inc. | Open Bank, Wells Fargo signature cards | **ZZ, JJJ** |
| | Naito, Corp. | Open Bank, Wells Fargo signature cards | **AAA, KKK** |
| | Sea Mirror, Inc. | Open Bank, Wells Fargo, Bank of Hope signature cards | **BBB, HHH, MMM** |
| Authorized user cash management services | La Posta Tribal Lending Enterprise | Cash Management Agreements | **II, JJ, KK** |
| Authorized representative for electronic payments | La Posta Tribal Lending Enterprise | Company Agreements for Electronic Payments | **LL, MM, NN** |

## III.    CONSUMER COMPLAINTS

16. During the course of the investigation, the FTC obtained consumer complaints from two

sources:  the Consumer Sentinel Network ("Sentinel") and the Better Business Bureau

7

("BBB").  Sentinel is a database of consumer complaints maintained and administered by the FTC.  Access to complaints is reserved to law enforcement agencies who become a Sentinel member.  Sentinel receives complaints from consumers who directly contact the FTC, as well as those shared by data contributors, including other law enforcement agencies and consumer protection organizations.  Given the vast number of complaints from numerous sources, Sentinel complaints are purged from the database regularly every five years.

17. During the course of the investigation, I searched the Sentinel database for complaints filed against Defendants.  I found 972 consumer complaints submitted to Sentinel as of May 7, 2020 regarding Defendants.  Not all of these complaints include details about the subject transactions.  Some only include consumer information, the type of product or service involved, and the subject business's information.  Of the complaints that do include a substantive narrative though, the majority report the business practices set forth in the FTC's complaint.  True and correct copies of the Sentinel complaints collected are available upon request.

18. During the investigation, the FTC obtained, and I reviewed, records from the BBB serving the Pacific Southwest regarding Defendants.  The BBB records include both consumer reviews and complaints.  Whereas a BBB review is a comment of a consumer's experience with a business, a BBB complaint involves correspondence between the consumer, BBB, and subject business working to resolve a dispute that arose from a transaction.  The BBB typically sends consumer complaints to Sentinel.  I reviewed the complaints submitted by the BBB to determine whether the complaints we received from the BBB were duplicates of the complaints I downloaded through Sentinel.  I determined that there are seventy-seven BBB

8

complaints that were not included in the Sentinel complaints, bringing the total complaints concerning the Defendants to 1,049 from December 2011 to May 2020.

19. True and correct copies of the BBB records the FTC obtained are attached to my declaration as noted in Table 4 below.

**Table 4**

| Trade Name | Attachment | BBB Record Type | Time Period | Record Count |
|---|---|---|---|---|
| Gentle Breeze | **J** | Complaints | Dec. 2011–Mar. 2020 | 165 |
| | | Reviews | June 2015–Mar. 2019 | 65 |
| Green Stream Lending | **K** | Complaints | Feb. 2014–Mar. 2020 | 159 |
| | | Reviews | June 2014–Mar. 2019 | 46 |
| Harvest Moon Financial | **L** | Complaints | June 2013–Mar. 2020 | 121 |
| | | Reviews | Apr. 2014–Apr. 2019 | 51 |

## IV.   DEFENDANTS' WEBSITES

20. Throughout the course of the investigation, I regularly visited the various websites related to the Defendants and this scheme.  I periodically preserved each of these websites using one of three tools, or some combination of the three.  One is HTTrack, a free Web crawler and offline browser utility that allows users to download a website from the Internet.[3]  The second is the Snip & Sketch app, which allows a user to capture screenshots, available on Windows 10 devices.  The third is Camtasia, a screen recording software available for purchase.[4]

21. The multiple true and correct copies of the web pages making up the Defendants' websites I captured throughout the investigation are preserved and available upon request.  True and correct copies of the most recent versions of Defendants' websites are attached to this

---

[3] Users can download the HTTrack program at https://www.httrack.com/.
[4] More information on Camtasia is available at https://www.techsmith.com/video-editor.html.

9

declaration as set forth below.  Captures of previous versions of the websites are available upon request.

    a.   gentlebreezeonline.com—**Attachment M**;

    b.   greenstreamlending.com—**Attachment N**;

    c.   harvestmoonloans.com—**Attachment O**;

    d.   kotobukimarketing.com—**Attachment P**;

    e.   naito-corp.com—**Attachment Q**;

    f.   naitogroup.com—(redirects to naito-corp.com) **Attachment R**.

22. Defendant's websites, harvestmoonloans.com, greenstreamlending.com, and gentlebreezeonline.com, contain redirect web addresses to lendredirect.com for the following navigation buttons: Login, Apply Now, and Contact Us.  Defendant's website gentlebreezeonline.com also includes links to the same domain, lendredirect.com, for the My Account and View Privacy Policy buttons.

23. During the course of the investigation, I visited the harvestmoonloans.com website and clicked on the "Apply Now" hyperlink.  As mentioned, I was redirected to a landing page on lendredirect.com.  The landing page consisted of an online payday loan application with many blank fields in which an applicant would enter information.  The application page asked for such information as name, address, date of birth, Social Security number, employment information, financial information (including bank name, routing number, and account number).  The webpage allows applicants to select the amount they want to borrow using a drop down box.  I did not enter any information and proceed beyond the landing page.  I recorded this visit using the Camtasia.  A copy of the screen recording is available upon request.

10

24. During the investigation, I monitored another short-term loan website owned by the Tribal Defendant, jetcredit365.com.  The multiple true and correct copies of this website that I captured throughout the investigation are preserved and available upon request.  A true and correct copy of the most recent capture of this website is appended as **Attachment S.**

## V.   DOMAIN NAME REGISTRATION RECORDS

25. During the investigation, the FTC issued a civil investigative demand to, and obtained records from, GoDaddy.com LLC, an Internet domain registrar and web hosting company.  True and correct copies of the registration information provided by GoDaddy are attached hereto as follows:

   a.   GoDaddy Shopper ID 29537467—**Attachment** T;

   b.   GoDaddy Shopper ID 41348753—**Attachment U.**

26. The payment information provided by GoDaddy for gentlebreezeonline.com, greenstreamlending.com, and harvestmoonloans.com shows Tumbleweed Software, Inc., doing business as Answers ETC.,[5] pays the invoices directed to the Tribal Defendant for these domain names.

27. After the FTC received the documents from GoDaddy, the domain name registration of camelcoins.com, gentlebreezeonline.com, harvestmoonloans.com, mygbo.com, naito-corp.com, naitogroup.com, and sea-mirror.com entered a brief expiration period.[6]  However,

---

[5] Through research, I found that Tumbleweed Software, Inc. is a Texas corporation.  Doing business as Answers, ETC, it provides, among other things, loan management software that allows customers to create different loan types (e.g., single pay, installment loan, etc.), underwrite loans, and process loan payments.  Answers, ETC. is the domain name registrant organization of lendredirect.com, the redirect web address embedded in the Tribal Defendant's websites discussed above in Paragraph 22.  More information regarding Tumbleweed Software is available on its website at https://answersetc.com/.

[6] Each of these three domain name registrations expired on November 29, 2019, and were updated a day later on November 30, 2019.  They are now each set to expire on November 29, 2021.

the registration was immediately updated, DNS, or Domain Name System, service was not interrupted, and the domains remained fully functional.[7]

## VI.   COMMERCIAL MAIL RECEIVING AGENCIES

28. Defendant's corporate filings include several variations of the following address: 2780 South Jones Blvd, Suite 200, Las Vegas, NV 89146.  Research revealed that address is occupied by the business Forward Nevada, a commercial mail receiving agency ("CMRA").  The use of CMRAs can be indicia of fraud, as such services can be used to hide an entity's actual physical location.

29. During the investigation, I obtained PS Form 1583, Application for Delivery of Mail Through Agent, from the United States Postal Inspection Service for the five following suites at Forward Nevada: 3132, 3637, 3692, 3695, and 3827.  True and correct copies of the PS Form 1583s are appended as **Attachment V.**  Table 5 below summarizes Defendants' use of services provided by Forward Nevada.

**Table 5**

| Applicant | Address | Mail Recipient | Different Related Company Listed |
|---|---|---|---|
| Takehisa Naito | 2780 South Jones Blvd, Suite 200-3132, Las Vegas, NV 89146 | Takehisa Naito | None |
| | 2780 South Jones Blvd, Suite 200-3637, Las Vegas, NV 89146 | Lead Express, Inc. | Naito, Corp. |
| | 2780 South Jones Blvd, Suite 200-3692, Las Vegas, NV 89146 | Sea Mirror, Inc. | None |
| | 2780 South Jones Blvd, Suite 200-3695, Las Vegas, NV 89146 | Camel Coins, Inc. | None |
| | 2780 South Jones Blvd, Suite 200-3827, Las Vegas, NV 89146 | Kotobuki Marketing, Inc. | None |

---

[7] For more information regarding the expiration timeline of domains registered with GoDaddy, visit https://www.godaddy.com/help/what-happens-when-my-domain-expires-609.

12

## VII.  SHARED ADDRESSES

30. During the investigation, I identified a set of addresses, besides the address discussed above, that Defendants have used.  Table 6 below summarizes those shared addresses and associated entities.

**Table 6**

| 101 Convention Center Drive, Suite 500<br>Las Vegas, NV 89109<br>(Office building – current call center) | | |
|---|---|---|
| **Associated Entity** | **Source Record** | **Att.** |
| Camel Coins, Inc. | Camel Coins WF – 9898 Sig. Card | **Att. III** |
| Daikoku Marketing, Inc. | Daikoku Marketing WF – 6881 Sig. Card | **Att. JJJ** |
| Ebisu Marketing, Corp. | Ebisu Marketing WF – 6154 Sig. Card | **Att. LLL** |
| Hotei Marketing, Inc. | Hotei Marketing WF – 3413 Sig. Card | **Att. MMM** |
| Kotobuki Marketing, Inc. | Kotobuki Marketing WF – 9062 Sig. Card | **Att. NNN** |
| Lead Express, Inc. | Lead Express WF – 9880 Sig. Card | **Att. OOO** |
| Naito, Corp. | Naito Corp WF – 9539 Sig. Card | **Att. PPP** |
| Sea Mirror, Inc. | Sea Mirror WF – 8354 Sig. Card | **Att. QQQ** |
| 1930 Wilshire Boulevard, Suite 400<br>Los Angeles, CA 90057<br>(Commercial building – previous call center) | | |
| **Associated Entity** | **Source Record** | **Att.** |
| Camel Coins, Inc. | CA Statement of Information 2011 | **B** |
| Daikoku Marketing, Inc. | CA Articles of Incorporation 2013<br><br>CA Statement of Information 2018, 2019 | **H** |
| Ebisu Marketing, Corp. | CA Statement of Information 2011, 2012, 2018-2020 | **F** |
| Hotei Marketing, Inc. | CA Articles of Incorporation 2013<br><br>CA Statement of Information 2018-2020 | **G** |
| Lead Express, Inc. | CA Statement of Information 2014 | **A** |
| Naito, Corp. | CA Statement of Information 2017, 2018<br><br>LA County Clerk Fictitious Business Name Statement 2011 | **D** |
| 8 1/2 Crestwood Road<br>Boulevard, CA 91905<br>(Tribal land) | | |
| **Associated Entity** | **Source Record** | **Att.** |
| Gentle Breeze Online | Website | **M** |
| Green Stream Lending | Website | **N** |
| Harvest Moon Financial | Website | **O** |

## VIII. LOAN APR CALCULATIONS

31. During the course of the investigation, I calculated the annual percentage rate ("APR") for loans to certain consumers from Defendants based on those consumers' loan amounts,

13

number of payments, and total of payments, and compared the resulting APRs to the advertised terms on the Defendants' websites.  To calculate accurate APRs on closed-end loans under TILA, and its implementing Regulation Z, I used a computer program named "APRWIN," which is produced and managed by the Office of the Comptroller of the Currency (OCC), available for download at https://www.occ.treas.gov/tools-forms/tools/compliance-bsa/aprwin-software.html.  OCC states the product, initially released in May 2008, is "an efficient tool for verifying annual percentage rates."  The tool is commonly relied upon by government agencies to calculate APRs.

32. To calculate the APRs for each consumer's loan, I used the payment history records of consumers Rebecca Brinks, Eboni Cohran, Rachel Hayes, Todd Jordan, Jennifer Kircher, Shannon McCollum, Jeremy Neal, and Schana Taylor, which are attached to their respective declarations and can be found at PX01 Att. D, PX06 Att. C, PX07 Att. A, PX08 Att. A, PX09 Att. A, PX11 Att. B, Aoun Att. A, Jenkins Att. D.  Table 7 below compares the actual number of payments each consumer made versus the number of payments advertised on Defendants' websites.

**Table 7**

| Consumer | Amount Borrowed | Advertised Number of Payments | Actual Number of Payments | Difference between Actual and Advertised Number of Payments |
|---|---|---|---|---|
| Brinks | $100 | 1 | 3 | 2 |
| Brinks | $200 | 1 | 11 | 10 |
| Brinks | $100 | 1 | 7 | 6 |
| Cohran | $200 | 1 | 10 | 9 |
| Cohran | $100 | 1 | 4 | 3 |
| Hayes | $250 | 1 | 12 | 11 |
| Jordan | $150 | 1 | 10 | 9 |
| Jordan | $100 | 1 | 7 | 6 |
| Kircher | $200 | 1 | 6 | 5 |
| McCollum | $150 | 1 | 11 | 10 |
| Neal | $200 | 1 | 4 | 3 |
| Taylor | $200 | 1 | 20 | 19 |
| Taylor | $150 | 1 | 17 | 16 |

14

33. My review of Defendants' websites shows that they advertise loans with two different fee options:  $30 per $100 borrowed and $45 per $100 borrowed.  Tables 8 and 9 below compare the actual total of payments taken by Defendants to repay each consumer's loan versus the total of payments to repay those loans as advertised on Defendants' websites.  Table 8 shows the comparisons for the $30 per $100 borrowed option, and Table 9 shows the comparisons for the $45 per $100 borrowed option.

**Table 8**

| Consumer | Amount Borrowed | Advertised Total of Payments** | Actual Total of Payments | Difference between Actual and Advertised Total of Payments |
|---|---|---|---|---|
| Brinks | $100 | $131.38 | $238.15 | $106.77 |
| Brinks | $200 | $262.76 | $1,022.93 | $760.17 |
| Brinks | $100 | $131.38 | $304.19 | $172.81 |
| Eboni | $200 | $262.76 | $926.61 | $663.85 |
| Eboni | $100 | $131.38 | $185.02 | $53.64 |
| Hayes | $250 | $328.45* | $1,391.64 | $1,063.19 |
| Jordan | $150 | $197.07* | $697.04 | $500.33 |
| Jordan | $100 | $131.38 | $324.92 | $193.54 |
| Kircher | $200 | $262.76 | $557.15 | $294.39 |
| McCollum | $150 | $197.07* | $765.27 | $568.20 |
| Neal | $200 | $262.76 | $369.66 | $106.90 |
| Taylor | $200 | $262.76 | $1,854.41 | $1,591.65 |
| Taylor | $150 | $197.07* | $1,183.13 | $986.06 |

*Includes advertised fees and interest.
**Advertisements in increments of $100.  Advertised total of payments based on extrapolation.

**Table 9**

| Consumer | Amount Borrowed | Advertised Total of Payments** | Actual Total of Payments | Difference between Actual and Advertised Total of Payments |
|---|---|---|---|---|
| Brinks | $100 | $146.38 | $238.15 | $91.77 |
| Brinks | $200 | $292.76 | $1,022.93 | $730.17 |
| Brinks | $100 | $146.38 | $304.19 | $157.81 |
| Eboni | $200 | $292.76 | $926.61 | $633.85 |
| Eboni | $100 | $146.38 | $185.02 | $38.64 |
| Hayes | $250 | $365.95* | $1,391.64 | $1,025.69 |
| Jordan | $150 | $219.57* | $697.04 | $477.47 |
| Jordan | $100 | $146.38 | $324.92 | $178.54 |
| Kircher | $200 | $292.76 | $557.15 | $264.39 |
| McCollum | $150 | $219.57* | $765.27 | $545.70 |
| Neal | $200 | $292.76 | $369.66 | $76.90 |
| Taylor | $200 | $292.76 | $1,854.41 | $1,561.65 |
| Taylor | $150 | $219.57* | $1,183.13 | $963.56 |

15

*Includes advertised fees and interest.
**Advertisements in increments of $100.  Advertised total of payments based on extrapolation.

34. Tables 10 and 11 below compare the actual APR based on the number and total of payment

taken by Defendants to repay each consumer's loan versus the APR advertised on

Defendants' websites.  Table 11 shows the comparisons for the $30 per $100 borrowed

option, and Table 12 shows the comparisons for the $45 per $100 borrowed option.

**Table 10**

| Consumer | Amount Borrowed | Advertised APR | Actual APR | Difference between Actual and Advertised APR |
|---|---|---|---|---|
| Brinks | $100 | 818.1214% | 2055.7129% | 1237.5915% |
| Brinks | $200 | 818.1214% | 1096.9984% | 278.8770% |
| Brinks | $100 | 818.1214% | 1036.1393% | 218.0179% |
| Eboni | $200 | 818.1214% | 1172.7409% | 354.6195% |
| Eboni | $100 | 818.1214% | 781.3257% | (36.7957%) |
| Hayes | $250 | 818.1214% | 1193.7173% | 375.5959% |
| Jordan | $150 | 818.1214% | 1077.6106% | 259.4892% |
| Jordan | $100 | 818.1214% | 1207.4692% | 389.5706% |
| Kircher | $200 | 818.1214% | 977.8515% | 159.7301% |
| McCollum | $150 | 818.1214% | 1186.5952% | 368.4738% |
| Neal | $200 | 818.1214% | 1083.2202% | 265.0988% |
| Taylor | $200 | 818.1214% | 1371.1660% | 553.0446% |
| Taylor | $150 | 818.1214% | 1134.8775% | 316.7561% |

**Table 11**

| Consumer | Amount Borrowed | Advertised APR | Actual APR | Difference between Actual and Advertised APR |
|---|---|---|---|---|
| Brinks | $100 | 1209.1929% | 2055.7129% | 846.52% |
| Brinks | $200 | 1209.1929% | 1096.9984% | (112.1945%) |
| Brinks | $100 | 1209.1929% | 1036.1393% | (173.0536%) |
| Eboni | $200 | 1209.1929% | 1172.7409% | (36.452%) |
| Eboni | $100 | 1209.1929% | 781.3257% | (427.8672%) |
| Hayes | $250 | 1209.1929% | 1193.7173% | (15.4756%) |
| Jordan | $150 | 1209.1929% | 1077.6106% | (131.5823%) |
| Jordan | $100 | 1209.1929% | 1207.4692% | (1.7237%) |
| Kircher | $200 | 1209.1929% | 977.8515% | (231.3414%) |
| McCollum | $150 | 1209.1929% | 1186.5952% | (22.5977%) |
| Neal | $200 | 1209.1929% | 1083.2202% | (125.9727%) |
| Taylor | $200 | 1209.1929% | 1371.1660% | 161.9731% |
| Taylor | $150 | 1209.1929% | 1134.8775% | (74.3154%) |

16

35. I also calculated the APR based on the terms contained in the TILA disclosures in three examples of Defendants' loan agreements and determined that Defendants calculated the APR incorrectly in all three.  The TILA disclosure in the loan agreement provided by Defendants to consumer Rachel Hayes (attached as PX20 Att. C) states an amount financed of $250, number of payments of 1, finance charge of $116.19, total of payments of $366.19, and APR of 1130.92%.  Using the APRWIN software, the APR for those repayment terms is actually 1211.6957%.  The TILA disclosure in the loan agreement provided by Defendants to consumer Milaya Paggett (attached as PX20 Att. A) states an amount financed of $500, number of payments of 1, finance charge of $233.88, total of payments of $733.88, and APR of 1130.92%.  Using the APRWIN software, the APR for those repayment terms is actually 1219.5171%.   The TILA disclosure in another loan agreement provided by Defendants to consumer Milaya Paggett (attached as PX20 Att. B) states an amount financed of $100, number of payments of 1, finance charge of $46.28, total of payments of $146.28, and APR of 1299.408%.  Using the APRWIN software, the APR for those repayment terms is actually 1206.5857%.

## IX.   BANK RECORDS

36. Pursuant to civil investigative demands issued to financial institutions and through other means, the FTC obtained records and data concerning Defendants' business accounts and limited information pertaining to individual accounts.  Based upon my review of these records, I observed that during this scheme, the Defendants primarily operated through the United States commercial banking system.  However, Corporate and Individual Defendants transacted with Japanese banks, as well.  As discussed in more detail below, my review showed that the consumer-facing front to Defendants' payday operation are the Tribal

Defendant's websites, and consumers' loan repayments are funneled through merchant processing accounts and settlement accounts in the Tribal Defendant's name before going to the Corporate and Individual Defendants' bank accounts.  Because the FTC obtained a voluminous amount of records, I do not include each document, such as monthly statements, wire transfers, deposit items, and the like.  Instead, I append as attachments true and correct copies of particular records the FTC obtained below, and I summarize the others.  True and correct copies of the complete bank records are available upon request.

### A.    Third-Party Service Providers

37. During the investigation, the FTC issued civil investigative demands to, and obtained documents from, PeopleFirst Bank ("PFB"), CNB Bank & Trust, N.A. ("CNB Bank"), and North American Banking Company ("NABC").  Through third-party service providers, the Tribal Defendant used these banks to fund loans to the Tribal Defendant's borrowers and withdraw payments from borrowers' bank accounts via automated clearinghouse ("ACH") credits and debits as well as to receive and return payments associated with imaged cash letters (which are electronic files containing batches of remotely created checks).  Based upon my review of the obtained documents, I identified four third-party service provider arrangements involving seven depository institutions.  Table 12 below summarizes these findings.

**Table 12**

| Third-Party Service Providers | Time Period | Depository Institutions |
|---|---|---|
| Merchant Payment Solutions, LLC | June 2019–present | PeopleFirst Bank |
| Flex Payment Solutions, LLC | Nov. 2017–present | CNB Bank & Trust, N.A. |
| USIO, Inc. f/k/a Payment Data Systems, Inc. | Sept. 2017–Aug. 2019 | North American Banking Company |
| | May 2017–Sept. 2017 | Metropolitan Commercial Bank |
| | Aug. 2016–May 2017 | Generations Federal Credit Union |
| Viking Client Services, LLC | July 2015–June 2018 | North American Banking Company |

### 1.   Merchant Payment Solutions, LLC

18

38. On June 13, 2019, the Tribal Defendant entered into three-year Merchant Services Agreements ("MSAs") with Merchant Payment Solutions, LLC to process ACH transactions and credit, debit, and prepaid cards.  True and correct copies of these MSAs are appended as **Attachments W, X and Y**.

39. On June 24, 2019, the Tribal Defendant opened six settlement accounts at PeopleFirst Bank to receive the consumer payments processed by Merchant Payment Solutions.  Table 13 below provides more specifics about each account.

**Table 13**

| Settlement Purpose | Settlement Account |
|---|---|
| ACH Credits | Gentle Breeze PFB – 5760 |
| | Green Stream Lending PFB – 5728 |
| | Harvest Moon Financial PFB – 5784 |
| ACH Debits | Gentle Breeze PFB – 5752 |
| | Green Stream Lending PFB – 5736 |
| | Harvest Moon Financial PFB – 5776 |

40.  The opening documents and account agreements for the Tribal Defendant's settlement accounts at PeopleFirst Bank list the Tribal Defendant's purpose as an installment lender. True and correct copies of these account opening documents are appended as **Attachments Z, AA, BB, CC, DD, EE, FF, GG, and HH**.

41. On June 26, 2019, the Tribal Defendant entered into cash management services agreements with PeopleFirst Bank, who sublicenses from Fiserv, that permit users authorized by the Tribal Defendant to, among other things, transfer funds, via computer, through ACH transactions.  The Tribal Defendant authorized Keishi Ikeda as a user of these cash management services.  A true and correct copy of these Cash Management Agreements are appended as **Attachments II, JJ, and KK**.

42. On June 27, 2019, the Tribal Defendant executed Company Agreements for Electronic Payments ("Electronic Payments' Agreement") with PeopleFirst Bank to initiate ACH credits

19

and debits for the purpose of "funding loans and processing loan payments."   The Tribal Defendant listed Keishi Ikeda as an authorized representative to initiate and instruct PeopleFirst Bank to submit ACH credits and debits as well as handle ACH credit return requests from consumers' banks.  Further, on August 13, 2019, the Tribal Defendant completed a Third-Party Service Provider Agreement acknowledging that Merchant Payment Solutions will initiate ACH credits and debits to PeopleFirst Bank on behalf of the Tribal Defendant.  True and correct copies of these Electronic Payments' Agreement and Third-Party Service Provider Agreement are appended as **Attachments LL, MM, and NN.**

43. On March 19, 2020, I spoke with an employee of PeopleFirst Bank.  The employee told me that PeopleFirst Bank had recently requested documents from the Tribal Defendant that they would not provide.  The employee did not go into the specifics just that, as a result, PeopleFirst Bank decided to close all Tribal Defendant accounts earlier in March 2020.  Because of anticipated payment obligations, however, only one Tribal Defendant account had actually been closed when we spoke.  The Tribal Defendant instructed PeopleFirst Bank to wire the balance in the closed account to The First National Bank of Albany.

   **2.  Flex Payment Solutions, LLC**

44. On October 28, 2016, Flex Payment Solutions and CNB Bank entered into an Alliance Agreement.  The Agreement states Flex Payment Solutions, on behalf of its clients, and CNB Bank would enter into one or more agreements that allowed Flex Payment Solutions' clients to perform ACH credits and debits, submit remotely created checks, and handle returns associated with those submitted remotely created checks through CNB Bank.

45. On October 26, 2017, Flex Payment Solutions faxed CNB Bank a referral packet containing background information about the Tribal Defendant to open a merchant account.  The packet

included, among other things, the Tribal Defendant's financial reports for 2015, 2016, and 2017, as well as a portion of the Tribal Defendant's Consumer Loan Agreement that has the following refinance policy language built-in: "Unless otherwise notified, your account will be debited the minimum amount due to refinance this loan for another term."

46. On November 1, 2017, Flex Payment Solutions opened a merchant account, on behalf of the Tribal Defendant, with CNB Bank, Gentle Breeze CNB – 4144.  True and correct copies of the Alliance Agreement, referral packet, and account opening documents are appended as **Attachment OO.**

47. On March 20, 2020, I spoke with an employee of CNB Bank.  This employee told me that the bank received an email on March 16, 2020 from Flex Payment Solutions, on behalf of the Tribal Defendant. The email instructed CNB Bank to begin, effective immediately, transferring consumer funds collected through remotely created checks to three settlement accounts with The First National Bank of Albany, Gentle Breeze FNBA – 3507, Green Stream Lending FNBA – 3751, and Harvest Moon Financial FNBA – 3629.

### 3. Viking Client Services, LLC

48. On November 25, 2019, I received an email from an employee of North American Banking Company.  In an attachment to the email, the employee explained that the Tribal Defendant has six settlement accounts at the bank to receive payments processed by Viking Client Services, LLC, also doing business as Viking Billing Service.  A true and correct copy of the email attachment is appended as **Attachment PP.**

49. On July 8, 2015, Viking Billing Service opened six settlement accounts, on behalf of the Tribal Defendant, with North American Banking Company.  Table 14 below provides more specifics about each account.

21

**Table 14**

| Settlement Purpose | Settlement Account |
|---|---|
| ACH Credits | Gentle Breeze NABC – 6427 |
| | Green Stream Lending NABC – 6468 |
| | Harvest Moon Financial NABC – 6443 |
| ACH Debits | Gentle Breeze NABC – 6435 |
| | Green Stream Lending NABC – 6476 |
| | Harvest Moon Financial NABC – 6450 |

50. A true and correct copy of the account opening documents at North American Banking Company are appended as **Attachments QQ, RR, SS, TT, UU, and VV**.

### 4.   USIO, Inc. f/k/a Payment Data Systems, Inc.

51. The November 25, 2019 email from North American Banking Company discussed above also stated that in September 2017, the Tribal Defendant began using Payment Data Systems, who was a processing client of North American Banking Company, to process ACH credits and debits related to consumer loans until August 2019.

52. During my analysis of the Tribal Defendant's checking accounts at First Dakota National Bank, Gentle Breeze FDNB – 9322, Green Stream Lending FDNB – 8212, and Harvest Moon Financial FDNB – 9232, I observed ACH transactions from Metropolitan Commercial Bank and Generations Federal Credit Union processed by Payment Data Systems.

### B.  Business Checking Accounts

### 1.   Corporate Defendants

53. During the investigation, the FTC issued civil investigative demands to, and obtained documents from, Open Bank, Wells Fargo Bank, and Bank of Hope at which the Corporate Defendants maintain bank accounts.  The FTC obtained records and data concerning the Corporate Defendant's business checking accounts, which allows them to perform day-to-day banking tasks, such as accepting deposits, making payments, transferring funds, withdrawing cash and the like.  During this scheme, the Corporate Defendants have opened

22

numerous checking accounts at different banks.  My review of the bank records shows that individual Defendants, Takehisa Naito and Keishi Ikeda have been authorized signers on these accounts.  I summarize the Corporate Defendants' business checking accounts uncovered during the investigation in Table 15 below.

**Table 15**

| Financial Institution | Account Name | Last 4 Digits | Time Period | Opening Document(s) |
|---|---|---|---|---|
| Open Bank | Camel Coins, Inc. | 0482 | May 2013–present | **Att. WW** |
| | Ebisu Marketing, Corp. | 0466 | May 2013–present | **Att. XX** |
| | Kotobuki Marketing, Inc. | 3791 | Feb. 2017–present | **Att. YY** |
| | Lead Express, Inc. | 0474 | May 2013–present | **Att. ZZ** |
| | Naito, Corp. | 0458 | May 2013–present | **Att. AAA** |
| | Sea Mirror, Inc. | 0557 | June 2013–present | **Att. BBB** |
| | Hotei Marketing, Inc. | 0490 | May 2013–July 2017 | **Att. CCC** |
| Well Fargo Bank, N.A. | Camel Coins, Inc. | 9898 | Nov. 2012–present | **Att. DDD** |
| | Daikoku Marketing, Inc. | 6881 | May 2013–present | **Att. EEE** |
| | Ebisu Marketing, Inc. | 3462 | Apr. 2013–present | **Att. FFF** |
| | | 6154 | Apr. 2014–present | **Att. GGG** |
| | Hotei Marketing, Inc. | 3413 | Apr. 2013–present | **Att. HHH** |
| | Kotobuki Marketing, Inc. | 9062 | Jan. 2015–present | **Att. III** |
| | Lead Express, Inc. | 9880 | Nov. 2012–present | **Att. JJJ** |
| | Naito, Corp. | 9539 | Dec. 2012–present | **Att. KKK** |
| | Sea Mirror, Inc. | 8354 | Mar. 2013–present | **Att. LLL** |
| Bank of Hope (f/k/a BBCN Bank) | Camel Coins, Inc. | 5753 | June 2012–Jan. 2013 | **Att. MMM** |
| | Ebisu Marketing, Corp. | 3333 | Apr. 2010–June 2013 | |
| | | 4224 | Nov. 2010–June 2013 | |
| | Lead Express, Inc. | 4550 | May 2011–Apr. 2013 | |
| | Hotei Marketing, Inc. | 7316 | Mar. 2013–Apr. 2013 | |
| | Sea Mirror, Inc. | 7324 | Mar. 2013–Apr. 2013 | |
| | Naito, Corp. | 3244 | Nov. 2010–Apr. 2013 | * |
| JPMorgan Chase Bank, N.A. | Lead Express, Inc. | 8031 | ~2012 | ** |

\* Bank of Hope did not provide a signature card or other opening documents for this account, Naito, Corp BOH – 3244, only statements, deposits, cancelled checks, and wire transfers.

\*\* Wire transfer records associated with Harvest Moon Financial CVB – 6746 denote the existence of this account.  The FTC did not obtain any bank records from JPMorgan Chase Bank, pursuant to our issued CID.  Likely because the applicable time period, August 1, 2016 to present, started after the account was closed.

## 2.  Tribal Defendant

54. During the investigation, the FTC issued civil investigative demands to, and obtained documents from, First Dakota National Bank and Chippewa Valley Bank at which (along with the settlement accounts described above) the Tribal Defendant maintains bank accounts.

23

I summarize the Tribal Defendant's business checking accounts uncovered during the investigation in Table 16 below.

**Table 16**

| Financial Institution | Account Name | Last 4 Digits | Time Period | Opening Documents |
|---|---|---|---|---|
| PeopleFirst Bank | Gentle Breeze | 5744 | June 2019–present | **Att. NNN** |
| | Green Stream Lending | 5720 | June 2019–present | **Att. OOO** |
| | Harvest Moon Financial | 5768 | June 2019–present | **Att. PPP** |
| First Dakota National Bank | La Posta Tribal Lending Enterprise | 9782 | Feb. 2017–present | **Att. QQQ** |
| | Gentle Breeze | 9322 | May 2013–present | **Att. RRR** |
| | Green Stream Lending | 8212 | May 2013–present | **Att. SSS** |
| | Harvest Moon Financial | 9232 | June 2013–present | **Att. TTT** |
| North American Banking Company | Gentle Breeze | 6708 | Aug. 2015–June 2018 | **Att. UUU** |
| | Green Stream Lending | 6690 | Aug. 2015–June 2018 | **Att. VVV** |
| | Harvest Moon Financial | 6682 | Aug. 2015–June 2018 | **Att. WWW** |
| Chippewa Valley Bank | Gentle Breeze | 6720 | Aug. 2012–Apr. 2014 | **Att. XXX** |
| | Gentle Breeze | 6738 | Aug. 2012–Apr. 2014 | **Att. YYY** |
| | Harvest Moon Financial | 6746 | Aug. 2012–Apr. 2014 | **Att. ZZZ** |
| | Harvest Moon Financial | 6753 | Aug. 2012–Apr. 2014 | **Att. AAAA** |

## X.   FLOW OF MONEY

55. Based on my analysis of the account records that the FTC obtained, pursuant to CIDs, from the Defendants' banks and other records, as appended below, I describe and create tables to summarize the Defendants' movement of funds in this scheme.  Unless otherwise noted, the applicable time period for my analysis set forth below covers Defendants' bank transactions from August 1, 2016 to February 28, 2020.

### A.   Corporate Defendants Buy Consumer Traffic for Tribal Defendant's Websites

56. To drive traffic to the Tribal Defendant's consumer loan websites, the Corporate Defendants paid online advertisers, marketers, and lead sellers.  In all, the Corporate Defendants paid more than $3.5 million to these type of vendors.

57. During the investigation, the FTC became aware of documents produced in separate non-public investigations that related to Defendants.  Some documents concern advertising the Tribal Defendant's consumer loan websites and others are about purchasing short-term loan leads.  I describe each of these documents in turn below.

24

58. On or about July 16, 2014, Camel Coin, Lead Express, and Sea Mirror each entered into separate agreements, executed by Takehisa Naito, with an agency to place one or more advertisements (ad banners, hyperlinks, text content, buttons, newsletters, email, etc.) on the Internet to drive traffic to the Tribal Defendant's consumer loan websites.  In addition, credit applications submitted to the advertising agency by Camel Coin, Lead Express, and Sea Mirror claimed their company web addresses were harvestmoonloans.com, gentlebreezeonline.com, and greenstreamlening.com, respectively.

59. On or about October 20, 2014, La Posta Tribal Lending Enterprise, doing business as Gentle Breeze, appointed Lead Express the authority to manage all lead purchase campaigns with a lead seller.  Moreover, La Posta and Lead Express executed an agreement with this lead seller to purchase consumer leads.

60. In or around December 2014, Sea Mirror entered into an agreement to purchase consumer leads for payday loans.  A true and correct copy of this agreement is attached hereto as **Attachment BBBB**.

**B.    Corporate Defendants Make Loans to Tribal Defendant to Lend to Consumers**

61. On March 28, 2011, the La Posta Tribal Lending Enterprise and Naito, Corp. executed a Promissory Note with a principal loan balance up to $5,000,000.  The principal balance outstanding was to be increased by advances to the Tribal Defendant and decreased by their remittances.  The Promissory Note states the due date of any outstanding portion of the loan would be due on March 27, 2012 unless extended by the parties.  The Tribal Defendant was required to make monthly interest payments.  The customer accounts receivables contained in the ledger associated with this line of credit partly secured this loan.  Takehisa Naito

25

signed this note as Chief Executive Officer ("CEO") of Naito, Corp.  A true and correct copy of this note is appended as **Attachment CCCC.**

62. On March 18, 2012, Green Stream Lending and Naito, Corp. executed a Promissory Note with a principal loan balance up to $20,000,000.  The principal balance outstanding was to be increased by advances to the Tribal Defendant and decreased by their remittances.  The Promissory Note states the due date of any outstanding portion of the loan would be due on March 17, 2018 unless extended by the parties.  The Tribal Defendant was required to make monthly interest payments.  The customer accounts receivables contained in the ledger associated with this line of credit partly secured this loan.  Takehisa Naito signed this note as CEO of Naito, Corp.  A true and correct copy of this note is appended as **Attachment DDDD.**

63. On September 14, 2012, Harvest Moon Financial and Naito, Corp. executed a Promissory Note with a principal loan balance up to $20,000,000.  The principal balance outstanding was to be increased by advances to the Tribal Defendant and decreased by their remittances.  The Promissory Note states the due date of any outstanding portion of the loan would be due on September 13, 2017 unless extended by the parties.  The Tribal Defendant was required to make monthly interest payments.  The customer accounts receivables contained in the ledger associated with this line of credit partly secured this loan.  Takehisa Naito signed this note as CEO of Naito, Corp.  A true and correct copy of this note is appended as **Attachment EEEE.**

64. Documents obtained pursuant to civil investigative demand from CNB Bank included balance sheets prepared as of December 31, 2015 and 2016 for the Tribal Defendant (Attachment OO).  The 2015 balance sheet reflects notes payables to Naito, Corp. for

$5,227,973.20 and interest payable of $26,632.66.  The 2016 balance sheet reflects notes payables to Naito, Corp. for $3,315,662.41 and interest payable of $8,464.49.

**C.    Corporate Defendants Pay Costs of Tribal Defendant's Websites' Telephones**

65. In or around September 2015, the Defendants used Naito, Corp. to establish a telecommunications account with Convergence Communications, Inc. ("Convergence Communications").[8]  The FTC obtained, pursuant to a civil investigative demand, documents and data associated with that account.  A copy of all Convergence Communications records are available upon request.  A true and correct copy of the relevant Convergence Communications records are appended as **Attachment FFFF.**

66. These records show that, among other things, the following telephone numbers have been assigned to the Naito, Corp. account: (888) 797-6064, (877) 218-7437, (888) 296-7226, (888) 645-4171, and (855) 228-7344—all numbers that the Tribal Defendants list in their consumer loan websites, correspondence with consumers, and loan agreements.  The phone numbers (888) 797-6064 and (877) 218-7437 are regularly and consistently associated with Harvest Moon Financial; (888) 296-7226 are regularly and consistently associated with Green Stream Lending; and (888) 645-4171 are regularly and consistently associated with Gentle Breeze Online.

67. The phone number (855) 228-7344 has been connected to Harvest Moon Financial and Green Stream Lending.  As discussed above, I reviewed archived versions of the Defendants'

---

[8] On or about March 11, 2020, in response to a request for further information pursuant to the issued CID, I received an email from an employee at Convergence Communications who reported that the company had filed for bankruptcy recently.  On or about March 3, 2020, CS Communications was listed as the debtor in a petition filed for Chapter 7 in the United States Bankruptcy Court, Southern District of California.  All documents filed in this case, number 20-01237-MM7, may be inspected through PACER (Public Access to Court Electronic Records at www.pacer.gov).

27

consumer loan websites.  Archived versions of the websites for Harvest Moon Financial and Green Stream Lending include the phone number (855) 228-7344 in their Privacy web pages.

68. These records show that since June 2016 almost $800,000 has been invoiced to this account. Naito, Corp. and Kotobuki Marketing have paid $181,266 for the phone service provided by Convergence Communications.

### D.  Corporate Defendants Pay Tribal Defendant's Service Providers

69. To carry out this scheme, the Corporate Defendants engage service providers who play a critical role in the Tribal Defendant's ability to underwrite, manage, and service loans issued to consumers.  Table 17 summarizes these expenses paid by the Corporate Defendants.

**Table 17**

| Service Description | Corporate Account | Amount Paid |
|---|---|---|
| Identity and Account Verification | Camel Coins WFB – 9898 | $125,000 |
| | Lead Express WFB – 9880 | $112,500 |
| | Sea Mirror WFB - 8354 | $100,000 |
| Loan Management | Camel Coins WFB – 9898 | $217,957 |
| | Lead Express WFB – 9880 | $195,827 |
| | Sea Mirror WFB - 8354 | $152,650 |

### E.  Tribal Defendant Takes Consumer Loan Payments

70. Based on my analysis of the account records produced by financial institutions from August 1, 2016 to February 28, 2020 and financial statements covering 2015 and 2016,  consumer payments, less returns, have totaled more than $93 million.

71. The Tribal Defendant took consumer funds via ACH debits, negotiable instruments, such as personal checks and U.S. postal money orders, and RCCs.  Through Gentle Breeze CNB – 4144, the Tribal Defendant withdrew more than $2.4 million from consumers' accounts using remotely created checks.  True and correct copies of a small selection of remotely created checks deposited into Gentle Breeze CNB – 4144 are appended as **Attachment GGGG**.

28

72.  I summarize the records showing total consumer payments in Table 18 below.

**Table 18**

| Account Short Name | Consumer Payments Returned | Consumer Payments Received | Net Consumer Payments Received |
|---|---|---|---|
| 2015 Balance Sheet | $0.00 | $27,501,516.84 | $27,501,516.84 |
| 2016 Balance Sheet | $0.00 | $11,141,486.66 | $11,141,486.66 |
| LPTLE CNB - 7141 | $2,059,866.07 | $4,500,746.95 | $2,440,880.88 |
| LPTLE CNB - 7141 | $625,621.47 | $1,321,146.42 | $695,524.95 |
| Harvest Moon NABC - 6682 | $668.21 | $2,311,712.12 | $2,311,043.91 |
| Green Stream NABC - 6690 | $373.21 | $1,679,650.86 | $1,679,277.65 |
| Gentle Breeze NABC - 6708 | $629.94 | $2,159,627.85 | $2,158,997.91 |
| Harvest Moon FDNB - 9232 | $5,374.58 | $14,955,299.06 | $14,949,924.48 |
| Gentle Breeze FDNB - 9322 | $3,136.93 | $13,545,653.88 | $13,542,516.95 |
| Green Stream FDNB - 8212 | $1,683.97 | $10,594,087.25 | $10,592,403.28 |
| Gentle Breeze PFB - 5752 | $348,984.73 | $2,489,868.68 | $2,140,883.95 |
| Green Stream PFB - 5736 | $289,030.15 | $2,036,389.07 | $1,747,358.92 |
| Harvest Moon PFB - 5776 | $342,880.64 | $2,585,107.90 | $2,242,227.26 |
| Gentle Breeze PFB - 5744 | $835.82 | $658.71 | ($177.11) |
| Green Stream PFB - 5720 | $1,469.80 | $0.00 | ($1,469.80) |
| Harvest Moon PFB - 5768 | $160.00 | $0.00 | ($160.00) |
| **Total** | **$3,680,715.52** | **$96,822,952.25** | **$93,142,236.73** |

**F.    Defendants Receive Debt Collection Remittances**

73. Both the Corporate and the Tribal Defendants have received consumer funds from debt

collections, settlements, or garnishments.  These funds are usually in the form of checks

deposited along with other negotiable instruments used for consumer payments.  By in large,

the deposited amounts were from collection activity though, not regular consumer payments.

Because of the time constraint of removing each individual consumer payment item, I

provide the total deposited amount.  The Corporate Defendants received less than $1,000,

while the Tribal Defendants received over $700,000 through debt collections, settlements, or

garnishments.

**G.    Defendants Commingle Funds**

74. The Defendants frequently transferred money among their accounts.  Rounded to the nearest

dollar, the Corporate Defendants transferred $15,728,430 to the Individual Defendants; the

Individual Defendants transferred $15,914,189 to the Corporate Defendants; the Corporate

29

Defendants transferred $12,035,227 to the Tribal Defendant; and the Tribal Defendants transferred $32,800,648 to the Corporate Defendants.  There is no apparent business reason for the transfers between the Corporate Defendants and the Individual Defendants; nor the transfers from the Corporate Defendants, other than Naito, Corp. (these were likely related to the Notes), to the Tribal Defendant.  In numerous instances, the transfers from the Tribal Defendants to the Corporate Defendants included a description that the transaction was related to an expense, such as "leads commission," "call center," "interest," or "principal payment."  I summarized the transfers from Corporate Defendants to Individual Defendants, Individual Defendants to Corporate Defendants, Corporate Defendants to Tribal Defendants, and Tribal Defendants to Corporate Defendants.  My summary charts of these transfers are appended as **Attachment HHHH.**

### H.    Asset Dissipation

75. My review of documents obtained from Bank of Hope, Open Bank, and Wells Fargo Bank show numerous wire transfers from corporate accounts to accounts owned or controlled by Takehisa Naito in Japan.  Between May 2012 and April 2013, Lead Express BOH – 4550 wired at least $600,000 to Lead Kikaku, a business where Takehisa Naito is a president.  A true and correct copy of wire reports for Lead Express BOH – 4550 is appended as **Attachment IIII.**

76. The Federal Reserve Bank of New York maintains Fedwire, a funds transfer system that is a service of the Federal Reserve Banks.  I reviewed documents obtained by the FTC from Fedwire and observed that on March 21, 2017, Naito, Corp. OB – 0458 wired $40,000 to Takehisa Naito, and another $20,000 to a Haekyoung Naito, who I suspect is related to Takehisa Naito.

30

77. There has been regular disbursements from corporate accounts for seemingly personal expenses, such as automobile expenses, credit cards, meals, and lodging.  However, the FTC did not obtain records from American Express.  Therefore, it is possible the purchases made using American Express were business related.  Nevertheless, I include these expenses here because the FTC did obtain monthly statements concerning the Corporate Defendants' credit cards issued through Wells Fargo Bank, N.A., and the majority of purchases were personal in nature.  Based on my analysis, the Corporate Defendants spent at least $1.9 million of corporate funds for personal expenses.

78. The largest portion of personal expenditures is credit cards.  The Corporate Defendants paid American Express and Wells Fargo Bank, N.A. about $1,774,312. The Corporate Defendants spent another $129,348 on automobile expenses.  These were primarily a monthly payment to Mercedes Benz Financial Services.  There were monthly country club dues, too, totaling $23,997.  The Corporate Defendant also appears to have paid the U.S. Internal Revenue Service over $10,000 on behalf of Keishi Ikeda.  Lodging, meals, and travel, which included overseas trips, topped $7,000. Lastly, the Corporate Defendant directly covered more than $1,500 in medical bills.  Copies of these checks are attached as **Attachment JJJJ**.

79. The Corporate Defendants' bank records show that funds were disbursed from the corporate accounts in the form of cash withdrawals, checks made payable to "cash," wires to individuals, and checks made out to the Individual Defendants.  In the table below, Table 19, I describe gross funds paid to Takehisa Naito and Keishi Ikeda.

**Table 19**

| Defendant | ADP Gross Salary (*See* Table 20) | Withdrawals | Checks Written to Cash | Checks/Wires | Total Funds Paid |
|---|---|---|---|---|---|
| Takehisa Naito | $227,000 | $0 | $52,600 | $360,000 | $639,600 |
| Keishi Ikeda | $898,320 | $49,157 | $34,856 | $105,420 | $1,087,753 |

31

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## XI.   ADP PAYROLL RECORDS

80. Pursuant to a CID, the FTC obtained documents from ADP TotalSource, Inc. ("TotalSource"), a professional employer organization, including copies of Client Services Agreements, ACH/Preauthorized Payments/Direct Debit of Fess/Credits and Additional Processing Terms, Verification of Employment records including payroll and tax information, and general account information for five accounts the Corporate Defendants maintain with TotalSource.  True and correct copies of the ACH authorization agreements, verifications of employment, and related account records are appended as **Attachment KKKK**.

81. On or about December 1, 2014, Keishi Ikeda created an account with TotalSource for Daikoku Marketing by signing a CSA and an Authorization Agreement as chief financial officer ("CFO").  The Authorization Agreement grants TotalSource authorization to initiate ACH transactions to Daikoku Marketing WFB – 6881 for funds owed to TotalSource.  The account demographics information for this account includes the web address www.ebisumarketing.com.  The verification of employment records show Keishi Ikeda on the payroll since at least 2017.[9]

82. On or about December 1, 2014, Keishi Ikeda created an account with TotalSource for Ebisu Marketing by signing a CSA and an Authorization Agreement as CFO.  The Authorization Agreement grants TotalSource authorization to initiate ACH transactions to Ebisu Marketing WFB – 6154 for funds owed to TotalSource.  The account demographics information for this account includes the web address www.ebisumarketing.com.

---

[9] Pursuant to the CID issued to TotalSource, the applicable time period for responsive documents was limited to three years.

32

83. On or about December 1, 2014, Keishi Ikeda created an account with TotalSource for Naito, Corp. by signing a CSA and an Authorization Agreement as CFO.  The Authorization Agreement grants TotalSource authorization to initiate ACH transactions to Naito Corp WFB – 9539 for funds owed to TotalSource.  The account demographics information for this account includes the web address www.ebisumarketing.com.  The verification of employment records show Keishi Ikeda on the payroll since at least 2017.

84. On or about December 1, 2014, Keishi Ikeda created an account with TotalSource for Hotei Marketing by signing a CSA and an Authorization Agreement as CFO.  The Authorization Agreement grants TotalSource authorization to initiate ACH transactions to Hotei Marketing WFB – 3413 for funds owed to TotalSource.  The account demographics information for this account includes the web address www.ebisumarketing.com.  The verification of employment records show Keishi Ikeda on the payroll since at least September 2017.

85. On or about January 12, 2017, Keishi Ikeda created an account with TotalSource for Kotobuki Marketing by signing a CSA and an Authorization Agreement as CFO.  The Authorization Agreement grants TotalSource authorization to initiate ACH transactions to Kotobuki Marketing WFB – 9062 for funds owed to TotalSource.  The account demographics information for this account includes the address 101 Convention Center Drive, Suite 500, Las Vegas, NV 89109.  The verification of employment records show Takehisa Naito on the payroll beginning in 2019.

86. I reviewed the earnings portion of the verifications of employment included in the TotalSource CID response.  From January 6, 2017 to February 14, 2020, employees of the Corporate Defendants earned $1,551,339.  Table 20 below summarizes the total gross earnings by year of the Individual Defendants.

33

**Table 20**

| Individual Defendant | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|
| Takehisa Naito | $0 | $0 | $227,000 | Not provided | $227,000 |
| Keishi Ikeda | $322,957 | $279,315 | $243,973 | $52,075 | $898,320 |

## XII.  OTHER LAWSUITS

87. During the course of the investigation, the FTC identified private actions involving, and

against, the Defendants.  Table 21 below lists these known actions.

**Table 21**

| Case Name | Case No. | Court | Relevant Party | Date Filed | Status |
|---|---|---|---|---|---|
| Barrios v. Chex Systems, Inc. et al | 8:20cv432 | M.D. Fla. | Lead Express, Inc. Takehisa Naito | Feb. 25, 2020 | Open |
| Gillison, et al v. Lead Express, Inc. et al | 3:16cv41 | E.D. Va. | Lead Express, Inc. Takehisa Naito | Jan. 19, 2016 | Closed (Dec. 12, 2018) |
| Turnage, et al v. Clarity Services, LLC | 3:14-cv-760 | E.D. Va. | Lead Express, Inc. Takehisa Naito La Posta Tribal Lending Enterprise | Nov. 6, 2014 | Closed (Sept. 3, 2015) |
| Christopher Stone v. Ebisu Marketing, Corp. et al | BC655331 | CA Superior – Los Angeles | Ebisu Marketing, Corp. Takehisa Naito | Mar. 24, 2017 | Closed (May 25, 2017) |
| Mark Hackett v. Hotei Marketing, Inc. et al | BC639589 | CA Superior – Los Angeles | Ebisu Marketing Hotei Marketing, Inc. Harvest Moon Loans | Dec. 19, 2016 | Open |
| Maria Alexandria Valencia v. Ebisu Marketing, Corp. | BC498677 | CA Superior – Los Angeles | Ebisu Marketing, Corp. | Jan. 8, 2013 | Open |
| Giovanna Peoples v. Ebisu Marketing, Corp. et al | BC660197 | CA Superior – Los Angeles | Ebisu Marketing, Corp. Gentle Breeze Online La Posta Tribal Lending Enterprise | May 5, 2017 | Closed (Dec. 6, 2017) |
| Short v. American Web Loan | 2:16cv11304 | E.D. Mich. | Lead Express (Terminated) | Apr. 8, 2016 | Closed (Nov. 1, 2016) |

34

| | | | Takehisa Naito (Terminated) Gentle Breeze (Terminated) | | |
|---|---|---|---|---|---|

88. The FTC reviewed the different filings of the cases above.  In *Gillison*, an employee of Lead Express and Takehisa Naito filed declarations concerning, among other things, their roles with the company and the services it provides to La Posta Tribal Lending Enterprise.  In *Stone*, the plaintiff alleged that Ebisu Marketing hiring managers explained to him and other job candidates that Ebisu Marketing "provided so-called payday loans to the public."  In *Valencia*, Ebisu Marketing submitted, as an exhibit, an employment agreement between the company and Ms. Valencia, dated April 6, 2011.  True and correct copies of these filings are appended as **Attachments LLLL, MMMM, NNNN, and OOOO**.

89. During the investigation, the FTC identified that on March 16, 2011, the State of California, Business, Transportation and Housing Agency, Department of Corporations entered a Desist and Refrain Order against Takehisa Naito and another company for which he was president.  The Desist and Refrain Order alleged that Takehisa Naito engaged in the business of finance lending and taking deferred deposit transactions with a license.  A true and correct copy of the Desist and Refrain Order downloaded from the Department of Corporations website is attached as **Attachment PPPP**.


     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

     Executed in Washington, D.C. on May 7, 2020.

                           *__/s/ Rufus L. M. Jenkins_____*
                           Rufus L. M. Jenkins, MBA, CPA, CFE

35

## PX19 – DECLARATION OF RUFUS JENKINS
## ATTACHMENT INDEX

| Description | Attachment | Page No. |
|---|---|---|
| **Corporate Records** | | |
| Lead Express, Inc. | A | 39 |
| Camel Coins, Inc. | B | 61 |
| Sea Mirror, Inc. | C | 81 |
| Naito Corp. | D | 99 |
| Kotobuki Marketing, Inc. | E | 113 |
| Ebisu Marketing, Inc. | F | 130 |
| Hotei Marketing, Inc. | G | 139 |
| Daikoku Marketing, Inc. | H | 144 |
| La Posta Tribal Lending Enterprise | I | 149 |
| **Consumer Complaints** | | |
| BBB Complaints – Gentle Breeze | J | 190 |
| BBB Complaints – Green Stream | K | 403 |
| BBB Complaints – Harvest Moon | L | 612 |
| **Web Captures** | | |
| Gentlebreezeonline.com | M | 774 |
| Greenstreamlending.com | N | 779 |
| Harvestmoonloans.com | O | 795 |
| Kotobukimarketing.com | P | 810 |
| Naitocorp.com | Q | 815 |
| Naito-group.com | R | 823 |
| Jetcredit365.com | S | 831 |
| **Domain Registrations** | | |
| GoDaddy Shopper ID 29537467 – Takehisa Naito | T | 843 |
| GoDaddy Shopper ID 41348753 – La Posta Tribal Lending Enterprise | U | 1092 |
| **Commercial Mail Receiving Agencies** | | |
| Applications for Delivery of Mail through Agent | V | 1226 |
| **Bank Records** | | |
| Merchant Payment Solutions – Merchant Services Agreement – Gentle Breeze | W | 1232 |
| Merchant Payment Solutions – Merchant Services Agreement – Green Stream | X | 1247 |
| Merchant Payment Solutions – Merchant Services Agreement – Harvest Moon | Y | 1262 |
| PeopleFirst Bank – Gentle Breeze account opening documents | Z | 1277 |
| Signature Cards – Gentle Breeze PFB-5760 | AA | 1288 |
| Signature Cards – Gentle Breeze PFB-5752 | BB | 1291 |
| PeopleFirst Bank – Green Stream account opening documents | CC | 1294 |
| Signature Cards – Green Stream PFB-5728 | DD | 1300 |
| Signature Cards – Green Stream PFB-5736 | EE | 1302 |

| | | |
|---|---|---|
| PeopleFirst Bank – Harvest Moon account opening documents | FF | 1304 |
| Signature Cards – Harvest Moon PFB-5784 | GG | 1311 |
| Signature Cards – Harvest Moon PFB-5776 | HH | 1313 |
| PeopleFirst Bank – Cash Management Agreement – Gentle Breeze | II | 1315 |
| PeopleFirst Bank – Cash Management Agreement – Green Stream | JJ | 1321 |
| PeopleFirst Bank – Cash Management Agreement – Harvest Moon | KK | 1327 |
| PeopleFirst Bank – Electronic Payment Agreement – Gentle Breeze | LL | 1333 |
| PeopleFirst Bank – Electronic Payment Agreement – Green Stream | MM | 1356 |
| PeopleFirst Bank – Electronic Payment Agreement – Harvest Moon | NN | 1379 |
| Documents from CNB Bank & Trust | OO | 1402 |
| Email from North American Banking Company | PP | 1436 |
| Signature Cards – Gentle Breeze NAB-6427 | QQ | 1438 |
| Signature Cards – Gentle Breeze NAB-6435 | RR | 1448 |
| Signature Cards – Green Stream NAB-6468 | SS | 1458 |
| Signature Cards – Green Stream NAB-6476 | TT | 1468 |
| Signature Cards – Harvest Moon NAB-6443 | UU | 1478 |
| Signature Cards – Harvest Moon NAB-6450 | VV | 1488 |
| Signature Cards – Camel Coins OB-0482 | WW | 1498 |
| Signature Cards – Ebisu Marketing OB-0466 | XX | 1510 |
| Signature Cards – Kotobuki Marketing OB-3791 | YY | 1522 |
| Signature Cards – Lead Express OB-0474 | ZZ | 1530 |
| Signature Cards – Naito Corp OB-0458 | AAA | 1549 |
| Signature Cards – Sea Mirror OB-0557 | BBB | 1561 |
| Signature Cards – Hotei Marketing OB-0490 | CCC | 1571 |
| Signature Cards – Camel Coins WF-9898 | DDD | 1583 |
| Signature Cards – Daikoku Marketing WF-6881 | EEE | 1597 |
| Signature Cards – Ebisu Marketing WF-3462 | FFF | 1611 |
| Signature Cards – Ebisu Marketing WF-6154 | GGG | 1618 |
| Signature Cards – Hotei Marketing WF-3413 | HHH | 1625 |
| Signature Cards – Kotobuki Marketing WF-9062 | III | 1639 |
| Signature Cards – Lead Express WF-9880 | JJJ | 1651 |
| Signature Cards – Naito Corp WF-9539 | KKK | 1665 |
| Signature Cards – Sea Mirror WF-8354 | LLL | 1679 |
| Signature Cards – Bank of Hope | MMM | 1693 |
| Signature Cards – Gentle Breeze PFB-5744 | NNN | 1700 |
| Signature Cards – Green Stream PFB-5720 | OOO | 1703 |
| Signature Cards – Harvest Moon PFB-5768 | PPP | 1705 |
| Signature Cards – La Posta TLE FD-9782 | QQQ | 1707 |
| Signature Cards – Gentle Breeze FD-9322 | RRR | 1714 |
| Signature Cards – Green Stream FD-8212 | SSS | 1722 |
| Signature Cards – Harvest Moon FD-9232 | TTT | 1729 |
| Signature Cards – Gentle Breeze NAB-6708 | UUU | 1734 |
| Signature Cards – Green Stream NAB-6690 | VVV | 1741 |
| Signature Cards – Harvest Moon NAB-6682 | WWW | 1748 |
| Signature Cards – Gentle Breeze CVB-6720 | XXX | 1753 |

| | | |
|---|---|---|
| Signature Cards – Gentle Breeze CVB-6738 | YYY | 1755 |
| Signature Cards – Harvest Moon CVB-6746 | ZZZ | 1757 |
| Signature Cards – Harvest Moon CVB-6753 | AAAA | 1759 |
| **Lead Seller Documents** | | |
| Leadsmarket.com documents | BBBB | 1761 |
| **Promissory Notes** | | |
| Gentle Breeze | CCCC | 1765 |
| Green Stream | DDDD | 1773 |
| Harvest Moon | EEEE | 1781 |
| **Telecommunication Records** | | |
| Convergence Communications documents | FFFF | 1789 |
| **Remotely Created Checks** | | |
| Copies of documents from CNB Bank & Trust | GGGG | 1814 |
| **Commingling of Funds** | | |
| Chart of Activity | HHHH | 1830 |
| **Asset Dissipation Documents** | | |
| Bank of Hope - Offshore Wires | IIII | 1835 |
| Wells Fargo – selected checks | JJJJ | 1844 |
| **Payroll Documents** | | |
| Documents from ADP TotalSource | KKKK | 1989 |
| **Other Lawsuits** | | |
| Documents from Gillison v. Lead Express | LLLL | 2047 |
| Documents from Turnage v. Clarity Services | MMMM | 2071 |
| Documents from Stone v. Ebisu Marketing | NNNN | 2075 |
| Documents from Valencia v. Ebisu Marketing | OOOO | 2121 |
| Desist and Refrain Order from California Department of Corporations | PPPP | 2131 |

# ATTACHMENT A



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Ross Miller Secretary of State State of Nevada | **20110058213-33** |
| | Filing Date and Time **01/25/2011 10:30 AM** |
| | Entity Number **E0043102011-0** |

## Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | Lead Express, Inc. |
| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: Business Filings Incorporated — Name<br>[ ] Noncommercial Registered Agent (name and address below)   **OR**   [ ] Office or Position with Entity (name and address below)<br><br>Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity<br><br>Street Address _____ City _____ Nevada ____ Zip Code<br>Mailing Address (if different from street address) ____ City ____ Nevada ____ Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares with par value: **2000**      Par value per share: $ **0.01**      Number of shares without par value: |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) Takehisa Naito — Name<br>550 N Figueroa St., #4077   City Los Angeles   State CA   Zip Code 90012<br>Street Address<br>2) _____ Name<br>_____ Street Address   City ____ State ____ Zip Code |
| **5. Purpose:** (optional; see instructions) | The purpose of the corporation shall be:<br>To engage in any lawful act or activity for which a corporation may be organized under Chapter 78 of NRS. |
| **6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | Business Filings Incorporated — Name       [X] *Mark Williams* — Incorporator Signature       Mark Williams, AVP<br>8040 Excelsior Dr. Ste 200 — Address   City Madison   State WI   Zip Code 53717 |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity.<br>[X] *Mark Williams*   Mark Williams, AVP, Business Filings Incorporated       January 25, 2011<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity       Date |

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 78 Articles
Revised: 4-10-09

**(PROFIT) INITIAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

LEAD EXPRESS, INC.

E0043102011-0

NAME OF CORPORATION

FOR THE FILING PERIOD OF    1/2011   TO   1/2012

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***
The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

\* 100101\*

BUSINESS FILINGS INCORPORATED (Commercial Registered Agent)
311 S DIVISION ST
CARSON CITY, NV 89703 USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *[signature] Ross Miller* | 20110148760-60 |
| | Filing Date and Time |
| Ross Miller | 02/28/2011 11:08 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0043102011-0 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:  Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED*
2 If there are additional officers, attach a list of them to this form
3 Initial list fee is $125 00  A $75 00 penalty must be added for failure to file this form by the last day of the first month following the incorporation/initial registration with this office
4 State business license fee is $200 00  Effective 2/1/2010, $100 00 must be added for failure to file form by deadline
5 Make your check payable to the Secretary of State
6 **Ordering Copies:**  If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  A copy fee of **$2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order
7 Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8 Form must be in the possession of the Secretary of State on or before the last day of the first month following the initial registration date  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include initial list and business license fees will result in rejection of filing

INITIAL LIST FILING FEE $125 00    LATE PENALTY $75 00    BUSINESS LICENSE FEE $200 00    LATE PENALTY $100 00

| CHECK ONLY IF APPLICABLE | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee.  Exemption code: | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires:  20 | 002 - 501(c) Nonprofit Entity |
| | 003 - Home-based Business |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 004 - Natural Person with 4 or less rental dwelling units |
| | 005 - Motion Picture Company |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 550 N FIGUEROA ST. #4077 | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 550 N FIGUEROA ST. #4077 | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 550 N FIGUEROA ST. #4077 | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 550 N FIGUEROA ST. #4077 | LOS ANGELES | CA | 90012 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X TAKEHISA NAITO

**Signature of Officer**

| Title | Date |
|---|---|
| PRESIDENT | 2/28/2011 11:06:13 AM |

Nevada Secretary of State Initial List Profit
Revised 8-5-09

PX19 - 41

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

LEAD EXPRESS, INC.

NAME OF CORPORATION

E0043102011-0

FOR THE FILING PERIOD OF     1/2012     TO     1/2013

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

BUSINESS FILINGS INCORPORATED (Commercial Registered Agent)
311 S DIVISION ST
CARSON CITY, NV 89703  USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *signature* | 20120068558-27 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 01/30/2012 3:31 PM |
| State of Nevada | Entity Number |
| | E0043102011-0 |

*110101*

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:  Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee  Annual list fee  is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75.00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00  Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30.00 per certification  **A copy fee of $2.00 per page is required for each additional copy** generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order.
7. Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684 5708
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date.)  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

| **CHECK ONLY IF APPLICABLE** | **Section 7(2) Exemption Codes** |
|---|---|
| ☐  Pursuant to NRS, this corporation is exempt from the business license fee.  Exemption code: | 001 - Governmental Entity |
| ☐  Month and year your State Business License expires:  ____ 20 ____ | 002 - 501(c) Nonprofit Entity |
| | 003 - Home-based Business |
| ☐  This corporation is a publicly traded corporation. The Central Index Key number is: | 004 - Natural Person with 4 or less rental dwelling units |
| | 005 - Motion Picture Company |
| ☐  This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6260 W. 3RD ST. #407 | LOS ANGELES | CA | 90036 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6260 W. 3RD ST. #407 | LOS ANGELES | CA | 90036 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6260 W. 3RD ST. #407 | LOS ANGELES | CA | 90036 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6260 W. 3RD ST. #407 | LOS ANGELES | CA | 90036 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

TAKEHISA NAITO

X _____

**Signature of Officer**

| Title | Date |
|---|---|
| C.E.O. | 1/30/2012 3:28:42 PM |

Nevada Secretary of State Annual List Profit
Revised  8-5-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

LEAD EXPRESS, INC.

NAME OF CORPORATION

E0043102011-0

FOR THE FILING PERIOD OF   JAN, 2013   TO   JAN, 2014

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is

\*110105\*

BUSINESS FILINGS INCORPORATED
311 S DIVISION ST
CARSON CITY, NV 89703

| Filed in the office of | Document Number |
| --- | --- |
| *Ross Miller* signature | 20120826005-26 |
| | Filing Date and Time |
| Ross Miller | 12/07/2012 2:13 PM |
| Secretary of State | Entity Number |
| State of Nevada | E0043102011-0 |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:  Read instructions before completing and returning this form*

1  Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*
2  If there are additional officers, attach a list of them to this form
3  Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75.00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year
4  State business license fee is $200 00  Effective 2/1/2010, $100.00 must be added for failure to file form by deadline
5  Make your check payable to the Secretary of State
6  **Ordering Copies:**  If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  **A copy fee of $2.00 per page is required for each additional copy** generated when ordering 2 or more file stamped or certified copies.  Appropriate instructions must accompany your order
7  Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8  Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date.)  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW | |
| --- | --- |
| ☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee  Exemption code: | **NRS 76.020 Exemption Codes** |
| **NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees. | 001 - Governmental Entity<br>005 - Motion Picture Company |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 006 - NRS 680B.020 Insurance Co |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA  NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE., #614  , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA  NAITO | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE , #614  , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA  NAITO | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE , #614  , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA  NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE , #614  , USA | HOLLYWOOD | CA | 90028 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

TAKEHISA NAITO

**X** _____

**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 12/7/2012 2 12:57 PM |

Nevada Secretary of State Annual List Profit
Revised 3 9 12

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

LEAD EXPRESS, INC

E0043102011-0

NAME OF CORPORATION

FOR THE FILING PERIOD OF   JAN, 2013   TO   JAN, 2014

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***



\*110105\*

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is

**BUSINESS FILINGS INCORPORATED
311 S DIVISION ST
CARSON CITY, NV 89703**

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT   www.nvsos.gov

| Filed in the office of | Document Number |
| --- | --- |
| *signature* Ross Miller Secretary of State State of Nevada | 20130336684-66 |
| | Filing Date and Time |
| | 05/21/2013 12:25 PM |
| | Entity Number |
| | E0043102011-0 |

{This document was filed electronically.}
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT.* Read instructions before completing and returning this form

1 Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*
2 If there are additional officers, attach a list of them to this form
3 Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75 00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year
4 State business license fee is $200 00  Effective 2/1/2010, $100 00 must be added for failure to file form by deadline
5 Make your check payable to the Secretary of State
6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  A copy fee of $2.00 per page is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order
7 Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee  Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |
| NAME | TITLE(S) | | |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State,

TAKEHISA NAITO

**X**

**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 5/21/2013 12:25:31 PM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

PX19 - 44

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

LEAD EXPRESS, INC. | E0043102011-0
NAME OF CORPORATION

FOR THE FILING PERIOD OF   JAN, 2014   TO   JAN, 2015


*100101*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT.  Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*

2 If there are additional officers, attach a list of them to this form

3 Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75.00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year

4 State business license fee is $200.00  Effective 2/1/2010, $100.00 must be added for failure to file form by deadline

5 Make your check payable to the Secretary of State

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30.00 per certification  A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order

7 Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date.)  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]*  Ross Miller  Secretary of State  State of Nevada | 20130754238-25 |
| | Filing Date and Time |
| | 11/18/2013 5:18 PM |
| | Entity Number |
| | E0043102011-0 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐
**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| --- | --- |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |

| NAME | TITLE(S) |
| --- | --- |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X KEISHI IKEDA

**Signature of Officer or Other Authorized Signature**

| Title | Date |
| --- | --- |
| SECRETARY | 11/18/2013 5:18:46 PM |

Nevada Secretary of State List Profit
Revised 7-31-13

PX19 - 45

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

LEAD EXPRESS, INC.
NAME OF CORPORATION

E0043102011-0

FOR THE FILING PERIOD OF | JAN, 2015 | TO | JAN, 2016



*100101*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form

1. Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form

3. Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75.00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year

4. State business license fee is $200.00  Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30.00 per certification  A copy fee of $2.00 per page is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order

7. Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

| Filed in the office of | Document Number |
|---|---|
| *[signature]* | 20140786365-52 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 12/01/2014 12:51 PM |
| State of Nevada | Entity Number |
| | E0043102011-0 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [    ]

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |
| NAME | TITLE(S) | | |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | REDONDO BEACH | CA | 90028 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| X JAWED SABEH | Title | Date |
|---|---|---|
| | GENERAL MANAGER | 12/1/2014 12:50:56 PM |

**Signature of Officer or
Other Authorized Signature**

Nevada Secretary of State List Profit
Revised 7-31-13

PX19 - 46

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

NAME OF CORPORATION
**LEAD EXPRESS, INC.**

E0043102011-0

| FOR THE FILING PERIOD OF | JAN, 2016 | TO | JAN, 2017 |
|---|---|---|---|

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegaske* | **20150522028-17** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/30/2015 2:13 PM** |
| State of Nevada | Entity Number |
| | **E0043102011-0** |

*IMPORTANT.  Read instructions before completing and returning this form*

1  Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named.  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*

2  If there are additional officers, attach a list of them to this form.

3  Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations.  A $75 00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

*(This document was filed electronically.)*
ABOVE SPACE IS FOR OFFICE USE ONLY

4  State business license fee is $500.00/$200 00 for Professional Corporations filed pursuant to NRS Chapter 89  Effective 2/1/2010, $100 00 must be added for failure to file form by deadline

5  Make your check payable to the Secretary of State

6  **Ordering Copies:**  If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  A **copy fee of $2.00 per page** is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies.  Appropriate instructions must accompany your order.

7  Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8  Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation.  The Central Index Key number is

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1619 N. LA BREA AVE., #614 , USA | REDONDO BEACH | CA | 90028 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1619 N. LA BREA AVE., #614 , USA | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| X TAKEHISA NAITO | Title | Date |
|---|---|---|
| **Signature of Officer or** | PRESIDENT | 11/30/2015 2:13:15 PM |
| **Other Authorized Signature** | | |

Nevada Secretary of State List Profit
Revised  7-1-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

NAME OF CORPORATION

LEAD EXPRESS, INC. | E0043102011-0

FOR THE FILING PERIOD OF   JAN, 2017   TO   JAN, 2018

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐   Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors   A President, Secretary, Treasurer, or equivalent of and all Directors must be named   There must be at least one director   An Officer must sign the form   *FORM WILL BE RETURNED IF UNSIGNED*

2 If there are additional officers, attach a list of them to this form

3 Return the completed form with the filing fee   Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations   A $75 00 penalty must be added for failure to file this form by the deadline   An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year

4 State business license fee is $500 00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89   Effective 2/1/2010, $100 00 must be added for failure to file form by deadline

5 Make your check payable to the Secretary of State

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge   To receive a certified copy, enclose an additional $30 00 per certification   **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies   Appropriate instructions must accompany your order

7 Return the completed form to   Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due   (Postmark date is not accepted as receipt date)   Forms received after due date will be returned for additional fees and penalties   Failure to include annual list and business license fees will result in rejection of filing

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | 20160510293-99 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 11/23/2016 8:20 AM |
| State of Nevada | Entity Number |
| | E0043102011-0 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| PRESIDENT | 11/23/2016 8:20:16 AM |

Nevada Secretary of State List Profit
Revised  7-1-15

PX19 - 48

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

**ENTITY NUMBER**

| NAME OF CORPORATION | |
|---|---|
| LEAD EXPRESS, INC. | E0043102011-0 |

FOR THE FILING PERIOD OF **JAN. 2017** TO **JAN. 2018**

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED.

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201. (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**Filed in the office of** *Barbara K Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

**Document Number** 20170250956-17
**Filing Date and Time** 06/09/2017 8:07 AM
**Entity Number** E0043102011-0

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐
**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE, #614 | HOLLYWOOD | CA | 90028 |
| NAME | TITLE(S) | | |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |
| NAME | TITLE(S) | | |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE, #614 | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Title** PRESIDENT
**Date** 6/9/2017 8:07:24 AM

**Signature of Officer or Other Authorized Signature**

Nevada Secretary of State List Profit
Revised: 7-1-15

PX19 - 49

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

LEAD EXPRESS, INC.

E0043102011-0

NAME OF CORPORATION

FOR THE FILING PERIOD OF     JAN, 2018     TO     JAN, 2019

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. <u>Ordering Copies:</u> If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20170514296-27 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 12/05/2017 3:07 PM |
| State of Nevada | Entity Number |
| | E0043102011-0 |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: _____

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes

001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7430 YONIE CT | LAS VEGAS | NV | 89117 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7430 YONIE CT | LAS VEGAS | NV | 89117 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
|---|---|
| DIRECTOR | 12/5/2017 3:07:07 PM |

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

LEAD EXPRESS, INC.

| E0043102011-0 |

NAME OF CORPORATION

FOR THE FILING PERIOD OF | JAN, 2019 | TO | JAN, 2020 |

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT.* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED.

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date will be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| *Barbara K. Cegavske* | **20180494349-44** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/14/2018 3:10 PM** |
| State of Nevada | Entity Number |
| | **E0043102011-0** |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: | |

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: | |

☐ This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD., SUITE 200-3133 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD., SUITE 200-3133 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| TAKEHISA NAITO | DIRECTOR |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or**
**Other Authorized Signature**

| Title | Date |
| PRESIDENT | 11/14/2018 3:10:40 PM |

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17

PX19 - 51

| S&DC-S/N | Statement and Designation by Foreign Corporation | **3606656** |

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form, and submit for filing along with:

- A $100 filing fee (for a foreign stock corporation) or $30 filing fee (for a foreign nonprofit corporation), and
- A certificate of good standing, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**FILED**
Secretary of State
State of California

1PC  **SEP 2 4 2013**

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① Lead Express, Inc.

**Corporate History**

② State or foreign country where this corporation was formed: Nevada

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a 1505 corporation.)

③ a. Business Filings Incorporated
   *Agent's Name*

   b. _____ | | **CA** | |
   *Agent's Street Address (if agent is not a corporation)* | *City (no abbreviations)* | *State* | *Zip*

The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 2780 S. Jones Blvd Ste. 3637, Las Vegas, Nevada 89146
   *Street Address of Principal Executive Office* | *City (no abbreviations)* | *State* | *Zip*

   b. _____ | | **CA** | |
   *Street Address of Principal Office in California, if any* | *City (no abbreviations)* | *State* | *Zip*

   c. _____ | | | |
   *Mailing Address of Principal Executive Office, if different from 4a or 4b* | *City (no abbreviations)* | *State* | *Zip*

**Read and sign below:** This form must be signed by an officer of the foreign corporation.

► _____ | Takehisa Naito | President
Sign here | Print your name here | Your business title

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

PX10 52

3606656





# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **LEAD EXPRESS, INC.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since January 25, 2011, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on September 12, 2013.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20130912-2277
You may verify this electronic certificate
online at **http://www.nvsos.gov/**

I4 080664



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

| F |

29 avl

**FILED**
Secretary of State
State of California

**SEP 2 9 2014**

---

**1.  CORPORATE NAME**

LEAD EXPRESS, INC.
2780 S JONES BLVD STE 3637
LAS VEGAS, NV 89146

**2.  CALIFORNIA CORPORATE NUMBER**   C3606656

This Space for Filing Use Only

---

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

**3.**  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 13.**

---

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 2780 S JONES BLVD STE 3637 | | LAS VEGAS | NV | 89146 |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 1930 WILSHIRE BLVD STE 400 | | LOS ANGELES | CA | 90057 |
| 6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |
| | | | | |

---

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ TAKEHISA NAITO | 1619 N LA BREA AVE #614 | HOLLYWOOD | CA | 90028 |
| 8.  SECRETARY KEISHI IKEDA | 136 S BROADWAY | REDONDO BEACH | CA | 90277 |
| 9.  CHIEF FINANCIAL OFFICER/ KEISHI IKEDA | 136 S BROADWAY | REDONDO BEACH | CA | 90277 |

---

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

**10.  NAME OF AGENT FOR SERVICE OF PROCESS**

C 2113485

| 11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| BUSINESS FILINGS INCORPORATED | | CA | |

---

**Type of Business**

**12.**  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

**13.**  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 9/3/2014 | KEISHI IKEDA | C.F.O. | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                                APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

1.  **CORPORATE NAME**

2.  **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

| 11. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                                    APPROVED BY SECRETARY OF STATE

D1418832



**Secretary of State**
**Certificate of Surrender**
(Foreign Qualified Corporation ONLY)

**SURC**

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Surrender

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* For information about Franchise Tax Board final tax return requirements,
go to https://www.ftb.ca.gov.

**FILED**
**Secretary of State**
**State of California**

**OCT 04 2017**

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.  Note: If you registered in California using an assumed name, see instructions.)

Lead Express, Inc.

**2. 7-Digit Secretary of State File Number**

C3606656

**3. Jurisdiction** (State, foreign country or place where this corporation is formed.)

Nevada

**4. Mailing Address to mail copies of Legal Service** (Enter the complete mailing address where the California Secretary of State may forward copies of any legal documents against the corporation that are served on the Secretary of State intended for the corporation.)

| Mailing Address of Corporation | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 101 Convention Center Dr Suite 500 | Las Vegas | NV | 89109 |

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file this Certificate of Surrender.)

Statements 5(a) – 5(d) are true:

a) The corporation hereby surrenders its rights and authority to transact intrastate business in the State of California.

b) The corporation hereby revokes its designation of agent for service of process in California.

c) The corporation consents to process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender may be served upon the California Secretary of State.

d) All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**6. Read and Sign Below** (See Instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Keishi Ikeda, Secretary

_____      _____
Signature                        Type or Print Name

SURC (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Clear Form    Print Form

425°8198



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

**S&DC-S/N**

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** – $100.00 (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

**FILED**
**Secretary of State**
**State of California**

**MAR 22 2019**

This Space For Office Use Only

1. **Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

2. **Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

| | |
|---|---|
| Lead Express, Inc. | Nevada |

3. **Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2780 South Jones Blvd Suite 200-3637 | Las Vegas | NV | 89146 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |

4. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code | |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Business Filings Incorporated |

5. **Read and Sign Below** (See Instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Takehisa Naito, President
Type or Print Name

S&DC-S/N (REV 03/2017)

[ Clear Form ]  [ Print Form ]

2017 California Secretary of State
www.sos.ca.gov/business/be



# SECRETARY OF STATE



STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **LEAD EXPRESS, INC.,** as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since January 25, 2011, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 21, 2019.

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Electronic Certificate
Certificate Number: C20190321-0435



| | |
|---|---|
| **State of California** | **F** |
| **Secretary of State** | |

**Statement of Information**
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**G588176**

**FILED**

In the office of the Secretary of State
of the State of California

**APR-19 2019**

1.  **CORPORATE NAME**

    LEAD EXPRESS, INC.

2.  **CALIFORNIA CORPORATE NUMBER**  C4258198

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>2780 SOUTH JONES BLVD SUITE 200-3637, LAS VEGAS, NV 89146 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8.   SECRETARY<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |
| 9.   CHIEF FINANCIAL OFFICER/<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

BUSINESS FILINGS INCORPORATED

11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/19/2019 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)          APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

**F**

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## GC31537
# FILED

**In the office of the Secretary of State of the State of California**

**JAN-17 2020**

| 1. **CORPORATE NAME** |
| LEAD EXPRESS, INC. |

| 2. **CALIFORNIA CORPORATE NUMBER** | C4258198 |

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS,, NV 89146 | | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| TAKEHISA  NAITO    2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | | |
| 8.   SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| KEISHI  IKEDA    2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| KEISHI  IKEDA    2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.   NAME OF AGENT FOR SERVICE OF PROCESS

BUSINESS FILINGS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE BUSINESS FILINGS INCORPORATED

| 11.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY | STATE | ZIP CODE |

**Type of Business**

12.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/17/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |

# ATTACHMENT B



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| _Ross Miller_ Ross Miller Secretary of State State of Nevada | **20120190407-96** |
| | Filing Date and Time **03/19/2012 1:10 PM** |
| | Entity Number **E0157522012-8** |

# Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                  ABOVE SPACE IS FOR OFFICE USE ONLY

| **1. Name of Corporation:** | Camel Coins, Inc. | | | | | |
|---|---|---|---|---|---|---|
| **2. Registered Agent for Service of Process:** (check only one box) | [x] Commercial Registered Agent: Business Filings Incorporated | | | | | |
| | Name | | | | | |
| | [ ] Noncommercial Registered Agent (name and address below) | _OR_ | [ ] Office or Position with Entity (name and address below) | | | |
| | Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity | | | | | |
| | | | | Nevada | | |
| | Street Address | | City | | | Zip Code |
| | | | | Nevada | | |
| | Mailing Address (if different from street address) | | City | | | Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares with par value: 2000 | Par value per share: $ 0.01 | Number of shares without par value: | | | |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) Takehisa Naito | | | | | |
| | Name | | | | | |
| | 550 N Figueroa St, #4077 | | Los Angeles | | CA | 90012 |
| | Street Address | | City | | State | Zip Code |
| | 2) | | | | | |
| | Name | | | | | |
| | Street Address | | City | | State | Zip Code |
| **5. Purpose:** (optional; see instructions) | _The purpose of the corporation shall be:_ To engage in any lawful act or activity for which a corporation may be organized under Chapter 78 of NRS. | | | | | |
| **6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | Business Filings Incorporated | X _Mark Williams_ Mark Williams, AVP | | | | |
| | Name | Incorporator Signature | | | | |
| | 8040 Excelsior Dr., Ste 200 | Madison | | WI | 53717 | |
| | Address | City | | State | Zip Code | |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | _I hereby accept appointment as Registered Agent for the above named Entity._ | | | | | |
| | X _Mark Williams_       Mark Williams, AVP, Business Filings Incorporated | | | March 19, 2012 | | |
| | Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity | | | Date | | |

_This form must be accompanied by appropriate fees._

Nevada Secretary of State NRS 78 Articles
Revised: 4-10-09

**(PROFIT) INITIAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF      3/2012      TO      3/2013


*100101*

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***
The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is

BUSINESS FILINGS INCORPORATED (Commercial Registered Agent)
311 S DIVISION ST
CARSON CITY, NV 89703  USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

| | |
|---|---|
| Filed in the office of | Document Number |
| | 20120776365-09 |
| *Ross Miller* | Filing Date and Time |
| Ross Miller | 11/16/2012 10:44 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0157522012-8 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐  Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:  Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An **Officer** must sign the form  *FORM WILL BE RETURNED IF UNSIGNED*
2. If there are additional officers, attach a list of them to this form
3. Initial list fee is $125 00  A $75 00 penalty must be added for failure to file this form by the last day of the first month following the incorporation/initial registration with this office
4. State business license fee is $200 00  Effective 2/1/2010, $100 00 must be added for failure to file form by deadline
5. Make your check payable to the Secretary of State
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order
7. Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the initial registration date  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include initial list and business license fees will result in rejection of filing

INITIAL LIST FILING FEE  $125.00      LATE PENALTY  $75.00      BUSINESS LICENSE FEE  $200 00      LATE PENALTY  $100.00

**CHECK ONLY IF APPLICABLE**

☐  Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code:

☐  Month and year your State Business License expires:       20

☐  This corporation is a publicly traded corporation. The Central Index Key number is:

☐  This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**

001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less rental dwelling units
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | STATE | ZIP CODE |
| 1619 N LA BREA AVE #514 , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | STATE | ZIP CODE |
| 1619 N LA BREA AVE #514 , USA | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | STATE | ZIP CODE |
| 1619 N LA BREA AVE #514 | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | DIRECTOR | | |
| **ADDRESS** | CITY | STATE | ZIP CODE |
| 1619 N LA BREA AVE #514 , USA | HOLLYWOOD | CA | 90028 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer**

| Title | Date |
|---|---|
| PRESIDENT | 11/16/2012 10:37:54 AM |

Nevada Secretary of State Initial List Profit
Revised  8-5-09

PX19 - 63

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

CAMEL COINS, INC.

NAME OF CORPORATION

E0157522012-8

FOR THE FILING PERIOD OF : MAR, 2013 TO MAR, 2014

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

\*110105\*

BUSINESS FILINGS INCORPORATED
311 S DIVISION ST
CARSON CITY, NV 89703

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]* Ross Miller Secretary of State State of Nevada | 20130246132-84 |
| | Filing Date and Time |
| | 04/12/2013 4:09 PM |
| | Entity Number |
| | E0157522012-8 |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT.  Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form.  *FORM WILL BE RETURNED IF UNSIGNED.*
2 If there are additional officers, attach a list of them to this form.
3 Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4 Annual business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5 Make your check payable to the Secretary of State.
6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7 Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW | |
| --- | --- |
| ☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐ | **NRS 76.020 Exemption Codes** 001 - Governmental Entity |
| **NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.** | 005 - Motion Picture Company 006 - NRS 680B.020 Insurance Co. |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

TAKEHISA NAITO

X _____

**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 4/12/2013 4:08:52 PM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

PX19 - 64

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF  **MAR, 2013**  TO  **MAR, 2014**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is

\*110105\*

**BUSINESS FILINGS INCORPORATED**
**311 S DIVISION ST**
**CARSON CITY, NV 89703**

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT  www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | **20130323290-35** |
| | Filing Date and Time |
| | **05/15/2013 10:22 AM** |
| | Entity Number |
| | **E0157522012-8** |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐  Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:  Read instructions before completing and returning this form.*

1  Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2  If there are additional officers, attach a list of them to this form.

3  Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A \$75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4  State business license fee is \$200.00. Effective 2/1/2010, \$100.00 must be added for failure to file form by deadline.

5  Make your check payable to the Secretary of State.

6  **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional \$30.00 per certification. A copy fee of \$2.00 per page is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7  Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8  Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW | |
|---|---|
| ☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐ | **NRS 76.020 Exemption Codes** |
| **NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.** | 001 - Governmental Entity |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 005 - Motion Picture Company |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | **TREASURER** (OR EQUIVALENT OF) | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | **DIRECTOR** | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 550 N FIGUEROA ST, #4077 , USA | LOS ANGELES | CA | 90012 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

TAKEHISA NAITO

**X**

**Signature of Officer**

| Title | Date |
|---|---|
| PRESIDENT | 5/15/2013 10:22:35 AM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

CAMEL COINS, INC.

**ENTITY NUMBER**  E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF  2014  TO  2015

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

[X] Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT.  Read instructions before completing and returning this form.*

1  Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline

5. Make your check payable to the Secretary of State

6  *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge.  To receive a certified copy, enclose an additional $30.00 per certification.  A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies.  Appropriate instructions must accompany your order.

7. Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due.  (Postmark date is not accepted as receipt date.)  Forms received after due date will be returned for additional fees and penalties.  Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

*Ross Miller* (signature)

Ross Miller
Secretary of State
State of Nevada

Document Number
**20140058415-30**

Filing Date and Time
**01/27/2014 5:54 AM**

Entity Number
**E0157522012-8**

ABOVE SPACE IS FOR OFFICE USE ONLY

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: _____

**NOTE:  If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

[ ] This corporation is a publicly traded corporation. The Central Index Key number is:

[ ] This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | | |
| **ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 1619 N. LA BREA AVE., #614 | HOLLYWOOD | | CA | 90028 |
| NAME | TITLE(S) | | | |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) | | | |
| **ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 136 S. BROADWAY | REDONDO BEACH | | CA | 90277 |
| NAME | TITLE(S) | | | |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) | | | |
| **ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 136 S. BROADWAY | REDONDO BEACH | | CA | 90277 |
| NAME | TITLE(S) | | | |
| TAKEHISA NAITO | DIRECTOR | | | |
| **ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 1619 N. LA BREA AVE., #614 | HOLLYWOOD | | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____ (signature)

**Signature of Officer or
Other Authorized Signature**

Title  TREASURER

Date  1/22/2014

Nevada Secretary of State List Profit
Revised 7-31-13

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF   MAR, 2015   TO   MAR, 2016

*100102*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors  A President, Secretary, Treasurer, or equivalent of and all Directors must be named  There must be at least one director  An Officer must sign the form  *FORM WILL BE RETURNED IF UNSIGNED.*

2 If there are additional officers, attach a list of them to this form

3 Return the completed form with the filing fee  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations  A $75 00 penalty must be added for failure to file this form by the deadline  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year

4 State business license fee is $200 00  Effective 2/1/2010, $100 00 must be added for failure to file form by deadline

5 Make your check payable to the Secretary of State.

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge  To receive a certified copy, enclose an additional $30 00 per certification  A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies  Appropriate instructions must accompany your order.

7 Return the completed form to  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due  (Postmark date is not accepted as receipt date )  Forms received after due date will be returned for additional fees and penalties  Failure to include annual list and business license fees will result in rejection of filing

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K Cegavske* | 20150073730-98 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 02/18/2015 3:33 PM |
| State of Nevada | Entity Number |
| | E0157522012-8 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee  Exemption code: ☐

**NRS 76.020 Exemption Codes**

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  **Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | | |
| --- | --- | --- | --- | --- |
| TAKEHISA  NAITO | PRESIDENT (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 1619 N LABREA AVE #614  , USA | LOS ANGELES | | CA | 90028 |
| NAME | TITLE(S) | | | |
| KEISHI  IKEDA | SECRETARY (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 136 S. BROADWAY  , USA | REDONDO BEACH | | CA | 90277 |
| NAME | TITLE(S) | | | |
| KEISHI  IKEDA | TREASURER (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 136 S. BROADWAY  , USA | REDONDO BEACH | | CA | 90277 |
| NAME | TITLE(S) | | | |
| TAKEHISA  NAITO | DIRECTOR | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 1619 N LABREA AVE #614  , USA | LOS ANGELES | | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| **X** TAKEHISA NAITO | Title | | Date |
| --- | --- | --- | --- |
| | | CFO | 2/18/2015 3:33:04 PM |

**Signature of Officer or Other Authorized Signature**

Nevada Secretary of State List Profit
Revised 1-5-15

PX19 - 67

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF **MAR, 2016** TO **MAR, 2017**

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1 Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED*

2 If there are additional officers, attach a list of them to this form.

3 Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4 State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5 Make your check payable to the Secretary of State.

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7 Return the completed form to Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K. Cegavske* Barbara K. Cegavske Secretary of State State of Nevada | 20160067966-23 |
| | Filing Date and Time |
| | 02/16/2016 8:07 AM |
| | Entity Number |
| | E0157522012-8 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [     ]

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1619 N LABREA AVE #614 , USA | LOS ANGELES | CA | 90028 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 136 S. BROADWAY , USA | REDONDO BEACH | CA | 90277 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1619 N LABREA AVE #614 , USA | LOS ANGELES | CA | 90028 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| TAKEHISA NAITO | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1619 N LABREA AVE #614 , USA | LOS ANGELES | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
| --- | --- |
| TAKEHISA NAITO | 2/16/2016 8:07:21 AM |

Nevada Secretary of State List Profit
Revised 7-1-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF MAR, 2017 TO MAR, 2018

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

| Filed in the office of | Document Number |
|---|---|
| Barbara K. Cegavske Secretary of State State of Nevada | 20170113976-57 |
| | Filing Date and Time 03/16/2017 9:49 AM |
| | Entity Number E0157522012-8 |

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: _____

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|---|---|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |
| NAME | TITLE(S) | | |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |
| NAME | TITLE(S) | | |
| TAKEHISA NAITO | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1930 WILSHIRE BLVD, SUITE 400 , USA | LOS ANGELES | CA | 90057 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X TAKEHISA NAITO

| Title | Date |
|---|---|
| PRESIDENT | 3/16/2017 9:49:18 AM |

**Signature of Officer or Other Authorized Signature**

Nevada Secretary of State List Profit
Revised: 7-1-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF   MAR, 2017   TO   MAR, 2018

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
20170241626-31

Filing Date and Time
06/02/2017 10:47 AM

Entity Number
E0157522012-8

**(This document was filed electronically.)**
ABOVE SPACE IS FOR OFFICE USE ONLY

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW |
| --- |

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [____]

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [____]

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE, APT. #614 | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| --- | --- |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
| --- | --- |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
| --- | --- |
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1619 N. LA BREA AVE, APT. #614 | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X TAKEHISA NAITO

**Signature of Officer or Other Authorized Signature**

| Title | Date |
| --- | --- |
| PRESIDENT | 6/2/2017 10:47:34 AM |

Nevada Secretary of State List Profit
Revised: 7-1-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

| CAMEL COINS, INC. | E0157522012-8 |
NAME OF CORPORATION

FOR THE FILING PERIOD OF **MAR, 2018** TO **MAR, 2019**

*100103*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of *Barbara K. Cegavske* Barbara K. Cegavske Secretary of State State of Nevada

| Document Number | 20180059905-69 |
| Filing Date and Time | 02/07/2018 6:51 AM |
| Entity Number | E0157522012-8 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE, APT. #614 | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
| KEISHI IKEDA | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 8760 W. PATRICK LANE, UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
| TAKEHISA NAITO | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
| 1619 N. LA BREA AVE, APT. #614 | HOLLYWOOD | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

| Title | Date |
| PRESIDENT | 2/7/2018 6:51:57 AM |

**Signature of Officer or Other Authorized Signature**

Nevada Secretary of State List Profit
Form 100103   Revised: 7-1-17

PX19 - 71

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

CAMEL COINS, INC.

E0157522012-8

NAME OF CORPORATION

FOR THE FILING PERIOD OF **MAR, 2019** TO **MAR, 2020**

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as adjusted in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

| Document Number |
| 20190084779-77 |
| Filing Date and Time |
| 02/26/2019 3:02 PM |
| Entity Number |
| E0157522012-8 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 SOUTH JONES BLVD. SUITE 200-3132 | LAS VEGAS | NV | 89146 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
| PRESIDENT | 2/26/2019 3:02:29 PM |

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17

3425801

# ARTICLES OF INCORPORATION

### Article I

**FILED**
In the office of the Secretary of State
of the State of California

**NOV 08 2011**

The name of the corporation is: Camel Coins

### Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is five thousand (5,000), with a one dollar ($1.00) par value per share.

### Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

### Article V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Business Filings Incorporated, Incorporator

_____
BY: Mark Williams, A.V.P.



# State of California
## Secretary of State

**Statement of Information**
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

# E-H54922

# FILED

In the office of the Secretary of State of the State of California

## Nov - 30 2011

This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C3425801 |
| CAMEL COINS |

| Due Date: |
|---|

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 1930 WILSHIRE BLVD. SUITE 400   LOS ANGELES   CA  90057 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 1930 WILSHIRE BLVD. SUITE 400   LOS ANGELES  CA 90057 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| TAKEHISA  NAITO  6260 W 3RD ST. #407   LOS ANGELES, CA 90036 | | | | |
| 6. SECRETARY | | | | |
| TAKEHISA   NAITO  6260 W 3RD ST. #407   LOS ANGELES, CA 90036 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| TAKEHISA   NAITO  6260 W 3RD ST. #407   LOS ANGELES  CA 90036 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| TAKEHISA  NAITO    6260 W 3RD ST. #407    LOS ANGELES, CA 90036 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

| 11.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: |
|---|

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| BUSINESS FILINGS INCORPORATED |

| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

| **Type of Business** |
|---|

| 14.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| MR. NAITO HAS EXPERIENCE IN FI |

15.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/30/2011 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                    APPROVED BY SECRETARY OF STATE

DISS STK

**State of California**
**Secretary of State**

C 3425801

**Domestic Stock Corporation**
**Certificate of Dissolution**

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

D1187451

**FILED**
Secretary of State
State of California

MAY 13 2013

This Space For Filing Use Only

**Corporate Name** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

CAMEL COINS

**Required Statements** (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

[ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

[ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

[ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
(Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

[ ] The corporation never incurred any known debts or liabilities.

**Assets** (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

[ ] The corporation never acquired any known assets.

**Election** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares. [✓] YES [ ] NO

**Verification & Execution** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

4/29/2013
Date

Signature of Director

Takehisa Naito
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

DISS STK (REV 01/2013)

APPROVED BY SECRETARY OF STATE

| **S&DC-S/N** | **Statement and Designation by Foreign Corporation** |
|---|---|

**3606651**

FILED
IN THE OFFICE OF THE
SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

IPC SEP 25 2013

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form. and submit for filing along with:

- A $100 filing fee (for a foreign stock corporation) or $30 filing fee (for a foreign nonprofit corporation), and
- A certificate of good standing, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

This Space For Office Use Only

**For questions about this form, go to** www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① CAMEL COINS, INC.

**Corporate History**

② State or foreign country where this corporation was formed: Nevada

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a 1505 corporation.)

③ a. Business Filings Incorporated
   *Agent's Name*

   b. _____ CA _____
   *Agent's Street Address (if agent is not a corporation)* | *City (no abbreviations)* | *State* | *Zip*

   The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 2780 S. Jones Blvd #3695, Las Vegas, Nevada 89146
   *Street Address of Principal Executive Office* | *City (no abbreviations)* | *State* | *Zip*

   b. _____ CA _____
   *Street Address of Principal Office in California, if any* | *City (no abbreviations)* | *State* | *Zip*

   c. _____
   *Mailing Address of Principal Executive Office, if different from 4a or 4b* | *City (no abbreviations)* | *State* | *Zip*

**Read and sign below:** This form must be signed by an officer of the foreign corporation.

► _____ | Takehisa Naito | President
Sign here | *Print your name here* | *Your business title*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

PX19 - 76
2013 California Secretary of State
www.sos.ca.gov/business/be

**3606651**

## SECRETARY OF STATE



STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **CAMEL COINS, INC.,** as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since March 19, 2012, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on September 23, 2013.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20130923-1749
You may verify this electronic certificate
online at **http://www.nvsos.gov/**



# State of California
## Secretary of State

### Statement of Information
#### (Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

1.  **CORPORATE NAME**

2.  **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.   SECRETARY | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 11.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                                  APPROVED BY SECRETARY OF STATE

PX19 - 78



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

## FX86890
## FILED

In the office of the Secretary of State
of the State of California

### JUL-06 2018

1.  **CORPORATE NAME**

    CAMEL COINS, INC.

2.  **CALIFORNIA CORPORATE NUMBER**            C3606651

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

    ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE

    2780 S. JONES BLVD #3695, LAS VEGAS, NV 89146

5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7.  CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

    TAKEHISA  NAITO     1619 N. LA BREA AVE., APT. #614, HOLLYWOOD, CA 90028

8.  SECRETARY | ADDRESS | CITY | STATE | ZIP CODE

    KEISHI  IKEDA    8760 W. PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148

9.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

    KEISHI  IKEDA    8760 W. PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

    BUSINESS FILINGS INCORPORATED

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    BUSINESS CONSULTING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 07/06/2018 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                                        APPROVED BY SECRETARY OF STATE



| | F |
|---|---|

# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## GA97645

## FILED

In the office of the Secretary of State
of the State of California

## NOV-25 2019

**1. CORPORATE NAME**

CAMEL COINS, INC.

**2. CALIFORNIA CORPORATE NUMBER**     C3606651

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

**3.** **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.  SECRETARY | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| | | | |
|---|---|---|---|
| 10.  NAME OF AGENT FOR SERVICE OF PROCESS | | | |

| 11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 11/25/2019 | KEISHI  IKEDA | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                                          APPROVED BY SECRETARY OF STATE

# ATTACHMENT C



**ROSS MILLER**
**Secretary of State**
**204 North Carson Street, Suite 4**
**Carson City, Nevada 89701-4520**
**(775) 684 5708**
**Website: www.nvsos.gov**

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *signature* | **20120116859-95** |
| Ross Miller | Filing Date and Time |
| Secretary of State | **02/21/2012 8:00 AM** |
| State of Nevada | Entity Number |
| | **E0097152012-0** |

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | Sea Mirror, Inc. |
| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: Business Filings Incorporated <br> Name <br> [ ] Noncommercial Registered Agent (name and address below) **OR** [ ] Office or Position with Entity (name and address below) <br><br> Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity <br><br> Street Address ___ City ___ Nevada ___ Zip Code <br> Mailing Address (if different from street address) ___ City ___ Nevada ___ Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares *with par value:* 2000   Par value per share: $ 0.01   Number of shares *without par value:* |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) Takehisa Naito <br> Name <br> 2780 S. Jones Blvd, Suite 200 #3692   Las Vegas   Nevada   89146 <br> Street Address   City   State   Zip Code <br> 2) <br> Name <br> Street Address   City   State   Zip Code |
| **5. Purpose:** (optional; see instructions) | *The purpose of the corporation shall be:* <br> To engage in any lawful act or activity for which a corporation may be organized under Chapter 78 of NRS. |
| **6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | Business Filings Incorporated   X *signature* — Mark Williams, AVP <br> Name   Incorporator Signature <br> 8040 Excelsior Dr., Ste 200   Madison   WI   53717 <br> Address   City   State   Zip Code |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.* <br> X *signature*   Mark Williams, AVP, <br> Business Filings Incorporated <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date   February 20, 2012 |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 4-10-09

# (PROFIT) INITIAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

SEA MIRROR, INC.

E0097152012-0

NAME OF CORPORATION

FOR THE FILING PERIOD OF    2/2012    TO    2/2013

## **YOU MAY FILE THIS FORM ONLINE AT WWW.NVSOS.GOV**

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

BUSINESS FILINGS INCORPORATED (Commercial Registered Agent)
311 S DIVISION ST
CARSON CITY, NV 89703  USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: WWW.NVSOS.GOV

*100101*

Filed in the office of

Ross Miller
Secretary of State
State of Nevada

| Document Number |
|---|
| 20120123225-80 |
| Filing Date and Time |
| 02/22/2012 3:06 PM |
| Entity Number |
| E0097152012-0 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy.  (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional officers, attach a list of them to this form.
3. Initial list fee is $125.00. A $75.00 penalty must be added for failure to file this form by the last day of the first month following the incorporation/initial registration with this office.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include initial list and business license fees will result in rejection of filing.

INITIAL LIST FILING FEE: $125.00    LATE PENALTY: $75.00    BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00

| CHECK ONLY IF APPLICABLE | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires:  20 | 002 - 501(c) Nonprofit Entity |
| | 003 - Home-based Business |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 004 - Natural Person with 4 or less rental dwelling units |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 005 - Motion Picture Company |
| | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA  NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD. SUITE200 #3692 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA  NAITO | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD. SUITE200 #3692 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA  NAITO | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD. SUITE200 #3692 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA  NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD. SUITE200 #3692 | LAS VEGAS | NV | 89146 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X TAKEHISA NAITO

**Signature of Officer**

| Title | Date |
|---|---|
| PRESIDENT | 2/22/2012 2:59:49 PM |

Nevada Secretary of State Initial List Profit
Revised: 8-5-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

| SEA MIRROR, INC. | E0097152012-0 |
|---|---|
| NAME OF CORPORATION | FILE NUMBER |

**FOR THE FILING PERIOD OF 2013 TO 2014. DUE BY 2/28/2013**
**File list with the NEVADA SECRETARY OF STATE**

**\*\*\* YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov \*\*\***

The entity's duly appointed agent in the state of NEVADA upon whom process can be served is:

**BUSINESS FILINGS INCORPORATED**

**311 S DIVISION ST**

**CARSON CITY NV 89703**

Filed in the office of

*[signature]*

Ross Miller
Secretary of State
State of Nevada

| Document Number |
|---|
| 20130111213-15 |
| Filing Date and Time |
| 02/19/2013 5:47 AM |
| Entity Number |
| E0097152012-0 |

**ABOVE SPACE IS FOR OFFICE USE ONLY**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED. USE BLACK INK ONLY - DO NOT HIGHLIGHT
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State Business License fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure for file form by deadline.
5. Make your check payable to the Secretary of State.
6. Ordering Copies: If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS, this entity is exempt from the business license fee. Exemption Code: _____

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity

005 - Motion Picture Company

006 - NRS 680B.020 Insurance Co.

| ANNUAL LIST FILING FEE: $125.00   LATE PENALTY: $75.00 | BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 |
|---|---|

| NAME: TAKEHISA NAITO | TITLE(S): PRESIDENT (OR EQUIVALENT OF) | | |
|---|---|---|---|
| ADDRESS: 2780 S. JONES BLVD. SUITE200 #3692 | CITY: LAS VEGAS | ST: NV | ZIP: 89146 |
| NAME: TAKEHISA NAITO | TITLE(S): SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS: 2780 S. JONES BLVD. SUITE200 #3692 | CITY: LAS VEGAS | ST: NV | ZIP: 89146 |
| NAME: TAKEHISA NAITO | TITLE(S): TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS: 2780 S. JONES BLVD. SUITE200 #3692 | CITY: LAS VEGAS | ST: NV | ZIP: 89146 |
| NAME: TAKEHISA NAITO | TITLE(S): DIRECTOR | | |
| ADDRESS: 2780 S. JONES BLVD. SUITE200 #3692 | CITY: LAS VEGAS | ST: NV | ZIP: 89146 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *[signature]*

**Signature of Officer**

Title  C. E. O.

Date  1/ 3 2 / 1 3

Nevada Secretary of State Annual List Profit Revised: 3-15-12



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]*<br>Ross Miller<br>Secretary of State<br>State of Nevada | **20130241620-91** |
| | Filing Date and Time |
| | **04/08/2013 8:03 AM** |
| | Entity Number |
| | **E0097152012-0** |

# Certificate of Dissolution
### (PURSUANT TO NRS 78.575)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Dissolution
### For a Nevada Profit Corporation
### Before Payment of Capital and Beginning of Business
### (Pursuant to NRS 78.575)

*The undersigned certify that the following information is correct:*

1. Name of corporation:

Sea Mirror, Inc.

2. No part of the capital has been paid.

3. Business has not begun.

4. The undersigned comprise a majority of the incorporators or of the board of directors.

5. The undersigned incorporators or directors* desire to dissolve said corporation:

| Takehisa Naito, Director | X *[signature]* |
| --- | --- |
| Name of incorporator or director | Signature |

| | X |
| --- | --- |
| Name of incorporator or director | Signature |

| | X |
| --- | --- |
| Name of incorporator or director | Signature |

*attach a plain 8 1/2" x 11" sheet to list additional incorporators or directors.

**FILING FEE: $75.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State Dissolution Profit-Before
Revised: 3-6-09

PX19 - 85



*040105*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number |
| | E0488742018-0 |
| *Barbara K. Cegavske* | Filing Number |
| | 20180454187-40 |
| Secretary | Filed On |
| State Of Nevada | 10/17/2018 |
| | Number of Pages |
| | 1 |

## Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| **1. Name of Corporation:** | Sea Mirror, Inc. |
|---|---|

| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: Business Filings Incorporated <br> Name <br> [ ] Noncommercial Registered Agent (name and address below)   **OR**   [ ] Office or Position with Entity (name and address below) <br><br> Name of Noncommercial Registered Agent  OR  Name of Title of Office or Other Position with Entity <br><br> Street Address                City                Nevada        Zip Code <br> Mailing Address (if different from street address)    City        Nevada    Zip Code |
|---|---|

| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares with par value: 2,000    Par value per share: $ 0.01    Number of shares without par value: |
|---|---|

| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) Takehisa Naito <br> Name <br> 2780 South Jones Boulevard, Suite 200-3132   Las Vegas   NV   89109 <br> Street Address        City        State   Zip Code <br> 2) <br> Name <br> Street Address        City        State   Zip Code |
|---|---|

| **5. Purpose:** (optional; required only if Benefit Corporation status selected) | *The purpose of the corporation shall be:* <br> All Lawful Business | **6. Benefit Corporation:** (see instructions) <br> [ ] Yes |
|---|---|---|

| **7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. <br><br> Takehisa Naito        X *[signature]* <br> Name            Incorporator Signature <br> 2780 South Jones Boulevard, Suite 200-3133   Las Vegas   NV   89109 <br> Address        City        State   Zip Code |
|---|---|

| **8. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.* <br><br> X *[signature]*    Mark Williams, AVP *Business Filings Incorporated* 09/10/2018 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |
|---|---|

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

*140503*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number<br>E0488742018-0 |
|---|---|
| *Barbara K. Cegavske*<br>Secretary<br>State Of Nevada | Filing Number<br>20180454188-51 |
| | Filed On<br>10/17/2018 |
| | Number of Pages<br>1 |

## Articles of Domestication
### (PURSUANT TO NRS 92A.270)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                          ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Entity Name and Type of Domestic Entity as set forth in its Constituent Documents:** | Sea Mirror, Inc., *Corporation* |
| **2. Entity Name Before Filing Articles of Domestication:** | Sea Mirror, Inc. |
| **3. Date and Jurisdiction of Original Formation:** | 02/08/2013, California |
| **4. Jurisdiction that Constituted the Principal Place of Business, Central Administration or Equivalent of the Undomesticated Entity Immediately Before Articles of Domestication:** | California |
| **5. Signature of Authorized Representative:** | X _(signature)_<br>Authorized Signature  Takehisa Naito, President          10/4/2018<br>Date |

**Filing Fee: $350.00**

**<u>IMPORTANT:</u>  This document must be accompanied by the appropriate constituent document for the type of domestic entity described in article 1 above and the filing fees.**

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 92A Domestication
Revised: 1-5-15

PX19 - 87

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

Sea Mirror, Inc.
NAME OF CORPORATION

FOR THE FILING PERIOD OF ___2018___ TO ___2019___

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\* YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov \*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. <u>Ordering Copies:</u> If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number |
| *Barbara K. Cegavske* | E0488742018-0 |
| | Filing Number |
| | 20180454189-62 |
| Secretary | Filed On |
| State Of Nevada | **10/17/2018** |
| | Number of Pages |
| | 1 |

ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: _____

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| Takehisa Naito | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 South Jones Boulevard, Suite 200-3132 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Keishi Ikeda | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 South Jones Boulevard, Suite 200-3133 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Keishi Ikeda | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 South Jones Boulevard, Suite 200-3133 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Takehisa Naito | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 South Jones Boulevard, Suite 200-3132 | Las Vegas | NV | 89109 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____
**Signature of Officer or
Other Authorized Signature**

Title: President

Date: 10-4-2018

Nevada Secretary of State List Profit
Form: 100103 Revised: 7-1-17

**3533409**

# ARTICLES OF INCORPORATION

FILED
Secretary of State
State of California

FEB 0 8 2013

## Article I

The name of the corporation is: Sea Mirror, Inc.

## Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is two thousand (2,000), with a one cent ($0.01) par value per share.

## Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

## Article V

The initial business and mailing address of the corporation is: 1150 South Olive St. Suite 2000, Los Angeles, California 90015

## Article VI

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Business Filings Incorporated, Incorporator

*Mark Williams* (signature)

_____
BY: Mark Williams, A.V.P.



**State of California**
**Secretary of State**

| S |

Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**E-R84123**
**FILED**

In the office of the Secretary of
State of the State of California

**Apr - 11  2013**

This Space For Filing Use Only

1. CORPORATE NAME

SEA MIRROR, INC.

1150 SOUTH OLIVE ST.
LOS ANGELES CA 90015

2. CALIFORNIA CORPORATE NUMBER  C3533409

No Change Statement ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE  1150 SOUTH OLIVE ST. SUITE 2000 LOS ANGELES CA 90015 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY  1150 SOUTH OLIVE ST. SUITE 2000 LOS ANGELES CA 90015 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

Names and Complete Addresses of the Following Officers (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/  TAKEHISA NAITO | 1150 SOUTH OLIVE ST. SUITE 2000 | LOS ANGELES | CA | 90015 |
| 8. SECRETARY  TAKEHISA NAITO | 1150 SOUTH OLIVE ST. SUITE 2000 | LOS ANGELES | CA | 90015 |
| 9. CHIEF FINANCIAL OFFICER/  TAKEHISA NAITO | 1150 SOUTH OLIVE ST. SUITE 2000 | LOS ANGELES | CA | 90015 |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME  TAKEHISA NAITO | 1150 SOUTH OLIVE ST. SUITE 2000 | LOS ANGELES | CA | 90015 |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

BUSINESS FILINGS INCORPORATED

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

Type of Business

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/11/2013 | TAKEHISA NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)                                              APPROVED BY SECRETARY OF STATE

T7-633638

| Secretary of State<br>Statement of Information<br>(California Stock, Agricultural<br>Cooperative and Foreign Corporations) | SI-550 |
| --- | --- |

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees – First page $1.00; each attachment page $0.50;**
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is currently recorded with the California Secretary of State)

Sea Mirror, Inc.

**FILED**
**Secretary of State**
**State of California**

**JUN 1 6 2017**

1.50|NF|PC

This Space For Office Use Only

**2. 7-Digit Secretary of State File Number**

C3533409

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 355 S. Grand Ave. Ste. 2450 | Los Angeles | CA | 90071 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/<br>Takehisa | First Name | Middle Name | Last Name<br>Naito | | Suffix |
| --- | --- | --- | --- | --- | --- |
| Address<br>1619 N. La Brea Ave #614 | | City (no abbreviations)<br>Hollywood | | State<br>CA | Zip Code<br>90028 |
| b. Secretary<br>Keishi | First Name | Middle Name | Last Name<br>Ikeda | | Suffix |
| Address<br>8760 W. Patrick Lane Unit 2016 | | City (no abbreviations)<br>Las Vegas | | State<br>NV | Zip Code<br>89148 |
| c. Chief Financial Officer/<br>Keishi | First Name | Middle Name | Last Name<br>Ikeda | | Suffix |
| Address<br>8760 W. Patrick Lane Unit 2016 | | City (no abbreviations)<br>Las Vegas | | State<br>NV | Zip Code<br>89148 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name<br>Takehisa | Middle Name | Last Name<br>Naito | | Suffix |
| --- | --- | --- | --- | --- |
| Address<br>1619 N. La Brea Ave #614 | City (no abbreviations)<br>Hollywood | | State<br>CA | Zip Code<br>90028 |
| b. Number of Vacancies on the Board of Directors, if any | | | | |

**6. Agent for Service of Process** — Item 6a and 6b: If the agent is an individual, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | State | Suffix |
| --- | --- | --- | --- | --- | --- |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | | City (no abbreviations) | | State<br>CA | Zip Code |
| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete item 6a or 6b<br>Business Filings Incorporated | | | | | |

**7. Type of Business**

| Describe the type of business or services of the Corporation |
| --- |
| Business Consulting |

**8. The Information contained herein, including in any attachments, is true and correct.**

| June 13, 2017 | Takehisa Naito | President | |
| --- | --- | --- | --- |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 11/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

17-633638

Statement of Information
Sea Mirror, Inc.

4. Officers:
Vice President: Takehisa Naito, 1619 N. La Brea Ave #614, Hollywood, California 90028
President: Takehisa Naito, 1619 N. La Brea Ave #614, Hollywood, California 90028
Treasurer: Keishi Ikeda, 8760 W. Patrick Lane, Unit 2016, Las Vegas, Nevada 89148

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.  SECRETARY | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

EX-6 - 93

SI-200 (REV 01/2013)                **Page 1 of 1**                APPROVED BY SECRETARY OF STATE

D1482627

| Secretary of State **Certificate of Dissolution** (California Stock Corporation ONLY) | DISS STK |
|---|---|

**FILED** NH
Secretary of State
State of California

**NOV 15 2018**

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Certificate of Dissolution - Stock

**Copy Fees — First** page $1.00; each attachment page $0.50.
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

Sea Mirror, Inc.

**2. 7-Digit Secretary of State File Number**

C3533409

**3. Election**

[X] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a Certificate of Election to Wind Up and Dissolve (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities**   (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

[X] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| | | |
|---|---|---|
| 11/13/18 | | Takehisa Naito |
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |

DISS STK (REV 12/2016)



2016 California Secretary of State
www.sos.ca.gov/business/be

4258692



| **Secretary of State**<br>**Statement and Designation by**<br>**Foreign Corporation** | **S&DC-S/N** |
|---|---|

**IMPORTANT — Read instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

**Filing Fee** — **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign nonprofit corporation)

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**FILED** IMC
Secretary of State
State of California

MAR 2 5 2019

IPC

This Space For Office Use Only

**1.   Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

**2.   Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

| Sea Mirror, Inc. | Nevada |
|---|---|

**3.   Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2780 South Jones Boulevard Suite 200-3692 | Las Vegas | NV | 89146 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |

**4.   Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code | |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Business Filings Incorporated |

**5.   Read and Sign Below** (See Instructions.  Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Takechisa Naito, President

Type or Print Name

S&DC-S/N (REV 03/2017)

[Clear Form]  [Print Form]

2017 California Secretary of State
www.sos.ca.gov/business/be

4258692

# SECRETARY OF STATE



STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **SEA MIRROR, INC.,** as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 17, 2018, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 22, 2019.

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Electronic Certificate
Certificate Number: C20190322-0030



# State of California
## Secretary of State

**Statement of Information**
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**G588776**

**FILED**

In the office of the Secretary of State
of the State of California

**APR-19 2019**

| 1.  CORPORATE NAME | |
|---|---|
| SEA MIRROR, INC. | |

| 2.  CALIFORNIA CORPORATE NUMBER | C4258692 |
|---|---|

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>2780 SOUTH JONES BOULEVARD SUITE 200-3692, LAS VEGAS, NV 89146 | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 2780 SOUTH JONES BOULEVARD SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8.  SECRETARY<br>KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD SUITE 200-3133, LAS VEGAS, NV 89146 | | | |
| 9.  CHIEF FINANCIAL OFFICER/<br>KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

BUSINESS FILINGS INCORPORATED

| 11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/19/2019 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| F |

**GC39535**

**FILED**

In the office of the Secretary of State
of the State of California

**JAN-21 2020**

1. **CORPORATE NAME**

   SEA MIRROR, INC.

2. **CALIFORNIA CORPORATE NUMBER**        C4258692

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | STATE | ZIP CODE |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/21/2020 | TAKEHISA  NAITO | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                      APPROVED BY SECRETARY OF STATE

# ATTACHMENT D



*040105*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | E0472392018-9 |
| | Filing Number |
| | 20180440620-17 |
| Secretary | Filed On |
| State Of Nevada | 10/05/2018 |
| | Number of Pages |
| | 1 |

# Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | Naito, Corp. |
| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: Business Filings Incorporated<br>Name<br>[ ] Noncommercial Registered Agent    ___OR___    [ ] Office or Position with Entity<br>(name and address below)                         (name and address below)<br><br>Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity<br><br>Street Address          City          Nevada     Zip Code<br>Mailing Address (if different from street address)   City   Nevada   Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares *with par value*:          Par value per share: $          Number of shares *without par value*: 100,000 |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1)  Takehisa Naito<br>Name<br>2780 South Jones Boulevard, Suite 200-3132   Las Vegas   NV   89109<br>Street Address                                City        State  Zip Code<br>2)<br>Name<br>Street Address                                City        State  Zip Code |
| **5. Purpose:** (optional; required only if Benefit Corporation status selected) | *The purpose of the corporation shall be:*<br>All Lawful Business | **6. Benefit Corporation:** (see instructions)<br>[ ] Yes |
| **7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br>Takehisa Naito          X  *[signature]*<br>Name                    Incorporator Signature<br>2780 South Jones Boulevard, Suite 200-3132   Las Vegas   NV   89109<br>Address                              City        State  Zip Code |
| **8. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.*<br>X  *[signature]*          Mark Williams, AVP          09 10 2018<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity          Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

PX19 - 100

*140503*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number |
| --- | --- |
| *Barbara K. Cegavske* | E0472392018-9 |
| | Filing Number |
| | 20180440619-85 |
| Secretary | Filed On |
| State Of Nevada | 10/05/2018 |
| | Number of Pages |
| | 1 |

## Articles of Domestication
### (PURSUANT TO NRS 92A.270)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
| --- | --- |
| **1. Entity Name and Type of Domestic Entity as set forth in its Constituent Documents:** | Naito, Corp. |
| **2. Entity Name Before Filing Articles of Domestication:** | Naito, Corp. |
| **3. Date and Jurisdiction of Original Formation:** | 07/28/2006, California |
| **4. Jurisdiction that Constituted the Principal Place of Business, Central Administration or Equivalent of the Undomesticated Entity Immediately Before Articles of Domestication:** | California |
| **5. Signature of Authorized Representative:** | X _(signature)_  10-4-2018<br>Authorized Signature Takehisa Naito, President    Date |

Filing Fee: $350.00

**<u>IMPORTANT</u>:** **This document must be accompanied by the appropriate constituent document for the type of domestic entity described in article 1 above and the filing fees.**

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 92A Domestication
Revised: 1-5-15

PX19 - 101

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

Naito, Corp.
NAME OF CORPORATION

FOR THE FILING PERIOD OF [  ] TO [  ]

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\* YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov \*\***

[ ] Return one file stamped copy. (if filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the Office of

*Barbara K. Cegavske*

Secretary
State Of Nevada

| | |
|---|---|
| Business Number | E0472392018-9 |
| Filing Number | 20180440622-39 |
| Filed On | 10/05/2018 |
| Number of Pages | 1 |

ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [  ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

[ ] This corporation is a publicly traded corporation. The Central Index Key number is:

[ ] This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| Takehisa Naito | **PRESIDENT** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 South Jones Boulevard, Suite 200-3132 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Keishi Ikeda | **SECRETARY** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 South Jones Boulevard, Suite 200-3133 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Keishi Ikeda | **TREASURER** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 South Jones Boulevard, Suite 200-3133 | Las Vegas | NV | 89109 |

| NAME | TITLE(S) |
|---|---|
| Takehisa Naito | **DIRECTOR** |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 South Jones Boulevard, Suite 200-3132 | Las Vegas | NV | 89109 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge, under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____
**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| President | 10-4-2018 |

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17

**ARTICLES OF INCORPORATION**

**FILED**
In the office of the Secretary of State
of the State of California

**ARTICLE ONE**

JUL 2 8 2006

The name of this Corporation is

NAITO, CORP.

**ARTICLE TWO**

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**ARTICLE THREE**

The name and address in this state of this Corporation's initial agent for service of process is:

Young Ham
3530 Wilshire Blvd., #1200
Los Angeles, CA 90010

**ARTICLE FOUR**

This Corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares that may be issued is 100,000.

**ARTICLE FIVE**

The liability of the Directors of the Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

**ARTICLE SIX**

The Corporation is authorized to provide indemnification of agents (as defined in Section 317 of the Corporations Code) for breach of duty to the Corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the Corporations Code, subject to the limits of such excess indemnification set forth in Section 204 of the Corporations Code.

Dated: July 25, 2006

_____
Young Ham, Incorporator

PX19 - 103

12-153312



# State of California
## Secretary of State

**39** | S

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.

**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
Secretary of State
State of California

**DEC 1 0 2012**

This Space for Filing Use Only

| 1. CORPORATE NAME |
|---|
| Naito, Corp. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C2900416 |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check this box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4 | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5 | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6 | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7 | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8 | SECRETARY | | | | |
| 9 | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Financial Service

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 12/5/12 | Keishi Ikeda | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012) | APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

**S**

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

EX-16 - 105

SI-200 (REV 01/2013)          **Page 1 of 1**          APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FW50285**

# FILED

In the office of the Secretary of State
of the State of California

**MAY-04 2018**

1. **CORPORATE NAME**
NAITO, CORP.

2. **CALIFORNIA CORPORATE NUMBER**
C2900416

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>1930 WILSHIRE BLVD STE 400, LOS ANGELES, CA 90057 | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>1930 WILSHIRE BLVD STE 400, LOS ANGELES, CA 90057 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 1619 N. LA BREA AVE APT 614, HOLLYWOOD, CA 90028 | | | |
| 8.   SECRETARY<br>KEISHI  IKEDA | 8760 WEST PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148 | | | |
| 9.   CHIEF FINANCIAL OFFICER/<br>KEISHI  IKEDA | 8760 WEST PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>TAKEHISA  NAITO | 1619 N. LA BREA AVE APT 614, HOLLYWOOD, CA 90028 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS
BUSINESS FILINGS INCORPORATED

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
BUSINESS CONSULTING

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/04/2018 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

EX.16 - 106

D1478492

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

| DISS STK |

**FILED** *NH*
Secretary of State
State of California

**OCT 17 2018**

*IPC*

This Space For Office Use Only

---

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

---

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

Naito, Corp.

**2. 7-Digit Secretary of State File Number**

C2900416

---

**3. Election**

[X] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a Certificate of Election to Wind Up and Dissolve (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

---

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

[X] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

---

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

---

**6. Read, Verify, Date and Sign Below** (See instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

*10/15/18*
Date


Signature

Takehisa Naito
Type or Print Name

Date

Signature

Type or Print Name

Date

Signature

Type or Print Name

---

DISS STK (REV 12/2016)

| Clear Form | | Print Form |

2018 California Secretary of State
www.sos.ca.gov/business/be



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

**S&DC-S/N**

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

**Filing Fee** — **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign  nonprofit corporation)

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**FILED**
Secretary of State
State of California

**MAR 2 2 2019**

This Space For Office Use Only

**1.  Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

Naito, Corp.

**2.  Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Nevada

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2780 South Jones Boulevard Suite 200-3132 | Las Vegas | NV | 89146 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |

**4.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code | |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Business Filings Incorporated |

**5.  Read and Sign Below** (See Instructions.  Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Takechisa Naito, President

Type or Print Name

S&DC-S/N (REV 03/2017)

 Clear Form    Print Form

2017 California Secretary of State
www.sos.ca.gov/business/be

4258199

## SECRETARY OF STATE



### STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **NAITO, CORP.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 5, 2018, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 21, 2019.

Barbara K. Cegavske
Secretary of State

Electronic Certificate
Certificate Number: C20190321-0635



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**G587646**

# FILED

**In the office of the Secretary of State of the State of California**

**APR-19 2019**

1. **CORPORATE NAME**

NAITO, CORP.

| 2. **CALIFORNIA CORPORATE NUMBER** | C4258199 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 SOUTH JONES BOULEVARD SUITE 200-3132, LAS VEGAS, NV 89146 | | | |

| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|

| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| TAKEHISA  NAITO | 2780 SOUTH JONES BOULEVARD SUITE 200-3132, LAS VEGAS, NV 89109 | | | |

| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

BUSINESS FILINGS INCORPORATED

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS CONSULTING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/19/2019 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|



| F |

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## GC31551
# FILED

**In the office of the Secretary of State of the State of California**

### JAN-17 2020

**1. CORPORATE NAME**

NAITO, CORP.

**2. CALIFORNIA CORPORATE NUMBER**  C4258199

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

**3.** **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 SOUTH JONES BOULEVARD, STE 200-3132, LAS VEGAS, NV 89109 | | | |

| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| TAKEHISA  NAITO | 2780 SOUTH JONES BOULEVARD, STE 200-3132, LAS VEGAS, NV 89109 | | | |

| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD, STE 200-3132, LAS VEGAS, NV 89109 | | | |

| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| KEISHI  IKEDA | 2780 SOUTH JONES BOULEVARD, STE 200-3132, LAS VEGAS, NV 89109 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| BUSINESS FILINGS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE BUSINESS FILINGS INCORPORATED |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| BUSINESS CONSULTING |

**13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| 01/17/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

Open Bank Gardens                    10/28/2013/MON 01:44PM   NO. 2359   RECEIVE:

**2011 154549**

**FILED**
Dec 23 2011

Dept C. Legal, Register—Recorder/County Clerk

Electronically Signed by Cynthia Colin

YOUR RETURN MAILING ADDRESS

NAME: NAITO CORP

ADDRESS: 1930 WILSHIRE BLVD SUITE 400

CITY: LOS ANGELES   STATE: CA   ZIP CODE: 90057

# FICTITIOUS BUSINESS NAME STATEMENT

**TYPE OF FILING AND FILING FEE (Check one)**

☒ Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)  ☐ New Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
☐ Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
$5.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

**The following person(s) is (are) doing business as:**

**\*1.**   **GEORGE PROMISE**   **2.**

**\*\*** **1930 WILSHIRE BLVD SUITE 400**          Print Fictitious Business Name(s)
Street address of principal place of business     **1930 WILSHIRE BLVD SUITE 400**

**LOS ANGELES   CA   90057**     Los Angeles   **LOS ANGELES   CA   90057**
City   State   Zip   COUNTY   City   State   Zip

Address of Incorporation or Organization Number (if applicable) AI #ON   **C2900416**

**\*\*\*** REGISTERED OWNER(S):

**1.** **NAITO CORP**
Full Name/Corp/LLC (P.O. Box not accepted)
**1930 WILSHIRE BLVD SUITE 400**
Residence Address
**LOS ANGELES   CA   90057**
City   State   Zip
**CALIFORNIA**
If Corporation or LLC – Print State of Incorporation/Organization

**2.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City   State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

**3.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City   State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

**4.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City   State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**\*\*\*\*** THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual   ☐ a General Partnership   ☐ a Limited Partnership   ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership   ☒ a Corporation   ☐ a Trust   ☐ Copartners
☐ Husband and Wife   ☐ Joint Venture   ☐ State or Local Registered Domestic Partners   ☐ a Limited Liability Partnership

**\*\*\*\*\*** The registrant commenced to transact business under the fictitious business name or names listed above on ___**3/9/2007**___
(Insert N/A above if you haven't started to transact business)

**I declare that all information in this statement is true and correct.**
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT)   **NAITO CORP**   TITLE   **CFO**

REGISTRANT SIGNATURE   _____   IF CORP OR LLC, PRINT NAME   **Keishi Ikeda**

**If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.**
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON
WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE
IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS
OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER
UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

**DEAN C. LOGAN, LOS ANGELES COUNTY CLERK**   BY: _____, Deputy

Rev. 09/2010   P.O. BOX 1208, NORWALK, CA 90651-1208   PH: (562) 462-2177   WEB ADDRESS: LAVOTE.NET

# ATTACHMENT E



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov


*040104*

---

## Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

Filed in the office of

*[signature]*
Ross Miller
Secretary of State
State of Nevada

| Document Number | 20140793930-58 |
|---|---|
| Filing Date and Time | 12/04/2014 2:47 PM |
| Entity Number | E0608412014-3 |

(This document was filed electronically.)

---

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                ABOVE SPACE IS FOR OFFICE USE ONLY

| **1. Name of Corporation:** | KOTOBUKI MARKETING, INC. |
|---|---|

**2. Registered Agent for Service of Process:** (check only one box)

[X] Commercial Registered Agent: BUSINESS FILINGS INCORPORATED
Name

[ ] Noncommercial Registered Agent (name and address below)    **OR**    [ ] Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent   **OR**   Name of Title of Office or Other Position with Entity

| Street Address | City | Nevada | Zip Code |
|---|---|---|---|
| Mailing Address (if different from street address) | City | Nevada | Zip Code |

**3. Authorized Stock:** (number of shares corporation is authorized to issue)

| Number of shares with par value: | 2000 | Par value per share: $ | 0.01 | Number of shares without par value: | 0 |
|---|---|---|---|---|---|

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)

1)  TAKEHISA NAITO
Name

| 2780 S. JONES BLVD., SUITE 200-3827 | LAS VEGAS | NV | 89146 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

2)
Name

| Street Address | City | State | Zip Code |
|---|---|---|---|

**5. Purpose:** (optional; required only if Benefit Corporation status selected)

*The purpose of the corporation shall be:*
ANY LEGAL PURPOSE

**6. Benefit Corporation:** (see instructions)
[ ] Yes

**7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| TAKEHISA NAITO | X  TAKEHISA NAITO |
|---|---|
| Name | Incorporator Signature |
| 2780 S. JONES BLVD., SUITE 200-3827 | LAS VEGAS | NV | 89146 |
| Address | City | State | Zip Code |

**8. Certificate of Acceptance of Appointment of Registered Agent:**

*I hereby accept appointment as Registered Agent for the above named Entity.*

X  BUSINESS FILINGS INCORPORATED                                    12/4/2014

Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity            Date

---

*This form must be accompanied by appropriate fees.*

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

KOTOBUKI MARKETING, INC. | E0608412014-3

NAME OF CORPORATION

FOR THE FILING PERIOD OF | DEC, 2014 | TO | DEC, 2015

*100101*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

_IMPORTANT:_ Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. _FORM WILL BE RETURNED IF UNSIGNED._

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

_Ross Miller_
Ross Miller
Secretary of State
State of Nevada

Document Number
**20140798308-12**
Filing Date and Time
**12/08/2014 4:46 PM**
Entity Number
**E0608412014-3**

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: ☐

☐ This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD., SUITE 200-3827 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 |

---

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or
Other Authorized Signature**

Title | PRESIDENT
Date | 12/8/2014 4:46:12 PM

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

KOTOBUKI MARKETING, INC.

E0608412014-3

NAME OF CORPORATION

FOR THE FILING PERIOD OF | DEC, 2015 | TO | DEC, 2016

*100103*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT*: Read instructions before completing and returning this form.

| Filed in the Office of | Business Number E0608412014-3 |
| *Barbara K. Cegavske* | Filing Number 20150521999-33 |
| Secretary State Of Nevada | Filed On 11/30/2015 |
| | Number of Pages 1 |

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 S. JONES BLVD., SUITE 200-3827 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| KEISHI IKEDA | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
| TAKEHISA NAITO | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
| 2780 S. JONES BLVD., SUITE 200-3827 , USA | LAS VEGAS | NV | 89146 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or Other Authorized Signature**

| Title | Date |
| PRESIDENT | 11/30/2015 2:10:21 PM |

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

| | ENTITY NUMBER |
|---|---|
| KOTOBUKI MARKETING, INC. | E0608412014-3 |
| NAME OF CORPORATION | |

FOR THE FILING PERIOD OF  **DEC, 2016**  TO  **DEC, 2017**

*100103*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ **Return one file stamped copy.** (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

| Filed in the Office of | Business Number E0608412014-3 |
|---|---|
| *Barbara K. Cegavske* | Filing Number 20160500103-98 |
| Secretary State Of Nevada | Filed On 11/16/2016 |
| | Number of Pages 1 |

1. Print or type names and addresses, either residence or business, for all officers and directors.  A President, Secretary, Treasurer, or equivalent of and all Directors must be named.  There must be at least one director.  An **Officer** must sign the form.  *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee.  Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations.  A $75.00 penalty must be added for failure to file this form by the deadline.  An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89.  Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:**  If requested above, one file stamped copy will be returned at no additional charge.  To receive a certified copy, enclose an additional $30.00 per certification.  **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies.  Appropriate instructions must accompany your order.

7. Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due.  (Postmark date is not accepted as receipt date.)  Forms received after due date will be returned for additional fees and penalties.  Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.  Exemption code:

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation.  The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 2780 S. JONES BLVD., SUITE 200-3827 , USA | LAS VEGAS | NV | 89146 | |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 | |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| KEISHI IKEDA | **TREASURER** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 2780 S. JONES BLVD., SUITE 200-3828 , USA | LAS VEGAS | NV | 89146 | |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| TAKEHISA NAITO | **DIRECTOR** | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 2780 S. JONES BLVD., SUITE 200-3827 , USA | LAS VEGAS | NV | 89146 | |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| PRESIDENT | 11/16/2016 7:22:47 AM |

Nevada Annual or Initial Secretary of State List Profit
Revised:  7-1-15

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

KOTOBUKI MARKETING, INC.

NAME OF CORPORATION

E0608412014-3

FOR THE FILING PERIOD OF  DEC. 2016  TO  DEC. 2017



*I00103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. FORM WILL BE RETURNED IF UNSIGNED.

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number |
| Barbara K. Cegavske | E0608412014-3 |
| | Filing Number |
| | 20170199622-89 |
| Secretary | Filed On |
| State Of Nevada | 05/05/2017 |
| | Number of Pages |
| | 1 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1619 N. LA BREA AVE. APT 614 | HOLLYWOOD | CA | 90028 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LN. UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LN. UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1619 N. LA BREA AVE. APT 614 | LOS ANGELES | CA | 90028 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** KEISHI IKEDA

**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| SECRETARY | 5/5/2017 9:21:33 AM |

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

KOTOBUKI MARKETING, INC.

NAME OF CORPORATION

E0608412014-3

FOR THE FILING PERIOD OF **DEC, 2017** TO **DEC, 2018**

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | **E0608412014-3** |
| | Filing Number |
| | **20170432025-16** |
| Secretary | Filed On |
| State Of Nevada | **10/11/2017** |
| | Number of Pages |
| | **1** |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: 

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7430 YONIE COURT | LAS VEGAS | NV | 89117 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LN. UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| KEISHI IKEDA | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8760 W. PATRICK LN. UNIT 2016 | LAS VEGAS | NV | 89148 |

| NAME | TITLE(S) |
|---|---|
| TAKEHISA NAITO | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7430 YONIE COURT | LAS VEGAS | NV | 89117 |

**None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| | Title | Date |
|---|---|---|
| **X** TAKEHISA NAITO | PRESIDENT | 10/11/2017 1:36:04 PM |

**Signature of Officer or**
**Other Authorized Signature**

Nevada Annual/Initial State List Profit
Form: 100103 Revised: 7-1-17
*RX 19 p. 119*

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

KOTOBUKI MARKETING, INC.

NAME OF CORPORATION

E0608412014-3

FOR THE FILING PERIOD OF   DEC, 2018   TO   DEC, 2019



*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number **E0608412014-3** |
| *Barbara K. Cegavske* | Filing Number **20180431714-51** |
| Secretary State Of Nevada | Filed On **10/02/2018** |
| | Number of Pages **1** |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

---

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|------|----------|
| TAKEHISA NAITO | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---------|------|-------|----------|
| 2780 S. JONES BLVD. #200-3132 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|------|----------|
| KEISHI IKEDA | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---------|------|-------|----------|
| 2780 S. JONES BLVD. #200-3133 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|------|----------|
| KEISHI IKEDA | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---------|------|-------|----------|
| 2780 S. JONES BLVD. #200-3133 | LAS VEGAS | NV | 89146 |

| NAME | TITLE(S) |
|------|----------|
| TAKEHISA NAITO | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---------|------|-------|----------|
| 2780 S. JONES BLVD. #200-3132 | LAS VEGAS | NV | 89146 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** TAKEHISA NAITO

| Title | Date |
|-------|------|
| PRESIDENT | 10/2/2018 8:48:56 AM |

**Signature of Officer or Other Authorized Signature**

Nevada Annual/Initial State List Profit
Form: 100103   Revised: 7-1-17

3926730

| **S&DC-S/N** | **Statement and Designation by Foreign Corporation** |

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form, and submit for filing along with:

- A **$100 filing fee** (for a foreign stock corporation) or $30 filing fee (for a foreign nonprofit corporation), and
- A certificate of good standing, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable $15 service fee also must be included, if you **drop off** the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**FILED**
Secretary of State
State of California

**JUL 13 2016**

IPL

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① Kotobuki Marketing, Inc.

**Corporate History**

② State or foreign country where this corporation was formed: __Nevada__

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Business Filings Incorporated
_____
Agent's Name

b. _____ **CA** _____
Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box     City (no abbreviations)     State   Zip

The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 2780 S. Jones Blvd. Suite 200-3827, Las Vegas, Nevada 89146
_____
Street Address of Principal Executive Office - Do not list a P.O. Box     City (no abbreviations)     State   Zip

b. _____ **CA** _____
Street Address of Principal Office in California, if any - Do not list a P.O. Box     City (no abbreviations)     State   Zip

c. _____
Mailing Address of Principal Executive Office, if different from 4a or 4b     City (no abbreviations)     State   Zip

**Read and sign below:** This form must be signed by an officer of the foreign corporation.

Sign here ►

| Takehisa Naito | President |
| Print your name here | Your officer title |

Make check/money order payable to: Secretary of State

Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

| **By Mail** | **Drop-Off** |
| Secretary of State | Secretary of State |
| Business Entities, P.O. Box 944260 | 1500 11th Street, 3rd Floor |
| Sacramento, CA 94244-2600 | Sacramento, CA 95814 |

Corporations Code §§ 2105, 2106, Revenue and Taxation Code § 23153
S&DC-STK/NP (REV 04/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

 

PX19 - 121



SECRETARY OF STATE

STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **KOTOBUKI MARKETING, INC.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since December 4, 2014, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on July 12, 2016.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Electronic Certificate
Certificate Number: C20160712-0094
You may verify this electronic certificate
online at **http://www.nvsos.gov/**



**F**

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.  **CORPORATE NAME**

2.  **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE   ZIP CODE

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                                                                          APPROVED BY SECRETARY OF STATE

4258200



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

| | S&DC-S/N |

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the
government agency where the corporation was formed.  See instructions.

**Filing Fee**  — **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign nonprofit corporation)

**Copy Fees**  — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise
Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**FILED**
**Secretary of State**
**State of California**

**MAR 2 2 2019**

This Space For Office Use Only

**1.  Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability*
for general corporate name requirements and restrictions.)

**2.  Jurisdiction** (State, foreign country or place
where this corporation is formed - must match
the Certificate of Good Standing provided.)

Kotobuki Marketing, Inc.

Nevada

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2780 S. Jones Blvd. Suite 200-3827 | Las Vegas | NV | 89146 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |

**4.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code | |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Business Filings Incorporated |

**5.  Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Takehisa Naito, President
Type or Print Name

S&DC-S/N (REV 03/2017)

Clear Form    Print Form

2017 California Secretary of State
www.sos.ca.gov/business/be



# SECRETARY OF STATE



STATE OF NEVADA

## CERTIFICATE OF EXISTENCE
## WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **KOTOBUKI MARKETING, INC.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since December 4, 2014, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 21, 2019.

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Electronic Certificate
Certificate Number: C20190321-0427



**F**

# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G588084**

# FILED

In the office of the Secretary of State
of the State of California

**APR-19 2019**

| 1. CORPORATE NAME |
| --- |
| KOTOBUKI MARKETING, INC. |

| 2. CALIFORNIA CORPORATE NUMBER | C4258200 | This Space for Filing Use Only |
| --- | --- | --- |

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 2780 S. JONES BLVD. SUITE 200-3827, LAS VEGAS, NV 89146 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 7. CHIEF EXECUTIVE OFFICER/ TAKEHISA NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8. SECRETARY KEISHI IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |
| 9. CHIEF FINANCIAL OFFICER/ KEISHI IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
| --- |
| BUSINESS FILINGS INCORPORATED |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
| --- |
| CUSTOMER SERVICE CALL CENTER |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/19/2019 | TAKEHISA NAITO | PRESIDENT | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
| --- | --- |



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

## GC32918
# FILED

In the office of the Secretary of State
of the State of California

## JAN-17 2020

1. **CORPORATE NAME**

   KOTOBUKI MARKETING, INC.

2. **CALIFORNIA CORPORATE NUMBER**       C4258200

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>101 CONVENTION CENTER DRIVE STE 500, LAS VEGAS, NV 89109 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8. SECRETARY<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

    BUSINESS FILINGS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE BUSINESS FILINGS INCORPORATED

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE    ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    CUSTOMER SERVICE CALL CENTER

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/17/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                                APPROVED BY SECRETARY OF STATE



**Secretary of State**
**Certificate of Surrender**
(Foreign Qualified Corporation ONLY)

**SURC**

**FILED**
Secretary of State
State of California

OCT 2 6 2017

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Surrender

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* For information about Franchise Tax Board final tax return requirements,
go to https://www.ftb.ca.gov.

**1.  Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.  Note:  If you registered in California using an assumed name, see instructions.)

Kotobuki Marketing, Inc.

**2.  7-Digit Secretary of State File Number**

C3926730

**3.  Jurisdiction** (State, foreign country or place where this corporation is formed.)

Nevada

**4.  Mailing Address to mail copies of Legal Service** (Enter the complete mailing address where the California Secretary of State may forward copies of any legal documents against the corporation that are served on the Secretary of State intended for the corporation.)

| Mailing Address of Corporation | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2780 S. Jones Blvd. Suite 200-3827 | Las Vegas | NV | 89146 |

**5.  Required Statements** (Do not alter the Required Statements – ALL must be true to file this Certificate of Surrender.)

Statements 5(a) – 5(d) are true:

a)  The corporation hereby surrenders its rights and authority to transact intrastate business in the State of California.

b)  The corporation hereby revokes its designation of agent for service of process in California.

c)  The corporation consents to process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender may be served upon the California Secretary of State.

d)  All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**6.  Read and Sign Below (See Instructions.** Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____
Signature

Keishi Ikeda, Secretary
_____
Type or Print Name

SURC (REV 01/2017)

Clear Form   Print Form

2017 California Secretary of State
www.sos.ca.gov/business/be

PX19 - 128

Clark County /   Business License /   BL Search

 **Business License**



## Business License Detail Information

| | |
|---|---|
| **License Number:** | 2003119.056-101 |
| **MJBL Number:** | |
| **Business:** | Kotobuki Marketing, Inc.<br>Suite 500<br>101 Convention Center Dr<br>Las Vegas, NV 89109 |
| **Business Telephone:** | (213) 503-6707 |
| **License Category:** | Admin & Support Services - Group 1 |
| **Status:** | Licensed |
| **Date of License:** | 04/18/2017 |
| **Out of Business Date:** | |

| Business Owner(s) |
|---|
| Ikeda, Keishi<br>Naito, Takehisa |

**Return to Previous Page**
**Return to Business License Database Search Options**

PX19 - 129

# ATTACHMENT F

FILED
in the office of the Secretary of State
of the State of California

MAR 0 3 2010

## ARTICLES OF INCORPORATION

of

## EBISU MARKETING, CORP.

### ARTICLE I

The name of this corporation is EBISU MARKETING, CORP..

### ARTICLE II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### ARTICLE III

The name and address in the State of California of this corporation's initial agent for service of process is:  GERALD K. KITANO, 3435 Wilshire Blvd., Suite 1800, Los Angeles, California 90010.

### ARTICLE IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is ONE HUNDRED THOUSAND (100,000)

### ARTICLE V

The liability of the Directors of this corporation for monetary damages in any action brought by or in the right of their corporation for breach of a Director's duties to the corporation and its shareholders is eliminated to the fullest extent permissible under California law.

### ARTICLE VI

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and its stockholders through bylaw provisions or through agreement with the agent, or both, in excess of the indemnification otherwise permitted by Section 317 of the Corporations

Code, subject to the limits on such excess indemnification set forth in Section 204 of said Code.

## ARTICLE VII

If proceedings for the dissolution of this corporation to which California Corporations Code Section 2000 applies are instituted, the provisions of any Buy-sell or similar shareholders agreement then in effect shall govern and supersede any provisions of Section 2000 inconsistent therewith, to the extent required to enforce said agreement.

Dated: February 23, 2010

GERALD K. KITANO
Incorporator



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
| --- |

E-E34937

# FILED

In the office of the Secretary of
State of the State of California

**Mar - 17 2011**

This Space For Filing Use Only

---

**1. CORPORATE NAME**

C3277399

EBISU MARKETING, CORP.

---

**Due Date:**

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 1930 WILSHIRE BLVD. #400  LOS ANGELES  CA 90057 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| TAKEHISA   NAITO | 6260 W. 3RD STREET #407   LOS ANGELES, CA 90036 | | | |
| 6. SECRETARY | | | | |
| TAKEHISA   NAITO | 6260 W. 3RD STREET #407   LOS ANGELES, CA 90036 | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| TAKEHISA   NAITO | 6260 W. 3RD STREET #407   LOS ANGELES  CA 90036 | | | |

---

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 8. NAME | | | | |
| TAKEHISA  NAITO | 6260 W. 3RD STREET #407   LOS ANGELES, CA 90036 | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

---

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

---

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| | | | |
| --- | --- | --- | --- |
| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
| KEISHI IKEDA | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| 1930 WILSHIRE BLVD. #400   LOS ANGELES, CA 90057 | | | |

---

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

MARKETING

---

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/17/2011 | TAKEHISA  NAITO | C.E.O. | |
| --- | --- | --- | --- |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                    APPROVED BY SECRETARY OF STATE

3200468



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-K34259**

# FILED
In the office of the Secretary of State
of the State of California

**Mar - 29 2012**

This Space For Filing Use Only

---

**1. CORPORATE NAME**

C3277399

EBISU MARKETING, CORP.

1930 WILSHIRE BLVD. #400
LOS ANGELES, CA 90057

**Due Date:**

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2 ☒ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 4.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 5.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.
A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 7.  SECRETARY | | | | |
| 8.  CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9.  NAME | | | | |
| 10.  NAME | | | | |
| 11.  NAME | | | | |

**12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

**13. NAME OF AGENT FOR SERVICE OF PROCESS**

| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**Type of Business**

**15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

**16.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/29/2012 | KEISHI IKEDA | CFO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 10/2010)                                  APPROVED BY SECRETARY OF STATE

18-641299



**Secretary of State**
**Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign Corporations)

**SI-550**

2
8P5

**IMPORTANT** — Read instructions **before completing this form.**

**Fees** (Filing plus Disclosure) – $25.00;

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**JUL 11 2018**

*1·50/NF/PC*
This Space For Office Use Only

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State   Note   If you registered in California using an assumed name, see instructions.)

EBISU MARKETING, CORP.

**2. 7-Digit Secretary of State File Number**

C3277399

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>1930 Wilshire Blvd Suite 400 | Los Angeles | CA | 90057 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |

**4. Officers**   The Corporation is required to list all three of the officers set forth below   An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/ | Takehisa | | Naito | | | |
| Address<br>1619 N. La Brea Ave., #614 | | | City (no abbreviations)<br>Hollywood | State<br>CA | Zip Code<br>90028 | |
| b. Secretary | Takehisa | | Naito | | | |
| Address<br>1619 N. La Brea Ave., #614 | | | City (no abbreviations)<br>Hollywood | State<br>CA | Zip Code<br>90028 | |
| c. Chief Financial Officer/ | Takehisa | | Naito | | | |
| Address<br>1619 N. La Brea Ave., #614 | | | City (no abbreviations)<br>Hollywood | State<br>CA | Zip Code<br>90028 | |

**5. Director(s)**   California Stock and Agricultural Cooperative Corporations ONLY: Item 5a:  At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| Takehisa | | Naito | | | |
| Address<br>1619 N. La Brea Ave. #614 | | City (no abbreviations)<br>Hollywood | State<br>CA | Zip Code<br>90028 | |
| b. Number of Vacancies on the Board of Directors, if any | | | | | |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Business Filings Incorporated |

C2113485

**7. Type of Business**

Describe the type of business or services of the Corporation
Customer Service

**8. The Information contained herein, including in any attachments, is true and correct.**

| July 10, 2018 | Takehisa Naito | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

 

1/2

2017 California Secretary of State
www.sos.ca.gov/business/be

PX19 - 135

## Attachment to Statement of Information
## **EBISU MARKETING, CORP.**

4. Officers:
Vice President: Takehisa Naito, 1619 N. La Brea Ave., #614, Hollywood, California 90028

2/2

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

EX-16 - 137

SI-200 (REV 01/2013)                    **Page 1 of 1**                    APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**GC32906**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-17 2020**

1. **CORPORATE NAME**

EBISU MARKETING, CORP.

2. **CALIFORNIA CORPORATE NUMBER**

C3277399

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | |
| 8. SECRETARY<br>TAKEHISA  NAITO | 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>TAKEHISA  NAITO | 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>TAKEHISA  NAITO | 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
BUSINESS FILINGS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE BUSINESS FILINGS INCORPORATED

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
CUSTOMER SERVICE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/17/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

EX-6 - 138

SI-200 (REV 01/2013)

**Page 1 of 1**

APPROVED BY SECRETARY OF STATE

# ATTACHMENT G

B541552

# ARTICLES OF INCORPORATION

**FILED**
Secretary of State
State of California

**MAR 0 6 2013**
LCC

## Article I

The name of the corporation is: Hotei Marketing, Inc.

## Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is two thousand (2,000), with a one cent ($0.01) par value per share.

## Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

## Article V

The initial business and mailing address of the corporation is: 1930 Wilshire Blvd Suite 400, Los Angeles, California 90057

## Article VI

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Business Filings Incorporated, Incorporator

_(signature)_
_____
BY: Mark Williams, A.V.P.

# State of California
## Secretary of State

S

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | | | | |
| 11. | NAME | | | | |
| 12. | NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

Ex. G - 141

SI-200 (REV 01/2013)          **Page 1 of 1**          APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G307216**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-10 2019**

| 1. CORPORATE NAME |
|---|
| HOTEI MARKETING, INC. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3541552 |

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| TAKEHISA  NAITO     1619 N. LA BREA AVE. #614, HOLLYWOOD, CA 90028 | | | | |
| 8.  SECRETARY | | | | |
| KEISHI  IKEDA     8760 W. PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148 | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |
| KEISHI  IKEDA     8760 W. PATRICK LANE UNIT 2016, LAS VEGAS, NV 89148 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| TAKEHISA  NAITO     1619 N. LA BREA AVE. #614, HOLLYWOOD, CA 90028 | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14.  NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| BUSINESS FILINGS INCORPORATED |

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

| 16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| MARKETING |

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/10/2019 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

# State of California
## Secretary of State

$\boxed{\text{S}}$

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**GC31950**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-17 2020**

| 1.  CORPORATE NAME |
|---|
| HOTEI MARKETING, INC. |

| 2.  CALIFORNIA CORPORATE NUMBER |
|---|
| C3541552 |

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | CITY | STATE | ZIP CODE |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | CITY | STATE | ZIP CODE |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/<br>TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8.  SECRETARY<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 9.  CHIEF FINANCIAL OFFICER/<br>KEISHI  IKEDA | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS
BUSINESS FILINGS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE BUSINESS FILINGS INCORPORATED

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MARKETING

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/17/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

EXH 6 - 143

# ATTACHMENT H

3560767

# ARTICLES OF INCORPORATION

**FILED**
**Secretary of State**
**State of California**

**APR 3 0 2013**

1 Cc

## Article I

The name of the corporation is: Daikoku Marketing, Inc.

## Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is two thousand (2,000), with a one cent ($0.01) par value per share.

## Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

## Article V

The initial business and mailing address of the corporation is: 1930 Wilshire Blvd Suite 400, Los Angeles, California 90057

## Article VI

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Business Filings Incorporated, Incorporator

_____

BY: Mark Williams, A.V.P.

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.   SECRETARY | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

Exh. 6 - 146

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

**State of California**
**Secretary of State**

| S |
|---|

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G440170**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-26 2019**

1. **CORPORATE NAME**

DAIKOKU MARKETING, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3560767

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY 1930 WILSHIRE BLVD SUITE 400, LOS ANGELES, CA 90057 | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 8. SECRETARY KEISHI  IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |
| 9. CHIEF FINANCIAL OFFICER/ KEISHI  IKEDA | 2780 SOUTH JONES BLVD., SUITE 200-3133, LAS VEGAS, NV 89146 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME TAKEHISA  NAITO | 2780 SOUTH JONES BLVD. SUITE 200-3132, LAS VEGAS, NV 89146 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
BUSINESS FILINGS INCORPORATED

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MARKETING

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/26/2019 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

## State of California
### Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**GC83845**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-04 2020**

1. **CORPORATE NAME**

DAIKOKU MARKETING, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3560767

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.  SECRETARY | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/04/2020 | TAKEHISA  NAITO | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE