# EXHIBIT 19

## DECLARATION OF RUFUS JENKINS

**Part 9: Attachment DDDD – Attachment JJJJ, pages 1773 – 1988**

# ATTACHMENT DDDD

PX19 - 1773

## PROMISSORY NOTE

Borrower:
Green Stream Lending, a division of
the La Posta Tribal Lending Enterprise, a
wholly owned, unincorporated enterprise
of the La Posta Band of Mission Indians,
a federally recognized Indian tribe

Lender:
Naito, Corp., a California corporation

Date of Note: March 18, 2012

PROMISE TO PAY; PRINCIPAL BALANCE. Green Stream Lending ("Borrower"), a division of the
La Posta Tribal Lending Enterprise, an unincorporated enterprise of the La Posta Band of Mission
Indians, a federally recognized Indian Tribe  promises to pay to Naito, Corp, ("Lender"), or order, in
lawful money of the United States of America, the principal amount of up to Twenty Million & 00/100
Dollars ($20,000,000.00) or so much thereof as may be outstanding, together with interest on the
unpaid principal balance of this Promissory Note ("Note") from time to time outstanding until paid in
full. The principal balance outstanding shall be increased by advances to Borrower and decreased by
remittance by Borrower; provided, however, that Lender has no obligation to advance monies to
Borrower hereunder and the decision to lend such money lies in the sole and complete discretion of
Lender. The unpaid principal balance owing on this Note shall be evidenced by an account statement
from the Lender including detailed transaction history for the previous month's activity (inclusive of
dates of advances and remittances, transaction amount, transaction reference number as applicable and
associated) ("Account Statement").

DUE DATE.  The due date of this Promissory Note shall be March 17, 2018 unless extended as agreed
to by the Parties.

MONTHLY PAYMENT. During the term of this Note, and no later than the 15th day following the end
of each month, Lender shall electronically transmit to Borrower a monthly account statement which
shall include, in addition to the Account Statement items previously noted, the calculation of interest
due for the prior month. The interest due for the prior month is due from the Borrower to the Lender no
later than 15 days following electronic transmission of such statement. Unless otherwise agreed or
required by applicable law, payments will be applied first to any accrued unpaid interest; then to
principal; then to any late charges; and then to any unpaid collection costs.  Borrower will pay Lender
at the address designated by Lender, or to an account designated by Lender via wire-transfer, or by such
other reasonable means as Lender may designate in writing.  Borrower also has option of repaying any
amount of principal without any incremental fee or penalty.

INTEREST RATE.  The interest rate on the outstanding balance as of the date of Note and all
subsequent unpaid advances made hereunder shall be computed at 6.00%.  Interest on this Note is
computed on a 360/360 simple interest basis; that is, by applying the ratio of the annual interest rate
over 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days
the principal balance is outstanding. Interest on customer account advances (advances made through an
Automated Clearing House Account) shall be calculated from the date of each advance until remittance
of each advance.

WARRANTIES. Borrower warrants to Lender that it is not in default on any loans or other credit, in any form, extended to it as of the date of execution of this promissory note.

COLLATERAL. Borrower acknowledges this Note is secured by all customer accounts receivables contained in the ledger associated with this line of credit as well as all cash maintained in any Collateral Account that is subject to a Deposit Account Control Agreement executed by the Borrower and Lender and the Automated Clearing House Account. The details of both accounts are set forth in Exhibit A and incorporated herein by reference.

DEFAULT. Each of the following shall constitute an event of default ("Event of Default") under this Note:

Payment Default. Borrower fails to make any payment when due under this Note.

Disbursement Default. Borrower fails to comply with or to perform according to the terms of the Security Agreement dated effective as of September 14, 2012 controlling disbursement of funds made from the Collateral Account.

Other Defaults. Borrower fails to comply with or to perform any other term, obligation or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation or condition contained in any other agreement between Lender and Borrower.

Default in Favor of Third Parties. Borrower defaults under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Borrower's property or Borrower's ability to repay this Note or perform Borrower's obligations under this Note or any of the related documents.

False Statements. Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

Insolvency. The dissolution or termination of Borrower's existence as a wholly owned, unincorporated entity of a federally recognized Tribe, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

Creditor or Forfeiture Proceedings. Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is

2

PFBank_000738

the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

CURE PROVISIONS. If any default, other than a default in payment, is curable and if Borrower has not been given a notice of a breach of the same provision of this Note within the preceding twelve (12) months, it may be cured (and no event of default will have occurred) if Borrower, after receiving written notice from Lender demanding cure of such default: (1) cures the default within fifteen (15) days; or (2) if the cure requires more than fifteen (15) days, immediately initiates steps which Lender deems in Lender's sole discretion to be sufficient to cure the default and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical. For purposes of initiating rights under any Deposit Account Control Agreement executed by the Parties, the Parties hereby agree that Lender must properly notice Borrower of an Event of Default and the expiration of any applicable cure period as set forth in this paragraph before it may take action to restrict or terminate Borrower's access to any Collateral Account governed by such Deposit Account Control Agreement.

LENDER'S RIGHTS. Upon default, Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest and any incurred late charge(s) immediately due, and then Borrower will pay that amount.

INTEREST AFTER DEFAULT. Upon default, the total sum due under this Note will bear interest at the interest rate on this Note plus an additional two hundred basis points (2.00%).

DISPUTE RESOLUTION AND LIMITED WAIVER OF SOVEREIGN IMMUNITY.

Condition Precedent. Each Party agrees that it will use its best efforts to negotiate an amicable resolution of any dispute between the Parties arising from this Agreement. If the Parties are unable to negotiate an amicable resolution of a dispute within fourteen (14) days from the date of notice of the disagreement or such other period as the parties mutually agree in writing, either party may refer the unresolved dispute to arbitration as provided herein.

Arbitration as Sole Remedy. The Parties agree that binding arbitration pursuant to this Section shall be the sole remedy, other than mutual resolution as enumerated above, for all disputes, controversies and claims arising out of this Agreement or any agreements collateral thereto or any notice of termination thereof. The Parties intend that such arbitration shall provide final and binding resolution of any dispute, and that action in any other forum shall be brought only if necessary to compel arbitration, or to enforce an arbitration award or order.

Performance During Disputes. Except where an arbitrator concludes that performance by the Parties would violate Tribal or applicable federal law or endanger the integrity of Borrower's Internet-based short term consumer lending business ("Lending Business"), it is mutually agreed that during any kind of controversy, claim, disagreement or dispute, including a dispute as to the validity of this Note, the Parties shall continue to possess the rights, duties, and obligations set forth in this Note and shall continue their performance of the provisions of this Note.

3

PFBank_000739

Initiation of Arbitration and Selection of Arbitrators. Arbitration shall be initiated by written notice by one Party and the Commercial Arbitration Rules of the American Arbitration Association shall thereafter apply. The arbitrators shall have the power to grant equitable and injunctive relief and specific performance as provided in this Note. If necessary, orders to compel arbitration or enforce an arbitration award may be sought before the United States District Court for the Southern District of California and any federal court having appellate jurisdiction over said court. If the United States District Court for the Southern District of California finds that it lacks jurisdiction, Borrower consents to jurisdiction of such actions in the California State Court system; provided that this consent to the California State Court jurisdiction shall only apply if Lender argues for the jurisdiction of the federal court over said matter. The arbitrators shall be selected pursuant to the Commercial Arbitration Rules of the American Arbitration Association.

Choice of Law. In determining any matter, the arbitrator shall apply the terms of this Note without adding to, modifying or changing the terms in any respect, and shall apply applicable California law.

Place of Hearing. All arbitration hearings shall be held at a place designated by the arbitrator in San Diego County, California.

Confidentiality. The Parties and the arbitrator shall maintain strict confidentiality with respect to arbitration.

Service of Process. Notice of referral to arbitration on Borrower shall be effective if made by certified mail (return receipt requested) to the Chairperson of the Board of the La Posta Tribal Lending Enterprise at the address set forth herein.

Limited Waiver of Sovereign Immunity. Borrower expressly and irrevocably waives its sovereign immunity (and any defense based thereon) from suit only as provided for and limited by this subsection. This waiver is limited to actions only arising out of or relating to this Agreement or any rules, actions or decisions of Borrower relating to this Note. This waiver is limited to Borrower's consent to arbitration proceedings and actions to compel arbitration and/or to enforce any awards or orders issuing from such arbitration proceedings that are sought solely in United States District Court for the Southern District of California and any federal court having appellate jurisdiction over said court; provided, however, that if the United States District Court for the Southern District of California finds that it lacks jurisdiction, Borrower consents to such actions in the California State Court system. This consent to California State Court jurisdiction shall only apply if Lender argues for the jurisdiction of the federal court over said matter.

Time Period. The waiver granted herein shall commence as of the effective date of this Note and shall continue for one year following expiration, termination or cancellation of this Note, but shall remain effective for the duration of any arbitration, litigation or dispute resolution proceedings then pending, all appeals therefrom, and, except as limited by this Section, to the full satisfaction of any awards or judgments which may issue from such proceedings, provided that an action to collect such judgments has been filed within one year of the date of the final judgment.

Recipient of Waiver. This limited waiver is granted only to Lender and its successors

4

and assigns and not to any other individual or entity.

Limitations of Actions. This limited waiver is specifically limited to the following actions and judicial remedies:

Damages. The enforcement of an arbitrator's award of money damages provided that the waiver does not extend beyond the assets specified below in Limitations Upon Enforcement. No arbitrator or court shall have any authority or jurisdiction to order execution against any assets or revenues of Borrower except as provided in Limitations Upon Enforcement or to award any punitive damages against Borrower.

Consents and Approvals. The enforcement of a determination by an arbitrator that Borrower's consent or approval has been unreasonably withheld contrary to the terms of this Note.

Injunctive Relief and Specific Performance. The enforcement of a determination by an arbitrator that prohibits Borrower from taking any action that would prevent Lender from performing its obligations pursuant to the terms of this Note or that requires Borrower to specifically perform any obligation under this Note.

Action to Compel Arbitration. An action to compel or enforce arbitration or arbitration awards or orders pursuant to this Section.

Enforcement. If enforcement of a judicial order or arbitration award becomes necessary by reason of failure of one or both Parties to voluntarily comply, the Parties agree that the matter may be resolved by entry of judgment on the award and enforcement as described herein. Without in any way limiting or expanding the provisions of this Paragraph, Borrower expressly authorizes any governmental authorities which may lawfully exercise the right and duty to take any action authorized or ordered by any court to whom its sovereign immunity is waived pursuant to this Section; provided however, that in no instance shall any enforcement of any kind whatsoever be allowed against any assets of Borrower other than the limited assets of Borrower specified in Limitation Upon Enforcement below. Notwithstanding anything to the contrary contained in this Section, either Party shall have the right to seek and obtain an order from a court having jurisdiction over the Parties requiring that the circumstances specified in the order be maintained pending completion of the arbitration proceeding, to the extent permitted by applicable law without having first to exhaust any tribal remedies.

Limitation Upon Enforcement. Damages awarded against Borrower shall be satisfied solely from the Collateral; provided that this limited waiver of sovereign immunity shall terminate with respect to the collection of any net amounts payable to Lender once transferred from the Collateral Account to Borrower in the normal course of business. In no instance shall any enforcement of any kind whatsoever be allowed against any assets of Borrower other than those specified in this subsection.

5

PFBank_000741

COST OF COLLECTION. In the event of any action or proceeding to collect or realize upon the Collateral or to enforce any of Lender's rights hereunder, Borrower shall pay all of Lender's attorneys' fees and legal expenses incurred by Lender in connection with or arising out of such collection or enforcement.

SUCCESSOR INTERESTS. The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

GENERAL PROVISIONS. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waives presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

ENTIRE AGREEMENT; AMENDMENT. This Note sets forth the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and supersedes all prior agreements, covenants, warranties - express or implied, oral or written arrangements, and understandings. No provision of this Note may be changed, discharged, supplemented, terminated, or waived except in a writing signed by the parties. Each party affirmatively represents that no promises have been made to that party which are not contained in this Note and stipulates that no evidence of any promises not contained in this Note shall be admitted into evidence on their behalf. The terms and provisions of this Note shall not be supplemented, amended or modified by any course of dealing, course of performance or uses of trade and may only be amended or modified by a written instrument duly executed by officers of both parties.

(signature page follows)

6

PX19 - 1779

PFBank_000742

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE. BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:
GREEN STREAM LENDING,
A division of the La Posta Tribal Lending Enterprise

By: _____
       Andrea Estrada, Chairperson
       Cynthia Parada

LENDER:
NAITO, CORP.

By: _____
       Takehisa Naito, C.E.O.

7

PX19 - 1780

PFBank_000743

# ATTACHMENT EEEE

PX19 - 1781

# PROMISSORY NOTE

Borrower:
Harvest Moon Financial, a division of the
La Posta Tribal Lending Enterprise, a
wholly owned, unincorporated enterprise
of the La Posta Band of Mission Indians,
a federally recognized Indian tribe

Lender:
Naito, Corp., a California corporation

Date of Note: September 14, 2012

PROMISE TO PAY; PRINCIPAL BALANCE. Harvest Moon Financial ("Borrower"), a division of the La Posta Tribal Lending Enterprise, an unincorporated enterprise of the La Posta Band of Mission Indians, a federally recognized Indian Tribe promises to pay to Naito, Corp. ("Lender"), or order, in lawful money of the United States of America, the principal amount of up to Twenty Million & 00/100 Dollars ($20,000,000.00) or so much thereof as may be outstanding, together with interest on the unpaid principal balance of this Promissory Note ("Note") from time to time outstanding until paid in full. The principal balance outstanding shall be increased by advances to Borrower and decreased by remittance by Borrower; provided, however, that Lender has no obligation to advance monies to Borrower hereunder and the decision to lend such money lies in the sole and complete discretion of Lender. The unpaid principal balance owing on this Note shall be evidenced by an account statement from the Lender including detailed transaction history for the previous month's activity (inclusive of dates of advances and remittances, transaction amount, transaction reference number as applicable and associated) ("Account Statement").

DUE DATE. The due date of this Promissory Note shall be September 13, 2017 unless extended as agreed to by the Parties.

MONTHLY PAYMENT. During the term of this Note, and no later than the 15th day following the end of each month, Lender shall electronically transmit to Borrower a monthly account statement which shall include, in addition to the Account Statement items previously noted, the calculation of interest due for the prior month. The interest due for the prior month is due from the Borrower to the Lender no later than 15 days following electronic transmission of such statement. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Borrower will pay Lender at the address designated by Lender, or to an account designated by Lender via wire-transfer, or by such other reasonable means as Lender may designate in writing. Borrower also has option of repaying any amount of principal without any incremental fee or penalty.

INTEREST RATE. The interest rate on the outstanding balance as of the date of Note and all subsequent unpaid advances made hereunder shall be computed at 6.00%. Interest on this Note is computed on a 360/360 simple interest basis; that is, by applying the ratio of the annual interest rate over 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. Interest on customer account advances (advances made through an Automated Clearing House Account) shall be calculated from the date of each advance until remittance of each advance.

PFBank_001478

WARRANTIES. Borrower warrants to Lender that it is not in default on any loans or other credit, in any form, extended to it as of the date of execution of this promissory note.

COLLATERAL. Borrower acknowledges this Note is secured by all customer accounts receivables contained in the ledger associated with this line of credit as well as all cash maintained in any Collateral Account that is subject to a Deposit Account Control Agreement executed by the Borrower and Lender and the Automated Clearing House Account. The details of both accounts are set forth in Exhibit A and incorporated herein by reference.

DEFAULT. Each of the following shall constitute an event of default ("Event of Default") under this Note:

Payment Default. Borrower fails to make any payment when due under this Note.

Disbursement Default. Borrower fails to comply with or to perform according to the terms of the Security Agreement dated effective as of September 14, 2012 controlling disbursement of funds made from the Collateral Account.

Other Defaults. Borrower fails to comply with or to perform any other term, obligation or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation or condition contained in any other agreement between Lender and Borrower.

Default in Favor of Third Parties. Borrower defaults under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Borrower's property or Borrower's ability to repay this Note or perform Borrower's obligations under this Note or any of the related documents.

False Statements. Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

Insolvency. The dissolution or termination of Borrower's existence as a wholly owned, unincorporated entity of a federally recognized Tribe, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

Creditor or Forfeiture Proceedings. Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is

2

PFBank_001479

the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

CURE PROVISIONS.  If any default, other than a default in payment, is curable and if Borrower has not been given a notice of a breach of the same provision of this Note within the preceding twelve (12) months, it may be cured (and no event of default will have occurred) if Borrower, after receiving written notice from Lender demanding cure of such default:  (1) cures the default within fifteen (15) days; or (2) if the cure requires more than fifteen (15) days, immediately initiates steps which Lender deems in Lender's sole discretion to be sufficient to cure the default and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical.  For purposes of initiating rights under any Deposit Account Control Agreement executed by the Parties, the Parties hereby agree that Lender must properly notice Borrower of an Event of Default and the expiration of any applicable cure period as set forth in this paragraph before it may take action to restrict or terminate Borrower's access to any Collateral Account governed by such Deposit Account Control Agreement.

LENDER'S RIGHTS.  Upon default, Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest and any incurred late charge(s) immediately due, and then Borrower will pay that amount.

INTEREST AFTER DEFAULT.  Upon default, the total sum due under this Note will bear interest at the interest rate on this Note plus an additional two hundred basis points (2.00%).

DISPUTE RESOLUTION AND LIMITED WAIVER OF SOVEREIGN IMMUNITY.

> Condition Precedent.  Each Party agrees that it will use its best efforts to negotiate an amicable resolution of any dispute between the Parties arising from this Agreement.  If the Parties are unable to negotiate an amicable resolution of a dispute within fourteen (14) days from the date of notice of the disagreement or such other period as the parties mutually agree in writing, either party may refer the unresolved dispute to arbitration as provided herein.

> Arbitration as Sole Remedy.  The Parties agree that binding arbitration pursuant to this Section shall be the sole remedy, other than mutual resolution as enumerated above, for all disputes, controversies and claims arising out of this Agreement or any agreements collateral thereto or any notice of termination thereof. The Parties intend that such arbitration shall provide final and binding resolution of any dispute, and that action in any other forum shall be brought only if necessary to compel arbitration, or to enforce an arbitration award or order.

> Performance During Disputes.  Except where an arbitrator concludes that performance by the Parties would violate Tribal or applicable federal law or endanger the integrity of Borrower's Internet-based short term consumer lending business ("Lending Business"), it is mutually agreed that during any kind of controversy, claim, disagreement or dispute, including a dispute as to the validity of this Note, the Parties shall continue to possess the rights, duties, and obligations set forth in this Note and shall continue their performance of the provisions of this Note.

3

PFBank_001480

Initiation of Arbitration and Selection of Arbitrators. Arbitration shall be initiated by written notice by one Party and the Commercial Arbitration Rules of the American Arbitration Association shall thereafter apply. The arbitrators shall have the power to grant equitable and injunctive relief and specific performance as provided in this Note. If necessary, orders to compel arbitration or enforce an arbitration award may be sought before the United States District Court for the Southern District of California and any federal court having appellate jurisdiction over said court. If the United States District Court for the Southern District of California finds that it lacks jurisdiction, Borrower consents to jurisdiction of such actions in the California State Court system; provided that this consent to the California State Court jurisdiction shall only apply if Lender argues for the jurisdiction of the federal court over said matter. The arbitrators shall be selected pursuant to the Commercial Arbitration Rules of the American Arbitration Association.

Choice of Law. In determining any matter, the arbitrator shall apply the terms of this Note without adding to, modifying or changing the terms in any respect, and shall apply applicable California law.

Place of Hearing. All arbitration hearings shall be held at a place designated by the arbitrator in San Diego County, California.

Confidentiality. The Parties and the arbitrator shall maintain strict confidentiality with respect to arbitration.

Service of Process. Notice of referral to arbitration on Borrower shall be effective if made by certified mail (return receipt requested) to the Chairperson of the Board of the La Posta Tribal Lending Enterprise at the address set forth herein.

Limited Waiver of Sovereign Immunity. Borrower expressly and irrevocably waives its sovereign immunity (and any defense based thereon) from suit only as provided for and limited by this subsection. This waiver is limited to actions only arising out of or relating to this Agreement or any rules, actions or decisions of Borrower relating to this Note. This waiver is limited to Borrower's consent to arbitration proceedings and actions to compel arbitration and/or to enforce any awards or orders issuing from such arbitration proceedings that are sought solely in United States District Court for the Southern District of California and any federal court having appellate jurisdiction over said court; provided, however, that if the United States District Court for the Southern District of California finds that it lacks jurisdiction, Borrower consents to such actions in the California State Court system. This consent to California State Court jurisdiction shall only apply if Lender argues for the jurisdiction of the federal court over said matter.

Time Period. The waiver granted herein shall commence as of the effective date of this Note and shall continue for one year following expiration, termination or cancellation of this Note, but shall remain effective for the duration of any arbitration, litigation or dispute resolution proceedings then pending, all appeals therefrom, and, except as limited by this Section, to the full satisfaction of any awards or judgments which may issue from such proceedings, provided that an action to collect such judgments has been filed within one year of the date of the final judgment.

Recipient of Waiver. This limited waiver is granted only to Lender and its successors

4

PFBank_001481

and assigns and not to any other individual or entity.

Limitations of Actions.  This limited waiver is specifically limited to the following actions and judicial remedies:

Damages.  The enforcement of an arbitrator's award of money damages provided that the waiver does not extend beyond the assets specified below in Limitations Upon Enforcement.  No arbitrator or court shall have any authority or jurisdiction to order execution against any assets or revenues of Borrower except as provided in Limitations Upon Enforcement or to award any punitive damages against Borrower.

Consents and Approvals.  The enforcement of a determination by an arbitrator that Borrower's consent or approval has been unreasonably withheld contrary to the terms of this Note.

Injunctive Relief and Specific Performance.  The enforcement of a determination by an arbitrator that prohibits Borrower from taking any action that would prevent Lender from performing its obligations pursuant to the terms of this Note or that requires Borrower to specifically perform any obligation under this Note.

Action to Compel Arbitration.  An action to compel or enforce arbitration or arbitration awards or orders pursuant to this Section.

Enforcement.  If enforcement of a judicial order or arbitration award becomes necessary by reason of failure of one or both Parties to voluntarily comply, the Parties agree that the matter may be resolved by entry of judgment on the award and enforcement as described herein.  Without in any way limiting or expanding the provisions of this Paragraph, Borrower expressly authorizes any governmental authorities which may lawfully exercise the right and duty to take any action authorized or ordered by any court to whom its sovereign immunity is waived pursuant to this Section; provided however, that in no instance shall any enforcement of any kind whatsoever be allowed against any assets of Borrower other than the limited assets of Borrower specified in Limitation Upon Enforcement below. Notwithstanding anything to the contrary contained in this Section, either Party shall have the right to seek and obtain an order from a court having jurisdiction over the Parties requiring that the circumstances specified in the order be maintained pending completion of the arbitration proceeding, to the extent permitted by applicable law without having first to exhaust any tribal remedies.

Limitation Upon Enforcement.  Damages awarded against Borrower shall be satisfied solely from the Collateral; provided that this limited waiver of sovereign immunity shall terminate with respect to the collection of any net amounts payable to Lender once transferred from the Collateral Account to Borrower in the normal course of business.  In no instance shall any enforcement of any kind whatsoever be allowed against any assets of Borrower other than those specified in this subsection.

5

PFBank_001482

COST OF COLLECTION.  In the event of any action or proceeding to collect or realize upon the Collateral or to enforce any of Lender's rights hereunder, Borrower shall pay all of Lender's attorneys' fees and legal expenses incurred by Lender in connection with or arising out of such collection or enforcement.

SUCCESSOR INTERESTS.  The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

GENERAL PROVISIONS.  Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them.  Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waives presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability.  All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone.  All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

ENTIRE AGREEMENT; AMENDMENT.  This Note sets forth the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and supersedes all prior agreements, covenants, warranties - express or implied, oral or written arrangements, and understandings. No provision of this Note may be changed, discharged, supplemented, terminated, or waived except in a writing signed by the parties.  Each party affirmatively represents that no promises have been made to that party which are not contained in this Note and stipulates that no evidence of any promises not contained in this Note shall be admitted into evidence on their behalf. The terms and provisions of this Note shall not be supplemented, amended or modified by any course of dealing, course of performance or uses of trade and may only be amended or modified by a written instrument duly executed by officers of both parties.

(signature page follows)

PX19 - 1787

PFBank_001483

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE. BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:
HARVEST MOON FINANCIAL,
A division of the La Posta Tribal Lending Enterprise

By: _____
        Andrea Estrada, Chairperson

LENDER:
NAITO, CORP.

By: _____
        Takehisa Naito, C.E.O.

7

PFBank_001484

# ATTACHMENT FFFF

# Kotobuki Billing from June 2016 to present

## Invoices

| Date | Invoice # | Amount |
|---|---|---|
| Jun-16 | 21530 | $1,549.15 |
| Jul-16 | 21799 | $1,549.15 |
| Aug-16 | 22249 | $1,549.15 |
| Sep-16 | 22426 | $1,549.15 |
| Oct-16 | 22954 | $39,746.33 |
| Nov-16 | 23133 | $28,904.60 |
| Dec-16 | 23610 | $24,755.52 |
| Jan-17 | 23823 | $22,058.71 |
| Feb-17 | 24155 | $29,048.64 |
| Mar-17 | 24551 | $25,705.94 |
| Apr-17 | 24963 | $25,079.48 |
| May-17 | 25335 | $30,099.59 |
| Jun-17 | 25528 | $24,386.81 |
| Jul-17 | 25885 | $29,250.58 |
| Aug-17 | 26509 | $27,132.60 |
| Sep-17 | 26904 | $26,127.88 |
| Oct-17 | 27039 | $25,985.59 |
| Nov-17 | 27636 | $24,683.86 |
| Dec-17 | 27871 | $22,906.60 |
| Jan-18 | 28330 | $20,394.83 |
| Feb-18 | 28626 | $24,892.44 |
| Mar-18 | 29190 | $20,344.81 |
| Apr-18 | 30388 | $20,241.20 |
| May-18 | 30392 | $21,704.71 |
| Jun-18 | 30398 | $22,185.35 |
| Jul-18 | 30459 | $24,359.02 |
| Aug-18 | 30852 | $23,425.21 |
| Sep-18 | 31262 | $23,070.26 |
| Oct-18 | 31659 | $23,307.67 |
| Nov-18 | 32068 | $22,466.46 |
| Dec-18 | 32491 | $23,380.19 |
| Jan-19 | 32877 | $23,444.59 |
| Feb-19 | 33485 | $21,075.69 |
| Mar-19 | 34293 | $9,273.30 |
| Apr-19 | 34687 | $8,265.57 |
| May-19 | 35084 | $8,268.65 |
| Jun-19 | 35496 | $8,849.79 |
| Jul-19 | 35909 | $9,374.66 |
| Aug-19 | 36373 | $9,149.77 |
| Aug-19 | 36809 | $105.76 |
| Sep-19 | 36840 | $12,787.61 |

## Payments

| Date | Payment | Check # |
|---|---|---|
| Jun-16 | $2,070.61 | 70802 |
| Jul-16 | $1,549.15 | 70816 |
| Aug-16 | $1,549.15 | 70837 |
| Sep-16 | $1,549.15 | 70861 |
| Oct-16 | $3,193.70 | 70877 |
| Dec-16 | $6,023.89 | 70904 |
| Jan-17 | $3,737.08 | 70909 |
| Feb-17 | $10,727.01 | 70937 |
| Mar-17 | $5,820.27 | 70955 |
| Apr-17 | $6,757.85 | 70968 |
| May-17 | $11,777.96 | 70982 |
| Jul-17 | $6,065.18 | 71009 |
| Aug-17 | $18,101.17 | 71027 |
| Oct-17 | $14,689.59 | 71047 |
| Dec-17 | $10,947.20 | 71055 |
| Jan-18 | $2,073.20 | 71059 |
| Feb-18 | $6,570.81 | 71070 |
| Mar-18 | $2,023.18 | 71077 |
| Apr-18 | $5,302.65 | 71097 |
| May-18 | $1,919.57 | 71096 |
| Jun-18 | $9,166.37 | 71095 |
| Jul-18 | $15,203.76 | 71106 |
| Dec-18 | $2,594.49 | 71134 |
| Dec-18 | $5,058.56 | 71143 |
| Jan-19 | $3,155.34 | 71144 |
| Feb-19 | $13,232.59 | 1885 |
| Mar-19 | $9,134.99 | 1912 |
| Jul-19 | $898.08 | 2079 |
| Aug-19 | $3,992.77 | 2141 |



**KOTOBUKI MARKETING**
101 CONVENTION CENTER DR, STE 500
LAS VEGAS, NV 89109

2141

8/13/2019

PAY TO THE ORDER OF    Convergence       $ **3,992.77

Three Thousand Nine Hundred Ninety-Two and 77/100************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Convergence
Attn: Acct Receivable
237 A St. #95977
San Diego, CA 92101-4003

MEMO

Acct # 1535/ Invoice#36373

⑈002141⑈ 906 2⑈

---

**KOTOBUKI MARKETING**            2141

Convergence           8/13/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/13/2019 | Bill | 36373 | 3,992.77 | 3,992.77 | | 3,992.77 |
| | | | | | Check Amount | 3,992.77 |

Checking-9062       Acct # 1535/ Invoice#36373       PX19 - 1791



**KOTOBUKI MARKETING**
101 CONVENTION CENTER DR, STE 500
LAS VEGAS, NV 89109

2079

7/11/2019

PAY TO THE ORDER OF    Convergence                                    $ **898.08

Eight Hundred Ninety-Eight and 08/100************************************************************* DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Convergence
Attn: Acct Receivable
237 A St. #95977
San Diego, CA 92101-4003

MEMO

Acct # 1535/ Invoice# 35909

⑆00 20 79⑆                    906 2⑈

---

**KOTOBUKI MARKETING**                                                    2079

Convergence                                            7/11/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/11/2019 | Bill | 35909 | 898.08 | 898.08 | | 898.08 |
| | | | | | Check Amount | 898.08 |

Checking-9062          Acct # 1535/ Invoice# 35909                    PX19 - 1792 898.08



**KOTOBUKI MARKETING**
101 CONVENTION CENTER DR. STE 500
LAS VEGAS, NV 89109

1912

3/12/2019

PAY TO THE
ORDER OF     Convergence

$ **9,134.99

Nine Thousand One Hundred Thirty-Four and 99/100******************************************************** DOLLARS

**PROTECTED AGAINST FRAUD**

Convergence
Attn: Acct Receivable
237 A St #95977
San Diego, CA 92101-4003

MEMO    Acct # 1535/ Invoice# 34293

---

**KOTOBUKI MARKETING**                                                                        1912

Convergence                                              3/12/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 3/12/2019 | Bill | 34293 | 9,134.99 | 9,134.99 | | 9,134.99 |
| | | | | | Check Amount | 9,134.99 |

Checking-9062        Acct # 1535/ Invoice# 34293                    PX19 - 1793
                                                                                        9,134.99



## CONVERGENCE

600 W. Broadway, Suite 700
San Diego, CA 92101

## Remittance Section

| | |
|---|---|
| Account No. | 1535 |
| Invoice No. | 34293 |
| Invoice Date | 03/02/19 |
| **Total Amount Due** | **9134.99** |
| Due Date | 03/15/19 |

Amount Paid

Please make checks payable to: **Convergence**

☐ Check here to change address
and make changes in the space available below.

Ken Chung
Kotobuki Marketing, Inc.
SUITE 500
101 CONVENTION CENTER DRIVE
LAS VEGAS  NV  89109-2018

uiz2319335—jbb571442
toq1430—1ct2

Convergence
Attn: Accounts Receivable
237 A St. # 95977
San Diego, CA  92101-4003

PX19 - 1794

Please detach and return this portion with your payment to: Convergence. Please put your account number on your payment.

**Moving?**
Coordinating a customer move may take up to 30-days. Call us today at 888-525-4206, option 4 to schedule your move.

**Official Messages**

**Telemarketing**
Business customers who engage in telemarketing must comply with the FCC's Telemarketing Sales Rules and the National Do Not Call regulations. Under these rules, telemarketers may not block the Caller ID display of their name/number and are required to search the Do Not Call registry at least once every 31 days and drop from their call lists the phone numbers of consumers who have registered. Register your organization at https://telemarketing.donotcall.gov.

PX19 - 1795

CASH ONLY IF ALL *CheckLock ™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1885

**KOTOBUKI MARKETING**
101 CONVENTION CENTER DR. STE 500
LAS VEGAS, NV 89109

2/21/2019

PAY TO THE ORDER OF _____ Convergence

$ | **13,232.59

Thirteen Thousand Two Hundred Thirty-Two and 59/100************************************************************************** DOLLARS

🛡 PROTECTED AGAINST FRAUD 🛡

Convergence
Attn: Acct Receivable
237 A St. #95977
San Diego, CA 92101-4003

MEMO
Acct # 1535/ Invoice# 33484

⑈00⑈885⑈ 90⑈6⑈2⑈

---

**KOTOBUKI MARKETING**

1885

Convergence

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| | | | | | 2/21/2019 | |
| 2/21/2019 | Bill | 33485 | 13,232.59 | 13,232.59 | | 13,232.59 |
| | | | | | Check Amount | 13,232.59 |

PX19 - 1796
13,232.59

Checking-9062          Acct # 1535/ Invoice# 33484



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

71144

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

1/25/2019

PAY TO THE
ORDER OF ___ CONVERGENCE COMMUNICATIONS                               $ **3,155.34

Three Thousand One Hundred Fifty-Five and 34/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

CONVERGENCE COMMUNICATIONS
237 A St. #95977
San Diego, California 92101-4003

MEMO

ACCOUNT #1535/ Invoice#32877

PX19 - 1797

⑈071144⑈          9539⑈

71134

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

11/21/2018

PAY TO THE
ORDER OF ___ CONVERGENCE COMMUNICATIONS ___ $ **2,594.49

Two Thousand Five Hundred Ninety-Four and 49/100******************************************************* DOLLARS

PROTECTED AGAINST FRAUD

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO

ACCOUNT #1535

⑈071134⑈        9539⑈

© 2014 INTUIT INC ● 1-800-433-8810

Details on Back   Intuit® CheckLock™ Secure Check

PX19 - 1798



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

71106

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

7/13/2018

PAY TO THE
ORDER OF ___ CONVERGENCE COMMUNICATIONS

$ **15,203.76

Fifteen Thousand Two Hundred Three and 76/100************************************************************** DOLLARS

⬛ PROTECTED AGAINST FRAUD ⬛

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO   ACCOUNT #1535

⑆071106⑆          9539⑆

PX19 - 1799

© 2014 INTUIT INC. # 2225 1-800-433-8810

Details on Back
Intuit® CheckLock™ Secure Check



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

71097

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

6/14/2018

PAY TO THE
ORDER OF ___ CONVERGENCE COMMUNICATIONS ___ $ **5,302.65

Five Thousand Three Hundred Two and 65/100************************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO

ACCOUNT #1535

⑈071097⑈                    9539⑈

PX19 - 1800



71096

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

6/14/2018

PAY TO THE
ORDER OF ___ CONVERGENCE COMMUNICATIONS

$ **1,919.57

One Thousand Nine Hundred Nineteen and 57/100*********************************************************************** ____ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO

ACCOUNT #1535

⑈071096⑈          9539⑈          PX19 - 1801



71095

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

6/14/2018

PAY TO THE
ORDER OF _CONVERGENCE COMMUNICATIONS_          $**9,166.37

Nine Thousand One Hundred Sixty-Six and 37/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO

ACCOUNT #1535

⑆071095⑆          9539⑈

PX19 - 1802



71077

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

3/14/2018

PAY TO THE
ORDER OF _____ CONVERGENCE COMMUNICATIONS _____ $ **2,023.18

Two Thousand Twenty-Three and 18/100************************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CONVERGENCE COMMUNICATIONS
600 W. Broadway Suite 700
San Diego, CA 92101

MEMO   ACCOUNT #1535

⑆071077⑆  9539⑈

PX19 - 1803



- Close Window
- Print This Page
- Expand All | Collapse All

# Naito Corporation

| | | | |
|---|---|---|---|
| Account Owner | Chris Heath | Phone | (213) 674-2330 |
| Account Number | | Fax | |
| Account Name | Naito Corporation | Website | http://naito.com |
| Account Code | | Find Nearby | Locate Account |
| Parent Account | | Mapping Status | Not Located Yet |
| Type | Customer | Mapping Address | Billing |
| Customer Type | IP Office | | |
| Billing Hold | | | |
| Account Age (Months) | 49 | | |
| Fiber Building Carrier | | | |

## Address Information

| | | | |
|---|---|---|---|
| Billing Address | 101 Convention Center Drive<br>Suite 500<br>Las Vegas, NV 89109 | Shipping Address | |

## Additional Information

| | | |
|---|---|---|
| Industry | | Employees |
| Additional Contact | | Annual Revenue |
| Additional Contact Phone | | Year In Database |
| Project | | Sales Volume |
| Industry Description | | SIC |
| Corporate Office | | SIC Description |
| Primary POC | | Credit Rating |
| Lease Company | | Est Move Date |
| Telemarketer | | Service Contract (Hours) |
| Lead Source | | Reason Left |
| Username | | Date Canceled |
| P-word | | Auto Pay |
| | | Payment Type |

PX19 - 1804

## CCM

System IP   **http://192.168.2.230**

## Circuit's

### 1424

| | |
|---|---|
| Service Address | **219 S Vermont Ave Ste 200, Los Angeles 90007** |
| Description | **Replaced Cogent 1-300019290 - SF 1199** |
| Status | **Canceled** |
| Carrier | **ATT** |
| Circuit Type | **EVPL / Fiber** |
| Download Bandwidth | **100** |
| Circuit ID | **AS/KRFN/001416/PT** |

### 1199

| | |
|---|---|
| Service Address | **219 S Vermont Ave Ste 200** <br> **Los Angeles 90007** |
| Description | **Off Net Basic ( No SLA) Long- Haul Fast E** |
| Status | **Need to Cancel** |
| Carrier | **Cogent** |
| Circuit Type | **Dedicated Internet** |
| Download Bandwidth | **100** |
| Circuit ID | **1-300019290** |

### 1234

| | |
|---|---|
| Service Address | **1930 Wilshire Boulevard, Suite 400** <br> **Los Angeles, CA 90057** |
| Description | **WILCON FIBER GIG CIRCUIT - NOT OURS** |
| Status | |
| Carrier | |
| Circuit Type | |
| Download Bandwidth | |
| Circuit ID | |

## Projects

### Naito NT

| | |
|---|---|
| Owner First Name | **Jini** |
| Owner Last Name | **Wallace** |
| Status | **Completed** |
| Deadline | |

### Naito Corporation Install

| | |
|---|---|
| Owner First Name | **Jason** |
| Owner Last Name | **Bales** |
| Status | **Completed** |
| Deadline | |

PX19 - 1805

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Kameron Coleman** | | Owner | **Kameron Coleman** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

**Naito - GIG switch.PDF** | **Naito call flow.jpg**

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Kameron Coleman** | | Owner | **Kameron Coleman** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

**Naito User detall.xlsx** | **Numbers to Port.PDF**

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Kameron Coleman** | | Owner | **Sarah Salcedo** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

**Naito Call flow.xlsx** | **Cogent Contract for Convergence - signed.pdf**

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Kameron Coleman** | | Owner | **Sarah Salcedo** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

**Naito Signed Agreement.pdf** | **Site Survey Naito.txt**

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Sarah Salcedo** | | Owner | **Kameron Coleman** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

**Cogent Contract for Convergence - unsigned.pdf** | **Convergence Fiber.pdf**

| | | | | |
|---|---|---|---|---|
| Type | **Attachment** | | Type | **Attachment** |
| Owner | **Sarah Salcedo** | | Owner | **Sarah Salcedo** |
| Description | | | Description | |
| | **View file** | | | **View file** |
| Related To | **Naito Corporation** | | Related To | **Naito Corporation** |

## Contacts

**Takehisa Naito**

| | |
|---|---|
| Title | **CEO** |
| Email | |

PX19 - 1806

| | |
|---|---|
| Phone | **(213) 674-2330** |
| Extension # | |
| Fax | |
| Mobile | |
| Description | |

## Ken Chung

| | |
|---|---|
| Title | **Office Manager** |
| Email | **scitex1209@hotmail.com** |
| Phone | **(213) 503-6707** |
| Extension # | |
| Fax | |
| Mobile | **(213) 503-6707** |
| Description | **kotobukimarketing@gmail.com** |

## Pablo Naito

| | |
|---|---|
| Title | |
| Email | **pablo@naitogroup.com** |
| Phone | **(213) 674-2330** |
| Extension # | |
| Fax | |
| Mobile | **(213) 440-0283** |
| Description | |

## Erica Diaz

| | |
|---|---|
| Title | |
| Email | **421@naitogroup.com** |
| Phone | **(213) 674-2330** |
| Extension # | |
| Fax | |
| Mobile | |
| Description | |

## jay park

| | |
|---|---|
| Title | |
| Email | **ken@naitogroup.com** |
| Phone | **(213) 674-2330** |
| Extension # | |
| Fax | |
| Mobile | |
| Description | |

## Cases
### 00052561

| | |
|---|---|
| Contact Name | **Ken Chung** |

PX19 - 1807

Status **Closed**

Owner **Alex Rosillo**

**What will be best way to get one local number and set up one phone with that number?**

**We want to set up Corporate number for business not for call center. Just one phone with no IVR, just voice mail box.**

**Please let me know ASAP.**

**Pending items**

Description

1. Those phones that are not recording. So far no confirmation whether issue has been fixed or not.

2. Reporting. (OLD ITEM) we didn't hear back about this one.

Please let me know on these items.

Thank You

---

**00039683**

Contact Name **Ken Chung**

Subject **FW: Extensions with problem for 3 way conference call**

Priority **Medium**

Date Opened **1/31/2018**

Date/Time Closed **2/19/2018 10:34 AM**

Status **Closed**

Owner **Brian Frizek**

**Have anyone look into this issue?**

**Now these extensions are displaying wrong caller ID**

**Should show 877-218-7437 but showing other phone number.**

**Still have problem with 3 way Conference call.**

**From: Ken chan joo chung**
**Sent: Wednesday, January 31, 2018 12:58 PM**
**To: 'Alex Rosillo' <alex.r@convergence.com>; DL-Conver-Support <support@convergence.com>**
**Cc: Brian Frizek <brian.f@convergence.com>; Jason Bales <jason@convergence.com>**

Description **Subject: Extensions with problem for 3 way conference call**

**80946**
**81249**
**81243**

**When agent try to do 3 way conference with these extensions, agent, Customer and bank cannot hear each other.**

**Regular phone call is working fine. Just 3way conference call has issue.**

**It was working until las Friday.**

**Thanks**

PX19 - 1808

## 00038128

| | |
|---|---|
| Contact Name | **Ken Chung** |
| Subject | **Update Address for Naito Corp** |
| Priority | **Medium** |
| Date Opened | **10/19/2017** |
| Date/Time Closed | **10/20/2017 7:27 AM** |
| Status | **Closed** |
| Owner | **David Dennen** |
| Description | **Hello,**<br><br>**We've noticed that our address has not been updated and would like to do so.**<br><br>**\*Name on the Account:\* Ken Chung**<br>**\*Company name: \*Naito Corporation**<br><br><br>**Our Address is**<br>**101 Convention Center Dr**<br>**<https://maps.google.com/?q=101+Convention+Center+Dr&entry=gmail&source=g>.**<br>**Ste. 500**<br>**Las Vegas, NV 89109**<br><br><br><br>**Thank you,**<br><br>**--**<br><br>**Markeeta Banks**<br>**\*Human Resources Department\***<br>**Kotobuki Marketing, Inc.**<br>**Call/Text: (702)600-3909** |

## 00038038

| | |
|---|---|
| Contact Name | **Naito Group** |
| Subject | **Fwd: Payment Confirmation** |
| Priority | **Medium** |
| Date Opened | **10/12/2017** |
| Date/Time Closed | **10/12/2017 3:28 PM** |
| Status | **Closed** |
| Owner | **Brian Frizek** |
| Description | **---------- Forwarded message ----------**<br>**From: Naito Group <kotobukimarketing@gmail.com>**<br>**Date: Tue, Oct 10, 2017 at 9:49 AM**<br>**Subject: Payment Confirmation**<br>**To: support@convenience.com**<br><br><br>**Hello,**<br><br>**I'd like to assure that payment was relieved for account no. 1535** |

PX19 - 1809

Name on the Account: Ken Chung
Company name: Naito Corporation
101 Convention Center Dr Tower suites 500
Las Vegas, NV 89109


Payment amount $7806.25 submitted 9/19/17
check # 71040


HR Department
Kotobuki Marketing, Inc.
Call/Text: (702)600-3909 <(702)%20600-3909>


—

HR Department
Kotobuki Marketing, Inc.
Call/Text: (702)600-3909

---

### 00037512

| | |
|---|---|
| Contact Name | **Ken Chung** |
| Subject | **Naito Corporation - We still have issue with our recording system.** |
| Priority | **Medium** |
| Date Opened | **9/6/2017** |
| Date/Time Closed | **9/15/2017 10:04 AM** |
| Status | **Closed** |
| Owner | **Derwin Hammonds** |

**We can't find recording for these extensions**

**70416**
Description **85007**
**85026**

**Thank You**

---

### 00037144

| | |
|---|---|
| Contact Name | **Erica Diaz** |
| Subject | **Naito Corporation - Extension 85008** |
| Priority | **Medium** |
| Date Opened | **8/9/2017** |
| Date/Time Closed | **9/12/2017 3:10 PM** |
| Status | **Closed** |
| Owner | **Derwin Hammonds** |
| Description | **Good morning,** |

**Extension 85008 I need to see her calls but shes not in my skills, is their anyway? we can fix this issue.**

**I hope to hear from you soon.**

PX19 - 1810

**Thanks**

---

**00036702**

| | |
|---|---|
| Contact Name | **Ken Chung** |
| Subject | **Change for our Call flow** |
| Priority | **Medium** |
| Date Opened | **7/9/2017** |
| Date/Time Closed | **7/17/2017 3:10 PM** |
| Status | **Closed** |
| Owner | **Alex Rosillo** |

Per our conversation on Wednesday, I'm wondering if we can make this change over the weekend so we can have this ready by Monday Monring.

1. We would like handle all the phone call to 888-797-6064 (LA Harvest Moon) from Las Vegas 877-218-7437
As we discussed it, Remove current LA Extension and replace with Las Vegas extension

2. All the current extensions under LA Harvest Moon number 888-797-6064 move to LA Green Stream number 888-296-7226
I stated where these extensions have to placed.

Option #1
80109
80989
81039
81060
81134
81173
81244
80208
81303
Description 81308
81364
81365
81389
80577
81138
81208
81281
80743

Option #2
81038
81016
80064
81000

I know we are always asking you something in rush but we really need to set this up fpr Monday. Please let me know

**Thanks**

---

**00036553**

| | |
|---|---|
| Contact Name | **Ken Chung** |
| Subject | **Naito Corporation - Bad Extension** |

PX19 - 1811

| | |
|---|---|
| Fiscal Period | **Q1-2016** |
| Next Step | **Send quote.** |
| Type | **Existing Business** |
| Last Modified Date | **3/16/2016** |
| Description | |

## Naito Corporation-

| | |
|---|---|
| Stage | **Closed Won** |
| Amount | **$0.00** |
| Close Date | **9/29/2015** |
| Probability (%) | **100** |
| Lead Source | **External Referral** |
| Owner Full Name | **Chris Heath** |
| Won | ✓ |
| Fiscal Period | **Q3-2015** |
| Next Step | **9/29 Derek to pick up contract today.** |
| Type | **New Business** |
| Last Modified Date | **4/12/2016** |
| Description | |

## Contracts

| **00000997** | | **00000444** | |
|---|---|---|---|
| Contract Start Date | **11/13/2018** | Contract Start Date | **9/28/2015** |
| Contract End Date | **11/12/2021** | Contract End Date | **9/27/2018** |
| Contract Term (months) | **36** | Contract Term (months) | **36** |
| Contract Owner Alias | **jwall** | Contract Owner Alias | **ssalc** |
| Description | **1 x IP Office Dedicated System**<br>**80 x IP Office Call Center (ACD) Extension**<br>**80 x IP Office Call Recording Account**<br>**80 x IP office UCA User**<br>**3 x IP Office 800 Service**<br>**1 x Contract Buyout** | Description | |

## Phone Numbers (Account)

**(702) 707-7766**

**(844) 500-0007**

**(844) 700-0226**

**(844) 500-0008**

**(844) 700-0227**

**(844) 885-0007**

PX19 - 1812

**(844) 885-0008**

**(855) 228-7344**

**(877) 317-7022**

**(888) 296-7226**

**(888) 645-4171**

**(888) 645-4174**

**(888) 797-6064**

## Assets

| **3548P** | | **50005991** | |
|---|---|---|---|
| Install Date | | Install Date | |
| Quantity | **4.00** | Quantity | **20.00** |
| Contact Name | | Contact Name | |
| Status | | Status | |
| Product Family | **NETWORK ACCESORIES** | Product Family | **MITEL PRODUCTS** |
| Total Users | **0** | Total Users | **0** |
| Description | | Description | |

| **50006634** | | **50006634** | |
|---|---|---|---|
| Install Date | | Install Date | |
| Quantity | **80.00** | Quantity | **130.00** |
| Contact Name | | Contact Name | |
| Status | | Status | |
| Product Family | **MITEL PRODUCTS** | Product Family | **MITEL PRODUCTS** |
| Total Users | **0** | Total Users | **0** |
| Description | | Description | |

| **51300551** | | **51300551** | |
|---|---|---|---|
| Install Date | | Install Date | |
| Quantity | **80.00** | Quantity | **130.00** |
| Contact Name | | Contact Name | |
| Status | | Status | |
| Product Family | **MITEL PRODUCTS** | Product Family | **MITEL PRODUCTS** |
| Total Users | **0** | Total Users | **0** |
| Description | | Description | |

| **54000291** | | **54000291** | |
|---|---|---|---|
| Install Date | | Install Date | |

PX19 - 1813

# ATTACHMENT GGGG

PX19 - 1814



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1816



Transit – 5/1/2019



Transit – 5/1/2019



Transit – 5/1/2019



Transit – 5/1/2019



Transit – 5/1/2019



Transit – 5/1/2019



Transit – 5/1/2019



PX19 - 1817

Transit – 5/1/2019

Transit – 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1818



DDA Credits - 5/1/2019



DDA Credits - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1819



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019

PX19 - 1821





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019

PX19 - 1822





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019

PX19 - 1823



DDA Credits - 5/1/2019



DDA Credits - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1824





Transit - 5/1/2019

Transit - 5/1/2019




Transit - 5/1/2019

Transit - 5/1/2019




Transit - 5/1/2019

Transit - 5/1/2019




Transit - 5/1/2019

Transit - 5/1/2019




Transit - 5/1/2019

Transit - 5/1/2019

PX19 - 1826





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019





Transit - 5/1/2019

Transit - 5/1/2019

PX19 - 1827



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1828



DDA Credits - 5/1/2019



DDA Credits - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019



Transit - 5/1/2019

PX19 - 1829

# ATTACHMENT HHHH

**Chart 1 – Corporate Defendants to Individual Defendants**

| Sender | Beneficiary | Amount Transferred |
|---|---|---|
| Naito Corp OB - 0458 | Takehisa Naito OB - 0997 | $5,048,000.00 |
| Naito Corp WFB – 9539 | Takehisa Naito WFB - 8611 | $4,028,000.00 |
| Camel Coins WFB – 9898 | Takehisa Naito WFB - 8611 | $1,443,376.18 |
| Sea Mirror WFB – 8354 | Takehisa Naito WFB - 8611 | $1,222,000.00 |
| Lead Express WFB – 9880 | Takehisa Naito WFB - 8611 | $1,195,000.00 |
| Kotobuki Marketing WFB – 9062 | Takehisa Naito WFB - 8611 | $934,000.00 |
| Ebisu Marketing WFB – 6154 | Takehisa Naito WFB - 8611 | $720,000.00 |
| Hotei Marketing WFB - 3413 | Takehisa Naito WFB - 8611 | $440,000.00 |
| Camel Coins OB - 0482 | Takehisa Naito OB - 0997 | $197,700.00 |
| Lead Express OB – 0474 | Takehisa Naito OB - 0997 | $179,000.00 |
| Daikoku Marketing WFB - 6881 | Takehisa Naito WFB - 8611 | $170,000.00 |
| Sea Mirror OB – 0557 | Takehisa Naito OB - 0997 | $121,100.00 |
| Ebisu Marketing OB – 0466 | Takehisa Naito OB - 0997 | $10,000.00 |
| Hotei Marketing OB - 0490 | Takehisa Naito OB - 0997 | $9,690.18 |
| Kotobuki Marketing WFB – 9062 | Takehisa Naito OB - 0997 | $5,622.00 |
| Naito Corp OB - 0458 | Keshi Ikeda OB - 1292 | $4,941.91 |
| | **Total** | **$15,728,430.27** |

**Chart 2 – Individual Defendants to Corporate Defendants**

| Sender | Beneficiary | Amount Transferred |
|---|---|---|
| Takehisa Naito WFB – 8611 | Naito Corp WFB - 9539 | $4,691,000.00 |
| Takehisa Naito WFB – 8611 | Lead Express WFB – 9880 | $1,885,000.00 |
| Takehisa Naito WFB – 8611 | Kotobuki Marketing WFB - 9062 | $1,501,376.18 |
| Takehisa Naito WFB - 8611 | Camel Coins WFB - 9898 | $1,240,000.00 |
| Takehisa Naito WFB - 8611 | Sea Mirror WFB – 8354 | $1,195,000.00 |
| Takehisa Naito OB – 0997 | Camel Coins OB – 0482 | $1,048,000.00 |
| Takehisa Naito WFB - 8611 | Ebisu Marketing WFB - 6154 | $967,000.00 |
| Takehisa Naito OB – 0997 | Sea Mirror OB - 0557 | $853,000.00 |
| Takehisa Naito OB – 0997 | Naito Corp OB - 0458 | $794,200.00 |
| Takehisa Naito OB – 0997 | Lead Express OB – 0474 | $619,000.00 |
| Takehisa Naito WFB - 8611 | Hotei Marketing WFB – 3413 | $503,029.70 |
| Takehisa Naito WFB - 8611 | Daikoku Marketing WFB - 6881 | $201,982.65 |
| Takehisa Naito OB – 0997 | Ebisu Marketing OB - 0466 | $200,000.00 |
| Takehisa Naito OB – 0997 | Hotei Marketing OB - 0490 | $182,600.00 |
| Keishi Ikeda BOH - 2304 | Naito Corp OB - 0458 | $30,000.00 |
| Takehisa Naito OB – 0997 | Kotobuki Marketing OB - 3791 | $3,000.00 |
| | **Total** | **$15,914,188.53** |

**Chart 3 – Corporate Defendants to Tribal Defendant**

| Sender | Beneficiary | Amount Transferred |
|---|---|---|
| Naito, Corp OB - 0458 | Harvest Moon FDNB - 9232 | $4,416,226.00 |
| Naito, Corp OB - 0458 | Gentle Breeze FDNB - 9322 | $2,060,000.00 |
| Naito, Corp OB - 0458 | Green Stream FDNB - 8212 | $1,605,000.00 |
| Camel Coins OB - 0482 | Harvest Moon FDNB - 9232 | $824,665.28 |
| Sea Mirror OB - 0557 | Green Stream FDNB - 8212 | $683,282.11 |
| Naito, Corp OB - 0458 | Harvest Moon NABC - 6682 | $600,000.00 |
| Lead Express OB - 0474 | Gentle Breeze FDNB - 9322 | $477,922.47 |
| Naito, Corp OB - 0458 | Green Stream NABC - 6690 | $380,000.00 |
| Naito, Corp OB - 0458 | Gentle Breeze NABC - 6708 | $360,000.00 |
| Hotei Marketing OB - 0490 | Harvest Moon FDNB - 9232 | $182,600.00 |
| Naito, Corp OB - 0458 | Harvest Moon PFB - 5784 | $80,000.00 |
| Naito, Corp OB - 0458 | Gentle Breeze PFB - 5760 | $80,000.00 |
| Camel Coins OB - 0482 | Harvest Moon NABC - 6682 | $79,632.25 |
| Naito, Corp OB - 0458 | Green Stream PFB - 5728 | $70,000.00 |
| Lead Express OB - 0474 | Gentle Breeze NABC - 6708 | $62,425.40 |
| Sea Mirror OB - 0557 | Green Stream NABC - 6690 | $43,337.40 |
| Naito, Corp OB - 0458 | Harvest Moon PFB - 5768 | $10,000.00 |
| Naito, Corp OB - 0458 | Green Stream PFB - 5720 | $10,000.00 |
| Naito, Corp OB - 0458 | Gentle Breeze PFB - 5744 | $10,000.00 |
| Naito Corp WFB – 9539 | Gentle Breeze CNB - 4144 | $136.08 |
| | **Total** | **$12,035,226.99** |

**Chart 4 – Tribal Defendant to Corporate Defendants**

| Sender | Beneficiary | Amount Transferred |
|---|---|---|
| Harvest Moon FDNB - 9232 | Naito Corp WFB - 9539 | $4,640,313.50 |
| Gentle Breeze FDNB - 9322 | Naito Corp WFB - 9539 | $3,680,466.84 |
| Green Stream FDNB - 8212 | Naito Corp WFB - 9539 | $3,593,146.05 |
| Harvest Moon FDNB - 9232 | Camel Coins WFB - 9898 | $3,479,129.80 |
| Harvest Moon FDNB - 9232 | Kotobuki Marketing WFB - 9062 | $2,805,647.50 |
| Gentle Breeze FDNB - 9322 | Lead Express WFB - 9880 | $2,570,160.01 |
| Green Stream FDNB - 8212 | Sea Mirror WFB - 8354 | $2,551,276.85 |
| Gentle Breeze FDNB - 9322 | Ebisu Marketing WFB - 6154 | $2,376,570.00 |
| Gentle Breeze FDNB - 9322 | Kotobuki Marketing WFB - 9062 | $1,755,497.50 |
| Harvest Moon FDNB - 9232 | Hotei Marketing WFB - 3413 | $1,393,657.50 |
| Green Stream FDNB - 8212 | Kotobuki Marketing WFB - 9062 | $1,218,210.00 |
| Green Stream FDNB - 8212 | Daikoku Marketing WFB - 6881 | $1,018,065.00 |
| Harvest Moon PFB - 5776 | Kotobuki Marketing WFB - 9062 | $233,905.00 |
| Gentle Breeze PFB - 5752 | Kotobuki Marketing WFB - 9062 | $223,000.00 |
| Gentle Breeze PFB - 5752 | Lead Express WFB - 9880 | $221,737.81 |
| Harvest Moon PFB - 5776 | Camel Coins WFB - 9898 | $215,920.03 |
| Green Stream PFB - 5736 | Kotobuki Marketing WFB - 9062 | $185,885.00 |
| Green Stream PFB - 5736 | Sea Mirror WFB - 8354 | $129,561.06 |
| Green Stream PFB - 5720 | Kotobuki WFB - 9062 | $113,410.00 |
| Gentle Breeze PFB - 5744 | Kotobuki WFB - 9062 | $87,680.00 |
| Harvest Moon PFB - 5768 | Naito Corp WFB - 9539 | $69,029.66 |
| Harvest Moon PFB - 5768 | Kotobuki WFB - 9062 | $68,057.50 |
| Gentle Breeze PFB - 5744 | Lead Express WFB - 9880 | $35,860.12 |
| Green Stream PFB - 5720 | Sea Mirror WFB - 8354 | $23,224.43 |
| Harvest Moon PFB - 5768 | Camel Coins WFB - 9898 | $22,819.21 |
| Harvest Moon NABC - 6682 | Naito Corp WFB - 9539 | $17,690.75 |
| Green Stream PFB - 5720 | Naito Corp WFB - 9539 | $14,275.08 |
| Gentle Breeze NABC - 6708 | Naito Corp WFB - 9539 | $12,621.45 |
| Gentle Breeze PFB - 5744 | Naito Corp WFB - 9539 | $12,234.38 |
| Harvest Moon FDNB - 9232 | Lead Express WFB - 9880 | $10,000.00 |
| Green Stream NABC - 6690 | Naito Corp WFB - 9539 | $9,242.50 |
| Harvest Moon PFB - 5776 | Naito Corp WFB - 9539 | $4,762.54 |
| Green Stream PFB - 5736 | Naito Corp WFB - 9539 | $4,096.88 |
| Gentle Breeze PFB - 5752 | Naito Corp WFB - 9539 | $3,194.12 |
| Gentle Breeze PFB - 5760 | Naito Corp WFB - 9539 | $100.00 |
| Green Stream PFB - 5728 | Naito Corp WFB - 9539 | $100.00 |
| Harvest Moon PFB - 5784 | Naito Corp WFB - 9539 | $100.00 |
| | **Total** | **$32,800,648.07** |

# ATTACHMENT IIII

# Wire Original Information Report

Our Ref   2012-FDO-0509-455

| ID | Category | Value |
|----|----------|-------|
| 1500 | Message Attributes | 3012204123P |
| 1510 | Type Code | 1000 |
| 1520 | IMAD | 20120509 |
| | | QMGFT006 |
| | | 002455 |
| **2000** | **Amount** | **$30,000.00** |
| 3100 | Sender FI | ██████ |
| | | CENTER BANK |
| 3320 | Sender Reference | F018505 |
| 3400 | Receiver FI | ██████ |
| 3600 | Business Code | CTR |
| 4000 | Intermediary FI | F |
| | | ██████ |
| | | JPMORGAN CHASE BANK, NA |
| | | NEW YORK, NY |
| 4100 | Beneficiary's FI | B |
| | | KSBJJPJSXXX |
| | | KANSAI URBAN BANKING CORPORATION |
| | | 2-4 NISHI-SHINSAIBASHI 1-CHOME, |
| | | OSAKA 542-8654 JAPAN |
| **4200** | **Beneficiary** | D |
| | | ██████ |
| | | LEAD KIKAKU |
| | | 06 6365 0901 |
| | | JAPAN |
| **5000** | **Originator** | D |
| | | ██████ |
| | | LEAD EXPRESS INC |
| | | 1930 WILSHIRE BLVD. STE  400 |
| | | LOS ANGELES, CA |
| | | 90057 |
| 5100 | Originator FI | CENTER BANK OPERATIONS ADMIN |
| | | 3435 WILSHIRE BLVD SUITE 700 |
| | | LOS ANGELES, CA 90010 |
| | | USA |

# Wire Original Information Report

Our Ref   2012-FDO-0605-676

| ID | Category | Value |
|---|---|---|
| 1500 | Message Attributes | 3012204123P |
| 1510 | Type Code | 1000 |
| 1520 | IMAD | 20120605 |
| | | QMGFT013 |
| | | 002676 |
| **2000** | **Amount** | **$30,000.00** |
| 3100 | Sender FI | ███████ |
| | | CENTER BANK |
| 3320 | Sender Reference | F020547 |
| 3400 | Receiver FI | ███████ |
| 3600 | Business Code | CTR |
| 4000 | Intermediary FI | F |
| | | ███████ |
| | | JPMORGAN CHASE BANK, NA |
| | | NEW YORK, NY |
| 4100 | Beneficiary's FI | B |
| | | KSBJJPJSXXX |
| | | KANSAI URBAN BANKING CORPORATION |
| | | 2-4 NISHI-SHINSAIBASHI 1-CHOME, |
| | | OSAKA 542-8654 JAPAN |
| **4200** | **Beneficiary** | D |
| | | ███████ |
| | | LEAD PROJECT |
| | | TEL 06 6365 0901 |
| | | JAPAN |
| **5000** | **Originator** | D |
| | | ███████ |
| | | LEAD EXPRESS INC |
| | | 1930 WILSHIRE BLVD. STE 400 |
| | | LOS ANGELES, CA |
| | | 90057 |
| 5100 | Originator FI | CENTER BANK OPERATIONS ADMIN |
| | | 3435 WILSHIRE BLVD SUITE 700 |
| | | LOS ANGELES, CA 90010 |
| | | USA |

# Wire Original Information Report

Our Ref   **2012-FDO-0629-663**

| ID | Category | Value |
|---|---|---|
| 1500 | Message Attributes | 3012204123P |
| 1510 | Type Code | 1000 |
| 1520 | IMAD | 20120629 |
| | | QMGFT013 |
| | | 004663 |
| **2000** | **Amount** | **$30,000.00** |
| 3100 | Sender FI | ▮▮▮▮▮ |
| | | CENTER BANK |
| 3320 | Sender Reference | F022414 |
| 3400 | Receiver FI | ▮▮▮▮▮ |
| 3600 | Business Code | CTR |
| 4000 | Intermediary FI | F |
| | | ▮▮▮▮▮ |
| | | JPMORGAN CHASE BANK, NA |
| | | NEW YORK, NY |
| 4100 | Beneficiary's FI | B |
| | | KSBJJPJSXXX |
| | | KANSAI URBAN BANKING CORPORATION |
| | | 2-4 NISHI-SHINSAIBASHI 1-CHOME, |
| | | OSAKA 542-8654 JAPAN |
| **4200** | **Beneficiary** | D |
| | | ▮▮▮▮▮ |
| | | LEAD KIKAKU |
| | | TEL 06 6365 0901 |
| | | JAPAN |
| **5000** | **Originator** | D |
| | | ▮▮▮▮▮ |
| | | LEAD EXPRESS INC |
| | | 1930 WILSHIRE BLVD. STE 400 |
| | | LOS ANGELES, CA |
| | | 90057 |
| 5100 | Originator FI | CENTER BANK OPERATIONS ADMIN |
| | | 3435 WILSHIRE BLVD SUITE 700 |
| | | LOS ANGELES, CA 90010 |
| | | USA |

# Wire Original Information Report

**Our Ref  20123490129300**

| ID | Category | Value |
| --- | --- | --- |
| 1 | Data Source | BSGWIRE |
| 2 | Date | 12/14/2012 |
| 3 | Description | FED Outgoing |
| 4 | Account | ▮▮▮▮▮ |
| 5 | Type | DDA |
| 6 | Amount | $150,000.00 |
| 7 | Direction | Outgoing |
| 8 | Name | BBCN BANK OLYMPIC-HOOVER BRANCH |
| 9 | Party Name | LEAD KIKAKU |
| 10 | Party Addr | JAPAN  TEL 213 503 6676 |
| 11 | Party Bank | KANSAI URBAN BANKING CORPORATION |

# Wire Original Information Report

**Our Ref  20130180114700**

| ID | Category | Value |
|----|----------|-------|
| 1 | Data Source | BSGWIRE |
| 2 | Date | 1/18/2013 |
| 3 | Description | FED Outgoing |
| 4 | Account | ▮▮▮▮▮ |
| 5 | Type | DDA |
| 6 | Amount | $80,000.00 |
| 7 | Direction | Outgoing |
| 8 | Name | BBCN BANK OLYMPIC-HOOVER BRANCH |
| 9 | Party Name | LEAP PROJECT |
| 10 | Party Addr | TEL 213 503 6676  JAPAN |
| 11 | Party Bank | KANSAI URBAN BANKING CORPORATION |

# Wire Original Information Report

**Our Ref  20130460148900**

| ID | Category | Value |
|----|----------|-------|
| 1 | Data Source | BSGWIRE |
| 2 | Date | 2/15/2013 |
| 3 | Description | FED Outgoing |
| 4 | Account | ■■■■■ |
| 5 | Type | DDA |
| 6 | Amount | $80,000.00 |
| 7 | Direction | Outgoing |
| 8 | Name | BBCN BANK OLYMPIC-HOOVER BRANCH |
| 9 | Party Name | LEAD KIKAKU |
| 10 | Party Addr | TEL 213 503 6676  JAPAN |
| 11 | Party Bank | KANSAI URBAN BANKING CORPORATION |

# Wire Original Information Report

**Our Ref  20130710151600**

| ID | Category | Value |
|----|----------|-------|
| 1 | Data Source | BSGWIRE |
| 2 | Date | 3/12/2013 |
| 3 | Description | FED Outgoing |
| 4 | Account | ■■■■■ |
| 5 | Type | DDA |
| 6 | Amount | $100,000.00 |
| 7 | Direction | Outgoing |
| 8 | Name | BBCN BANK OLYMPIC-HOOVER BRANCH |
| 9 | Party Name | LEAD KIKAKU |
| 10 | Party Addr | JAPAN  TEL 213 503 6676 |
| 11 | Party Bank | KANSAI URBAN BANKING CORPORATION |

# Wire Original Information Report

**Our Ref  20130990192100**

| ID | Category | Value |
|----|----------|-------|
| 1 | Data Source | BSGWIRE |
| 2 | Date | 4/9/2013 |
| 3 | Description | FED Outgoing |
| 4 | Account | ■■■■■■ |
| 5 | Type | DDA |
| 6 | Amount | $100,000.00 |
| 7 | Direction | Outgoing |
| 8 | Name | BBCN BANK OLYMPIC-HOOVER BRANCH |
| 9 | Party Name | LEAD KIKAKU |
| 10 | Party Addr | TEL 213 503 6676  JAPAN |
| 11 | Party Bank | KANSAI URBAN BANKING CORPORATION |

# ATTACHMENT JJJJ

PX19 - 1844

REDE Page 562 of 836

Case ... CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING ... Page 74 of 217

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5629

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

**21891**

7/6/2018

PAY TO THE
ORDER OF ___ Cash _____ $ **12,000.00

Twelve Thousand and 00/100********************************************************************** DOLLARS

Cash

MEMO ___ To Mr. Naito

⑈02189⑈⑈ ⑆:  [REDACTED]  A898⑈⑈

MP





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12120

2/21/18

PAY TO THE
ORDER OF          Cash                                    $ 2000.00

Two Thousand only—                                        DOLLARS

MEMO     pay to Mr Naito

⑈012120⑈   ⑈7880⑈



12162

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 69146-5528

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

4/9/2018

PAY TO THE
ORDER OF ___ Cash _____ $ **2,000.00

Two Thousand and 00/100************************************************ DOLLARS

☷ PROTECTED AGAINST FRAUD ☷

Cash

MEMO

To Mr. Naito

⑈012162⑈ ⑆░░░░░░⑆ ░░░░⑈



CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

12181

**LEAD EXPRESS, INC.**
2760 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

5/3/2018

PAY TO THE
ORDER OF    Cash                                                          $ **2,000.00

Two Thousand and 00/100****************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO    Mr. Naito

⑈012181⑈ ⑆█████████ ⑈████0⑈



CASH ONLY IF ALL GREEN SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

12215

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89145-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

6/15/2018

PAY TO THE
ORDER OF _____ Cash _____ **$** **2,000.00

Two Thousand and 00/100****************************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO     Mr Naito

⑈012215⑈ ⑆█████████ 880⑈



LEAD EXPRESS, INC.
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12223

7/2/2018

PAY TO THE
ORDER OF _____ Cash _____ $ ***1,000.00

One Thousand and 00/100************************************************************* DOLLARS

Cash

MEMO    To Mr. Naito

⑈ⁱ012223ⁱ⑈  ⑆ ████████████ ⑈8880ⁱ⑈

CASH ONLY IF ALL CHECKPOINT SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING Case … Page 80 of 217

12220

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

7/2/2018

PAY TO THE
ORDER OF ___ Cash

$ **2,000.00

Two Thousand and 00/100****************************************************************************** DOLLARS

☐ PROTECTED AGAINST FRAUD ☐

Cash

MEMO ___ To Mr. Naito

⑈012220⑈ ⑆▨▨▨▨▨▨▨▨▨▨⑆ 8880⑈



Case CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING Page 81 of 217

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

12274

9/25/2018

PAY TO THE
ORDER OF    Cash

$ **3,000.00

Three Thousand and 00/100****************************************************    DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO
To Mr. Naito

⑈O12274⑈ ⑆ ▇▇▇▇▇▇ 9880⑈



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

LEAD EXPRESS, INC.
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12283

10/12/2018

PAY TO THE
ORDER OF    Cash                                              $ **3,000.00

Three Thousand and 00/100************************************************    DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO
     To Mr. Naito

⑈012283⑈ ⑆                      ⑇880⑈





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12300

11/9/18

PAY TO THE
ORDER OF _____ Cash _____ $ 3000.00

Three thousand only —

DOLLARS

PROTECTED AGAINST FRAUD

MEMO  To Mr. Nazir

⑆012300⑆ ⑆ ████████ 9880⑆

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

12338

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

1/10/2019

PAY TO THE
ORDER OF _____ Cash _____ $ **3,000.00

Three Thousand and 00/100********************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO    To Mr. Naito

⑆012338⑆ ⑆ ▮▮▮▮▮▮▮▮▮▮ 880⑈



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12353

1/31/2019

PAY TO THE
ORDER OF _____ Cash _____ $ **2,000.00

Two Thousand and 00/100************************************************ DOLLARS

⊠ PROTECTED AGAINST FRAUD ⊠

Cash

MEMO

To. Mr Naito

⑈0⑈12353⑈ ⑆ ▮▮▮▮▮▮▮▮ 7880⑈



PX19 - 1856



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

12374

2/28/2019

PAY TO THE
ORDER OF ___ Cash _____ $ **3,000.00

Three Thousand and 00/100*************************************************** DOLLARS

Cash

MEMO

To Mr. Naito

⑈"0⑈2374"⑈ ⑈[REDACTED] 880"⑈



REDE Page 731 of 863

Case ... CASH ONLY IF ALL CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING ... Page 87 of 217

**LEAD EXPRESS, INC.**
2760 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12386

3/15/19

PAY TO THE
ORDER OF _____ Cash _____ $ 1,200.⁰⁰

One thousand two hundred only _____ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

MEMO   To Mr. Naito

⑆012386⑆ ⑈ ████████████ ████ 7880⑈

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

12392

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

Signer on the acct

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

3/21/2019

PAY TO THE
ORDER OF ___Cash_____  $ **400.00

Four Hundred and 00/100************************************************  DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

MEMO ___To Mr. Naito_____

⑈"012392"⑈                              "880"⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X



CASH ONLY IF ALL CHECKLOCK® SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**12429**

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

5/8/2019

PAY TO THE
ORDER OF  Cash _____ $ **3,000.00

Three Thousand and 00/100************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash



MEMO  To Mr. Naito

⑈012429⑈ ... 880⑈



**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

Singer on acct
DL NV Exp 11/24

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12468

6/24/2019

PAY TO THE
ORDER OF ___ Cash _____ $ **3,000.00

Three Thousand and 00/100************************************************* DOLLARS

Cash

🔒 PROTECTED AGAINST FRAUD 🔒

MEMO

To Mr Naito:

⑈⑈012468⑈⑈ ⑈⑈880⑈⑈

X
ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
84-7074/3212

12055

12/18/2017

PAY TO THE
ORDER OF _____ Cash _____ $ **2,000.00

Two Thousand and 00/100******************************************************* DOLLARS

Cash

MEMO

To Mr. Naito

⑈0⑈2055⑈ ███████████ 880⑈



REDE Page 317 of 335

Case ... CASH ONLY IF ALL OF THE COLOR & SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING Page 92 of 217

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71154

4/17/2019

PAY TO THE
ORDER OF _____ Cash _____ $ **3,000.00

Three Thousand and 00/100******************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Cash

© 2014 INTUIT INC. # 225-1-800-433-8810

MEMO    To Mr. Naito

⑈071154⑈ ⑆ ▓▓▓▓▓▓▓▓▓ 539⑈

Delete on Back

Intuit CheckLock™ Secure Check





CASH ONLY IF ALL CHECKLOCK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**70840**

8/9/2016

PAY TO THE ORDER OF     California Country Club                    $ **1,398.06

One Thousand Three Hundred Ninety-Eight and 06/100*********************        DOLLARS

⚠ PROTECTED AGAINST FRAUD ⚠

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421

MEMO                          - Closing date 7/31/16

⑈070840⑈ ⑆                    539⑈





**CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING**

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**70859**

9/9/2016

PAY TO THE
ORDER OF      California Country Club                    $ **600.00

Six Hundred and 00/100************************************          DOLLARS

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421
MEMO                Closing date 8/31/16

⑈070859⑈ ⑆            539⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

70874

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

10/11/2016

PAY TO THE
ORDER OF    California Country Club                                    $ **859.00

Eight Hundred Fifty-Nine and 00/100************************************************* DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421

MEMO

Closing date 9/30/2016

⑈070874⑈                               ⑈539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70903

12/13/2016

PAY TO THE
ORDER OF  California Country Club                    $ **640.00

Six Hundred Forty and 00/100************************************ DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421
MEMO        — Closing date 11/30/2016





CASH ONLY IF ALL COLORED ● SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70914

1/6/2017

PAY TO THE
ORDER OF     California Country Club

$ **600.00

Six Hundred and 00/100************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421

MEMO
Closing date 12/31/2016

⑊070914⑊ 9539⑊





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70935

2/14/2017

PAY TO THE
ORDER OF     California Country Club                                    $ **600.00

Six Hundred and 00/100************************************************     DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421
MEMO          Closing date 1/31/2017

⑈070935⑈ ⑆ ⑈539⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK BIDS ARE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**70945**

3/7/2017

PAY TO THE
ORDER OF   California Country Club                                      $ **600.00

Six Hundred and 00/100************************************************************ DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO

Closing date 2/28/2017

⑈070945⑈  ⑈539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD. SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70963

4/7/2017

PAY TO THE ORDER OF — California Country Club — $ **600.00

Six Hundred and 00/100************************************************ DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571   (526)692-0421

MEMO — Closing date 3/31/17

⑆070963⑆ ⑆ 539⑆





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

WELLS FARGO BANK, NA
16-024/1220

**70983**

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

5/9/2017

PAY TO THE ORDER OF   California Country Club

$ **600.00

Six Hundred and 00/100***********************************************   DOLLARS

*IS PROTECTED AGAINST FRAUD*

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421

MEMO

- Closing date 4/30/2017

⑆070983⑆ ⑆ ⑆539⑈



PX19 - 1872



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70999

6/6/2017

PAY TO THE
ORDER OF    California Country Club           $ **620.00

Six Hundred Twenty and 00/100************************************** DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 - (626)692-0421

MEMO
     Closing date 5/31/2017

⑈070999⑈           9539⑈







NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71019

8/9/2017

PAY TO THE
ORDER OF     California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100******************************************     DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421
Closing date 7/31/2017

MEMO

⑈071019⑈  ⑆            7539⑈



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71034

9/13/2017

PAY TO THE
ORDER OF  California Country Club                          $ **620.00

Six Hundred Twenty and 00/100********************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421
MEMO       Closing date 8/31/2017

⑈071034⑈                        ⑆539⑈

092.01 74503000035541>122041727< BOH 0291



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71043

10/12/2017

PAY TO THE
ORDER OF ___California Country Club_____ $ **620.00

Six Hundred Twenty and 00/100********************************************************* DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO
A_____ Closing date 9/31/2017

⑈071043⑈ ⑆████████████⑆ █539⑈



102317    4503000039/590-122041727s BOH 0702



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71048

11/8/2017

PAY TO THE
ORDER OF     California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(800)999-4571 (526)692-0421
Closing date 10/31/2017

MEMO

⑈071048⑈          ⑆539⑈





NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71054

12/8/2017

PAY TO THE
ORDER OF   California Country Club                                            $ **660.00

Six Hundred Sixty and 00/100************************************************************  DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421
MEMO ── Closing date 11/31/2017

⑈071054⑈ ⑆                     539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD. SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**71061**

1/11/2018

PAY TO THE
ORDER OF   California Country Club                          **$** **620.00

Six Hundred Twenty and 00/100**************************************************   DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421
MEMO
Closing date 12/31/2017

⑈071061⑈ ⑆ ████████ 9539⑈





CASH ONLY IF ALL GREEN DOT SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD. SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71068

2/7/2018

PAY TO THE
ORDER OF    California Country Club                               $ **620.00

Six Hundred Twenty and 00/100************************************************    DOLLARS

PROTECTED AGAINST FRAUD

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 → (526)692-0421

MEMO                          Closing date 01/31/2018

⑈071068⑈                              ⑈539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

**WELLS FARGO BANK, NA**
16-024/1220

71073

3/6/2018

PAY TO THE ORDER OF  California Country Club                              $  **620.00

Six Hundred Twenty and 00/100********************************************************  DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 — (526)692-0421
MEMO                    - Closing date 02/28/2018

⑈071073⑈        ████████  ⑈539⑈







NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71084

4/19/2018

PAY TO THE
ORDER OF    California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100************************************    DOLLARS

PROTECTED AGAINST FRAUD

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO                    - Closing date 03/31/2018

⑈071084⑈ ⑆             539⑈





RE
RO
JO
RE
22

Su
DI
Ch

NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71089

5/7/2018

PAY TO THE
ORDER OF  *California Country Club*                                    $ ··620.00

Six Hundred Twenty and 00/100*********************************************  DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421

MEMO ——— Closing date 04/31/2018

⑈071089⑈  ⑈ ⬛⬛⬛⬛⬛ 1539⑈



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71094

6/6/2018

PAY TO THE
ORDER OF   California Country Club

$ **620.00**

Six Hundred Twenty and 00/100************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 — (526)692-0421
MEMO ____ — Closing date 05/31/2018

⑈071094⑈ ⑆ ... 539⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71104

7/10/2018

PAY TO THE
ORDER OF _California Country Club_                                     $ **620.00

Six Hundred Twenty and 00/100********************************************************** DOLLARS

PROTECTED AGAINST FRAUD

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 — (526)692-0421
MEMO                        Closing date 06/30/2018

⑆071104⑆ ⑈                    7539⑈



**NAITO, CORP.**
1930 WILSHIRE BLVD. SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**71115**

8/9/2018

PAY TO THE ORDER OF  California Country Club          $ **620.00

Six Hundred Twenty and 00/100************************************  DOLLARS

PROTECTED AGAINST FRAUD

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421
MEMO — Closing date 07/31/2018

⑈071115⑈ ⑆               539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD. SUITE 400
LOS ANGELES. CA 90057

WELLS FARGO BANK, NA
16-024/1220

71119

9/7/2018

PAY TO THE
ORDER OF    California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100**································· DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 – (526)692-0421
MEMO                — Closing date 08/31/2018

⑈071119⑈                                          ⑈539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71123

10/4/2018

PAY TO THE
ORDER OF   California Country Club

$ **620.00

Six Hundred Twenty and 00/100************************************************************   DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO
A... -- Closing date 09/30/2018

⑆071123⑆ ⑆... 539⑈









CASH ONLY IF ALL COLOR-KEY SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71132

11/6/2018

PAY TO THE
ORDER OF     California Country Club                    $ **620.00

Six Hundred Twenty and 00/100************************************************     DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 - (526)692-0421
— Closing date 10/31/2018

MEMO



PX19 - 1890



Case 1:20-cv-02146 Lock Security FEATURES LISTED ON BACK INDICATE Document 1-1 Filed 01/07/20 Page 120 of 217

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71137

12/7/2018

PAY TO THE
ORDER OF    California Country Club                    $ **660.00

Six Hundred Sixty and 00/100*************************************************    DOLLARS

PROTECTED AGAINST FRAUD

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO
_____  Closing date 11/30/2018

⑈071137⑈ ⑆          9539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71141

1/8/2019

PAY TO THE ORDER OF  California Country Club          $ ··620.00

Six Hundred Twenty and 00/100···································································· DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421
-- Closing date 12/31/2018

MEMO

⑈071141⑈ ⑆ [REDACTED] 539⑈







**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71145

2/12/2019

PAY TO THE
ORDER OF   California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100************************************************    DOLLARS

☐ PROTECTED AGAINST FRAUD ☐

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421
Closing date 01/31/2018

MEMO

⑈071145⑈                                        539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71148

3/7/2019

PAY TO THE
ORDER OF ___ California Country Club _____ $ **620.00

Six Hundred Twenty and 00/100************************************************ DOLLARS

🛡 PROTECTED AGAINST FRAUD 🛡

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 ~ (526)692-0421

MEMO

- Closing date 02/28/2019

⑈071148⑈ ⑈              539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71150

4/8/2019

PAY TO THE
ORDER OF   California Country Club                                    $ **620.00

Six Hundred Twenty and 00/100************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 — (526)692-0421

MEMO _____ - Closing date 03/31/2019

⑈071150⑈                                     9539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

71159

WELLS FARGO BANK, NA
16-024/1220

5/9/2019

PAY TO THE
ORDER OF  California Country Club                              $ **640.00

Six Hundred Forty and 00/100••••••••••••••••••••••••••••••••••••••••••••••••••  DOLLARS

**CALIFORNIA COUNTRY CLUB**
1509 South Workman Mill Road
Whittier, CA 90601-1412
(526)692-0421
- Closing date 04/30/2019

MEMO

⑈071159⑈ ⑆          539⑈





CASH ONLY IF ALL CHECKLOCK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71162

6/4/2019

PAY TO THE ORDER OF   California Country Club                    $ ··640.00

Six Hundred Forty and 00/100···········································   DOLLARS

PROTECTED AGAINST FRAUD

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421

MEMO                      closing date 05/310/2019

⑈071162⑈ ⑆                           539⑈



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71165

7/9/2019

PAY TO THE
ORDER OF  California Country Club

$ **640.00

Six Hundred Forty and 00/100************************************************************* DOLLARS

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 -- (526)692-0421
-- Closing date 06/30/2019

MEMO

⑆071165⑈              ⑈539⑈



CHECK COPY (THIS DOCUMENT HAS SECURITY FEATURES LISTED ON BACK, INDICATE ANY ERASURE OR COPYING)

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**71168**

8/7/2019

PAY TO THE
ORDER OF ___California Country Club___ $ 640 00

Six Hundred Forty and 00/100********************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CALIFORNIA COUNTRY CLUB
1509 South Workman Mill Road
Whittier, CA 90601-1412
(626)333-4571 — (526)692-0421

MEMO _____ -- Closing date 07/31/2019

⑆071168⑆ ⑆539⑆





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70969

4/14/2017

UNITED STATES TREASURY

PAY TO THE
ORDER OF        INTERNAL REVENUE SERVICE                    $ **3,000.00

Three Thousand and 00/100************************************    DOLLARS

INTERNAL REVENUE SERVICE
P.O. BOX 7704
SAN FRANCISCO, CA 94120-7704

MEMO
2017 Form 1040-ES Payment Voucher 1-Keishi & K

⑈070969⑈ ⑆                          7539⑈  ⑈0000300000⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

X



PX19 - 1900



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70970

4/14/2017

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE UNITED STATES TREASURY   $ **592.00

Five Hundred Ninety-Two and 00/100********************************************** DOLLARS

INTERNAL REVENUE SERVICE
P.O. BOX 7704
SAN FRANCISCO, CA 94120-7704

MEMO   7046

2016 Form 1040-V Payment Voucher 1-Keishi & Kei

⑈070970⑈ ⑆ 539⑈   ⑈000005 4200⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

**WELLS FARGO BANK, NA**
16-024/1220

71082

4/12/2018

## UNITED STATES TREASURY

PAY TO THE ORDER OF _United States Treasury_ $ **4,000.00

_Four Thousand and 00/100*******************************************_ DOLLARS

PROTECTED AGAINST FRAUD

United States Treasury

MEMO  Keshi Ikeda ____7046, ____2018 FO

⑈071082⑈  ⑆____539⑈  ⑈000040000⑈

68 2 20 113 062 55 8 608657046
IKED 30 201812 041818
00006989 0312 042318 06 R 041818





NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
18-024/1220

71098

6/25/2018

PAY TO THE
ORDER OF    United States Treasury

UNITED STATES TREASURY

$ **2,959.00

Two Thousand Nine Hundred Fifty-Nine and 00/100************************************************************    DOLLARS

United States Treasury

MEMO    Keshi Ikeda ████████ 7046, ████████████ 2018 FO

⑈071098⑈ ⑆ ████████████████████ 3539⑈ ⑆0000295900⑈

68 2 70 183 010 00 0 608657046
IKEDA 30 201712 062918
00068586 0002 070218 07 R 062918



**Withdrawal / Retiro.**

4460

**WELLS FARGO**

(Check One /
Marque Uno)   ☑ **Checking** / Cuenta de Cheques   ☐ **Savings** / Ahorros   ☐ **Money Market Access**   ☐ **Command**

**Account Number /**
Número de Cuenta

\* ▮▮▮▮▮▮ 7062    Date / Fecha  12/20/16

Please print: Name - / Letra de molde: Nombre
Keishi Ikeda

Please print: Street Address, City, State, Zip Code / Letra de molde: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below. /
Yo autorizo este retiro y doy cumplimiento de haber recibido la cantidad indicada abajo.
**Please sign in teller's presence** / Favor de firmar en la presencia del cajero
**Two forms of ID may be required.** / Se podrían requerir dos tipos de identificación.

X

Forty Four Thousand One Hundred Fifty Six 60/100  **Dollars**   **$**  44 156.60

Bank Use Only (When SVT is Not Available)   TLR9230 (08/11)  WF0116  13240041

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈4460⑈ ⑆500000694⑆



Wells Fargo Internal Use When Blank;
Wells Fargo Confidential When Completed



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21321

7/6/2016

PAY TO THE
ORDER OF ___ Verizon _____ $ **44.55

Forty-Four and 55/100**************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO     Acct # ██████████

⑈021321⑈ ██████████ 9898⑈



PX19 - 1905

00725225



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21341

8/6/2016

PAY TO THE
ORDER OF _____ Verizon _____ $ **45.15

Forty-Five and 15/100************************************************************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO          Acct #

⑈021341⑈                                      898⑈







**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21369

10/3/2016

PAY TO THE ORDER OF    Verizon    $ **45.15

Forty-Five and 15/100******************************************* DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑆021369⑆ ⑈ 898⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21381

10/24/2016

PAY TO THE ORDER OF    Verizon          $ **95.30

Ninety-Five and 30/100******************************************************* DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑈021381⑈ ⑆





CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21424

12/6/2016

PAY TO THE
ORDER OF     Verizon                                                          $ **44.76

Forty-Four and 76/100*********************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021424⑈



PX19 - 1909



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21453

2/2/2017

PAY TO THE
ORDER OF     Verizon                                      $ **44.28

Forty-Four and 28/100************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021453⑈



CASH ONLY IF ALL *CheckLock* ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21478

3/1/2017

PAY TO THE
ORDER OF    Verizon                                                    $ **93.57

Ninety-Three and 57/100*********************************************************************    DOLLARS

*PROTECTED AGAINST FRAUD*

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct # 5

⑈02⑈478⑈    ⑈89⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
84-7074/3212

21498

3/28/2017

PAY TO THE ORDER OF    Verizon                                          $ **5.21

Five and 21/100**************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #          Feb 7-Mar 6, 2017

⑈021498⑈ ⑆                    ⑆8⑈







CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21527

4/25/2017

PAY TO THE
ORDER OF     Verizon                                     $ **44.55

Forty-Four and 55/100********************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
          Acct #

⑈021527⑈





PX19 - 1913



CASH ONLY IF ALL THE COLOR SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21570

6/13/2017

PAY TO THE
ORDER OF  Verizon                                              $  **44.15

Forty-Four and 15/100***************************************  DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑆021570⑆ ⑈                    9898⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21571

6/21/2017

PAY TO THE
ORDER OF   Verizon                                    $ **49.60

Forty-Nine and 60/100********************************************************   DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO   Acct #

⑈021571⑈





Case 2:20-cv-20340-JAB-NJK Document 214 Filed 08/11/20 Page 145 of 217

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21583

7/27/2017

PAY TO THE
ORDER OF __Verizon__     $ **44.21

Forty-Four and 21/100******************************************************* DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO

Acct #

⑆021583⑆ ⑆9898⑈



R
R
JC
R
22

S
D
C

CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21611

8/16/2017

PAY TO THE
ORDER OF     Verizon                                    $ **44.21

Forty-Four and 21/100************************************************************* DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO     Acct #

⑈021611⑈



CASH ONLY IF SIGNATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

21636

9/15/2017

PAY TO THE
ORDER OF _____ Verizon _____ $ **44.21

Forty-Four and 21/100******************************************************* DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO   Acct # ███████

⑈021636⑈ ⑆ ███████ 878⑈





CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3595
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21659

10/16/2017

PAY TO THE
ORDER OF    Verizon                                          $  **44.34

Forty-Four and 34/100**********************************************************  DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021659⑈



Case 2:20-cv-00840-JAD-NJK   Document 3-14   Filed 05/11/20   Page 149 of 217

CASH ONLY !!! IF PRINTED WITHOUT SECURITY FEATURES LISTED ON BACK. INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21690

11/15/2017

PAY TO THE
ORDER OF ___Verizon___ $ **44.34

Forty-Four and 34/100*********************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO

Acct #

⑆021690⑆  ⑈                          7898⑈



**CASH ONLY** IF SPECIFIED SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3595
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21721

12/20/2017

PAY TO THE
ORDER OF ___ Verizon _____  $ **44.34

Forty-Four and 34/100*********************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct # 5

⑈021721⑈



CASH ... SECURITY FEATURES LISTED ON BACK INDICATE NO TEMPERING OR COPY LOSS

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

21757

1/22/2018

PAY TO THE
ORDER OF    Verizon                                    $  **44.44

Forty-Four and 44/100************************************************  DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021757⑈ ⑆ 9898⑈



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21773

2/15/2018

PAY TO THE ORDER OF — Verizon — $ **44.46

Forty-Four and 46/100********************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021773⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

21801

3/14/2018

PAY TO THE
ORDER OF   Verizon                                                    $ **44.46

Forty-Four and 46/100************************************************************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈021801⑈ ⑆                    898⑈



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21837

4/17/2018

PAY TO THE
ORDER OF    Verizon                                    $ **44.36

Forty-Four and 36/100************************************************    DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
    Acct #

⑆021837⑆                          898⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21857

5/16/2018

PAY TO THE
ORDER OF    Verizon                                    $ **44.36

Forty-Four and 36/100********************************************    DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #███████

⑈02 1857⑈                    ███████    ███98⑈



21874

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

6/14/2018

PAY TO THE
ORDER OF    Verizon                                          $   **44.36

Forty-Four and 36/100************************************************   DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑆021874⑆ ⑈                    898⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21901

7/19/2018

PAY TO THE ORDER OF    Verizon                                                    $ **44.25

Forty-Four and 25/100************************************************************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑆021901⑆



21915

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

8/16/2018

PAY TO THE
ORDER OF _____ Verizon _____ $ **44.25

Forty-Four and 25/100************************************************************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑆021915⑆                              9898⑆



CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21930

9/18/2018

PAY TO THE
ORDER OF ___Verizon___                                          $ **44.25

Forty-Four and 25/100************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct # 5▮▮▮▮▮▮▮▮

⑈021930⑈  ▮▮▮▮▮▮▮▮  898⑈



CASH ONLY IF ALL OVERLOOK — SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

**21947**

10/17/2018

PAY TO THE
ORDER OF   Verizon                                    $ **44.49

Forty-Four and 49/100************************************************************   DOLLARS

⑃ PROTECTED AGAINST FRAUD ⑃

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO   Acct #

⑆021947⑆                              9898⑆



CAMEL COINS, INC.
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

21967

11/21/2018

PAY TO THE ORDER OF     Verizon                                    $ **44.49

Forty-Four and 49/100********************************************************** DOLLARS

⚠ PROTECTED AGAINST FRAUD ⚠

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct # ▇▇▇▇▇▇

⑆021967⑆   ▇▇▇▇▇▇▇▇   9898⑈



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

21983

12/19/2018

PAY TO THE
ORDER OF    Verizon                                          $  **45.09

Forty-Five and 09/100************************************************   DOLLARS

A PROTECTED AGAINST FRAUD A

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct # 5███████

⑈021983⑈              ███████████    ⥯8976⑈



R
R
JO
R
22

Su
D
Cl



**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

22005

1/16/2019

PAY TO THE
ORDER OF     Verizon                                    $ **44.97

Forty-Four and 97/100************************************************************     DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑈022005⑈





CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

22030

2/21/2019

PAY TO THE
ORDER OF  Verizon                                              $ **44.60

Forty-Four and 60/100*********************************************************  DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑈022030⑈⑆                                                    8896⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

22055

3/21/2019

PAY TO THE
ORDER OF __Verizon__ $ **45.19

Forty-Five and 19/100************************************************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈022055⑈



CASH ONLY IF THE CHECK'S SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE. 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

22070

4/16/2019

PAY TO THE
ORDER OF ___ Verizon ___ $ **45.45

Forty-Five and 45/100********************************************************** DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO
Acct #

⑈022070⑈



CASH ONLY IF ALL OF THE SECURITY FEATURES LISTED ON BACK INDICATE ITS TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK NEVADA, NA**
LAS VEGAS, NV 89104
94-7074/3212

22096

5/15/2019

PAY TO THE
ORDER OF     Verizon                                                                    $ **45.75

Forty-Five and 75/100************************************************************************* DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct # ▮▮▮▮▮▮▮

⑈022096⑈      ⑆898⑈





**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

22120

6/18/2019

PAY TO THE
ORDER OF ___Verizon___ $ **46.25

Forty-Six and 25/100***********************************************************  DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO  Acct #

⑆022120⑆              ⑆3898⑆



Case 2:20-cv-00840-JAD-NJK Document 24-1 Filed 05/11/20 Page 169 of 217

CASH ONLY PURCHASE THIS CHECK USING SECURITY FEATURES LISTED ON BACK EDUCATE NO TAMPERING OR COPYING

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

22137

7/16/2019

PAY TO THE
ORDER OF — Verizon                                            $ **48.14

Forty-Eight and 14/100****************************************** DOLLARS

TO PROTECTED AGAINST FRAUD

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO   Acct #

⑈022137⑈  ⑆                    9898⑈



CASH ONLY IF ALL CHECKLOCK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

22165

**CAMEL COINS, INC.**
2780 S JONES BLVD, STE 3695
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK NEVADA, NA
LAS VEGAS, NV 89104
94-7074/3212

8/16/2019

PAY TO THE
ORDER OF ___Verizon_____ $ **46.39

Forty-Six and 39/100************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO    Acct #

⑈022165⑈ ⑆ 898⑈









CASH ONLY IF ALL CheckLock ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11668

8/29/2016

PAY TO THE
ORDER OF    Verizon                                                    $ **44.15

Forty Four and 15/100***                                                DOLLARS

ID PROTECTED AGAINST FRAUD

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT

⑆011668⑆            ⑈9880⑈



00777302

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11700

10/3/2016

PAY TO THE
ORDER OF     Verizon                                                      $ **44.15

Forty-Four and 15/100***************************************************          DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT

⑈011700⑈

9880⑈



CASH ONLY IF ALL *CheckLock* ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

**11734**

11/22/2016

PAY TO THE
ORDER OF ___ Verizon

$ **98.32

Ninety-Eight and 32/100********************************************************************************** DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT ▮▮▮▮▮▮

⑆011734⑆ ▮▮▮▮▮▮▮▮▮ ⑈880⑈





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3657
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11761

12/28/2016

PAY TO THE
ORDER OF ___ Verizon _____ $ **44.15

Forty-Four and 15/100**************************************************** DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT ■■■■■■■

⑆0⑈17611⑆ ■■■■■ 880⑈







CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11793

2/2/2017

PAY TO THE ORDER OF    Verizon                                    $  **44.08

Forty-Four and 08/100**************************************** DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT #

⑅PROTECTED AGAINST FRAUD⑅

⑈011743⑈                          ⑇9880⑈



DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11832

3/15/2017

PAY TO THE
ORDER OF    Verizon                                                    $  **49.09

Forty-Nine and 09/100************************************************************  DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑈011832⑈ ⑆              7880⑈



00774096



LEAD EXPRESS, INC.
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11843

3/28/2017

PAY TO THE
ORDER OF   Verizon                                    $ **49.09

Forty-Nine and 09/100************************************************   DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO   ACCT #███████   Feb 7-Mar 6, 2017

⑈011843⑈ ⑆ ███████████ 880⑈





CASH ONLY IF ALL *CheckLock* ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2760 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

**11870**

4/25/2017

PAY TO THE
ORDER OF    Verizon                                          $ **44.15

Forty-Four and 15/100************************************************************   DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #                    Mar 7-April 6, 2017

⑆0 11870⑆    ⑈9880⑇





CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

11886

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

**LEAD EXPRESS, INC.**
2760 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

5/16/2017

PAY TO THE
ORDER OF    Verizon                                        $ **49.77

Forty-Nine and 77/100************************************************************ DOLLARS

*PROTECTED AGAINST FRAUD*

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #_____ April 7-May 6, 2017

⑈011886⑈                    ⑈880⑈



CASH ONLY IF ALL CHECK LOCK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11916

6/14/2017

PAY TO THE
ORDER OF    Verizon                    $ **51.73

Fifty-One and 73/100************************************************** DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO    ACCT # ███████ MAY 7-JUNE 6, 2017

⑈011916⑈    ███████████   880⑈



**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

CASH ONLY IF ALL SIMULATED WATERMARK FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

11945

7/19/2017

PAY TO THE ORDER OF _____ Verizon _____ $ **224.43

Two Hundred Twenty-Four and 43/100********************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # ▮▮▮▮▮▮ JUNE 7-JULY 6, 2017

⑆011945⑆



Case 2:20-cv-00840-JAD-NJK Document 141-1 Filed 06/11/25 Page 183 of 217

LEAD EXPRESS, INC.
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5528

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11960

8/16/2017

PAY TO THE
ORDER OF     Verizon                                                $  **215.86

Two Hundred Fifteen and 86/100***************************************************  DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO     ACCT #            JUL 07- AUG 06

⑈011960⑈ ⑆            9880⑈



**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

11979

9/15/2017

| PAY TO THE ORDER OF | Verizon | $ **289.51 |

Two Hundred Eighty-Nine and 51/100**********************************************  DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT ▮▮▮▮▮▮ AUG 07- Sep 06

⑈011979⑈ ⑈▮▮▮▮▮▮▮▮▮▮▮880⑈

CASH ONLY - IF SECURITY FEATURES LISTED ON BACK ARE ABSENT, DO NOT ACCEPT. NO VALUE OVER US $10,000

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

**11996**

10/16/2017

PAY TO THE
ORDER OF          Verizon                                              $  **159.66

One Hundred Fifty-Nine and 66/100************************************************          DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
          ACCT #                    ept 07- Oct 06 2017

⑈011996⑈                              ⑈880⑈





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12023

11/15/2017

PAY TO THE ORDER OF    Verizon                              $ **69.85

Sixty-Nine and 85/100************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #



CASH ONLY IF COLORED BAR AND SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING ON COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12056

12/19/2017

PAY TO THE
ORDER OF ___ Verizon ___ $ **57.68

Fifty-Seven and 68/100************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # ▮▮▮▮▮ Nov 7-Dec 6, 2017

⑈012056⑈ ▮▮▮▮▮▮▮▮▮▮ ▮▮88⑈





LEAD EXPRESS, INC.
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12094

1/22/2018

PAY TO THE
ORDER OF _____ Verizon                                              $ **57.71

Fifty-Seven and 71/100***********************************************   DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #              Dec 7,2017-Jan 6, 2018

⑆012094⑈ ⑆ 9880⑈

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12108

2/15/2018

PAY TO THE
ORDER OF ___Verizon___ $ **57.73

Fifty-Seven and 73/100**************************************************** DOLLARS

⊠ PROTECTED AGAINST FRAUD ⊠

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT ▓▓▓▓ Jan 7, 2018-Feb 6, 2018

⑈012108⑈  ▓▓▓▓▓▓▓  ⑈880⑈

© 2014 INTUIT INC. #2571 1-800-433-8810



CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
04-7074/3212

12136

3/14/2018

PAY TO THE
ORDER OF _____ Verizon _____ $ **57.73

Fifty-Seven and 73/100****************************************************** DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # ▓▓▓▓▓▓ Feb 7,2018-Mar 6, 2018

⑈⑈012136⑈⑈ ▓▓▓▓▓▓▓▓▓▓▓ 880⑈⑈



**LEAD EXPRESS, INC.**
2780 S JONES BLVD, #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12171

4/17/2018

PAY TO THE
ORDER OF ___ Verizon

$ **57.70

Fifty-Seven and 70/100******************************************************************************** DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT # _____ 7- May 6

⑃PROTECTED AGAINST FRAUD⑃

⑈012171⑈ 9880⑈



**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

**WELLS FARGO BANK, NA**
NEVADA
94-7074/3212

12193

5/16/2018

PAY TO THE ORDER OF   Verizon

$ **57.70

Fifty-Seven and 70/100************************************************   DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT

⑈0 1 2 1 9 3⑈                    ⑈8 8 0⑈



CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

12210

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

6/14/2018

PAY TO THE
ORDER OF ___ Verizon _____ $ **57.70

Fifty-Seven and 70/100************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO      ACCT #

⑆012210⑆   880⑆





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12239

7/20/2018

PAY TO THE
ORDER OF  Verizon

$ **57.63

Fifty-Seven and 63/100****************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT #

⑈012239⑈



CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

12254

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

8/16/2018

PAY TO THE
ORDER OF     Verizon                                                          $ **57.63

Fifty-Seven and 63/100************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑈012254⑈  ⑆3              880⑈



LEAD EXPRESS, INC.
2760 S JONES BLVD. #3837
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12270

9/18/2018

PAY TO THE
ORDER OF     Verizon                                              $ **57.63

Fifty-Seven and 63/100************************************************* DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑈0⑈2270⑈                          880⑈





CASH ONLY IF THE SIGNATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12287

10/17/2018

PAY TO THE
ORDER OF        Verizon                                                    $  **57.70

Fifty-Seven and 70/100************************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑈0⑈12287⑈





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12308

11/21/2018

PAY TO THE ORDER OF  Verizon                                    $  **58.29

Fifty-Eight and 29/100****************************************  DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT #



CASH ONLY IF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074:3212

12327

12/19/2018

PAY TO THE
ORDER OF _____ Verizon _____ $ **57.70

Fifty-Seven and 70/100**********************************************************************  DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # ▮▮▮▮

⑈012327⑈





CASH ONLY IF THE MASTERED SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-562B

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12343

1/16/2019

PAY TO THE
ORDER OF ___ Verizon _____ $ **57.72

Fifty-Seven and 72/100**************************************************** DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑈012343⑈



CASH ONLY IF ALL SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12369

2/21/2019

PAY TO THE
ORDER OF    Verizon                                                   $ **57.72

Fifty-Seven and 72/100************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # 5

⑈012369⑈ ⑆ ⑆880⑈



CASH ONLY IF SIGNATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12387

3/21/2019

PAY TO THE
ORDER OF    Verizon                                                              $ ··57.73

Fifty-Seven and 73/100************************************************    DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO    ACCT #

⑆012387⑈                              ⑉880⑈



Case 2:20-cv-00840-APG-NJK   Document 3-14   Filed 05/11/20   Page 203 of 217

CASH ONLY IF THE SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5528

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12410

4/16/2019

PAY TO THE
ORDER OF ___ Verizon _____ $ **57.69

Fifty-Seven and 69/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT # _____

⑈0⑆2410⑈    ⑆9880⑈





Case 2:20-cv-00840-JAD-NJK Document 3-11 Filed 05/11/20 Page 204 of 217

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12436

5/15/2019

PAY TO THE
ORDER OF ___ Verizon ___ $ **57.69

Fifty-Seven and 69/100************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO

ACCT

⑈012436⑈ ⑆ ⑆880⑈





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12461

6/18/2019

PAY TO THE
ORDER OF ___ Verizon                                                            $  **57.69

Fifty-Seven and 69/100************************************************************ DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑆012461⑆                          9880⑆





**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5528

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

12487

7/16/2019

PAY TO THE
ORDER OF _____ Verizon                                           $ **57.89

Fifty-Seven and 89/100**********************************************  DOLLARS

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
ACCT #

⑆012487⑆ ⑆ 3637                    9880⑈





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPY

1
12512

**LEAD EXPRESS, INC.**
2780 S JONES BLVD. #3637
LAS VEGAS, NV 89146-5628

WELLS FARGO BANK, NA
NEVADA
94-7074/3212

8/16/2019

PAY TO THE
ORDER OF     Verizon                                                    $  **57.89

Fifty-Seven and 89/100************************************************************  DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108

MEMO
        ACCT #

⑆012512⑆



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70882

10/18/2016

PAY TO THE
ORDER OF    Osato Medical Clinic                          $  **52.28

Fifty-Two and 28/100************************************************  DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Osato Medical Clinic
PO Box 3098
Torrance, CA 90510

MEMO                          Mr. K. Ikeda

⑈07088 2⑈                              9539⑈



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70995

5/22/2017

PAY TO THE
ORDER OF          Jun Oda DDS                                    $ **710.00

Seven Hundred Ten and 00/100********************************************************** DOLLARS

Jun Oda DDS
23000 Crenshaw blvd ste 105
Torrance, CA 90505-3052

MEMO     Keishi Ikeda

⑈070995⑈                                    9539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70996

6/5/2017

PAY TO THE ORDER OF   Pacific Endo Surgical Center          $ **165.25

One Hundred Sixty-Five and 25/100************************************************** DOLLARS

Pacific Endo Surgical Center
3445 Pacific Coast Highway
Torrance, CA 90505-6659

MEMO   Keishi Ikeda

⑈070996⑈          9539⑈

Seq: 2
Dep: 156055
Date: 06/15/17





CASH ONLY IF ALL CHECKED SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING   Page 211 of 217

**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71052

11/28/2017

PAY TO THE
ORDER OF   Advance Urology Medical Offices                                   $ **174.00**

One Hundred Seventy-Four and 00/100************************************************************ DOLLARS

Advance Urology Medical Offices
8540 S. Sepulveda Blvd, Ste 911
Los Angeles, CA 90045-3808

MEMO

⑈071052⑈          9539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71067

2/7/2018

PAY TO THE
ORDER OF   Pacific Endo Surgical Center                              $ **108.75

One Hundred Eight and 75/100************************************************          DOLLARS

Pacific Endo Surgical Center
3445 Pacific Coast Highway
Torrance, CA 90505-6659

MEMO   Patient Ac

Keishi Ikeda

⑈071067⑈                    ⑈539⑈

Seq: 5
Dep: 181193
Date: 02/12/18



Case 2:20-cv-02819-JAK-AHG Document 24-1 Filed 05/11/20 Page 213 of 217



NAITO, CORP.
1950 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71099

6/25/2018

PAY TO THE
ORDER OF    Osato Medical Clinic                                    $ **47.51

Forty-Seven and 51/100***************************************************    DOLLARS

Osato Medical Clinic
PO Box 3098
Torrance, CA 90510

MEMO                    Mr. K. Ikeda

⑆071099⑈ ⑆          9539⑈



REDE Page 268 of 335

Case 2:20-... CASH ONLY IF ALL OF... ...SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING Page 214 of 217



**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

71103

7/10/2018

PAY TO THE
ORDER OF    Bio-Path Medical Group                                    $ **43.89

Forty-Three and 89/100************************************************************** DOLLARS

Bio-Path Medical Group
PO Box 8969
Fountain Valley, CA 92728-8969

MEMO

Services For Keshi Ikeda

⑈071103⑈   ⑆...7539⑈





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

**WELLS FARGO BANK, NA**
16-024/1220

**71110**

7/19/2018

PAY TO THE
ORDER OF     Ambulatory Anesthesia Associates                                    $ **36.90

Thirty-Six and 90/100************************************************************ DOLLARS

Ambulatory Anesthesia Associates
PO Box 4148
Torrance, CA 90510-4148

MEMO

Patient balance-medical service

⑈"071110"⑈                                                      39"⑈

Seq: 2
Dep: 318665
Date: 08/09/18





NAITO, CORP.
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

70872

10/6/2016

PAY TO THE
ORDER OF    INFINITY COMMERCIAL AUTO                                $ **5,226.00

Five Thousand Two Hundred Twenty-Six and 00/100************************************  DOLLARS

PROTECTED AGAINST FRAUD

11700 GREAT OAK WAY SUITE 450
ALPHARETTA, GA 30022

MEMO    Policy #: ▇▇▇▇▇▇▇

⑈070872⑈ ⑈1▇▇▇▇▇▇▇▇▇▇▇7539⑈

Regions
Date: 10/18/16
>062000019<





**NAITO, CORP.**
1930 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90057

WELLS FARGO BANK, NA
16-024/1220

**70998**

5/17/2017

PAY TO THE ORDER OF   Coco International                    $ **2,397.72

Two Thousand Three Hundred Ninety-Seven and 72/100************************ DOLLARS

PROTECTED AGAINST FRAUD

COCO INTERNATIONAL
1302 ESPLANADE APT. 303 N
REDONDO BEACH, CA  90277
310-316-1930

MEMO
Customer#                    EOXQMU

⑈070998⑈ ⑆                    539⑆

