**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**LEAD EXPRESS, INC.**, *et al.*,

    Defendants.

Case No. 2:20-cv-00840-JAD-NJK

**STIPULATION AND ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION AND CONTINUING TEMPORARY RESTRAINING ORDER**

ECF No. 30

The FTC and Defendants Lead Express, Inc., Camel Coins, Inc., Sea Mirror, Inc., Naito Corp., Kotobuki Marketing, Inc., Ebisu Marketing, Inc., Hotei Marketing, Inc., and Daikoku Marketing, Inc., Takehisa Naito, and Keishi Ikeda (collectively "Non-Tribal Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     The Non-Tribal Defendants seek a continuance of the deadlines set forth in the Temporary Restraining Order entered by this Court on May 19, 2020 (ECF No. 13) ("Temporary Restraining Order"), as amended by the Stipulation and Order Continuing Hearing on Preliminary Injunction entered by this Court on May 22, 2020 (ECF No. 17), and as further modified by the Minute Order entered by this Court on May 29, 2020 (ECF No. 28), for one week.

2.     The FTC and Defendant La Posta Tribal Lending Enterprise have reached an agreement on a stipulated preliminary injunction. The FTC and the Non-Tribal Defendants are actively negotiating a separate agreement, and the parties believe an additional week will allow them the opportunity to attempt to resolve remaining issues..

3.     Accordingly, the Non-Tribal Defendants shall **SHOW CAUSE** in writing by **June 15, 2020**, why (1) the Temporary Restraining Order should not be converted into a

preliminary injunction; (2) a receiver should not be appointed over the corporate defendants with the duties and authority set forth by the FTC in its emergency motion and proposed order, (3) foreign assets should not be repatriated, and (4) the FTC should not be allowed expedited discovery and access to the defendants' businesses.  The FTC shall have until **June 19, 2020**, to file a reply to any response to this show-cause order.

4. The matters at issue in the show-cause order, including the FTC's request for a preliminary injunction, **will be heard via videoconferencing (with no in-person appearances) at 10:00 a.m. on Friday, June 26, 2020.**  Details for connecting to that hearing will be distributed in a future order.

5. The Temporary Restraining Order shall continue in full force and effect as to Defendants until after the rescheduled hearing on the order to show cause.

6. This agreement shall be without prejudice to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/Gregory A. Ashe* | */s/David N. Anthony (by permission)* |
| GREGORY A. ASHE | DAVID N. ANTHONY |
| HELEN CLARK | MICHAEL E. LACY |
| Federal Trade Commission | TIMOTHY A. BUTLER |
| 600 Pennsylvania Avenue NW | RYAN J. STRASSER |
| Washington, DC 20850 | Troutman Sanders |
| Telephone: 202-326-3719 (Ashe) | 600 Peachtree Street, NE, Suite 3000 |
| Telephone: 202-326-3373 (Clark) | Atlanta, GA 303008 |
| Facsimile: 202-326-3768 | Telephone: 804-697-5410 (Anthony) |
| Email: gashe@ftc.gov; hclark@ftc.gov | Telephone: 804-697-1326 (Lacy) |
| | Telephone: 404-885-3697 (Butler) |
| NICHOLAS A. TRUTANICH | Telephone: 804-697-1478 (Strasser) |
| United States Attorney | Email: david.anthony@troutman.com, |
| LINDSAY AGER | Michael.lacy@troutman.com, |
| Assistant United States Attorney | timothy.butler@troutman.com, |
| Nevada Bar No. 11985 | ryan.strasser@troutman.com |
| 333 Las Vegas Blvd. South, Suite 5000 | |
| Las Vegas, Nevada 89101 | *Attorneys for Defendants Lead Express, Inc., Camel Coins, Inc., Sea Mirror, Inc., Naito* |

| | |
|---|---|
| Phone: (702) 388-6336<br>Facsimile: (702) 388-6787<br><br>*Attorneys for Plaintiff Federal Trade Commission* | *Corp., Kotobuki Marketing, Inc., Ebisu Marketing, Inc., Hotei Marketing, Inc., Daikoku Marketing, Inc., Takehisa Naito, and Keishi Ikeda*<br><br>*/s/Justin Gray (by permission)*<br>JUSTIN GRAY<br>Rosette, LLP<br>44 Grandville Avenue SW, Suite 300<br>Grand Rapids, MI 49503<br>Telephone: 616-655-1601<br>Email: jgray@rosettelaw.com<br><br>*Attorney for Defendant La Posta Tribal Lending Enterprise* |

**IT IS SO ORDERED.**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated: 6/11/2020