Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:20-cv-00840-JAD-NJK |
| Plaintiff, | **NOTICE OF PRELIMINARY REPORT OF RECEIVER** |
| v. | |
| LEAD EXPRESS, INC., et al., | |
| Defendants. | |

1    TO THE HONORABLE JENNIFER A. DORSEY, UNITED STATES DISTRICT

2  COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3    Thomas W. McNamara, the Court-appointed Receiver ("Receiver") in this case, hereby

4  submits his Preliminary Report setting forth the Receiver's activities, observations, and findings

5  since the entry of the Order Granting Stipulation to Enter Preliminary Injunction Against the

6  Corporate Defendants on June 19, 2020 (ECF No. 44).  The Preliminary Report is attached

7  hereto as Exhibit A.

8  Dated:  July 20, 2020                              MCNAMARA SMITH LLP

9

10                                                 By:    /s/ Edward Chang
                                                       Edward Chang (NV 11783)
11                                                     655 West Broadway, Suite 1680
                                                       San Diego, California 92101
                                                       Tel.:   619-269-0400
12                                                     Fax:   619-269-0401

13                                                     Abran E. Vigil (NV 7548)
                                                       BALLARD SPAHR LLP
14                                                     1980 Festival Plaza Drive, Suite 900
                                                       Las Vegas, NV 89135-2958
15                                                     Tel.:   702-471-7000
                                                       Fax:   702-471-7070
16
                                                       *Attorneys for Court-Appointed Receiver,*
17                                                     *Thomas W. McNamara*

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2020, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail, a true and correct copy of the foregoing **NOTICE OF PRELIMINARY REPORT OF RECEIVER**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Gregory A. Ashe / Helen Clark
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Tel.:    202-326-3719 (Ashe)
Tel.:    202-326-2273 (Clark)
Fax:    202-326-3768
gashe@ftc.gov; hclark@ftc.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
Lindsay Ager, Assistant U.S. Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.:    702-388-6336
Fax:    702-388-6787
lindsay.ager@usdoj.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
M. Migali Mercera
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel.:    702-214-2100 / Fax:   702-214-2101
mmm@pisanellibice.com
*Attorneys for Defendants Lead Express, Inc.;*
*Camel Coins, Inc.; Sea Mirror, Inc.; Naito*
*Corp.; Kotobuki Marketing, Inc.; Ebisu*
*Marketing, Inc.; Hotei Marketing, Inc.;*
*Daikoku Marketing, Inc.; Takehisa Naito; and*
*Keishi Ikeda*

**VIA CM/ECF**
David N. Anthony (*Pro Hac Vice*)
Michael E. Lacy (*Pro Hac Vice*)
Timothy A. Butler (*Pro Hac Vice*)
Ryan J. Strasser (*Pro Hac Vice*)
Troutman Sanders
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 303008
Tel.:    804-697-5410 (Anthony)
Tel.:    804-697-1326 (Lacy)
Tel.:    404-885-3697 (Butler)
Tel.:    804-697-1478 (Strasser)
david.anthony@troutman.com;
michael.lacy@troutman.com;
timothy.butler@troutman.com;
ryan.strasser@troutman.com
*Attorneys for Defendants Lead Express, Inc.;*
*Camel Coins, Inc.; Sea Mirror, Inc.; Naito*
*Corp.; Kotobuki Marketing, Inc.; Ebisu*
*Marketing, Inc.; Hotei Marketing, Inc.;*
*Daikoku Marketing, Inc.; Takehisa Naito; and*
*Keishi Ikeda*

**VIA CM/ECF**
Justin Gray (*Pro Hac Vice*)
Rosette, LLP
44 Grandville Avenue SW, Suite 300
Grand Rapids, MI 49503
Tel.:    616-655-1601 / Fax:   517-913-6443
jgray@rosettelaw.com
*Attorney for Defendant La Posta Tribal*
*Lending Enterprise dba Harvest Moon*
*Financial, dba Gentle Breeze Online, dba*
*Green Stream Lending*

**VIA CM/ECF**
Kenneth E. Hogan
Hogan Hulet PLLC
1140 N. Town Center Dr., Suite 300
Las Vegas, NV 89144-0596
Tel.:    702-800-5482 / Fax:   702-800-5482
ken@h2legal.com
*Attorney for Defendant La Posta Tribal*
*Lending Enterprise dba Harvest Moon*
*Financial, dba Gentle Breeze Online, dba*
*Green Stream Lending*

  /s/ Edward Chang
Edward Chang
*Attorneys for the Court-Appointed Receiver, Thomas W. McNamara*