# EXHIBIT 2

Preliminary Financial Report

# EXHIBIT 2

*Harvest Moon Receivership*
Initial Accounting Records Review
Lisa Jones, CIRA, CFE
July 17, 2020

On June 23, 2020, I obtained the Receivership Entities' QuickBooks files from their accounting company, Kiyohara & Takahashi, LLP.  This accounting analysis is focused on the eight QuickBooks files for the following Receivership Entities:

- Camel Coins, Inc.
- Daikoku Marketing, Inc.
- Ebisu Marketing, Inc.
- Hotei Marketing, Inc.
- Kotobuki Marketing, Inc.
- Lead Express, Inc.
- Naito Corp.
- Sea Mirror, Inc.

The analysis regarding the income of the Receivership Entities is based solely on the information reported in the eight QuickBooks files.  Bank statements, canceled checks, wire and other fund transfer information have not yet been reviewed.

Based on the QuickBooks files, which includes financial information from August 2009 to May 2020, the Receivership Entities' total income is $201,512,172.  Of the reported income, $177,447,926 is generated from commissions billed to the La Posta Tribal Lending Enterprise (TLE), making it the Receivership Entities' largest customer.  Interestingly, the TLE is also one of the Receivership Entities' largest vendor, charging for "Call Center Expenses" and "Commission – Other", totaling $43,717,405.

The QuickBooks files also reflect that the Receivership Entities reported income received from other Receivership Entities.  For example, Naito Corp. reported "Leads Income" of $5,760,880, which was generated by one customer, Lead Express.  Ebisu Marketing Corp. reported commission income from Naito Corp. totaling at least $2,000,000.

1.   **Camel Coins, Inc. (NV)**

The first entry in QuickBooks for Camel Coins, Inc. is dated November 8, 2012 and the last entry is dated May 19, 2020.  Income reported for this time period totals $38,224,386.  The income predominately consists of "Commission Income" earned from the TLE, totaling $36,956,826.  Per the data in QuickBooks, it appears Camel Coins is charging the TLE commissions for "New Calls" and "Old Calls".

Per the Profit and Loss Statement for this time period, the expenses for Camel Coins total $29,466,512.  While Camel Coins received "Commission Income" from the TLE, it also paid "Commission Expenses" to the TLE, totaling $12,173,226 ($755,798 for Call Center Expenses and $11,417,428 for "Commission – Other").  Per the data in QuickBooks, the bills received from the TLE consist of charges for new loans, repeat loans, and loan extensions.  The other large expense is bad (uncollectible) debt totaling $10,230,979.

Per the Balance Sheet as of May 19, 2020, the largest asset is cash in the bank accounts, totaling $89,542.  The only fixed asset reported is an automobile with a value, net of

1

EXHIBIT 2
Page 5

depreciation, of $63,217.  Per QuickBooks, the vehicle is a 2015 GMC Yukon purchased for $76,006 in late 2014.

The Camel Coins Profit and Loss Statement for the period November 8, 2012 to May 19, 2020, as well as the Balance Sheet as of May 19, 2020, are attached hereto as Exhibit A.

### 2.   Daikoku Marketing, Inc.

The first entry in the QuickBooks records for Daikoku Marketing, Inc. is dated May 17, 2013 and the last entry is dated May 19, 2020.  Per the Profit and Loss Statement, the income for this period totals $3,698,733 and consists of commission income from the TLE.  Like the commission income reported by Camel Coins, commission income for Daikoku Marketing also consists of charges for "New Calls" and "Old Calls".

The largest expense for Daikoku Marketing is salaries and wages, totaling $2,960,779. Rent expense is reported in the amount of $207,000 and was reportedly paid to Naito Corp. from August 2014 through September 2017.  The Balance Sheet as of May 19, 2020, reports total assets in a negative amount.

The Daikoku Marketing Profit and Loss Statement for the period May 17, 2013 to May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit B.

### 3.   Ebisu Marketing, Corp.

The first entry recorded in QuickBooks records for Ebisu Marketing, Corp. is dated March 22, 2010 and the final entry recorded is dated May 19, 2020.  Per the Profit and Loss Statement for this period, the income for Ebisu Marketing totals $18,648,652.  Income from "La Posta TLE" totals $15,497,608, and consistent with other Receivership Entities, is made up of charges for "New Calls" and "Old Calls".  Income, described as "Call Center" in the amount of $2,537,574 was received from Naito Corp. from March 2010 through December 2011.  Reported income in the amount of $500,000 was received from Kotobuki Marketing, Inc. and consists of "Overhead Cost" for the period from February 2018 through March 2020.

The largest expense reported is salary and wages totaling $13,718,953, over a ten-year period.  Total expenses were reported in the amount of $19,019,173, leaving Ebisu Marketing with a net loss of $120,689 for the entire period.

Per the Balance Sheet as of May 19, 2020, the largest current asset is cash in the bank accounts totaling $40,567.  The largest fixed asset is an automobile.  Per the QuickBooks records, the vehicle is a Mercedes Benz purchased in 2015, with a purchase price of $216,527. The liabilities consist of loans payable in the amount of $49,323.

The Ebisu Marketing Profit and Loss Statement for the period March 22, 2010 to May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit C.

### 4.   Hotei Marketing, Inc.

The QuickBooks file for Hotei Marketing, Inc. includes entries from April 11, 2013 through May 19, 2020.  For this period, Hotei Marketing reported Commission Income in the amount of $6,081,173.  All of the income is reportedly from "La Posta TLE" and consists of charges for "New Calls" and "Old Calls".

EXHIBIT 2
Page 6

The largest expense for Hotei Marketing is salaries and wages totaling $3,806,578. Expenses for the seven-year period total $5,980,438.  Hotei Marketing reported a net income of $89,482 for the entire period.

Per the Balance Sheet, the largest asset consists of accounts receivable totaling $58,660. All of the accounts receivable are due from one customer, "La Posta TLE".  The current liabilities total only $500.

The Hotei Marketing Profit and Loss Statement for the period April 11, 2013 to May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit D.

5.      **Kotobuki Marketing, Inc.**

The QuickBooks file for Kotobuki Marketing, Inc. includes data for the period January 13, 2015 through May 19, 2020.  While transactions were recorded for the years 2015 and 2016, income was not reported until 2017.  Per the Profit and Loss Statement for this period, Kotobuki Marketing generated income totaling $7,496,503.  Income was earned from the "Tribal Lending Enterprise" and consists of fees for "New Calls" and "Old Calls".

The largest expense for Kotobuki Marketing is salaries and wages, totaling $4,385,380. Overhead costs were reported in the amount of $738,000 and consisted solely of expenses paid to Naito Corp. and Ebisu Marketing, Inc.

Per the Balance Sheet as of May 19, 2020, the bank accounts held funds in the amount of $125,331.  The fixed assets consist of phone systems, equipment, and furniture and fixtures totaling $75,084.28, net of accumulated depreciation.  The largest liability is a "Due to T. Naito" account totaling $336,000.

The Kotobuki Marketing Profit and Loss Statement for the period January 13, 2015 through May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit E.

6.      **Lead Express, Inc.**

The QuickBooks file for Lead Express, Inc. contains transactions dated February 4, 2011 through May 19, 2020.  For this period, Lead Express reported consulting income of $83,788,916, gross of "Sales returns"[1] totaling $8,935,285.  It appears that the entirety of the consulting income is attributable to one customer, "TLE Gentle Breeze".

Per the Profit and Loss Statement, the cost of goods sold consisted primarily of expenses to purchase leads, totaling $20,007,558.  Like other Receivership Entities, Lead Express also paid Commission to the TLE, totaling $24,295,080, including $753,208 for "Call Center Expense" and $23,542,081 for "Commission – Other".  Bad (uncollectible) debt expense is reported in the amount of $15,979,921 for this period.

The largest asset reported was funds totaling $104,503 in the bank accounts.  Per the Balance Sheet as of May 19, 2020, there are only minimal liabilities, totaling $2,876 and equity totaling $105,128.

---

[1] It is unclear what constitutes a "Sales return."

EXHIBIT 2
Page 7

The Lead Express, Inc. Profit and Loss Statement for the period February 4, 2011 through May 19, 2020[2] and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit F.

**7.      Naito Corp.**

The first transaction recorded in the Naito Corp. QuickBooks file is dated August 31, 2009 and the last entry is dated May 19, 2020.  The Naito Corp. recorded total income for the entire period in the amount of $19,646,211.  The income consists of leads income, commission income, interest income, and services income.  Over $11,600,000 was earned prior to 2014.  Of the service income, totaling $5,407,652, over $4,300,000 is income from Camel Coins, Inc., Lead Express, Inc., and Sea Mirror, Inc.  Naito Corp. did not report commission income from the TLE.

Expenses were reported in the total amount of $16,573,650.  Salaries and wages were the largest expense, reported in the amount of $5,994.198.  Naito Corp. reported a net income for the entire period in the amount of $1,115,406.

Per the Balance Sheet as of May 19, 2020, the largest asset is the cash in the bank accounts totaling $562,920.  Accounts receivable due from "TLE" is reported in the amount of $258,423.  Loans receivable from "Harvest Moon" and "TLE Gentle Stream" are reported in the amounts of $525,344 and $330,743, respectively.  Total equity is reported in the amount of $1,778,140.[3]

The Naito Corp. Profit and Loss Statements for the period August 31, 2009 to May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit G.

**8.      Sea Mirror, Inc.**

The QuickBooks file for Sea Mirror, Inc. includes data for the period March 19, 2013 through May 19, 2020.  Sea Mirror reported commission income in the total amount of $23,927,537.  The sole customer for this period was "TLE".  After deducting leads purchases, the gross profit is $19,604,194.

One of the largest expenses was bad (uncollectible) debt totaling $7,016,178.  Another large expense is the commission expense totaling $6,638,667.  The commission expense transactions list a sole vendor, "Tribal Lending Enterprise".  Sea Mirror recorded a net loss, for the entire period, of $139,606.

---

[2]  Due to an entry dated December 31, 2105, the Profit and Loss Statement appears to be for December 31, 2105.  However, the correct date for the Profit and Loss Statement should be May 19, 2020.

[3]  The total assets are not in balance with the total liabilities and equity.  The liabilities and equity are greater than the total assets by $905.

EXHIBIT 2
Page 8

Per the Balance Sheet as of May 19, 2020, the cash in the bank accounts totals $67,647. A receivable, Due from Officer, is recorded in the amount of $106,089.  Total equity is reported in the amount of $173,797.[4]

The Sea Mirror, Inc. Profit and Loss Statement for the period March 19, 2013 through May 19, 2020 and the Balance Sheet as of May 19, 2020 are attached hereto as Exhibit H.

---

[4] While the total assets do not equal the total liabilities and equity, the discrepancy is minimal.

5

EXHIBIT 2
Page 9

# Exhibit A

EXHIBIT 2
Page 10

# CAMEL COINS INC (NV)
# Profit & Loss
## All Transactions

**Cash Basis**

|  | May 19, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 36,956,826.25 |
| Leads - Sales | 1,267,560.00 |
| **Total Income** | 38,224,386.25 |
| | |
| **Cost of Goods Sold** | |
| Leads - purchases | 6,736,196.28 |
| **Total COGS** | 6,736,196.28 |
| | |
| **Gross Profit** | 31,488,189.97 |
| | |
| **Expense** | |
| Cash (over) and short | 0.39 |
| ACH Fees | 893,030.15 |
| Auto Expense | 38,605.69 |
| Bad Debt(Uncollectable) | 10,230,979.26 |
| Bank Service Charges | 10,190.39 |
| Business Licenses and Permits | 400.00 |
| Collection Agency | 447.90 |
| Commission | |
| Call Center Expense | 755,798.09 |
| Commission - Other | 11,417,427.98 |
| **Total Commission** | 12,173,226.07 |
| | |
| Computer and Internet Expenses | 619,397.50 |
| Credit Card Fee | 450.00 |
| Depreciation Expense | 16,935.00 |
| Dues and Subscriptions | 2,526.85 |
| Insurance Expense | 14,255.11 |
| License | 650.50 |
| Meals and Entertainment | 36,294.48 |
| MEDICAL EXP | 1,520.41 |
| Office Supplies | 9,364.06 |
| Parking | 88.75 |
| Payroll Tax | 35,047.04 |
| Penalties | 505.00 |
| Postage and Delivery | 1,793.82 |
| Professional Fees | 310,530.00 |
| Rent & Overhead Cost | 1,140,000.00 |
| Repairs and Maintenance | 2,301.34 |
| Research (credit verification) | 2,226,963.23 |
| Salaries & Wages | 1,325,000.00 |
| Salaries-Officer | 335,000.00 |
| Tax & License | 9,197.23 |
| Telephone | 15,944.96 |
| Travel | 15,866.44 |
| **Total Expense** | 29,466,511.57 |
| | |
| **Net Ordinary Income** | 2,021,678.40 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 2,745.29 |
| Other Income | 5,653.98 |
| **Total Other Income** | 8,399.27 |
| | |
| **Other Expense** | |
| Income tax - State | 36,329.96 |
| Interest Expense | 34.00 |
| Lawsuit settlement | 1,170.00 |
| **Total Other Expense** | 37,533.96 |
| | |
| **Net Other Income** | -29,134.69 |
| | |
| **Net Income** | **1,992,543.71** |

EXHIBIT 2
Page 11

# CAMEL COINS INC (NV)
# Balance Sheet
### As of May 19, 2020

Cash Basis

|  | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in bank and on hand** | |
| **OpenBank - 0482** | 3,752.76 |
| **Wells Fargo - 9898** | 85,789.16 |
| **Total Cash in bank and on hand** | 89,541.92 |
| **Total Checking/Savings** | 89,541.92 |
| **Accounts Receivable** | |
| **Accounts Receivable** | -0.30 |
| **Total Accounts Receivable** | -0.30 |
| **Other Current Assets** | |
| **Due from Officer** | 57,993.72 |
| **Total Other Current Assets** | 57,993.72 |
| **Total Current Assets** | 147,535.34 |
| **Fixed Assets** | |
| **Automobile** | 80,152.17 |
| **Accumulated Depreciation** | -16,935.00 |
| **Total Fixed Assets** | 63,217.17 |
| **TOTAL ASSETS** | **210,752.51** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | -1,235.00 |
| **Total Accounts Payable** | -1,235.00 |
| **Total Current Liabilities** | -1,235.00 |
| **Total Liabilities** | -1,235.00 |
| **Equity** | |
| **APIC** | 323,300.00 |
| **Common Stock** | 686,000.00 |
| **Retained Earnings** | -818,767.58 |
| **Net Income** | 21,455.09 |
| **Total Equity** | 211,987.51 |
| **TOTAL LIABILITIES & EQUITY** | **210,752.51** |

EXHIBIT 2
Page 12

# Exhibit B

EXHIBIT 2
Page 13

**Daikoku Marketing, Inc.**
# Profit & Loss
**All Transactions**

Cash Basis

|  | May 19, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 3,698,732.50 |
| **Total Income** | 3,698,732.50 |
| **Gross Profit** | 3,698,732.50 |
| **Expense** | |
| Settlement | 730.80 |
| Bank Service Charges | 2,106.00 |
| Computer and Internet Expenses | 3,250.00 |
| Employee Benefits | 89,455.54 |
| Insurance Expense | 106,678.80 |
| Office Supplies | 578.92 |
| Officer Compensation | 100,000.00 |
| Payroll Expenses | 0.00 |
| Payroll Processing Fee | 15,329.15 |
| Payroll Tax | 301,038.24 |
| Penalties | 224.21 |
| Professional Fees | 17,651.50 |
| Rent | 207,000.00 |
| Salaries & Wages | 2,960,779.30 |
| Tax & License | 11,483.74 |
| **Total Expense** | 3,816,306.20 |
| **Net Ordinary Income** | -117,573.70 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 1.22 |
| Other Income | 2,620.53 |
| **Total Other Income** | 2,621.75 |
| **Other Expense** | |
| Income tax - Federal | 9,579.00 |
| Income tax - State | 12,185.00 |
| Interest Expense | 391.47 |
| Other Expense | -2.10 |
| **Total Other Expense** | 22,153.37 |
| **Net Other Income** | -19,531.62 |
| **Net Income** | **-137,105.32** |

EXHIBIT 2
Page 14

**Daikoku Marketing, Inc.**
# Balance Sheet
**As of May 19, 2020**

**Cash Basis**

|  | May 19, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Wells Fargo-6881** | 158.80 |
| **Total Checking/Savings** | 158.80 |
| **Accounts Receivable** | |
| **Accounts Receivable** | -110,590.00 |
| **Total Accounts Receivable** | -110,590.00 |
| **Other Current Assets** | |
| **Prepaid Income Tax** | 200.00 |
| **Total Other Current Assets** | 200.00 |
| **Total Current Assets** | -110,231.20 |
| **TOTAL ASSETS** | **-110,231.20** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Due to T. Naito** | 500.00 |
| **Total Other Current Liabilities** | 500.00 |
| **Total Current Liabilities** | 500.00 |
| **Total Liabilities** | 500.00 |
| **Equity** | |
| **Capital Stock** | 20,000.00 |
| **Additional Paid In Capital** | 115,982.65 |
| **Retained Earnings** | -246,367.45 |
| **Net Income** | -346.40 |
| **Total Equity** | -110,731.20 |
| **TOTAL LIABILITIES & EQUITY** | **-110,231.20** |

EXHIBIT 2
Page 15

# Exhibit C

EXHIBIT 2
Page 16

# Ebisu Marketing, Corp
## Profit & Loss
### All Transactions

**Cash Basis**

| | May 19, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Commission Income** | 18,648,650.84 |
| **Interest Income** | 1.60 |
| **Total Income** | 18,648,652.44 |
| **Expense** | |
| **Payroll expense** | 25,504.12 |
| **Advertising and Promotion** | 26,666.91 |
| **Amortization** | 55,000.00 |
| **Auto Expense** | 15,260.28 |
| **Auto Lease** | 103,798.83 |
| **Bad Debt(Uncollectable)** | 270.00 |
| **Bank Service Charges** | 2,252.47 |
| **Computer and Internet Expenses** | 181,707.31 |
| **Credit Card Fee** | 1,350.00 |
| **Credit Card Fee - Intuit** | 1,917.29 |
| **Depreciation** | 553,063.95 |
| **Dues and Subscriptions** | 1,709.44 |
| **Employee Benefits** | 266,142.77 |
| **Health Insurance** | 3,763.69 |
| **Insurance Expense** | |
| **WC** | 123,835.83 |
| **Insurance Expense - Other** | 138,451.07 |
| **Total Insurance Expense** | 262,286.90 |
| **Meals and Entertainment** | 26,884.77 |
| **Office Supplies** | 16,629.70 |
| **Parking** | 55.50 |
| **Penalties** | 393.61 |
| **Postage and Delivery** | 139.32 |
| **Printing and Reproduction** | 5.00 |
| **Payroll Tax** | 1,389,536.27 |
| **Legal & accounting** | 224,919.58 |
| **Legal Settlement** | 364,800.00 |
| **Professional Fees** | 2,645.50 |
| **Payroll Processing Fee** | 60,708.42 |
| **Rent** | 347,154.51 |
| **Officer Compensation** | 150,000.00 |
| **Research (credit verification)** | 1,750.00 |
| **Salaries & Wages** | 13,718,952.63 |
| **Bonus** | 0.00 |
| **Tax & License** | 62,708.03 |
| **Interest Expense** | 56,146.99 |
| **Taxes - Property** | 26,514.41 |
| **Telephone Expense** | 942,952.22 |
| **Travel Expense** | 122,723.39 |
| **Security expenses** | 1,237.43 |
| **Utilities** | 1,360.60 |
| **Late fees** | 261.30 |
| **Total Expense** | 19,019,173.14 |
| **Net Ordinary Income** | -370,520.70 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Other Income** | 50,800.73 |
| **Reimbursed income** | 217,855.38 |
| **Gain/loss on assets** | -1,793.39 |
| **Total Other Income** | 266,862.72 |

# Ebisu Marketing, Corp
## Profit & Loss
### All Transactions

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **Other Expense** | |
| Income Tax - OR | 911.00 |
| Income Tax - Federal | 6,353.00 |
| Income Tax - CA | 9,767.00 |
| Other Expense | 0.00 |
| **Total Other Expense** | 17,031.00 |
| **Net Other Income** | 249,831.72 |
| **Net Income** | **-120,688.98** |

# Ebisu Marketing, Corp
# Balance Sheet
### As of May 19, 2020

**Cash Basis**

| | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo - 6154 | 28,986.17 |
| Open Bank - 0466 | 11,580.87 |
| **Total Checking/Savings** | 40,567.04 |
| | |
| **Accounts Receivable** | |
| AR - TLE Harvest Moon | -20,000.00 |
| Accounts Receivable | -20,000.00 |
| **Total Accounts Receivable** | -40,000.00 |
| | |
| **Other Current Assets** | |
| Prepaid Expenses | 5,761.93 |
| **Total Other Current Assets** | 5,761.93 |
| | |
| **Total Current Assets** | 6,328.97 |
| **Fixed Assets** | |
| Automobile | 230,527.11 |
| Accumulated Depreciation | -37,060.00 |
| **Total Fixed Assets** | 193,467.11 |
| | |
| **TOTAL ASSETS** | **199,796.08** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Due to T. Naito | 27,000.00 |
| **Total Other Current Liabilities** | 27,000.00 |
| | |
| **Total Current Liabilities** | 27,000.00 |
| **Long Term Liabilities** | |
| Auto Loan Payable | 22,322.58 |
| **Total Long Term Liabilities** | 22,322.58 |
| | |
| **Total Liabilities** | 49,322.58 |
| | |
| **Equity** | |
| Common Stock | 50,000.00 |
| Additional Paid In Capital | 721,341.16 |
| Retained Earnings | -624,896.02 |
| Net Income | 4,028.36 |
| **Total Equity** | 150,473.50 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **199,796.08** |

EXHIBIT 2
Page 19

# Exhibit D

EXHIBIT 2
Page 20

# Hotei Marketing, Inc.
# Profit & Loss
### All Transactions

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Commission Income** | 6,081,172.50 |
| **Interest Income** | 62.61 |
| **Total Income** | 6,081,235.11 |
| | |
| **Gross Profit** | 6,081,235.11 |
| | |
| **Expense** | |
| **Legal Settlement** | 150,000.00 |
| **Bank Service Charges** | 2,357.00 |
| **Computer & Internet** | |
| **Internet Expense** | 10,074.83 |
| **Computer & Internet - Other** | 5,655.84 |
| **Total Computer & Internet** | 15,730.67 |
| | |
| **Depreciation** | 61,565.95 |
| **Employee Benefits** | 94,778.62 |
| **Insurance Expense** | |
| **WC** | 72,902.33 |
| **Insurance Expense - Other** | 1,299.00 |
| **Total Insurance Expense** | 74,201.33 |
| | |
| **Legal & accounting** | 206,039.95 |
| **Meals & Entertainment** | 450.00 |
| **Office Supplies** | 24,621.73 |
| **Officer Compensation** | 130,000.00 |
| **Outside service** | 94,540.26 |
| **Parking** | 18.00 |
| **Payroll Processing Fee** | 56,296.65 |
| **Payroll Tax** | 402,561.18 |
| **Penalties** | 166.92 |
| **Professional Fees** | 11,608.50 |
| **Repair & Maintenance** | 22,412.23 |
| **Rent & Overhead Cost** | 231,357.60 |
| **Salaries & Wages** | 3,806,578.24 |
| **Shipping Fee** | 250.00 |
| **Tax & License** | 17,454.26 |
| **Telephone Expense** | 558,931.84 |
| **Utilities** | 18,516.70 |
| **Total Expense** | 5,980,437.63 |
| | |
| **Net Ordinary Income** | 100,797.48 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Other Income** | 77.73 |
| **Total Other Income** | 77.73 |
| | |
| **Other Expense** | |
| **Income Tax - State** | 11,092.00 |
| **Other Expense** | 301.23 |
| **Total Other Expense** | 11,393.23 |
| | |
| **Net Other Income** | -11,315.50 |
| | |
| **Net Income** | **89,481.98** |

EXHIBIT 2
Page 21

# Hotei Marketing, Inc.
## Balance Sheet
### As of May 19, 2020

**Cash Basis**

| | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in bank and on hand** | |
| **Wells Fargo - Checking 3413** | 213.44 |
| **Total Cash in bank and on hand** | 213.44 |
| **Total Checking/Savings** | 213.44 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 58,660.00 |
| **Total Accounts Receivable** | 58,660.00 |
| **Total Current Assets** | 58,873.44 |
| **TOTAL ASSETS** | **58,873.44** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Due to T. Naito** | 500.00 |
| **Total Other Current Liabilities** | 500.00 |
| **Total Current Liabilities** | 500.00 |
| **Total Liabilities** | 500.00 |
| **Equity** | |
| **Capital Stock** | 20,000.00 |
| **Additional paid in capital** | 431,439.52 |
| **Retained Earnings** | -392,644.07 |
| **Net Income** | -422.01 |
| **Total Equity** | 58,373.44 |
| **TOTAL LIABILITIES & EQUITY** | **58,873.44** |

EXHIBIT 2
Page 22

# Exhibit E

EXHIBIT 2
Page 23

## KOTOBUKI MARKETING, INC.
# Profit & Loss
### All Transactions

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 7,496,502.50 |
| **Total Income** | 7,496,502.50 |
| | |
| **Expense** | |
| Salaries & Wages | 4,385,380.44 |
| Salary - officer | 142,000.00 |
| Tax - Payroll | 492,089.54 |
| Medical | 1,323.05 |
| Employee Benefits | 3,486.12 |
| Health Insurance | 77,106.99 |
| Taxes and Licenses | 6,282.07 |
| Advertising and Promotion | 1,817.94 |
| Automobile Expense | 19,633.89 |
| Equipment Rent | 58,040.57 |
| Bank Service Charges | 8,184.87 |
| Dues and Subscriptions | 1,045.00 |
| Computer and Internet Expenses | 126,692.92 |
| Cash (over) and short | 0.00 |
| Insurance Expense | |
|     Insurance  - Worker's Comp | 270,708.30 |
|     Insurance Expense - Other | 8,348.79 |
| **Total Insurance Expense** | 279,057.09 |
| | |
| Meals and Entertainment | 53,124.71 |
| Moving Expense | 587.63 |
| Office Supplies | 64,146.97 |
| Overhead Cost | 738,000.00 |
| Fuel | 740.81 |
| Parking | 1,978.68 |
| Payroll Expenses | 550,449.37 |
| Payroll processing fees | 33,488.10 |
| Postage & Delivery | 5,458.73 |
| Professional Fees | 74,959.62 |
| Rent Expense | 526,019.39 |
| Repairs and Maintenance | 6,939.51 |
| Security expense | 24,189.45 |
| Telephone Expense | 397,201.16 |
| Travel Expense | 74,634.37 |
| **Total Expense** | 8,154,058.99 |
| | |
| **Net Ordinary Income** | -657,556.49 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Other income | 2,868.57 |
| Interest Income | 1.83 |
| **Total Other Income** | 2,870.40 |
| | |
| **Other Expense** | |
| Income taxes - state | 3,986.00 |
| Amortization Expense | 3,240.00 |
| Depreciation Expense | 72,090.00 |
| **Total Other Expense** | 79,316.00 |
| | |
| **Net Other Income** | -76,445.60 |
| | |
| **Net Income** | **-734,002.09** |

EXHIBIT 2
Page 24

# KOTOBUKI MARKETING, INC.
## Balance Sheet
### As of May 19, 2020

**Cash Basis**

|  | May 19, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| ADP P/R Clearing | 4,298.11 |
| Open Bank - 3791 | 62,311.86 |
| Checking-9062 | 58,729.54 |
| Cash-AP&AR | -8.06 |
| **Total Checking/Savings** | 125,331.45 |
| **Total Current Assets** | 125,331.45 |
| **Fixed Assets** | |
| Phone systems | 79,963.00 |
| Equipment | 47,928.03 |
| Furniture and Fixture | 19,283.25 |
| Accumulated Depreciation | -72,090.00 |
| **Total Fixed Assets** | 75,084.28 |
| **Other Assets** | |
| Rent Deposit | 30,000.00 |
| Start-up Costs | 21,218.59 |
| Accumulated Amortization | -3,240.00 |
| **Total Other Assets** | 47,978.59 |
| **TOTAL ASSETS** | **248,394.32** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -3,079.00 |
| **Total Accounts Payable** | -3,079.00 |
| **Other Current Liabilities** | |
| Due to T. Naito | 336,000.00 |
| **Total Other Current Liabilities** | 336,000.00 |
| **Total Current Liabilities** | 332,921.00 |
| **Total Liabilities** | 332,921.00 |
| **Equity** | |
| Capital Stock | 10,000.00 |
| Additional Paid In Capital | 768,308.55 |
| Distributions | -3,103.74 |
| Retained Earnings | -564,548.72 |
| Net Income | -295,182.77 |
| **Total Equity** | -84,526.68 |
| **TOTAL LIABILITIES & EQUITY** | **248,394.32** |

# Exhibit F

EXHIBIT 2
Page 26

# Lead Express, Inc.
# Profit & Loss
### All Transactions

**Cash Basis**

| | Dec 31, 2105 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales - Consulting | 83,788,915.78 |
| Sales - Leads | 0.00 |
| Sales return | -8,935,284.82 |
| **Total Income** | 74,853,630.96 |
| **Cost of Goods Sold** | |
| Cost of sales - Leads | 20,007,557.65 |
| **Total COGS** | 20,007,557.65 |
| **Gross Profit** | 54,846,073.31 |
| **Expense** | |
| Settlement | 7,000.00 |
| Salary - Officer | 199,000.00 |
| Promotional Expense | 25,000.00 |
| ACH fees | 1,004,623.57 |
| Outside service | 13,137.87 |
| Advertising and Promotion | 1,333,409.74 |
| Amortization Expense | 6,396.00 |
| Auto Expense | 10,208.05 |
| Bad Debt(Uncollectable) | 15,979,921.43 |
| Bank Service Charges | 15,295.41 |
| Business Licenses and Permits | 13,358.15 |
| Collection Agency | 9,480.83 |
| Commision | |
| Call Center Expense | 753,208.07 |
| Commision - Other | 23,542,080.46 |
| **Total Commision** | 24,295,288.53 |
| Computer and Internet Expenses | 1,203,445.07 |
| Credit Card Fee | 1,354.00 |
| Depreciation Expense | 26,226.00 |
| Dues and Subscriptions | 3,616.45 |
| Insurance Expense | |
| Medical | 3,733.15 |
| Insurance Expense - Other | 1,572.56 |
| **Total Insurance Expense** | 5,305.71 |
| Meals and Entertainment | 111,839.22 |
| Office Supplies | 48,027.51 |
| Parking | 525.65 |
| Payroll Tax | 76,434.04 |
| Penalties | 943.48 |
| Postage and Delivery | 5,192.49 |
| Professional Fees | 777,302.07 |
| Rent & Overhead Cost | 1,200,000.00 |
| Repairs and Maintenance | 488.46 |
| Research (credit verification) | 4,824,180.31 |
| Salaries & Wages | 3,134,674.68 |
| Tax & License | 9,886.02 |
| Telephone | 7,951.66 |
| Travel | 432,174.38 |
| Cash (over) and short | -2.98 |
| **Total Expense** | 54,781,683.80 |
| **Net Ordinary Income** | 64,389.51 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 11,988.62 |
| Other Income | 87,342.56 |
| **Total Other Income** | 99,331.18 |

**Lead Express, Inc.**
# Profit & Loss
**All Transactions**

**Cash Basis**

|  | Dec 31, 2105 |
|---|---|
| **Other Expense** | |
| Donations | 20,000.00 |
| Interest Expense | 5,430.64 |
| Income tax - Federal | 20,134.00 |
| Income tax - State | 15,723.87 |
| Other Expense | 3,134.45 |
| **Total Other Expense** | 64,422.96 |
| **Net Other Income** | 34,908.22 |
| **Net Income** | **99,297.73** |

**Lead Express, Inc.**
# Balance Sheet
**As of May 19, 2020**

Cash Basis

|  | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in bank and on hand** | |
| OpenBank 0474 | 2,947.66 |
| Wells Fargo Checking - 880 | 101,555.03 |
| **Total Cash in bank and on hand** | 104,502.69 |
| **Total Checking/Savings** | 104,502.69 |
| **Total Current Assets** | 104,502.69 |
| **Fixed Assets** | |
| Equipment | 6,728.79 |
| Furniture & Fixture | 16,643.98 |
| Accumulated Depreciation | -23,372.00 |
| **Total Fixed Assets** | 0.77 |
| **Other Assets** | |
| Organizational costs | 4,000.00 |
| Start-up costs | 5,277.72 |
| Accumulated Amortization | -5,777.00 |
| **Total Other Assets** | 3,500.72 |
| **TOTAL ASSETS** | **108,004.18** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| AP - Expense | -192.00 |
| **Total Accounts Payable** | -192.00 |
| **Other Current Liabilities** | |
| Due to T. Naito | 3,068.18 |
| **Total Other Current Liabilities** | 3,068.18 |
| **Total Current Liabilities** | 2,876.18 |
| **Total Liabilities** | 2,876.18 |
| **Equity** | |
| Common Stock | 100,000.00 |
| Additional Paid in Capital | 136,295.56 |
| Retained Earnings | -195,148.67 |
| Net Income | 63,981.11 |
| **Total Equity** | 105,128.00 |
| **TOTAL LIABILITIES & EQUITY** | **108,004.18** |

# Exhibit G

EXHIBIT 2
Page 30

# NAITO CORP
# Profit & Loss
### All Transactions

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Leads income** | 5,760,880.00 |
| **RTC Income** | 4,448.50 |
| **Commission Income** | 5,872,540.00 |
| **Interest Income** | 2,600,690.41 |
| **Services Income** | 5,407,651.75 |
| **Total Income** | 19,646,210.66 |
| **Cost of Goods Sold** | |
| **Cost of Sales - Leads** | 1,758,437.47 |
| **Cost of Sales - Fees** | 17,490.25 |
| **Discount coupons** | 29,581.74 |
| **Total COGS** | 1,805,509.46 |
| **Gross Profit** | 17,840,701.20 |
| **Expense** | |
| **Payroll expense** | 178,508.12 |
| **Bonus** | 0.00 |
| **Moving Expenses** | 9,249.50 |
| **Donation** | 2.00 |
| **Advertising and Promotion** | 642,692.52 |
| **Automobile Expense** | 79,551.15 |
| **ACH fees** | 27,447.48 |
| **Bad Debt** | 392,219.57 |
| **Bank Service Charges** | 68,551.42 |
| **Bond Premium Renwal fee** | 7,400.00 |
| **Computer and Internet Expenses** | 397,438.59 |
| **Continuing Education** | 276.29 |
| **Commissions Fee** | 181.02 |
| **Credit Card Fee** | 520.19 |
| **Depreciation** | 656,110.00 |
| **Dues and Subscriptions** | 43,173.49 |
| **Employee Benefits** | 90,137.82 |
| **Employee benefits -Other** | 18,870.04 |
| **Health Insurance** | 34,357.05 |
| **Insurance Expense** | 674,653.17 |
| **Repairs & Maintenances** | 28,290.09 |
| **Meals and Entertainment** | 227,224.99 |
| **Office Supplies** | 323,121.31 |
| **Outside services** | 2,565,397.18 |
| **Payroll processing fee** | 23,537.34 |
| **Parking** | 99,156.22 |
| **Penalties** | 4,369.13 |
| **Postage and Delivery** | 23,370.06 |
| **Printing and Reproduction** | 36,589.42 |
| **Professional Fees** | 313,966.07 |
| **Rent Expense** | 1,604,861.23 |
| **Research (credit verification)** | 111,529.65 |
| **Salaries and wages** | 5,994,197.87 |
| **Salary - officer** | 85,000.00 |
| **Security** | 18,046.46 |
| **Supplies** | 21,953.96 |
| **Tax & License** | 38,694.37 |
| **Taxes - Payroll** | 623,513.62 |
| **Taxes - Property** | 9,011.68 |
| **Telephone Expense** | 862,118.05 |
| **Travel Expense** | 165,626.87 |
| **Utilities** | 72,735.22 |
| **Total Expense** | 16,573,650.21 |
| **Net Ordinary Income** | 1,267,050.99 |

EXHIBIT 2
Page 31

**NAITO CORP**
# Profit & Loss
**All Transactions**

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **Other Income/Expense** |  |
| **Other Income** |  |
| Loss on disposal assets | -536.00 |
| Gain/loss on assets | -16,912.98 |
| Other Income | 98,740.34 |
| **Total Other Income** | 81,291.36 |
|  |  |
| **Other Expense** |  |
| Income Tax - Federal | 48,096.00 |
| Interest Expense | 51,225.67 |
| Lawsuit settlement | 25,000.00 |
| Income Tax - State | 76,978.24 |
| Other Expense | 31,635.98 |
| **Total Other Expense** | 232,935.89 |
|  |  |
| **Net Other Income** | -151,644.53 |
|  |  |
| **Net Income** | **1,115,406.46** |

# NAITO CORP
# Balance Sheet
### As of May 19, 2020

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in bank and on hand** | |
| OpenBank - (458) | 503,785.74 |
| Wells Fargo Checking - (9539) | 59,134.20 |
| **Total Cash in bank and on hand** | 562,919.94 |
| **Total Checking/Savings** | 562,919.94 |
| **Accounts Receivable** | |
| Soto | -803.48 |
| Alvarado | 60.00 |
| AR-TLE | 258,423.27 |
| Loan-George Promise | 30,039.08 |
| **AR- Payday Loan** | |
| Soto | 9,853.30 |
| Torrance | 62,366.87 |
| **Total AR- Payday Loan** | 72,220.17 |
| Torrance | 4,168.67 |
| Account Receivable | -9,802.45 |
| **Total Accounts Receivable** | 354,305.26 |
| **Other Current Assets** | |
| Prepaid expenses | 3,817.45 |
| Loan receivable - Harvest Moon | 525,343.55 |
| Loan receivable - GS | 330,742.80 |
| **Total Other Current Assets** | 859,903.80 |
| **Total Current Assets** | 1,777,129.00 |
| **TOTAL ASSETS** | **1,777,129.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| AP - Expense | 3,185.68 |
| Ken Expense | -3,271.59 |
| Credit Card - Center Bank | -20.00 |
| **Total Accounts Payable** | -105.91 |
| **Total Current Liabilities** | -105.91 |
| **Total Liabilities** | -105.91 |
| **Equity** | |
| Common Stock | 2,170,000.00 |
| Additional Paid in Capital | 336,000.00 |
| Distribution | -766,546.00 |
| Retained Earnings | -40,076.71 |
| Net Income | 78,763.10 |
| **Total Equity** | 1,778,140.39 |
| **TOTAL LIABILITIES & EQUITY** | **1,778,034.48** |

# Exhibit H

EXHIBIT 2
Page 34

## Sea Mirror, Inc (NV)
## Profit & Loss
### All Transactions

**Cash Basis**

| | May 19, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Commision Income** | 23,927,536.99 |
| **Total Income** | 23,927,536.99 |
| **Cost of Goods Sold** | |
| Leads - purchases | 4,323,342.50 |
| **Total COGS** | 4,323,342.50 |
| **Gross Profit** | 19,604,194.49 |
| **Expense** | |
| ACH Fees | 660,422.09 |
| Auto Expense | 2,421.16 |
| Bad Debt(Uncollectable) | 7,016,177.95 |
| Bank Service Charges | 8,756.33 |
| Business Licenses and Permits | -24.00 |
| Commision | |
| Call Center Exp/Oper Lia & Supp | 610,223.82 |
| Commision - Other | 6,638,666.53 |
| **Total Commision** | 7,248,890.35 |
| Computer and Internet Expenses | 414,675.85 |
| Credit Card Fee | 450.00 |
| Dues and Subscriptions | 1,800.00 |
| Insurance Expense | 74.58 |
| Meals and Entertainment | 9,511.74 |
| Office Supplies | 3,195.76 |
| Parking | 30.00 |
| Payroll Tax | 29,419.00 |
| Penalties | 250.00 |
| Postage and Delivery | 57.11 |
| Professional Fees | 222,282.50 |
| Rent & Overhead Cost | 1,140,000.00 |
| Research (credit verification) | 1,765,271.89 |
| Salaries-Officer | 144,000.00 |
| Salaries & Wages | 1,060,000.00 |
| Tax & License | 5,574.15 |
| Travel | 8,202.41 |
| **Total Expense** | 19,741,438.87 |
| **Net Ordinary Income** | -137,244.38 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 2,091.06 |
| Other Income | 3,047.16 |
| **Total Other Income** | 5,138.22 |
| **Other Expense** | |
| Income tax - State | 7,500.00 |
| **Total Other Expense** | 7,500.00 |
| **Net Other Income** | -2,361.78 |
| **Net Income** | **-139,606.16** |

# Sea Mirror, Inc (NV)
# Balance Sheet
### As of May 19, 2020

**Cash Basis**

|  | May 19, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in bank and on hand** | |
| Open Bank 0557 | 2,413.05 |
| Wells Fargo - 354 | 65,233.81 |
| **Total Cash in bank and on hand** | 67,646.86 |
| **Total Checking/Savings** | 67,646.86 |
| **Other Current Assets** | |
| Due from Officer | 106,088.89 |
| **Total Other Current Assets** | 106,088.89 |
| **Total Current Assets** | 173,735.75 |
| **TOTAL ASSETS** | 173,735.75 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -1.37 |
| **Total Accounts Payable** | -1.37 |
| **Total Current Liabilities** | -1.37 |
| **Total Liabilities** | -1.37 |
| **Equity** | |
| Common Stock | 369,000.00 |
| Additional Paid in Capital | 144,400.00 |
| Distribution | -50,000.00 |
| Retained Earnings | -390,485.94 |
| Net Income | 100,883.06 |
| **Total Equity** | 173,797.12 |
| **TOTAL LIABILITIES & EQUITY** | 173,795.75 |

EXHIBIT 2
Page 36