# EXHIBIT 9

Email exchange with consumer
re: repayment (February 28, 2019)

# EXHIBIT 9

 Gmail                                    GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>

## Re: CONGRATS 60286
8 messages

Nehemie B[███] [████████] gmail.com>                              Thu, Feb 28, 2019 at 8:29 AM
To: GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>

Stop taking money out of my account.  I only borrowed 100 why are u still taking money from my account

On Wed, Dec 5, 2018, 12:46 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
BECAUSE IT IS AN INDIAN TIME LOAN AND THEY ARE DUE BY THE NEXT PAYDATE.
JUSTIN
60286

  Virus-free. www.avg.com

On Wed, Dec 5, 2018 at 9:42 AM Nehemie B[███] <r[███] @gmail.com> wrote:
Why the payback so soon?

On Wed, Dec 5, 2018, 12:41 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com wrote:
Your loan is Approved for $100.00! The fee on that is $45.88 which will be due on 12/14/18.....All that is required to fund the account is your electronic
signature. Log onto our website

WWW.MYGBO.COM

Type your email address in all CAPS. Password is the first name only in lower case (small) letters. Click login. Click the big yellow/green $ sign on top right.
Click here to continue to E-signs. That will take you to your contract. Scroll down to the bottom of the page. Find the military disclosure. Check the box that
applies. Below that check the box by the red arrow : "I have read and I agree to the terms of the loan". Type first and last name. Click "I
accept". Congratulations and your funds will be available next business day!

Payback options :

*ROLLOVER = (You can rollover your loan by just paying the fee on the  loan that is only the financial  fees and it doesn't goes towards the loan only extends
it)

*BUYDOWN = (You can add more money to your financial fee to bring the principal of your loan down )

*PAYOFF = (You can pay off your loan when ever you like  * it includes the fee plus your loan amount )

 Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the rollover option do not go towards
your loan. You can rollover for months and not pay off on your loan.
Thank you! and Have a Great Day.

Customer Service Representative
JUSTIN
60286

  Virus-free. www.avg.com

GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>                              Thu, Feb 28, 2019 at 8:45 AM
To: Nehemie B[███] [████████] @gmail.com>

CONSUMER LOAN AGREEMENT
I ENCLOSED YOUR CONTRACT. YOU HAVE TO CALL IN ATLEAST THREE AYS BEFORE
YOUR DUE DATE TO PAY OFF THE LOAN OR SETUP A BUYDOWN.
AS WAS ALSO ENCLOSED IN THE E-SIGN STEPS.
Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the
rollover option do not go towards your loan. You can rollover for months and not pay off on your loan.

### CONSUMER LOAN AGREEMENT

**Loan Number: 19315063**

**La Posta Tribal Lending Enterprise**
**8 Crestwood Road**
**Boulevard, CA 91905**

**BORROWER'S INFORMATION:**

**Lender: La Posta Tribal Lending Enterprise**         **Borrower's Name:**
                                                        NEHEMIE B[███]

EXHIBIT 9
Page 92

7/20/2020                                          Gmail - Re: CONGRATS 60286

**Origination Date: 12/05/2018**
This is the date you signed and submitted this loan
agreement to the Lender

**Effective Date:  12/06/2018**
The date you begin to pay interest on the loan.

**Final Payment Due Date:**

12/14/2018

**Borrower's ID:**


**Borrower's Address:**

 FL 33415

**Borrower's Bank and Account Number for ACH
Transfers (the "Bank Account")**
WELLS FARGO BANK


This loan Agreement (the "Agreement") is subject to the laws and jurisdiction of the**La Posta Band of
Mission Indians**. In this Agreement, "you" and "your" refer to the Borrower identified above. "We", "us",
"our", and "Lender" refer to**La Posta Tribal Lending Enterprise**, a lender authorized to do business under
the laws of the La Posta Band of Mission Indians. "Loan" means this consumer loan. By executing this
Agreement, you hereby acknowledge and consent to be bound to the terms of this Agreement; consent to
the subject matter and personal jurisdiction of the**La Posta Band of Mission Indians**, and further agree
that no state law or regulations will apply to this Agreement, its enforcement or interpretation.

**TRUTH IN LENDING DISCLOSURES:**The disclosures below are provided to you so that you may compare
the cost of this loan to other loan products you might obtain. Our inclusion of these disclosures does not
mean that we or any subsequent holder of this Agreement consent to application of state law to us, to the
loan, or this Agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to your or on your behalf | Total Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 1860.69% | $45.88 | $100.00 | $145.88 |

PREPAYMENT: If you pay off the Loan early, you will not have to pay a penalty.

SECURITY INTEREST: Your ACH authorization is security for this loan.

See the Loan Agreement for any additional information about nonpayment, default, any required
repayment in full before the scheduled date and prepayment penalties.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Itemization of Amount Financed:**

Amount given to you directly (not to exceed             $100.00
$5,000.00):

**PROMISE TO PAY:**You promise to pay to the order of Lender or any registered assignee of this Agreement
the principal sum of $100.00 plus interest and fees of $45.88.

**DISCLOSURE OF FEE AS FINANCE CHARGE:**Although the fee that we charge you is not interest, the
Federal Truth in Lending Act requires that it be included in the finance charge calculation for your loan. For
example, on a loan made today in the amount of $300.00, payable in 14 days with interest of 36% per
annum and a fee of $105, the Annual Percentage Rate of the finance Charge disclosed by the lender will be
948.48%.

**PAYMENTS:**You promise to pay the amount of the Total of Payments shown above on or before the
Payment Due Date. If you have chosen the ACH Debit Authorization option, we will initiate an ACH Debit
Entry as provided below. In addition, you agree that we cannot make and have not made the Loan
contingent upon your obtaining any other product or service from us or anyone else.

**VERIFICATION:**You authorize us to verify the information you provided to us in connection with your Loan
application. You give us consent to obtain information about you from a consumer reporting agency or other
sources. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us
to verify the information you have provided to us.

**ACH AUTHORIZATION TO CREDIT BANK ACCOUNT:**Unless the proceeds of this Agreement are applied
to any outstanding loan balance that you may owe to us, you authorize us and our agents to initiate an
Automated Clearing House ("ACH") credit entry to your Bank Account to disburse the proceeds of this Loan.

**ACH AUTHORIZATION TO DEBIT BANK ACCOUNT:**Unless you chose to mail to us a check or money
order as payment for this Loan, you authorize us, and our agents, successors, employees, and registered
assigns to withdraw money from your Bank Account for each payment you owe us, including any returned

EXHIBIT 9
Page 93

payment charges and the total amount you owe if you do not pay us when you agreed in this Agreement. You agree we can withdraw money from your Bank Account (called an "ACH Debit Entry") on each scheduled payment date shown on the Payment Schedule above. This right to withdraw money from your Bank Account will remain in full force until the earlier of the following occurs: (i) you pay us everything that you owe us under this Agreement or (ii) you tell us or the institution holding your Bank Account (the "Paying Bank") that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

**NOTICE: NO BORROWER MAY HAVE OUTSTANDING MORE THAN THREE ELECTRONIC DEBIT GUARANTIES AT ANY ONE TIME.**

**TERMINATING ACH DEBIT AUTHORIZATION:**The ACH debit authorization will remain in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Agreement or (ii) you tell us or the Paying Bank that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. Terminating your ACH authorization does not relieve you of your obligation to pay your Loan in full.

**REMOTELY CREATED CHECK AUTHORIZATION:**If you terminate any previous ACH Debit Authorization you provided to us or we do not receive a payment by the Payment Due Date, you authorize us and our agents, successors and assigns to create and submit remotely created checks for payment to us in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed signature below shall constitute your authorization to us to authenticate remotely created checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by remotely created check as needed to repay installments and any other payments due under this Agreement.

**CHECK CONVERSION NOTIFICATION:**When you provide a check as payment, you agree we can either use information from your check to make a one-time electronic withdrawal from your Bank Account or to process the payment as a check transaction. When we use information from your check to make a withdrawal from your Bank Account, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. For questions, please call our customer service phone number: 888-645-4171 .

**PAYMENT APPLICATION:**Lender will apply your payments in the following order: (1) to any fees due, (2) to earned but unpaid interest, and (3) to principal amounts outstanding.

**SECURITY INTEREST DISCLOSURE:**To the extent that your agreement to have us withdraw money from your Bank Account is deemed a security interest under the laws of the La Posta Band of Mission Indians, you hereby grant to us a security interest in such withdrawal authorization using the ACH system.

**PREPAYMENT:**You may prepay all or part of the amount you owe us at any time without penalty.

**REFINANCE POLICY:**Unless otherwise notified, your account will be debited the minimum amount due to refinance this loan for another term.

**RETURNED PAYMENT FEE:**If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also select the ACH Debit authorization. Your financial institution may also impose a fee.

**DEFAULT:**You will have broken the promise you made to us in this Agreement (each a "Default") if: (a) you provide false or misleading information about yourself, your employment, or your financial condition prior to entering into this Agreement, (b) if you fail to make a payment by the due date or if your payment is returned to us for any reason, or (c) if you file bankruptcy or become a debtor under the Federal Bankruptcy Laws.

**CONSEQUENCES OF DEFAULT:**Should you not do the things you agreed to under this Agreement, we may, at our option, do any one or more of the following things: (a) require you to immediately pay us everything you owe us; (b) withdraw money from your Bank Account that was not available when we tried to withdraw it at an earlier time, if you have selected the ACH Debit Authorization; and (c) pursue all legally available means to collect what you owe us in the event we declare all amounts owed under this Agreement immediately due because you did not pay us, then you further authorize us and our agents to withdraw money from your Bank Account in the full amount due under this Agreement, if you have selected the ACH Debit Authorization. By choosing anyone of more of these, we do not give up our right to use another way to collect the money you owe us later. We may decide not to use any of the ways described above to get back the money that you owe us. If so, we do not give up our right to consider what you said you would do to make payment(s) and, if you fail to make those payment(s), we will consider you to be, in Default.

**CREDIT REPORTING:**We may report information about your Loan to credit bureaus. Late payments, missed payments, or other things you do may be reflected on your credit report.

**RIGHT TO CANCEL:**YOU MAY CANCEL THIS LOAN, WITHOUT COST TO YOU OR FURTHER OBLIGATION TO US, BY TELEPHONING TOLL-FREE 888-645-4171 BY 5:00 P.M. PACIFIC TIME ON THE FIRST BANKING DAY AFTER THE EFFECTIVE DATE. YOU CAN CANCEL ONLY IF YOU SEND US BACK THE MONEY FROM THE LOAN WE PUT IN YOUR BANK ACCOUNT, RETURN THE LOAN PROCEEDS CHECK MAILED TO YOU OR WE ARE ABLE TO WITHDRAW THE AMOUNT OF YOUR LOAN FROM YOUR BANK ACCOUNT.

EXHIBIT 9
Page 94

**BORROWER'S BANK CHARGES:**You will not hold us or our agents responsible for any fees you must pay as a result of any check or withdrawal request being presented at your bank in connection with this Agreement.

**DISPUTE RESOLUTION PROCEDURES**

**PLEASE READ THE FOLLOWING PROVISIONS CAREFULLY.**

Any dispute you have with us under this Agreement will be resolved in accordance with the La Posta Band of Mission Indians' Borrower Dispute Resolution procedures.

You acknowledge and agree that by entering into this Agreement:

**(a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

**(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE AND DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**Tribal Dispute Resolution Procedures.**If you have a question or grievance concerning your loan or any aspect of this Agreement, you must first contact us by telephone at 888-645-4171, or in writing at the address on the first page of this Agreement. We will make our best effort to answer your question and/or resolve your grievance. If you are dissatisfied with our response, you must submit a written claim to the Tribal Lending Regulatory Authority; 8 Crestwood Road , Boulevard, California 91905. The claim must be submitted within five (5) business days after you receive our response to your inquiry or grievance, and must describe the dispute along with the relief you are seeking. Claims will be processed by the La Posta Tribal Lending Regulatory Authority or its Claims Administrator in accordance with the La Posta Tribal Lending Regulatory Ordinance. Any party to a dispute that is not satisfied with the decision of the Tribal Lending Regulatory Authority or Claims Administrator may seek review of the decision by the Tribal Council of the La Posta Band of Mission Indians, whose decision will be final and not subject to further review except as provided below.

Any written claim that you file must comply with the procedural and substantive requirements of the laws of the La Posta Band of Mission Indians to be considered. Copies of applicable Tribal laws may be obtained by calling Customer Service at 888-645-4171.

**Appeal to Arbitration.**If you are not satisfied with a final decision of the Tribal Council of the La Posta Band of Mission Indians regarding your claim, you may appeal the decision into arbitration. You shall have the right to select any of the following arbitration organizations to administer the appeal: the American Arbitration Association (1-800-778¬7879) http://www.jamsadr.org; JAMS (1-800-352~5267) http://www.jamsadr.com; or an arbitration organization agreed upon between us. The appeal will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the La Posta Band of Mission Indians or the express terms of this Agreement

**Sovereign Immunity.**The La Posta Band of Mission Indians is a federally recognized Indian tribe that, along with its governmental departments and agencies and economic enterprises, possesses sovereign immunity from unconsented suit. This means that no legal action may be brought against the Tribe in general, or the La Posta Tribal Lending Enterprise in particular, without the consent of the La Posta Band of Mission Indians. The Tribe has waived the sovereign immunity of the La Posta Tribal Lending Enterprise only for the limited purpose of allowing Claims regarding customer Disputes to be brought against us using the procedures described above and in the Regulations of the La Posta Tribal Lending Regulatory Authority, and not for any other purpose or procedure. This limited waiver of sovereign immunity is intended only to benefit customers of the La Posta Tribal Lending Enterprise and no other person or entity, and it limits the relief that may be obtained as a result of any Claim to unobligated assets of the La Posta Tribal Lending Enterprise.

**Other Provisions.**The Dispute Resolution provisions in this Agreement will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. The Dispute Resolution provisions in this Agreement are intended to benefit and be binding upon you, your heirs, successors and assigns. They also benefit and are binding upon us, our successors and assigns, and related third parties. The Dispute Resolution provisions in this Agreement shall continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Dispute Resolution provisions shall survive any termination, amendment, expiration, or performance of any transaction between you and us and continue in full force and effect unless you and we otherwise agree in writing. If any component of these Dispute Resolution provisions is held invalid, the remainder of the provisions shall remain in effect.

**GOVERNING LAW.**This Agreement is governed by the federal law and the laws of the La Posta Band of Mission Indians.

**TELEPHONE CALLS.**You hereby agree that in the event we need to contact you to discuss your account or the repayment of your Loan, we may call you at any number, including any cell phone number you have provided, and that we may leave an autodialed or prerecorded message or use other technology (including, but not limited to, SMS messaging or other text messaging) to contact or to communicate with you.

**VERIFICATION.**You authorize us to verify all of the information you have provided in obtaining approval of this Loan.

**Communication:**We may contact you via e-mail, text message, phone, or postal mail for account status

EXHIBIT 9
Page 95

information such as due date reminders, past-due notices, and collection efforts.

Additionally, we may contact you on occasion to notify you of special offers regarding our products and services, as well s offers from our partners regarding different financial products
You may opt out of receiving these communications by calling 1-888-797-6064.

*By electronically signing this Agreement*you certify that the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources.*You acknowledge, represent and warrant that (a) you have read, understand, and agree to all of the terms and conditions of this Agreement, including the disclosures and the Dispute Resolution provisions, (b) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made (c) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, you have selected the ACH Debit Authorization, (d) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (e) this Agreement was filled in before you signed it, and (f) you have the ability to print or retain a completed copy of this Agreement. You further acknowledge that we may withhold funding of your loan until we check to make sure all the information you gave us your application is true and we decide whether you meet our requirements to receive the Loan.*

By electronically signing this Agreement, you authorize us to verify all of the information that you have provided us, including past and/or current information. If there is any missing or erroneous information in or with your loan application regarding your Bank Account (including without limitation your bank, bank routing number per account number), then you authorize us to verify and correct such information. You agree that your ACH Authorization is subject to our approving this Agreement.

By electronically signing this Agreement, you authorize us to effect ACH debit and credit entries for this loan, and also agree to the ACH Authorizations set forth in this Agreement. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of the La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

By: La Posta Tribal Lending Enterprise

Please enter your name as it appears on the loan document (NEHEMIE B████). This is your digital signature and verifies that you agree to and accept the above terms.

| NEHEMIE | B████ |
| --- | --- |
| | 12/05/2018 |
| Borrower | Date |

## CONTRATO DE PRÉSTAMO AL CONSUMIDOR
**Número de préstamo: 19315063**

**La Posta Tribal Lending Enterprise**
**8 Crestwood Road**
**Boulevard, CA 91905**

**INFORMACIÓN DEL PRESTATARIO:**

| Lender: La Posta Tribal Lending Enterprise | **Nombre del Prestatario:** |
| --- | --- |
| | NEHEMIE B████ |
| **Fecha de emisión: 12/05/2018** | **Identificación del Prestatario:** |
| Esta es la fecha en que firmó y presentó este contrato de préstamo al Prestamista | 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 |
| **Fecha de Vigencia:   12/06/2018** | **Domicilio del Prestatario:** |
| Fecha en que comienza a pagar intereses sobre el préstamo. | ████████, FL 33415 |
| **Fecha de vencimiento del pago final:** | **Banco y Número de Cuenta del Prestatario para Transferencias ACH (la "Cuenta Bancaria")** |
| 12/14/2018 | WELLS FARGO BANK |

Este Contrato de préstamo (el "Contrato") está sujeto a las leyes y la jurisdicción de**La Posta Band of Mission Indians**. En este Contrato, los términos "usted" y "su" se refieren al Prestatario identificado arriba. Los términos "nosotros", "nos", "nuestro" y "Prestamista" se refieren a**La Posta Tribal Lending Enterprise**, prestamista autorizado para desarrollar actividades comerciales de conformidad con las leyes de La Posta Band of Mission Indians. El término "Préstamo" se refiere a este préstamo al consumidor. Con la firma de este Contrato, por la presente usted acepta y consiente en obligarse por los términos y condiciones de este Contrato, consiente a la jurisdicción de**La Posta Band of Mission Indians**respecto a su competencia material y sobre la

EXHIBIT 9
Page 96

persona y acepta, asimismo, que ninguna ley o reglamentación estatal se aplicará a este Contrato, su cumplimiento o interpretación.

**DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS:**Las siguientes declaraciones informativas se brindan para que usted pueda comparar el costo de este préstamo con otros productos crediticios que podría obtener. La inclusión por nuestra parte de estas declaraciones no significa que nosotros, o algún titular subsiguiente de este Contrato, otorguemos nuestro consentimiento a la aplicación de las leyes del estado sobre nosotros, el préstamo o este Contrato.

### DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS

| TASA PORCENTUAL ANUAL Costo del crédito como una tasa anual | CARGO POR FINANCIAMIENTO Suma en dinero que le costará el crédito | Cantidad Financiada Suma del crédito entregada a usted o en su nombre | Total de Pagos Suma que habrá pagado después de efectuar todos los pagos programados |
|---|---|---|---|
| 1860.69% | $45.88 | $100.00 | $145.88 |

PAGO ANTICIPADO:Si usted paga por completo el Préstamo por anticipado no deberá pagar una penalidad.

INTERÉS DE GARANTÍA: Su Autorización de la ACH es la garantía de este préstamo.

Vea en el Contrato de Préstamo información adicional acerca de falta de pago, incumplimiento, reintegro íntegro requerido antes de la fecha programada y penalidades por pago anticipado.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Detalle de la Cantidad Financiada:**

Suma entregada directamente a usted (no puede exceder                    $100.00
$5,000.00):

**PROMESA DE PAGO:**Usted se compromete a pagar a la orden del Prestamista, o de un cesionario registrado de este Contrato, la suma de capital de $100.00 con más los intereses y cargos de $45.88.

**DECLARACIÓN INFORMATIVA DE CUOTA COMO CARGO EN CONCEPTO DE FINANCIAMIENTO:**Pese a que el cargo que le cobramos no es en concepto de intereses, la Ley Federal de Veracidad en los Préstamos exige que se incluya en el cálculo de los cargos por financiamiento de su préstamo. Por ejemplo, para un préstamo otorgado hoy por la suma de $300.00, pagadero en 14 días con 36% de interés anual y una cuota de $105, la Tasa Porcentual Anual del Cargo por financiamiento declarado por el prestamista será de 948.48%.

**PAGOS:** Usted promete pagar la suma correspondiente al Total de Pagos indicada arriba en la Fecha de Vencimiento de Pago o antes de ese día. Si eligió la opción de Autorización de Débito ACH, iniciaremos un Asiento de Débito ACH como se indica abajo. Además, usted acepta que nosotros no podremos supeditar el Préstamo a que usted obtenga algún otro producto o servicio de nosotros o de un tercero y que no hemos supeditado el Préstamo a eso.

**VERIFICACIÓN:**Usted nos autoriza a verificar la información que nos proporciona en relación con su solicitud de Préstamo. Usted nos otorga su consentimiento para que obtengamos información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. Nos reservamos el derecho de retener la entrega de fondos de este Préstamo, en cualquier momento antes de su desembolso, para permitirnos verificar la información que usted nos proporcionó.

**AUTORIZACIÓN DE ACH PARA ABONAR EN LA CUENTA BANCARIA:**A menos que los productos de este Contrato se apliquen al saldo de un préstamo pendiente que usted podría adeudarnos, usted nos autoriza y autoriza a nuestros agentes a iniciar un asiento de crédito de la Cámara de Compensación Automática ("ACH", por sus siglas en inglés) a su Cuenta Bancaria para desembolsar los recursos de este Préstamo.

**AUTORIZACIÓN DE ACH PARA DEBITAR LA CUENTA BANCARIA:**A menos que usted decida enviarnos por correo un cheque o giro postal por concepto de pago por este Préstamo, usted nos autoriza y autoriza a nuestros agentes, sucesores, empleados y cesionarios registrados, a retirar dinero de su Cuenta Bancaria para cada pago que nos adeuda, incluidos todos los cargos por pagos devueltos y la suma total que nos adeuda si usted no nos paga cuando lo acordó en este Contrato. Usted acepta que podremos retirar dinero de su Cuenta Bancaria (denominado "Asiento de Débito ACH") en cada fecha de pago programada indicada en el Programa de Pagos arriba. Este derecho a retirar dinero de su Cuenta Bancaria se mantendrá en pleno efecto hasta lo que ocurra primero de los siguientes: (i) usted nos pague el total de lo que nos adeuda en virtud de este Contrato o (ii) usted nos indica o indica a la institución que administra su Cuenta Bancaria (el "Banco Pagador") que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. Usted reconoce y acuerda

que esa Autorización de ACH para Debitar la Cuenta Bancaria redunda en el beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios correspondientes.

**AVISO: NINGÚN PRESTATARIO PUEDE TENER PENDIENTES DE PAGO MÁS DE TRES DÉBITOS GARANTIZADOS ELECTRÓNICOS EN NINGÚN MOMENTO DADO.**

**REVOCACIÓN DE LA AUTORIZACIÓN DE DÉBITO DE ACH :**La autorización de débito de ACH se mantendrá con plena vigencia y efecto hasta lo que ocurra primero de los siguientes: (i) usted satisface todas sus obligaciones de pago en virtud de este Contrato o (ii) usted nos indica o indica al Banco Pagador que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. El hecho de revocar su autorización de la ACH no le exime a usted de su obligación de pagar su Préstamo por completo.

**AUTORIZACIÓN DE LETRA A LA VISTA:**Si usted revoca una Autorización de Débito ACH que nos brindó anteriormente o nosotros no recibimos un pago antes de la Fecha de Vencimiento de Pago, usted nos autoriza y autoriza a nuestros agentes, sucesores y cesionarios a crear y presentar letras a la vista pagaderas a nosotros por la suma de cada pago adeudado de conformidad con este Contrato, incluidos todos los cargos por pagos devueltos u otras sumas adeudadas a nosotros al aplicarse el pago anticipado de este Préstamo como resultado de su Incumplimiento. Su firma escrita abajo constituye su autorización para que nosotros autentiquemos letras a la vista, que también se conocen por el nombre de giros a la vista, telecheques o cheques electrónicos, giros previamente autorizados o giros físicos. Usted considera que cobramos su Cuenta Bancaria de una manera no contemplada en esta autorización, comuníquese con nosotros. Usted nos autoriza a modificar la suma de todos los pagos previamente autorizados mediante con letras a la vista según sea necesario para reintegrar los pagos a plazos y todos los restantes pagos adeudados en virtud de este Contrato.

**NOTIFICACIÓN DE CONVERSIÓN DE CHEQUES:**Cuando usted entrega un cheque como pago, acepta que nosotros podremos utilizar la información de su cheque para realizar un retiro electrónico por única vez de su Cuenta Bancaria o para procesar el pago como una transacción con cheque. Cuando utilizamos información de su cheque para realizar un retiro de su Cuenta Bancaria, los fondos de su Cuenta Bancaria pueden retirarse tan pronto como el mismo día que recibimos su pago y su institución financiera no le enviará el cheque que usted emitió. Si necesita información adicional, comuníquese por teléfono al número de nuestro Servicio de atención al cliente: 888-645-4171.

**APLICACIÓN DE LOS PAGOS:**El Prestamista aplicará sus pagos en el orden siguiente: (1) a los cargos y cuotas adeudados, (2) a los intereses acumulados pero pendientes de pago y (3) a las sumas de capital pendientes de pago.

**DECLARACIÓN INFORMATIVA SOBRE INTERÉS DE GARANTÍA:**En la medida que su aceptación de que nosotros retiremos dinero de su Cuenta Bancaria se considera un interés de garantía conforme a las leyes de La Posta Band of Mission Indians, por la presente usted nos otorga un interés de garantía en esa autorización de retiro con el sistema ACH.

**PAGO ANTICIPADO:**Usted puede pagar en forma anticipada la totalidad o una parte de la suma que nos adeuda, en cualquier momento, sin penalidad.

**POLÍTICA DE REFINANCIAMIENTO:**A menos que se le notifique de otra manera, se debitará en su cuenta la cantidad adeudada mínima para refinanciar este préstamo por otro período.

**CARGO POR PAGO DEVUELTO:**Si algún pago que usted realiza de este Préstamo no es atendido o no puede ser procesado por la razón que sea, incluido si su Cuenta Bancaria carece del dinero suficiente, usted acepta pagarnos un cargo de $25.00. Usted nos autoriza y autoriza a nuestros agentes a realizar un retiro por única vez de su Cuenta Bancaria para cobrar ese cargo si también seleccionó la Autorización de Débito ACH. Su institución financiera también podría imponer un cargo correspondiente.

**INCUMPLIMIENTO:**Usted habrá incumplido la promesa que nos hizo en este Contrato (cada una de las siguientes será considerada un "Incumplimiento") si: (a) suministra información falsa o engañosa sobre sí mismo, su empleo o su situación financiera antes de celebrar este contrato, (b) usted no efectúa un pago antes de la fecha de vencimiento o si, por la razón que sea, su pago nos es devuelto o bien, (c) usted se declara en bancarrota o pasa a ser considerado deudor en virtud de las Leyes Federales de Bancarrota.

**CONSECUENCIAS DEL INCUMPLIMIENTO:**Si usted no procede del modo acordado conforme a este Contrato, nosotros podremos, a nuestra opción, actuar de una o más de las siguientes maneras: (a) exigirle que nos pague de inmediato la totalidad de lo que nos adeuda; (b) retirar dinero de su Cuenta Bancaria que no estaba disponible cuando intentamos retirarla en una oportunidad anterior, si usted seleccionó la Autorización de Débito ACH y (c), por todos los medios legales disponibles, emprender acciones para cobrar lo que nos adeuda en el caso de que declaremos que todas las sumas adeudadas conforme a este Contrato son exigibles de inmediato en virtud de que usted no nos pagó, y entonces usted también nos autoriza y autoriza a nuestros agentes a retirar dinero de su Cuenta Bancaria por el total de la cantidad exigible conforme a este Contrato, si seleccionó la Autorización de Débito ACH. Si elegimos alguna o más de estas alternativas, no renunciamos a nuestro derecho a utilizar posteriormente algún otro método para cobrar el dinero que usted nos adeuda. Podremos tomar la decisión de no emplear ninguno de los métodos detallados arriba para recuperar el dinero que usted nos adeuda. En ese caso, no renunciamos a nuestro derecho de considerar lo que usted manifestó que haría para efectuar los pagos y, si usted no efectúa esos pagos, consideraremos que usted está en estado de Incumplimiento.

**INFORMES CREDITICIOS:**Podremos hacer llegar información acerca de su Préstamo a agencias de informes crediticios. Los pagos atrasados, los pagos no efectuados u otros hechos con respecto a usted podrían constar en su informe crediticio.

**DERECHO DE CANCELACIÓN Y DEJAR SIN EFECTO EL PRÉSTAMO:**USTED PUEDE CANCELAR Y DEJAR SIN EFECTO EL PRÉSTAMO, SIN COSTO PARA USTED O SIN MÁS OBLIGACIÓN PARA CON NOSOTROS, CON SOLO COMUNICARSE POR TELÉFONO GRATIS AL 888-645-4171 ANTES DE LAS 5:00 P.M. HORA DEL PACÍFICO, EL PRIMER DÍA LABORABLE BANCARIO POSTERIOR A LA FECHA DE VIGENCIA. USTED PUEDE CANCELARLO Y DEJARLO SIN EFECTO SOLO SI NOS DEVUELVE EL DINERO DEL PRÉSTAMO QUE TRANSFERIMOS A SU CUENTA BANCARIA, REGRESA EL CHEQUE DE FONDOS DEL PRÉSTAMO ENVIADO A USTED POR CORREO O SI NOSOTROS SOMOS CAPACES DE RETIRAR DE SU CUENTA BANCARIA LOS FONDOS DE SU PRÉSTAMO.

EXHIBIT 9
Page 98

**CARGOS BANCARIOS DEL PRESTATARIO:**Usted no nos responsabilizará ni responsabilizará a nuestros agentes por los cargos o cuotas que deba pagar como resultado de la presentación de un cheque o una solicitud de retiro en su banco en relación con este Contrato.

## PROCEDIMIENTOS DE RESOLUCIÓN DE CONTROVERSIAS

### LEA ATENTAMENTE LAS SIGUIENTES DISPOSICIONES.

Toda controversia que pudiera tener con nosotros en virtud de este Contrato será resuelta de conformidad con los procedimientos de Resolución de Controversias del Prestatario de La Posta Band of Mission Indians.

Usted reconoce y acepta que al firmar este Contrato:

**(a) USTED RENUNCIA A SU DERECHO A TENER UN JUICIO POR JURADO PARA RESOLVER UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS; y**

**(b) USTED RENUNCIA A SU DERECHO A QUE UN TRIBUNAL RESUELVA UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS.**

**Procedimientos de Resolución de Controversias de la Tribu.**Si usted tiene una pregunta o un conflicto con respecto a su préstamo o algún aspecto de este Contrato, en primer lugar deberá comunicarse por teléfono con nosotros al 888-645-4171 o bien, por escrito al domicilio indicado en la primera página de este Contrato. Haremos todo lo que esté a nuestro alcance para responder su pregunta o resolver su conflicto. Si no está satisfecho con nuestra respuesta, deberá presentar una reclamación por escrito a Tribal Lending Regulatory Authority, 8 Crestwood Road , Boulevard, California 91905. La reclamación deberá ser presentada en los primeros cinco (5) días hábiles después de que usted reciba nuestra respuesta a su consulta o conflicto y deberá describir el conflicto así como la reparación que reclama. La Posta Tribal Lending Regulatory Authority o su Administrador de Reclamaciones procesará las reclamaciones de conformidad con La Posta Tribal Lending Regulatory Ordinance (Ordenanza Normativa de La Posta Tribal Lending). Las partes de una controversia que no están satisfechas con la decisión de Tribal Lending Regulatory Authority o su Administrador de Reclamaciones puede solicitar la revisión de la decisión del Consejo Tribal de La Posta Band of Mission Indians, cuya decisión será definitiva y no estará sujeta a revisiones posteriores, salvo como se dispone abajo

Para que sea considerada, toda reclamación por escrito que usted presente deberá cumplir los requisitos de procedimiento y materiales de las leyes de La Posta Band of Mission Indians. Puede solicitar copias de las leyes tribales vigentes con solo comunicarse por teléfono al Servicio de atención al cliente al 888-645-4171.

**Recurso de Arbitraje.**Si usted no está satisfecho con una decisión definitiva del Consejo Tribal de La Posta Band of Mission Indians con respecto a su reclamación, puede apelar la decisión y someterla a arbitraje. Usted tiene derecho a seleccionar alguna de las siguientes organizaciones de arbitraje para administrar la apelación: American Arbitration Association (1-800-778-7879) http://www.jamsadr.org; JAMS (1-800-352-5267) http://www.jamsadr.com; o una organización arbitral acordada entre nosotros. La apelación estará regida por las normas y los procedimientos vigentes de la organización arbitral elegida para controversias al consumidor, en la medida que tales normas y procedimientos no contradigan las leyes de La Posta Band of Mission Indians o los términos y condiciones explícitos del presente Contrato.

**Inmunidad Soberana.**La Posta Band of Mission Indians es una tribu india reconocida por el gobierno federal que, junto con sus departamentos y agencias gubernamentales y empresas económicas, posee inmunidad soberana en cuanto a demandas iniciadas sin su consentimiento. Esto significa que no puede presentarse ninguna demanda judicial en contra de la Tribu en general o de La Posta Tribal Lending Enterprise en particular, sin el consentimiento de La Posta Band of Mission Indians. La Tribu ha renunciado a la inmunidad soberana de La Posta Tribal Lending Enterprise solo para el fin determinado de permitir la presentación en contra de nosotros de Reclamaciones con respecto a Controversias de clientes utilizando los procedimientos detallados arriba y en los Reglamentos de La Posta Tribal Lending Regulatory Authority y no para algún otro fin o procedimiento. Esta renuncia limitada de inmunidad soberana tiene el solo objeto de beneficiar a los clientes de La Posta Tribal Lending Enterprise y a ninguna otra persona o entidad y limita la reparación que podría obtenerse como resultado de una Reclamación sin cargas de La Posta Tribal Lending Enterprise.

**Otras Disposiciones.**Las disposiciones para Resolución de Controversias en este Contrato seguirán vigentes después de: (i) la terminación o los cambios en este Contrato, la Cuenta o la relación entre nosotros con respecto a la Cuenta; (ii) la bancarrota de una de las partes y (iii) la transferencia, venta o cesión a alguna persona o entidad de mi Pagaré, o de las sumas adeudadas en mi cuenta. Las disposiciones para Resolución de Controversias en este Contrato tienen por objeto redundar en beneficio de usted, sus herederos, sucesores y cesionarios y tienen carácter vinculante con todos ellos. También son vinculantes y redundarán en beneficio de nosotros, nuestros sucesores, cesionarios y terceros relacionados. Las disposiciones para Resolución de Controversias en este Contrato continuarán con plena vigencia y efecto, aun cuando sus obligaciones hubieran sido pagadas o rehabilitadas por bancarrota. Las disposiciones para Resolución de Controversias seguirán vigentes después de la terminación, modificación, caducidad o cumplimiento de todas las transacciones entre usted y nosotros a menos que lo acordemos de alguna otra manera por escrito. Si alguna parte de estas disposiciones para Resolución de Controversias se considera no válida, las restantes disposiciones continuarán vigentes.

**LEYES VIGENTES.**Este Contrato está regido por las leyes federales y las leyes de La Posta Band of Mission Indians.

**LLAMADAS POR TELÉFONO.**Por la presente, usted acepta que en caso de que necesitemos comunicarnos con usted con respecto a su cuenta o por el reintegro de su Préstamo, podremos llamarle por teléfono a los números, incluidos los números de teléfono celular, que nos suministró y que podremos dejar grabado un mensaje de marcado automático o pregrabado o bien, emplear otra tecnología, como por ejemplo, el sistema de mensajes SMS u otro tipo de mensaje de texto, para ponernos en contacto o comunicarnos con usted.

**VERIFICACIÓN.**Usted nos autoriza a verificar toda la información que nos suministró para obtener la aprobación de este Préstamo

**Comunicaciones:**Podremos comunicarnos con usted por correo electrónico, mensajes de texto, teléfono o correo postal para brindarle información sobre el estado de cuenta, como por ejemplo, recordatorios de fechas de vencimiento, avisos de morosidad o iniciativas de cobro.

Además, podremos comunicarnos con usted de vez en cuando a efectos de notificarle sobre ofertas especiales relativas a nuestros productos y servicios, así como ofertas de nuestros asociados relativas a diferentes productos financieros. Usted puede excluirse voluntariamente de recibir estas comunicaciones con solo llamar al 1-888-645-4171.
You may opt out of receiving these communications by calling 1-888-645-4171.

*Con su firma electrónica en este Contrato*usted certifica que la información proporcionada en relación con este Contrato es veraz y correcta. Usted nos autoriza a verificar la información proporcionada en relación con este Contrato y nos da su autorización para obtener información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. *Usted reconoce, declara y asegura que (a) leyó, comprendió y aceptó todos los términos y condiciones de este Contrato, incluidas las declaraciones informativas y disposiciones para Resolución de Conflictos, (b) este Contrato contiene todos los términos y condiciones del contrato entre usted y nosotros y que no se realizaron declaraciones o promesas diferentes de las que contiene este Contrato, (c) usted específicamente autoriza los retiros de su Cuenta Bancaria y los depósitos a su Cuenta Bancaria como se describen en este Contrato y que seleccionó la Autorización de Débito ACH, (d) usted no es deudor en ningún procedimiento de Bancarrota y no tiene ninguna intención de presentar una solicitud de declaración de quiebra acogiéndose a ningún capítulo del United States Bankruptcy Code (Código de Concursos y Quiebras de los Estados Unidos), (e) este Contrato fue completado ante usted antes de que usted lo firmara y (f) usted es capaz de imprimir o conservar un ejemplar llenado de este Contrato. Usted asimismo acepta que podremos retener los fondos de su préstamo hasta que nos aseguremos de que toda la información que nos proporcionó en su solicitud es veraz y decidamos si usted satisface nuestros requisitos para recibir el Préstamo.*

Con su firma electrónica en este Contrato, usted nos autoriza a verificar toda la información que nos proporcionó, incluida información pasada o actual. Si falta información en su solicitud de préstamo o adjunta a ella, o si su solicitud de préstamo o los documentos adjuntos a ella contienen información errónea con respecto a su Cuenta Bancaria (incluido, sin limitaciones, su banco o el código numérico interbancario por número de cuenta), entonces usted nos autoriza a verificar y corregir esa información. Usted acepta que su Autorización ACH está sujeta a la aprobación de este Contrato por nuestra parte.

Con su firma electrónica en este Contrato, usted nos autoriza a realizar asientos de débito y crédito ACH para este préstamo y también acepta las Autorizaciones ACH estipuladas en este Contrato. Usted reconoce y acepta que esa Autorización ACH para Cargar la Cuenta Bancaria redunda en beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios registrados.

Por: La Posta Tribal Lending Enterprise

Escriba su nombre, como consta en el documento de préstamo (NEHEMIE E███████). Esta es su firma digital y confirma que usted conviene en los términos y condiciones estipulados arriba y los acepta



| NEHEMIE |
| E |
| ███████ 12/05/2018 |
| Prestatario      Fecha |

 Virus-free. www.avg.com

[Quoted text hidden]

---

**Nehemie E████ ███████ @gmail.com>**                                          Thu, Feb 28, 2019 at 8:59 AM
To: GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>

You guys have taken more than the agreement,  over 200 has been taken
[Quoted text hidden]

---

**GENTLE BREEZE** <gentlebreezeonlinefund@gmail.com>                            Thu, Feb 28, 2019 at 9:01 AM
To: Nehemie E████ ███████ gmail.com>

YES BECAUSE YOU MUST CALL IN AND DO EITHER A BUYDOWN OR A PAYOFF WHICH IS A PAYMENT LARGER THAN JUST THE FEE AMOUNT. IF YOU ARE ONLY PAYING THE FEE NOTHING IS BEING APPLIED TORWARD PRINCIPAL.
JUSTIN
60286
2065

Virus-free. www.avg.com

[Quoted text hidden]

---

**Nehemie E████ ███████ @gmail.com>**                                          Thu, Feb 28, 2019 at 9:02 AM
To: GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>

Are u fucking kidding me?  That's bullshit and a scam. That's taking advantage of people who are already struggling

EXHIBIT 9
Page 100

7/20/2020                                          Gmail - Re: CONGRATS 60286

[Quoted text hidden]

---

**GENTLE BREEZE** <gentlebreezeonlinefund@gmail.com>                    Thu, Feb 28, 2019 at 9:06 AM
To: Nehemie B███████ ████████ @gmail.com>

I DO SINCERELY APOLOGIZE.
THATS WHY I AM ALWAYS SURE TO INCLUDE THE EXACT STRUCTURE OF THE LOAN INSIDE THE E-SIGN STEPS.
WE COULD DEBIT THE 100$ ON MONDAY MARCH 4TH AND YOUR ACCOUNT WOULD BE PAID IN FULL.
JUSTIN
60286
2065

AGAIN I DO APOLOGIZE

Virus-free. www.avg.com

[Quoted text hidden]

---

**Nehemie B**███████ ████████ n@gmail.com>                              Thu, Feb 28, 2019 at 9:09 AM
To: GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>

Are u fucking kidding me!  You people already took over 200$. Stop taking money out of my account

> On Thu, Feb 28, 2019, 12:06 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
>> I DO SINCERELY APOLOGIZE.
>> THATS WHY I AM ALWAYS SURE TO INCLUDE THE EXACT STRUCTURE OF THE LOAN INSIDE THE E-SIGN STEPS.
>> WE COULD DEBIT THE 100$ ON MONDAY MARCH 4TH AND YOUR ACCOUNT WOULD BE PAID IN FULL.
>> JUSTIN
>> 60286
>> 2065
>>
>> AGAIN I DO APOLOGIZE
>>
>> Virus-free. www.avg.com
>>
>> On Thu, Feb 28, 2019 at 9:02 AM Nehemie B██ <█████ @gmail.com> wrote:
>>> Are u fucking kidding me?  That's bullshit and a scam. That's taking advantage of people who are already struggling
>>>
>>> On Thu, Feb 28, 2019, 12:01 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
>>>> YES BECAUSE YOU MUST CALL IN AND DO EITHER A BUYDOWN OR A PAYOFF WHICH IS A PAYMENT LARGER THAN JUST THE FEE AMOUNT.
>>>> IF YOU ARE ONLY PAYING THE FEE NOTHING IS BEING APPLIED TORWARD PRINCIPAL.
>>>> JUSTIN
>>>> 60286
>>>> 2065
>>>>
>>>> Virus-free. www.avg.com
>>>>
>>>> On Thu, Feb 28, 2019 at 8:59 AM Nehemie B███████ ████████ @gmail.com> wrote:
>>>>> You guys have taken more than the agreement,  over 200 has been taken
>>>>>
>>>>> On Thu, Feb 28, 2019, 11:45 AM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
>>>>>> CONSUMER LOAN AGREEMENT
>>>>>> I ENCLOSED YOUR CONTRACT. YOU HAVE TO CALL IN ATLEAST THREE AYS BEFORE
>>>>>> YOUR DUE DATE TO PAY OFF THE LOAN OR TO SETUP A BUYDOWN.
>>>>>> AS WAS ALSO ENCLOSED IN THE E-SIGN STEPS.
>>>>>> Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the
>>>>>> rollover option do not go towards your loan. You can rollover for months and not pay off on your loan.

### CONSUMER LOAN AGREEMENT

**Loan Number: 19315063**

**La Posta Tribal Lending Enterprise**
**8 Crestwood Road**
**Boulevard, CA 91905**

**BORROWER'S INFORMATION:**

Lender: La Posta Tribal Lending Enterprise          Borrower's Name:
                                                     NEHEMIE B█████

**Origination Date: 12/05/2018**                     Borrower's ID:
This is the date you signed and submitted this loan   ████████
agreement to the Lender

**Effective Date:  12/06/2018**                      Borrower's Address:
The date you begin to pay interest on the loan.       ████████████████

EXHIBIT 9
Page 101

https://mail.google.com/mail/u/1?ik=64af9ab7e8&view=pt&search=all&permthid=thread-f%3A1626730780949921955&simpl=msg-f%3A162673078...    10/28

FL 33415

**Final Payment Due Date:**

12/14/2018

**Borrower's Bank and Account Number for ACH Transfers (the "Bank Account")**
WELLS FARGO BANK

This loan Agreement (the "Agreement") is subject to the laws and jurisdiction of the **La Posta Band of Mission Indians**. In this Agreement, "you" and "your" refer to the Borrower identified above. "We", "us", "our", and "Lender" refer to **La Posta Tribal Lending Enterprise**, a lender authorized to do business under the laws of the La Posta Band of Mission Indians. "Loan" means this consumer loan. By executing this Agreement, you hereby acknowledge and consent to be bound to the terms of this Agreement; consent to the subject matter and personal jurisdiction of the **La Posta Band of Mission Indians**, and further agree that no state law or regulations will apply to this Agreement, its enforcement or interpretation.

**TRUTH IN LENDING DISCLOSURES:** The disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain. Our inclusion of these disclosures does not mean that we or any subsequent holder of this Agreement consent to application of state law to us, to the loan, or this Agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to your or on your behalf | Total Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 1860.69% | $45.88 | $100.00 | $145.88 |

PREPAYMENT: If you pay off the Loan early, you will not have to pay a penalty.

SECURITY INTEREST: Your ACH authorization is security for this loan.

See the Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment penalties.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Itemization of Amount Financed:**

Amount given to you directly (not to exceed $5,000.00):                     $100.00

**PROMISE TO PAY:** You promise to pay to the order of Lender or any registered assignee of this Agreement the principal sum of $100.00 plus interest and fees of $45.88.

**DISCLOSURE OF FEE AS FINANCE CHARGE:** Although the fee that we charge you is not interest, the Federal Truth in Lending Act requires that it be included in the finance charge calculation for your loan. For example, on a loan made today in the amount of $300.00, payable in 14 days with interest of 36% per annum and a fee of $105, the Annual Percentage Rate of the finance Charge disclosed by the lender will be 948.48%.

**PAYMENTS:** You promise to pay the amount of the Total of Payments shown above on or before the Payment Due Date. If you have chosen the ACH Debit Authorization option, we will initiate an ACH Debit Entry as provided below. In addition, you agree that we cannot make and have not made the Loan contingent upon your obtaining any other product or service from us or anyone else.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your Loan application. You give us consent to obtain information about you from a consumer reporting agency or other sources. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**ACH AUTHORIZATION TO CREDIT BANK ACCOUNT:** Unless the proceeds of this Agreement are applied to any outstanding loan balance that you may owe to us, you authorize us and our agents to initiate an Automated Clearing House ("ACH") credit entry to your Bank Account to disburse the proceeds of this Loan.

**ACH AUTHORIZATION TO DEBIT BANK ACCOUNT:** Unless you chose to mail to us a check or money order as payment for this Loan, you authorize us, and our agents, successors, employees, and registered assigns to withdraw money from your Bank Account for each payment you owe us, including any returned payment charges and the total amount you owe if you do not pay us when you agreed in this Agreement. You agree we can withdraw money from your Bank Account (called an "ACH Debit Entry") on each scheduled payment date shown on the Payment Schedule above. This right to withdraw money from your Bank Account will remain in full force until the earlier of the following occurs: (i) you pay us everything that you owe us under this Agreement or (ii) you tell us or the institution holding your Bank Account (the "Paying Bank") that we can no longer withdraw money from your Bank Account in enough time to let the Paying

EXHIBIT 9
Page 102

Bank or us stop taking the money out of your Bank Account. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

**NOTICE: NO BORROWER MAY HAVE OUTSTANDING MORE THAN THREE ELECTRONIC DEBIT GUARANTEES AT ANY ONE TIME.**

**TERMINATING ACH DEBIT AUTHORIZATION:**The ACH debit authorization will remain in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Agreement or (ii) you tell us or the Paying Bank that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. Terminating your ACH authorization does not relieve you of your obligation to pay your Loan in full.

**REMOTELY CREATED CHECK AUTHORIZATION:**If you terminate any previous ACH Debit Authorization you provided to us or we do not receive a payment by the Payment Due Date, you authorize us and our agents, successors and assigns to create and submit remotely created checks for payment to us in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed signature below shall constitute your authorization to us to authenticate remotely created checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by remotely created check as needed to repay installments and any other payments due under this Agreement.

**CHECK CONVERSION NOTIFICATION:**When you provide a check as payment, you agree we can either use information from your check to make a one-time electronic withdrawal from your Bank Account or to process the payment as a check transaction. When we use information from your check to make a withdrawal from your Bank Account, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. For questions, please call our customer service phone number: 888-645-4171 .

**PAYMENT APPLICATION:**Lender will apply your payments in the following order: (1) to any fees due, (2) to earned but unpaid interest, and (3) to principal amounts outstanding.

**SECURITY INTEREST DISCLOSURE:**To the extent that your agreement to have us withdraw money from your Bank Account is deemed a security interest under the laws of the La Posta Band of Mission Indians, you hereby grant to us a security interest in such withdrawal authorization using the ACH system.

**PREPAYMENT:**You may prepay all or part of the amount you owe us at any time without penalty.

**REFINANCE POLICY:**Unless otherwise notified, your account will be debited the minimum amount due to refinance this loan for another term.

**RETURNED PAYMENT FEE:**If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also select the ACH Debit authorization. Your financial institution may also impose a fee.

**DEFAULT:**You will have broken the promise you made to us in this Agreement (each a "Default") if: (a) you provide false or misleading information about yourself, your employment, or your financial condition prior to entering into this Agreement, (b) if you fail to make a payment by the due date or if your payment is returned to us for any reason, or (c) if you file bankruptcy or become a debtor under the Federal Bankruptcy Laws.

**CONSEQUENCES OF DEFAULT:**Should you not do the things you agreed to under this Agreement, we may, at our option, do any one or more of the following things: (a) require you to immediately pay us everything you owe us; (b) withdraw money from your Bank Account that was not available when we tried to withdraw it at an earlier time, if you have selected the ACH Debit Authorization; and (c) pursue all legally available means to collect what you owe us In the event we declare all amounts owed under this Agreement immediately due because you did not pay us, then you further authorize us and our agents to withdraw money from your Bank Account in the full amount due under this Agreement, if you have selected the ACH Debit Authorization. By choosing anyone of more of these, we do not give up our right to use another way to collect the money you owe us later. We may decide not to use any of the ways described above to get back the money that you owe us. If so, we do not give up our right to consider what you said you would do to make payment(s) and, if you fail to make those payment(s), we will consider you to be, in Default.

**CREDIT REPORTING:**We may report information about your Loan to credit bureaus. Late payments, missed payments, or other things you do may be reflected on your credit report.

**RIGHT TO CANCEL:**YOU MAY CANCEL THIS LOAN, WITHOUT COST TO YOU OR FURTHER OBLIGATION TO US, BY TELEPHONING TOLL-FREE 888-645-4171 BY 5:00 P.M. PACIFIC TIME ON THE FIRST BANKING DAY AFTER THE EFFECTIVE DATE. YOU CAN CANCEL ONLY IF YOU SEND US BACK THE MONEY FROM THE LOAN WE PUT IN YOUR BANK ACCOUNT, RETURN THE LOAN PROCEEDS CHECK MAILED TO YOU OR WE ARE ABLE TO WITHDRAW THE AMOUNT OF YOUR LOAN FROM YOUR BANK ACCOUNT.

**BORROWER'S BANK CHARGES:**You will not hold us or our agents responsible for any fees you must pay as a result of any check or withdrawal request being presented at your bank in connection with this Agreement.

**DISPUTE RESOLUTION PROCEDURES**

EXHIBIT 9
Page 103

**PLEASE READ THE FOLLOWING PROVISIONS CAREFULLY.**

Any dispute you have with us under this Agreement will be resolved in accordance with the La Posta Band of Mission Indians' Borrower Dispute Resolution procedures.

You acknowledge and agree that by entering into this Agreement:

**(a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

**(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE AND DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**Tribal Dispute Resolution Procedures.**If you have a question or grievance concerning your loan or any aspect of this Agreement, you must first contact us by telephone at 888-645-4171, or in writing at the address on the first page of this Agreement. We will make our best effort to answer your question and/or resolve your grievance. If you are dissatisfied with our response, you must submit a written claim to the Tribal Lending Regulatory Authority, 8 Crestwood Road , Boulevard, California 91905. The claim must be submitted within five (5) business days after you receive our response to your inquiry or grievance, and must describe the dispute along with the relief you are seeking. Claims will be processed by the La Posta Tribal Lending Regulatory Authority or its Claims Administrator in accordance with the La Posta Tribal Lending Regulatory Ordinance. Any party to a dispute that is not satisfied with the decision of the Tribal Lending Regulatory Authority or Claims Administrator may seek review of the decision by the Tribal Council of the La Posta Band of Mission Indians, whose decision will be final and not subject to further review except as provided below.

Any written claim that you file must comply with the procedural and substantive requirements of the laws of the La Posta Band of Mission Indians to be considered. Copies of applicable Tribal laws may be obtained by calling Customer Service at 888-645-4171.

**Appeal to Arbitration.**If you are not satisfied with a final decision of the Tribal Council of the La Posta Band of Mission Indians regarding your claim, you may appeal the decision into arbitration. You shall have the right to select any of the following arbitration organizations to administer the appeal: the American Arbitration Association (1-800-778¬7879) http://www.jamsadr.org; JAMS (1-800-352~5267) http://www.jamsadr.com; or an arbitration organization agreed upon between us. The appeal will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the La Posta Band of Mission Indians or the express terms of this Agreement

**Sovereign Immunity.**The La Posta Band of Mission Indians is a federally recognized Indian tribe that, along with its governmental departments and agencies and economic enterprises, possesses sovereign immunity from unconsented suit. This means that no legal action may be brought against the Tribe in general, or the La Posta Tribal Lending Enterprise in particular, without the consent of the La Posta Band of Mission Indians. The Tribe has waived the sovereign immunity of the La Posta Tribal Lending Enterprise only for the limited purpose of allowing Claims regarding customer Disputes to be brought against us using the procedures described above and in the Regulations of the La Posta Tribal Lending Regulatory Authority, and not for any other purpose or procedure. This limited waiver of sovereign immunity is intended only to benefit customers of the La Posta Tribal Lending Enterprise and no other person or entity, and it limits the relief that may be obtained as a result of any Claim to unobligated assets of the La Posta Tribal Lending Enterprise.

**Other Provisions.**The Dispute Resolution provisions in this Agreement will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. The Dispute Resolution provisions in this Agreement are intended to benefit and be binding upon you, your heirs, successors and assigns. They also benefit and are binding upon us, our successors and assigns, and related third parties. The Dispute Resolution provisions in this Agreement shall continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Dispute Resolution provisions shall survive any termination, amendment, expiration, or performance of any transaction between you and us and continue in full force and effect unless you and we otherwise agree in writing. If any component of these Dispute Resolution provisions is held invalid, the remainder of the provisions shall remain in effect.

**GOVERNING LAW.**This Agreement is governed by the federal law and the laws of the La Posta Band of Mission Indians.

**TELEPHONE CALLS.**You hereby agree that in the event we need to contact you to discuss your account or the repayment of your Loan, we may call you at any number, including any cell phone number you have provided, and that we may leave an autodialed or prerecorded message or use other technology (including, but not limited to, SMS messaging or other text messaging) to contact or to communicate with you.

**VERIFICATION.**You authorize us to verify all of the information you have provided in obtaining approval of this Loan.

**Communication:**We may contact you via e-mail, text message, phone, or postal mail for account status information such as due date reminders, past-due notices, and collection efforts.

Additionally, we may contact you on occasion to notify you of special offers regarding our products and services, as well s offers from our partners regarding different financial products
You may opt out of receiving these communications by calling 1-888-797-6064.

EXHIBIT 9
Page 104

*By electronically signing this Agreement*you certify that the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources. *You acknowledge, represent and warrant that (a) you have read, understand, and agree to all of the terms and conditions of this Agreement, including the disclosures and the Dispute Resolution provisions, (b) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made (c) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, you have selected the ACH Debit Authorization, (d) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (e) this Agreement was filled in before you signed it, and (f) you have the ability to print or retain a completed copy of this Agreement. You further acknowledge that we may withhold funding of your loan until we check to make sure all the information you gave us your application is true and we decide whether you meet our requirements to receive the Loan.*

By electronically signing this Agreement, you authorize us to verify all of the information that you have provided us, including past and/or current information. If there is any missing or erroneous information in or with your loan application regarding your Bank Account (including without limitation your bank, bank routing number per account number), then you authorize us to verify and correct such information. You agree that your ACH Authorization is subject to our approving this Agreement.

By electronically signing this Agreement, you authorize us to effect ACH debit and credit entries for this loan, and also agree to the ACH Authorizations set forth in this Agreement. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of the La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

By: La Posta Tribal Lending Enterprise

Please enter your name as it appears on the loan document (NEHEMIE B███████. This is your digital signature and verifies that you agree to and accept the above terms.

| NEHEMIE | B███████ |
|---------|----------|
| Borrower | 12/05/2018 |
|          | Date |

## CONTRATO DE PRÉSTAMO AL CONSUMIDOR
**Número de préstamo: 19315063**

**La Posta Tribal Lending Enterprise**
**8 Crestwood Road**
**Boulevard, CA 91905**

**INFORMACIÓN DEL PRESTATARIO:**

**Lender: La Posta Tribal Lending Enterprise**

**Fecha de emisión: 12/05/2018**
Esta es la fecha en que firmó y presentó este contrato de préstamo al Prestamista

**Fecha de Vigencia:    12/06/2018**
Fecha en que comienza a pagar intereses sobre el préstamo.

**Fecha de vencimiento del pago final:**

12/14/2018

**Nombre del Prestatario:**

NEHEMIE B██████

**Identificación del Prestatario:**

**Domicilio del Prestatario:**

██████████ FL 33415

**Banco y Número de Cuenta del Prestatario para Transferencias ACH (la "Cuenta Bancaria")**
WELLS FARGO BANK

Este Contrato de préstamo (el "Contrato") está sujeto a las leyes y la jurisdicción de **La Posta Band of Mission Indians**. En este Contrato, los términos "usted" y "su" se refieren al Prestatario identificado arriba. Los términos "nosotros", "nos", "nuestro" y "Prestamista" se refieren a **La Posta Tribal Lending Enterprise**, prestamista autorizado para desarrollar actividades comerciales de conformidad con las leyes de La Posta Band of Mission Indians. El término "Préstamo" se refiere a este préstamo al consumidor. Con la firma de este Contrato, por la presente usted acepta y consiente en obligarse por los términos y condiciones de este Contrato, consiente a la jurisdicción de **La Posta Band of Mission Indians** respecto a su competencia material y sobre la persona y acepta, asimismo, que ninguna ley o reglamentación estatal se aplicará a este Contrato, su cumplimiento o interpretación.

**DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS:** Las siguientes declaraciones informativas se brindan para que usted pueda comparar el costo de este préstamo con otros productos crediticios que podría obtener. La inclusión por nuestra parte de estas declaraciones no significa que nosotros, o algún titular subsiguiente de este Contrato, otorguemos nuestro consentimiento a la aplicación de las leyes del estado sobre nosotros, el préstamo o este Contrato.

EXHIBIT 9
Page 105

## DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS

| TASA PORCENTUAL ANUAL Costo del crédito como una tasa anual | CARGO POR FINANCIAMIENTO Suma en dinero que le costará el crédito | Cantidad Financiada Suma del crédito entregada a usted o en su nombre | Total de Pagos Suma que habrá pagado después de efectuar todos los pagos programados |
|---|---|---|---|
| 1860.69% | $45.88 | $100.00 | $145.88 |

PAGO ANTICIPADO:Si usted paga por completo el Préstamo por anticipado no deberá pagar una penalidad.

INTERÉS DE GARANTÍA: Su Autorización de la ACH es la garantía de este préstamo.

Vea en el Contrato de Préstamo información adicional acerca de falta de pago, incumplimiento, reintegro íntegro requerido antes de la fecha programada y penalidades por pago anticipado.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Detalle de la Cantidad Financiada:**

Suma entregada directamente a usted (no puede exceder $5,000.00):        $100.00

**PROMESA DE PAGO:**Usted se compromete a pagar a la orden del Prestamista, o de un cesionario registrado de este Contrato, la suma de capital de $100.00 con más los intereses y cargos de $45.88.

**DECLARACIÓN INFORMATIVA DE CUOTA COMO CARGO EN CONCEPTO DE FINANCIAMIENTO:**Pese a que el cargo que le cobramos no es en concepto de intereses, la Ley Federal de Veracidad en los Préstamos exige que se incluya en el cálculo de los cargos por financiamiento de su préstamo. Por ejemplo, para un préstamo otorgado hoy por la suma de $300.00, pagadero en 14 días con 36% de interés anual y una cuota de $105, la Tasa Porcentual Anual del Cargo por financiamiento declarado por el prestamista será de 948.48%.

**PAGOS:** Usted promete pagar la suma correspondiente al Total de Pagos indicada arriba en la Fecha de Vencimiento de Pago o antes de ese día. Si eligió la opción de Autorización de Débito ACH, iniciaremos un Asiento de Débito ACH como se indica abajo. Además, usted acepta que nosotros no podremos supeditar el Préstamo a que usted obtenga algún otro producto o servicio de nosotros o de un tercero y que no hemos supeditado el Préstamo a eso.

**VERIFICACIÓN:**Usted nos autoriza a verificar la información que nos proporciona en relación con su solicitud de Préstamo. Usted nos otorga su consentimiento para que obtengamos información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. Nos reservamos el derecho de retener la entrega de fondos de este Préstamo, en cualquier momento antes de su desembolso, para permitirnos verificar la información que usted nos proporcionó.

**AUTORIZACIÓN DE ACH PARA ABONAR EN LA CUENTA BANCARIA:**A menos que los productos de este Contrato se apliquen al saldo de un préstamo pendiente que usted podría adeudarnos, usted nos autoriza y autoriza a nuestros agentes a iniciar un asiento de crédito de la Cámara de Compensación Automática ("ACH", por sus siglas en inglés) a su Cuenta Bancaria para desembolsar los recursos de este Préstamo.

**AUTORIZACIÓN DE ACH PARA DEBITAR LA CUENTA BANCARIA:**A menos que usted decida enviarnos por correo un cheque o giro postal por concepto de pago por este Préstamo, usted nos autoriza y autoriza a nuestros agentes, sucesores, empleados y cesionarios registrados, a retirar dinero de su Cuenta Bancaria para cada pago que nos adeuda, incluidos todos los cargos por pagos devueltos y la suma total que nos adeuda si usted no nos paga cuando lo acordó en este Contrato. Usted acepta que podremos retirar dinero de su Cuenta Bancaria (denominado "Asiento de Débito ACH") en cada fecha de pago programada indicada en el Programa de Pagos arriba. Este derecho a retirar dinero de su Cuenta Bancaria se mantendrá en pleno efecto hasta lo que ocurra primero de los siguientes: (i) usted nos pague el total de lo que nos adeuda en virtud de este Contrato o (ii) usted nos indica o indica a la institución que administra su Cuenta Bancaria (el "Banco Pagador") que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. Usted reconoce y acuerda que esa Autorización de ACH para Debitar la Cuenta Bancaria redunda en el beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios registrados.

**AVISO: NINGÚN PRESTATARIO PUEDE TENER PENDIENTES DE PAGO MÁS DE TRES DÉBITOS GARANTIZADOS ELECTRÓNICOS EN NINGÚN MOMENTO DADO.**

**REVOCACIÓN DE LA AUTORIZACIÓN DE DÉBITO DE ACH :**La autorización de débito de ACH se mantendrá con plena vigencia y efecto hasta lo que ocurra primero de los siguientes: (i) usted satisface todas sus obligaciones de pago en virtud de este C... (ii)

Case 2:20-cv-00840-JAD-NJK   Document 65-10   Filed 07/20/20   Page 17 of 29

usted nos indica o indica al Banco Pagador que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. El hecho de revocar su autorización de la ACH no le exime a usted de su obligación de pagar su Préstamo por completo.

**AUTORIZACIÓN DE LETRA A LA VISTA:**Si usted revoca una Autorización de Débito ACH que nos brindó anteriormente o nosotros no recibimos un pago antes de la Fecha de Vencimiento de Pago, usted nos autoriza y autoriza a nuestros agentes, sucesores y cesionarios a crear y presentar letras a la vista pagaderas a nosotros por la suma de cada pago adeudado de conformidad con este Contrato, incluidos todos los cargos por pagos devueltos u otras sumas adeudadas a nosotros al aplicarse el pago anticipado de este Préstamo como resultado de su Incumplimiento. Su firma escrita abajo constituye su autorización para que nosotros autentiquemos letras a la vista, que también se conocen por el nombre de giros a la vista, telecheques o cheques electrónicos, giros previamente autorizados o giros físicos. Si usted considera que cobramos su Cuenta Bancaria de una manera no contemplada en esta autorización, comuníquese con nosotros. Usted nos autoriza a modificar la suma de todos los pagos previamente autorizados mediante con letras a la vista según sea necesario para reintegrar los pagos a plazos y todos los restantes pagos adeudados en virtud de este Contrato.

**NOTIFICACIÓN DE CONVERSIÓN DE CHEQUES:**Cuando usted entrega un cheque como pago, acepta que nosotros podremos utilizar la información de su cheque para realizar un retiro electrónico por única vez de su Cuenta Bancaria o para procesar el pago como una transacción con cheque. Cuando utilizamos información de su cheque para realizar un retiro de su Cuenta Bancaria, los fondos de su Cuenta Bancaria pueden retirarse tan pronto como el mismo día que recibimos su pago y su institución financiera no le enviará el cheque que usted emitió. Si necesita información adicional, comuníquese por teléfono al número de nuestro Servicio de atención al cliente: 888-645-4171.

**APLICACIÓN DE LOS PAGOS:**El Prestamista aplicará sus pagos en el orden siguiente: (1) a los cargos y cuotas adeudados, (2) a los intereses acumulados pero pendientes de pago y (3) a las sumas de capital pendientes de pago.

**DECLARACIÓN INFORMATIVA SOBRE INTERÉS DE GARANTÍA:**En la medida que su aceptación de que nosotros retiremos dinero de su Cuenta Bancaria se considera un interés de garantía conforme a las leyes de La Posta Band of Mission Indians, por la presente usted nos otorga un interés de garantía en esa autorización de retiro con el sistema ACH.

**PAGO ANTICIPADO:**Usted puede pagar en forma anticipada la totalidad o una parte de la suma que nos adeuda, en cualquier momento, sin penalidad.

**POLÍTICA DE REFINANCIAMIENTO:**A menos que se le notifique de otra manera, se debitará en su cuenta la cantidad adeudada mínima para refinanciar este préstamo por otro período.

**CARGO POR PAGO DEVUELTO:**Si algún pago que usted realiza de este Préstamo no es atendido o no puede ser procesado por la razón que sea, incluido si su Cuenta Bancaria carece del dinero suficiente, usted acepta pagarnos un cargo de $25.00. Usted nos autoriza y autoriza a nuestros agentes a realizar un retiro por única vez de su Cuenta Bancaria para cobrar ese cargo si también seleccionó la Autorización de Débito ACH. Su institución financiera también podría imponer un cargo correspondiente.

**INCUMPLIMIENTO:**Usted habrá incumplido la promesa que nos hizo en este Contrato (cada una de las siguientes será considerada un "Incumplimiento") si: (a) suministra información falsa o engañosa sobre sí mismo, su empleo o su situación financiera antes de celebrar este contrato, (b) usted no efectúa un pago antes de la fecha de vencimiento o sí, por la razón que sea, su pago nos es devuelto o bien, (c) usted se declara en bancarrota o pasa a ser considerado deudor en virtud de las Leyes Federales de Bancarrota.

**CONSECUENCIAS DEL INCUMPLIMIENTO:**Si usted no procede del modo acordado conforme a este Contrato, nosotros podremos, a nuestra opción, actuar de una o más de las siguientes maneras: (a) exigirle que nos pague de inmediato la totalidad de lo que nos adeuda; (b) retirar dinero de su Cuenta Bancaria que no estaba disponible cuando intentamos retirarla en una oportunidad anterior, si usted seleccionó la Autorización de Débito ACH y (c), por todos los medios legales disponibles, emprender acciones para cobrar lo que nos adeuda en el caso de que declaremos que todas las sumas adeudadas conforme a este Contrato son exigibles de inmediato en virtud de que usted no nos pagó, y entonces usted también nos autoriza y autoriza a nuestros agentes a retirar dinero de su Cuenta Bancaria por el total de la cantidad exigible conforme a este Contrato, si seleccionó la Autorización de Débito ACH. Si elegimos alguna o más de estas alternativas, no renunciamos a nuestro derecho a utilizar posteriormente algún otro método para cobrar el dinero que usted nos adeuda. Podremos tomar la decisión de no emplear ninguno de los métodos detallados arriba para recuperar el dinero que usted nos adeuda. En ese caso, no renunciamos a nuestro derecho de considerar lo que usted manifestó que haría para efectuar los pagos y, si usted no efectúa esos pagos, consideraremos que usted está en estado de Incumplimiento.

**INFORMES CREDITICIOS:** Podremos hacer llegar información acerca de su Préstamo a agencias de informes crediticios. Los pagos atrasados, los pagos no efectuados u otros hechos con respecto a usted podrían constar en su informe crediticio.

**DERECHO DE CANCELACIÓN Y DEJAR SIN EFECTO EL PRÉSTAMO:**USTED PUEDE CANCELAR Y DEJAR SIN EFECTO EL PRÉSTAMO, SIN COSTO PARA USTED O SIN MÁS OBLIGACIÓN PARA CON NOSOTROS, CON SOLO COMUNICARSE POR TELÉFONO GRATIS AL 888-645-4171 ANTES DE LAS 5:00 P.M. HORA DEL PACÍFICO, EL PRIMER DÍA LABORABLE BANCARIO POSTERIOR A LA FECHA DE VIGENCIA. USTED PUEDE CANCELARLO Y DEJARLO SIN EFECTO SOLO SI NOS DEVUELVE EL DINERO DEL PRÉSTAMO QUE TRANSFERIMOS A SU CUENTA BANCARIA, REGRESA EL CHEQUE DE FONDOS DEL PRÉSTAMO ENVIADO A USTED POR CORREO O SI NOSOTROS SOMOS CAPACES DE RETIRAR DE SU CUENTA BANCARIA LOS FONDOS DE SU PRÉSTAMO.

**CARGOS BANCARIOS DEL PRESTATARIO:**Usted no nos responsabilizará ni responsabilizará a nuestros agentes por los cargos o cuotas que deba pagar como resultado de la presentación de un cheque o una solicitud de retiro en su banco en relación con este Contrato.

**PROCEDIMIENTOS DE RESOLUCIÓN DE CONTROVERSIAS**

**LEA ATENTAMENTE LAS SIGUIENTES DISPOSICIONES.**

EXHIBIT 9
Page 107

Toda controversia que pudiera tener con nosotros en virtud de este Contrato será resuelta de conformidad con los procedimientos de Resolución de Controversias del Prestatario de La Posta Band of Mission Indians.

Usted reconoce y acepta que al firmar este Contrato:

**(a) USTED RENUNCIA A SU DERECHO A TENER UN JUICIO POR JURADO PARA RESOLVER UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS; y**

**(b) USTED RENUNCIA A SU DERECHO A QUE UN TRIBUNAL RESUELVA UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS.**

**Procedimientos de Resolución de Controversias de la Tribu.**Si usted tiene una pregunta o un conflicto con respecto a su préstamo o algún aspecto de este Contrato, en primer lugar deberá comunicarse por teléfono con nosotros al 888-645-4171 o bien, por escrito al domicilio indicado en la primera página de este Contrato. Haremos todo lo que esté a nuestro alcance para responder su pregunta o resolver su conflicto. Si no está satisfecho con nuestra respuesta, deberá presentar una reclamación por escrito a Tribal Lending Regulatory Authority, 8 Crestwood Road , Boulevard, California 91905. La reclamación deberá ser presentada en los primeros cinco (5) días hábiles después de que usted reciba nuestra respuesta a su consulta o conflicto y deberá describir el conflicto así como la reparación que reclama. La Posta Tribal Lending Regulatory Authority o su Administrador de Reclamaciones procesará las reclamaciones de conformidad con La Posta Tribal Lending Regulatory Ordinance (Ordenanza Normativa de La Posta Tribal Lending). Las partes de una controversia que no están satisfechas con la decisión de Tribal Lending Regulatory Authority o su Administrador de Reclamaciones puede solicitar la revisión de la decisión del Consejo Tribal de La Posta Band of Mission Indians, cuya decisión será definitiva y no estará sujeta a revisiones posteriores, salvo como se dispone abajo

Para que sea considerada, toda reclamación por escrito que usted presente deberá cumplir los requisitos de procedimiento y materiales de las leyes de La Posta Band of Mission Indians. Puede solicitar copias de las leyes tribales vigentes con solo comunicarse por teléfono al Servicio de atención al cliente al 888-645-4171.

**Recurso de Arbitraje.**Si usted no está satisfecho con una decisión definitiva del Consejo Tribal de La Posta Band of Mission Indians con respecto a su reclamación, puede apelar la decisión y someterla a arbitraje. Usted tiene derecho a seleccionar alguna de las siguientes organizaciones de arbitraje para administrar la apelación: American Arbitration Association (1-800-778-7879) http://www.jamsadr.org; JAMS (1-800-352-5267) http://www.jamsadr.com; o una organización arbitral acordada entre nosotros. La apelación estará regida por las normas y los procedimientos vigentes de la organización arbitral elegida para controversias al consumidor, en la medida que tales normas y procedimientos no contradigan las leyes de La Posta Band of Mission Indians o los términos y condiciones explícitos del presente Contrato.

**Inmunidad Soberana.**La Posta Band of Mission Indians es una tribu india reconocida por el gobierno federal que, junto con sus departamentos y agencias gubernamentales y empresas económicas, posee inmunidad soberana en cuanto a demandas iniciadas sin su consentimiento. Esto significa que no puede presentarse ninguna demanda judicial en contra de la Tribu en general o de La Posta Tribal Lending Enterprise en particular, sin el consentimiento de La Posta Band of Mission Indians. La Tribu ha renunciado a la inmunidad soberana de La Posta Tribal Lending Enterprise solo para el fin determinado de permitir la presentación en contra de nosotros de Reclamaciones con respecto a Controversias de clientes utilizando los procedimientos detallados arriba y en los Reglamentos de La Posta Tribal Lending Regulatory Authority y no para algún otro fin o procedimiento. Esta renuncia limitada de inmunidad soberana tiene el solo objeto de beneficiar a los clientes de La Posta Tribal Lending Enterprise y a ninguna otra persona o entidad y limita la reparación que podría obtenerse como resultado de una Reclamación sin cargas de La Posta Tribal Lending Enterprise.

**Otras Disposiciones.**Las disposiciones para Resolución de Controversias en este Contrato seguirán vigentes después de: (i) la terminación o los cambios en este Contrato, la Cuenta o la relación entre nosotros con respecto a la Cuenta; (ii) la bancarrota de una de las partes y (iii) la transferencia, venta o cesión a alguna persona o entidad de mi Pagaré, o de las sumas adeudadas en mi cuenta. Las disposiciones para Resolución de Controversias en este Contrato tienen por objeto redundar en beneficio de usted, sus herederos, sucesores y cesionarios y tienen carácter vinculante con todos ellos. También son vinculantes y redundarán en beneficio de nosotros, nuestros sucesores, cesionarios y terceros relacionados. Las disposiciones para Resolución de Controversias en este Contrato continuarán con plena vigencia y efecto, aun cuando sus obligaciones hubieran sido pagadas o rehabilitadas por bancarrota. Las disposiciones para Resolución de Controversias seguirán vigentes después de la terminación, modificación, caducidad o cumplimiento de todas las transacciones entre usted y nosotros a menos que lo acordemos de alguna otra manera por escrito. Si alguna parte de estas disposiciones para Resolución de Controversias se considera no válida, las restantes disposiciones continuarán vigentes.

**LEYES VIGENTES.**Este Contrato está regido por las leyes federales y las leyes de La Posta Band of Mission Indians.

**LLAMADAS POR TELÉFONO.**Por la presente, usted acepta que en caso de que necesitemos comunicarnos con usted con respecto a su cuenta o por el reintegro de su Préstamo, podremos llamarle por teléfono a los números, incluidos los números de teléfono celular, que nos suministró y que podremos dejar grabado un mensaje de marcado automático o pregrabado o bien, emplear otra tecnología, como por ejemplo, el sistema de mensajes SMS u otro tipo de mensaje de texto, para ponernos en contacto o comunicarnos con usted.

**VERIFICACIÓN.**Usted nos autoriza a verificar toda la información que nos suministró para obtener la aprobación de este Préstamo.

**Comunicaciones:**Podremos comunicarnos con usted por correo electrónico, mensajes de texto, teléfono o correo postal para brindarle información sobre el estado de cuenta, como por ejemplo, recordatorios de fechas de vencimiento, avisos de morosidad o iniciativas de cobro.

Además, podremos comunicarnos con usted de vez en cuando a efectos de notificarle sobre ofertas especiales relativas a nuestros productos y servicios, así como ofertas de nuestros asociados relativas a diferentes productos financieros. Usted puede cancelar la

Page 108

voluntariamente de recibir estas comunicaciones con solo llamar al 1-888-645-4171.
You may opt out of receiving these communications by calling 1-888-645-4171.

***Con su firma electrónica en este Contrato*** usted certifica que la información proporcionada en relación con este Contrato es veraz y correcta. Usted nos autoriza a verificar la información proporcionada en relación con este Contrato y nos da su autorización para obtener información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. ***Usted reconoce, declara y asegura que (a) leyó, comprendió y aceptó todos los términos y condiciones de este Contrato, incluidas las declaraciones informativas y disposiciones para Resolución de Conflictos, (b) este Contrato contiene todos los términos y condiciones del contrato entre usted y nosotros y que no se realizaron declaraciones o promesas diferentes de las que contiene este Contrato, (c) usted específicamente autoriza los retiros de su Cuenta Bancaria y los depósitos a su Cuenta Bancaria como se describen en este Contrato y que seleccionó la Autorización de Débito ACH, (d) usted no es deudor en ningún procedimiento de Bancarrota y no tiene ninguna intención de presentar una solicitud de declaración de quiebra acogiéndose a ningún capítulo del United States Bankruptcy Code (Código de Concursos y Quiebras de los Estados Unidos), (e) este Contrato fue completado ante usted antes de que usted lo firmara y (f) usted es capaz de imprimir o conservar un ejemplar llenado de este Contrato. Usted asimismo acepta que podremos retener los fondos de su préstamo hasta que nos aseguremos de que toda la información que nos proporcionó en su solicitud es veraz y decidamos si usted satisface nuestros requisitos para recibir el Préstamo.***

Con su firma electrónica en este Contrato, usted nos autoriza a verificar toda la información que nos proporcionó, incluida información pasada o actual. Si falta información en su solicitud de préstamo o adjunta a ella, o si su solicitud de préstamo o los documentos adjuntos a ella contienen información errónea con respecto a su Cuenta Bancaria (incluido, sin limitaciones, su banco o el código numérico interbancario por número de cuenta), entonces usted nos autoriza a verificar y corregir esa información. Usted acepta que su Autorización ACH está sujeta a la aprobación de este Contrato por nuestra parte.

Con su firma electrónica en este Contrato, usted nos autoriza a realizar asientos de débito y crédito ACH para este préstamo y también acepta las Autorizaciones ACH estipuladas en este Contrato. Usted reconoce y acepta que esa Autorización ACH para Cargar la Cuenta Bancaria redunda en beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios registrados.

Por: La Posta Tribal Lending Enterprise

Escriba su nombre, como consta en el documento de préstamo (NEHEMIE B██████). Esta es su firma digital y confirma que usted conviene en los términos y condiciones estipulados arriba y los acepta.

NEHEMIE
B█████
███████   12/05/2018
Prestatario   Fecha

 Virus-free. www.avg.com

On Thu, Feb 28, 2019 at 8:29 AM Nehemie B██████ gmail.com> wrote:
Stop taking money out of my account. I only borrowed 100 why are u still taking money from my account

On Wed, Dec 5, 2018, 12:46 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
BECAUSE IT IS AN INDIAN TIME LOAN AND THEY ARE DUE BY THE NEXT PAYDATE.
JUSTIN
60286

 Virus-free. www.avg.com

On Wed, Dec 5, 2018 at 9:42 AM Nehemie B██████ gmail.com> wrote:
Why the payback so soon?

On Wed, Dec 5, 2018, 12:41 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com wrote:
Your loan is Approved for $100.00! The fee on that is $45.88 which will be due on 12/14/18.....All that is required to fund the account is your electronic signature, Log onto our website

WWW.MYGBO.COM

Type your email address in all CAPS. Password is the first name only in lower case (small) letters. Click login. Click the big yellow/green $ sign on top right. Click here to continue to E-signs. That will take you to your contract. Scroll down to the bottom of the page. Find the military disclosure. Check the box that applies. Below that check the box by the red arrow : "I have read and I agree to the terms of the loan". Type first and last name. Click "I accept". Congratulations and your funds will be available next business day!

Payback options :

*ROLLOVER = (You can rollover your loan by just paying the fee on the loan that is only the financial fees and it doesn't goes towards the loan only extends it)

*BUYDOWN = (You can add more money to your financial fee to bring the principal of your loan down )

*PAYOFF = (You can pay off your loan when ever you like * it includes the fee plus your loan amount )

EXHIBIT 9
Page 109

Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the rollover option do not go towards your loan. You can rollover for months and not pay off on your loan.
Thank you! and Have a Great Day.

Customer Service Representative
JUSTIN
60286

 Virus-free. www.avg.com

---

GENTLE BREEZE <gentlebreezeonlinefund@gmail.com>                        Thu, Feb 28, 2019 at 9:17 AM
To: Nehemie B          gmail.com>

OK I DO UNDERSTAND.
PLEASE SEND A REVOKE AUTHORIZATION VIA EMAIL AND I CAN GET IT PLACED ON THE ACCOUNT AND THAT WILL STOP ALL FUTURE DEBITS.
I DID ENCLOSE AN EXAMPLE OF WHAT WE MUST RECEIVE THANK YOU.
JUSTIN
60286
2065

To Whom It May Concern:


Please stop taking automatic payments from my bank account for payments to my account with your company. My account number with your company is [.xxx-xxxx]. I am writing to inform you that I am revoking authorization for you to debit my account via electronic funds transfer:

 Virus-free. www.avg.com

On Thu, Feb 28, 2019 at 9:09 AM Nehemie B         gmail.com> wrote:
  Are u fucking kidding me! You people already took over 200$. Stop taking money out of my account

  On Thu, Feb 28, 2019, 12:06 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
  I DO SINCERELY APOLOGIZE.
  THATS WHY I AM ALWAYS SURE TO INCLUDE THE EXACT STRUCTURE OF THE LOAN INSIDE THE E-SIGN STEPS.
  WE COULD DEBIT THE 100$ ON MONDAY MARCH 4TH AND YOUR ACCOUNT WOULD BE PAID IN FULL.
  JUSTIN
  60286
  2065

  AGAIN I DO APOLOGIZE

   Virus-free. www.avg.com

  On Thu, Feb 28, 2019 at 9:02 AM Nehemie B       gmail.com> wrote:
  Are u fucking kidding me? That's bullshit and a scam. That's taking advantage of people who are already struggling

    On Thu, Feb 28, 2019, 12:01 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
    YES BECAUSE YOU MUST CALL IN AND DO EITHER A BUYDOWN OR A PAYOFF WHICH IS A PAYMENT LARGER THAN JUST THE FEE AMOUNT.
    IF YOU ARE ONLY PAYING THE FEE NOTHING IS BEING APPLIED TORWARD PRINCIPAL.
    JUSTIN
    60286
    2065

     Virus-free. www.avg.com

    On Thu, Feb 28, 2019 at 8:59 AM Nehemie B       gmail.com> wrote:
    You guys have taken more than the agreement, over 200 has been taken

      On Thu, Feb 28, 2019, 11:45 AM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
      CONSUMER LOAN AGREEMENT
      I ENCLOSED YOUR CONTRACT, YOU HAVE TO CALL IN ATLEAST THREE AYS BEFORE
      YOUR DUE DATE TO PAY OFF THE LOAN OR TO SETUP A BUYDOWN.
      AS WAS ALSO ENCLOSED IN THE E-SIGN STEPS.
      Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the
      rollover option do not go towards your loan. You can rollover for months and not pay off on your loan.

**CONSUMER LOAN AGREEMENT**

**Loan Number: 19315063**

EXHIBIT 9
Page 110

**La Posta Tribal Lending Enterprise**
8 Crestwood Road
Boulevard, CA 91905

**BORROWER'S INFORMATION:**

**Lender: La Posta Tribal Lending Enterprise**

**Origination Date: 12/05/2018**
This is the date you signed and submitted this loan agreement to the Lender

**Effective Date: 12/06/2018**
The date you begin to pay interest on the loan.

**Final Payment Due Date:**

12/14/2018

**Borrower's Name:**
NEHEMIE B█

**Borrower's ID:**
█████

**Borrower's Address:**
█████ FL 33415

**Borrower's Bank and Account Number for ACH Transfers (the "Bank Account")**
WELLS FARGO BANK
█████

This loan Agreement (the "Agreement") is subject to the laws and jurisdiction of the **La Posta Band of Mission Indians**. In this Agreement, "you" and "your" refer to the Borrower identified above. "We", "us", "our", and "Lender" refer to **La Posta Tribal Lending Enterprise**, a lender authorized to do business under the laws of the La Posta Band of Mission Indians. "Loan" means this consumer loan. By executing this Agreement, you hereby acknowledge and consent to be bound to the terms of this Agreement; consent to the subject matter and personal jurisdiction of the **La Posta Band of Mission Indians**, and further agree that no state law or regulations will apply to this Agreement, its enforcement or interpretation.

**TRUTH IN LENDING DISCLOSURES:** The disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain. Our inclusion of these disclosures does not mean that we or any subsequent holder of this Agreement consent to application of state law to us, to the loan, or this Agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to your or on your behalf | Total Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 1860.69% | $45.88 | $100.00 | $145.88 |

PREPAYMENT: If you pay off the Loan early, you will not have to pay a penalty.

SECURITY INTEREST: Your ACH authorization is security for this loan.

See the Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment penalties.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Itemization of Amount Financed:**

Amount given to you directly (not to exceed $5,000.00):      $100.00

**PROMISE TO PAY:** You promise to pay to the order of Lender or any registered assignee of this Agreement the principal sum of $100.00 plus interest and fees of $45.88.

**DISCLOSURE OF FEE AS FINANCE CHARGE:** Although the fee that we charge you is not interest, the Federal Truth in Lending Act requires that it be included in the finance charge calculation for your loan. For example, on a loan made today in the amount of $300.00, payable in 14 days with interest of 36% per annum and a fee of $105, the Annual Percentage Rate of the finance Charge disclosed by the lender will be 948.48%.

**PAYMENTS:** You promise to pay the amount of the Total of Payments shown above on or before the Payment Due Date. If you have chosen the ACH Debit Authorization option, we will initiate an ACH Debit Entry as provided below. In addition, you agree that we cannot make and have not made the Loan contingent upon your obtaining any other product or service from us or anyone else.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your Loan application. You give us consent to obtain information about you from a consumer reporting agency or other sources. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

EXHIBIT 9
Page 111

**ACH AUTHORIZATION TO CREDIT BANK ACCOUNT:**Unless the proceeds of this Agreement are applied to any outstanding loan balance that you may owe to us, you authorize us and our agents to initiate an Automated Clearing House ("ACH") credit entry to your Bank Account to disburse the proceeds of this Loan.

**ACH AUTHORIZATION TO DEBIT BANK ACCOUNT:**Unless you chose to mail to us a check or money order as payment for this Loan, you authorize us, and our agents, successors, employees, and registered assigns to withdraw money from your Bank Account for each payment you owe us, including any returned payment charges and the total amount you owe if you do not pay us when you agreed in this Agreement. You agree we can withdraw money from your Bank Account (called an "ACH Debit Entry") on each scheduled payment date shown on the Payment Schedule above. This right to withdraw money from your Bank Account will remain in full force until the earlier of the following occurs: (i) you pay us everything that you owe us under this Agreement or (ii) you tell us or the institution holding your Bank Account (the "Paying Bank") that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

**NOTICE: NO BORROWER MAY HAVE OUTSTANDING MORE THAN THREE ELECTRONIC DEBIT GUARANTEES AT ANY ONE TIME.**

**TERMINATING ACH DEBIT AUTHORIZATION:**The ACH debit authorization will remain in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Agreement or (ii) you tell us or the Paying Bank that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. Terminating your ACH authorization does not relieve you of your obligation to pay your Loan in full.

**REMOTELY CREATED CHECK AUTHORIZATION:**If you terminate any previous ACH Debit Authorization you provided to us or we do not receive a payment by the Payment Due Date, you authorize us and our agents, successors and assigns to create and submit remotely created checks for payment to us in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed signature below shall constitute your authorization to us to authenticate remotely created checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by remotely created check as needed to repay installments and any other payments due under this Agreement.

**CHECK CONVERSION NOTIFICATION:**When you provide a check as payment, you agree we can either use information from your check to make a one-time electronic withdrawal from your Bank Account or to process the payment as a check transaction. When we use information from your check to make a withdrawal from your Bank Account, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. For questions, please call our customer service phone number: 888-645-4171 .

**PAYMENT APPLICATION:**Lender will apply your payments in the following order: (1) to any fees due, (2) to earned but unpaid interest, and (3) to principal amounts outstanding.

**SECURITY INTEREST DISCLOSURE:**To the extent that your agreement to have us withdraw money from your Bank Account is deemed a security interest under the laws of the La Posta Band of Mission Indians, you hereby grant to us a security interest in such withdrawal authorization using the ACH system.

**PREPAYMENT:**You may prepay all or part of the amount you owe us at any time without penalty.

**REFINANCE POLICY:**Unless otherwise notified, your account will be debited the minimum amount due to refinance this loan for another term.

**RETURNED PAYMENT FEE:**If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also select the ACH Debit authorization. Your financial institution may also impose a fee.

**DEFAULT:**You will have broken the promise you made to us in this Agreement (each a "Default") if: (a) you provide false or misleading information about yourself, your employment, or your financial condition prior to entering into this Agreement, (b) if you fail to make a payment by the due date or if your payment is returned to us for any reason, or (c) if you file bankruptcy or become a debtor under the Federal Bankruptcy Laws.

**CONSEQUENCES OF DEFAULT:**Should you not do the things you agreed to under this Agreement, we may, at our option, do any one or more of the following things: (a) require you to immediately pay us everything you owe us; (b) withdraw money from your Bank Account that was not available when we tried to withdraw it at an earlier time, if you have selected the ACH Debit Authorization; and (c) pursue all legally available means to collect what you owe us in the event we declare all amounts owed under this Agreement immediately due because you did not pay us, then you further authorize us and our agents to withdraw money from your Bank Account in the full amount due under this Agreement, if you have selected the ACH Debit Authorization. By choosing anyone of more of these, we do not give up our right to use another way to collect the money you owe us later. We may decide not to use any of the ways described above to get back the money that you owe us. If so, we do not give up our right to consider what you said you would do to make payment(s) and, if you fail to make those payment(s), we will consider you to be, in Default.

**CREDIT REPORTING:**We may report information about your Loan to credit bureaus. Late payments, missed payments, or other things you do may be reflected on your credit report.

EXHIBIT 9
Page 112

**RIGHT TO CANCEL:**YOU MAY CANCEL THIS LOAN, WITHOUT COST TO YOU OR FURTHER OBLIGATION TO US, BY TELEPHONING TOLL-FREE 888-645-4171 BY 5:00 P.M. PACIFIC TIME ON THE FIRST BANKING DAY AFTER THE EFFECTIVE DATE. YOU CAN CANCEL ONLY IF YOU SEND US BACK THE MONEY FROM THE LOAN WE PUT IN YOUR BANK ACCOUNT, RETURN THE LOAN PROCEEDS CHECK MAILED TO YOU OR WE ARE ABLE TO WITHDRAW THE AMOUNT OF YOUR LOAN FROM YOUR BANK ACCOUNT.

**BORROWER'S BANK CHARGES:**You will not hold us or our agents responsible for any fees you must pay as a result of any check or withdrawal request being presented at your bank in connection with this Agreement.

**DISPUTE RESOLUTION PROCEDURES**

**PLEASE READ THE FOLLOWING PROVISIONS CAREFULLY.**

Any dispute you have with us under this Agreement will be resolved in accordance with the La Posta Band of Mission Indians' Borrower Dispute Resolution procedures.

You acknowledge and agree that by entering into this Agreement:

**(a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

**(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE AND DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**Tribal Dispute Resolution Procedures.**If you have a question or grievance concerning your loan or any aspect of this Agreement, you must first contact us by telephone at 888-645-4171, or in writing at the address on the first page of this Agreement. We will make our best effort to answer your question and/or resolve your grievance. If you are dissatisfied with our response, you must submit a written claim to the Tribal Lending Regulatory Authority, 8 Crestwood Road , Boulevard, California 91905. The claim must be submitted within five (5) business days after you receive our response to your inquiry or grievance, and must describe the dispute along with the relief you are seeking. Claims will be processed by the La Posta Tribal Lending Regulatory Authority or its Claims Administrator in accordance with the La Posta Tribal Lending Regulatory Ordinance. Any party to a dispute that is not satisfied with the decision of the Tribal Lending Regulatory Authority or Claims Administrator may seek review of the decision by the Tribal Council of the La Posta Band of Mission Indians, whose decision will be final and not subject to further review except as provided below.

Any written claim that you file must comply with the procedural and substantive requirements of the laws of the La Posta Band of Mission Indians to be considered. Copies of applicable Tribal laws may be obtained by calling Customer Service at 888-645-4171.

**Appeal to Arbitration.**If you are not satisfied with a final decision of the Tribal Council of the La Posta Band of Mission Indians regarding your claim, you may appeal the decision into arbitration. You shall have the right to select any of the following arbitration organizations to administer the appeal: the American Arbitration Association (1-800-778¬7879) http://www.jamsadr.org; JAMS (1-800-352~5267) http://www.jamsadr.com; or an arbitration organization agreed upon between us. The appeal will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the La Posta Band of Mission Indians or the express terms of this Agreement

**Sovereign Immunity.**The La Posta Band of Mission Indians is a federally recognized Indian tribe that, along with its governmental departments and agencies and economic enterprises, possesses sovereign immunity from unconsented suit. This means that no legal action may be brought against the Tribe in general, or the La Posta Tribal Lending Enterprise in particular, without the consent of the La Posta Band of Mission Indians. The Tribe has waived the sovereign immunity of the La Posta Tribal Lending Enterprise only for the limited purpose of allowing Claims regarding customer Disputes to be brought against us using the procedures described above and in the Regulations of the La Posta Tribal Lending Regulatory Authority, and not for any other purpose or procedure. This limited waiver of sovereign immunity is intended only to benefit customers of the La Posta Tribal Lending Enterprise and no other person or entity, and it limits the relief that may be obtained as a result of any Claim to unobligated assets of the La Posta Tribal Lending Enterprise.

**Other Provisions.**The Dispute Resolution provisions in this Agreement will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. The Dispute Resolution provisions in this Agreement are intended to benefit and be binding upon you, your heirs, successors and assigns. They also benefit and are binding upon us, our successors and assigns, and related third parties. The Dispute Resolution provisions in this Agreement shall continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Dispute Resolution provisions shall survive any termination, amendment, expiration, or performance of any transaction between you and us and continue in full force and effect unless you and we otherwise agree in writing. If any component of these Dispute Resolution provisions is held invalid, the remainder of the provisions shall remain in effect.

**GOVERNING LAW.**This Agreement is governed by the federal law and the laws of the La Posta Band of Mission Indians.

**TELEPHONE CALLS.**You hereby agree that in the event we need to contact you to discuss your account or the repayment of your Loan, we may call you at any number, including any cell phone number you have

EXHIBIT 9
Page 113

provided, and that we may leave an autodialed or prerecorded message or use other technology (including, but not limited to, SMS messaging or other text messaging) to contact or to communicate with you.

**VERIFICATION.**You authorize us to verify all of the information you have provided in obtaining approval of this Loan.

**Communication:**We may contact you via e-mail, text message, phone, or postal mail for account status information such as due date reminders, past-due notices, and collection efforts.

Additionally, we may contact you on occasion to notify you of special offers regarding our products and services, as well s offers from our partners regarding different financial products
You may opt out of receiving these communications by calling 1-888-797-6064.

*By electronically signing this Agreement*you certify that the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources.*You acknowledge, represent and warrant that (a) you have read, understand, and agree to all of the terms and conditions of this Agreement, including the disclosures and the Dispute Resolution provisions, (b) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made (c) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, you have selected the ACH Debit Authorization, (d) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (e) this Agreement was filled in before you signed it, and (f) you have the ability to print or retain a completed copy of this Agreement. You further acknowledge that we may withhold funding of your loan until we check to make sure all the information you gave us your application is true and we decide whether you meet our requirements to receive the Loan.*

By electronically signing this Agreement, you authorize us to verify all of the information that you have provided us, including past and/or current information. If there is any missing or erroneous information in or with your loan application regarding your Bank Account (including without limitation your bank, bank routing number per account number), then you authorize us to verify and correct such information. You agree that your ACH Authorization is subject to our approving this Agreement.

By electronically signing this Agreement, you authorize us to effect ACH debit and credit entries for this loan, and also agree to the ACH Authorizations set forth in this Agreement. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of the La Posta Tribal Lending Enterprise, its affiliates, agents, employees, successors, and registered assigns.

By: La Posta Tribal Lending Enterprise

Please enter your name as it appears on the loan document (NEHEMIE ████).  This is your digital signature and verifies that you agree to and accept the above terms.

| NEHEMIE | ████ |
|---------|------|

12/05/2018

Borrower                    Date

**CONTRATO DE PRÉSTAMO AL CONSUMIDOR**
**Número de préstamo:  19315063**

**La Posta Tribal Lending Enterprise**
**8 Crestwood Road**
**Boulevard, CA 91905**

**INFORMACIÓN DEL PRESTATARIO:**

| | |
|---|---|
| **Lender: La Posta Tribal Lending Enterprise** | **Nombre del Prestatario:** |
| | NEHEMIE B████ |
| **Fecha de emisión: 12/05/2018** | **Identificación del Prestatario:** |
| Esta es la fecha en que firmó y presentó este contrato de préstamo al Prestamista | |
| **Fecha de Vigencia:    12/06/2018** | **Domicilio del Prestatario:** |
| Fecha en que comienza a pagar intereses sobre el préstamo. | ████████ FL 33415 |
| **Fecha de vencimiento del pago final:** | **Banco y Número de Cuenta del Prestatario para Transferencias ACH (la "Cuenta Bancaria")** |
| 12/14/2018 | WELLS FARGO BANK |

Este Contrato de préstamo (el "Contrato") está sujeto a las leyes y la jurisdicción de**La Posta Band of Mission Indians**. En este Contrato, los términos "usted" y "su" se refieren al Prestatario identificado arriba. Los términos "nosotros", "nos", "nuestro" y "Prestamista" se refieren a**La Posta Tribal Lending Enterprise**, prestamista autorizado para desarrollar actividades comerciales de conformidad con las leyes de la Posta Band of Mission Indians. El término "Préstamo" se refiere a este préstamo al consumidor. Con la firma de este Contrato, por la presente usted acepta y consiente en obligarse por los términos y condiciones de este Contrato, consiente a la jurisdicción de**La Posta Band of Mission Indians**respecto a su competencia material y sobre la persona y acepta, asimismo, que ninguna ley o reglamentación estatal se aplicará a este Contrato, su cumplimiento o interpretación.

**DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS:**Las siguientes declaraciones informativas se brindan para que usted pueda comparar el costo de este préstamo con otros productos crediticios que podría obtener. La inclusión por nuestra parte de estas declaraciones no significa que nosotros, o algún titular subsiguiente de este Contrato, otorguemos nuestro consentimiento a la aplicación de las leyes del estado sobre nosotros, el préstamo o este Contrato.

**DECLARACIÓN INFORMATIVA SOBRE VERACIDAD EN LOS PRÉSTAMOS**

| TASA PORCENTUAL ANUAL Costo del crédito como una tasa anual | CARGO POR FINANCIAMIENTO Suma en dinero que le costará el crédito | Cantidad Financiada Suma del crédito entregada a usted o en su nombre | Total de Pagos Suma que habrá pagado después de efectuar todos los pagos programados |
|---|---|---|---|
| **1860.69%** | **$45.88** | **$100.00** | **$145.88** |

PAGO ANTICIPADO:Si usted paga por completo el Préstamo por anticipado no deberá pagar una penalidad.

INTERÉS DE GARANTÍA: Su Autorización de la ACH es la garantía de este préstamo.

Vea en el Contrato de Préstamo información adicional acerca de falta de pago, incumplimiento, reintegro íntegro requerido antes de la fecha programada y penalidades por pago anticipado.

| Number of Payments | Principal and Interest | Service Fee | Total Payment | Payment Due |
|---|---|---|---|---|
| 1 | $100.88 | $45.00 | $145.88 | 12/14/2018 |

**Detalle de la Cantidad Financiada:**

Suma entregada directamente a usted (no puede exceder     $100.00
$5,000.00):

**PROMESA DE PAGO:**Usted se compromete a pagar a la orden del Prestamista, o de un cesionario registrado de este Contrato, la suma de capital de $100.00 con más los intereses y cargos de $45.88.

**DECLARACIÓN INFORMATIVA DE CUOTA COMO CARGO EN CONCEPTO DE FINANCIAMIENTO:**Pese a que el cargo que le cobramos no es en concepto de intereses, la Ley Federal de Veracidad en los Préstamos exige que se incluya en el cálculo de los cargos por financiamiento de su préstamo. Por ejemplo, para un préstamo otorgado hoy por la suma de $300.00, pagadero en 14 días con 36% de interés anual y una cuota de $105, la Tasa Porcentual Anual del Cargo por financiamiento declarado por el prestamista será de 948.48%.

**PAGOS:** Usted promete pagar la suma correspondiente al Total de Pagos indicada arriba en la Fecha de Vencimiento de Pago o antes de ese día. Si eligió la opción de Autorización de Débito ACH, iniciaremos un Asiento de Débito ACH como se indica abajo. Además, usted acepta que nosotros no podremos supeditar el Préstamo a que usted obtenga algún otro producto o servicio de nosotros o de un tercero y que no hemos supeditado el Préstamo a eso.

**VERIFICACIÓN:**Usted nos autoriza a verificar la información que nos proporciona en relación con su solicitud de Préstamo. Usted nos otorga su consentimiento para que obtengamos información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. Nos reservamos el derecho de retener la entrega de fondos de este Préstamo, en cualquier momento antes de su desembolso, para permitirnos verificar la información que usted nos proporcionó.

**AUTORIZACIÓN DE ACH PARA ABONAR EN LA CUENTA BANCARIA:**A menos que los productos de este Contrato se apliquen al saldo de un préstamo pendiente que usted podría adeudarnos, usted nos autoriza y autoriza a nuestros agentes a iniciar un asiento de crédito de la Cámara de Compensación Automática ("ACH", por sus siglas en inglés) a su Cuenta Bancaria para desembolsar los recursos de este Préstamo.

**AUTORIZACIÓN DE ACH PARA DEBITAR LA CUENTA BANCARIA:**A menos que usted decida enviarnos por correo un cheque o giro postal por concepto de pago por este Préstamo, usted nos autoriza y autoriza a nuestros agentes, sucesores, empleados y cesionarios registrados, a retirar dinero de su Cuenta Bancaria para cada pago que nos adeuda, incluidos todos los cargos por pagos devueltos y la suma total que nos adeuda si usted no nos paga cuando lo acordó en este Contrato. Usted acepta que podemos retirar

EXHIBIT 9
Page 115

dinero de su Cuenta Bancaria (denominado "Asiento de Débito ACH") en cada fecha de pago programada indicada en el Programa de Pagos arriba. Este derecho a retirar dinero de su Cuenta Bancaria se mantendrá en pleno efecto hasta lo que ocurra primero de los siguientes: (i) usted nos pague el total de lo que nos adeuda en virtud de este Contrato o (ii) usted nos indica o indica a la institución que administra su Cuenta Bancaria (el "Banco Pagador") que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. Usted reconoce y acuerda que esa Autorización de ACH para Debitar la Cuenta Bancaria redunda en el beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios registrados.

**AVISO: NINGÚN PRESTATARIO PUEDE TENER PENDIENTES DE PAGO MÁS DE TRES DÉBITOS GARANTIZADOS ELECTRÓNICOS EN NINGÚN MOMENTO DADO.**

**REVOCACIÓN DE LA AUTORIZACIÓN DE DÉBITO DE ACH :**La autorización de débito de ACH se mantendrá con plena vigencia y efecto hasta lo que ocurra primero de los siguientes: (i) usted satisface todas sus obligaciones de pago en virtud de este Contrato o (ii) usted nos indica o indica al Banco Pagador que nosotros ya no podremos retirar dinero de su Cuenta Bancaria con tiempo suficiente para permitir que el Banco Pagador o nosotros dejemos de retirar el dinero de su Cuenta Bancaria. El hecho de revocar su autorización de la ACH no le exime a usted de su obligación de pagar su Préstamo por completo.

**AUTORIZACIÓN DE LETRA A LA VISTA:**Si usted revoca una Autorización de Débito ACH que nos brindó anteriormente o nosotros no recibimos un pago antes de la Fecha de Vencimiento de Pago, usted nos autoriza y autoriza a nuestros agentes, sucesores y cesionarios a crear y presentar letras a la vista pagaderas a nosotros por la suma de cada pago adeudado de conformidad con este Contrato, incluidos todos los cargos por pagos devueltos y otras sumas adeudadas a nosotros al aplicarse el pago anticipado de este Préstamo como resultado de su Incumplimiento. Su firma escrita abajo constituye su autorización para que nosotros autentiquemos letras a la vista, que también se conocen por el nombre de giros a la vista, telecheques o cheques electrónicos, giros previamente autorizados o giros físicos. Si usted considera que cobramos su Cuenta Bancaria de una manera no contemplada en esta autorización, comuníquese con nosotros. Usted nos autoriza a modificar la suma de todos los pagos previamente autorizados mediante con letras a la vista según sea necesario para reintegrar los pagos a plazos y todos los restantes pagos adeudados en virtud de este Contrato.

**NOTIFICACIÓN DE CONVERSIÓN DE CHEQUES:**Cuando usted entrega un cheque como pago, acepta que nosotros podremos utilizar la información de su cheque para realizar un retiro electrónico por única vez de su Cuenta Bancaria o para procesar el pago como una transacción con cheque. Cuando utilizamos información de su cheque para realizar un retiro de su Cuenta Bancaria, los fondos de su Cuenta Bancaria pueden retirarse tan pronto como el mismo día que recibimos su pago y su institución financiera no le enviará el cheque que usted emitió. Si necesita información adicional, comuníquese por teléfono al número de nuestro Servicio de atención al cliente: 888-645-4171.

**APLICACIÓN DE LOS PAGOS:**El Prestamista aplicará sus pagos en el orden siguiente: (1) a los cargos y cuotas adeudados, (2) a los intereses acumulados pero pendientes de pago y (3) a las sumas de capital pendientes de pago.

**DECLARACIÓN INFORMATIVA SOBRE INTERÉS DE GARANTÍA:**En la medida que su aceptación de que nosotros retiremos dinero de su Cuenta Bancaria se considera un interés de garantía conforme a las leyes de La Posta Band of Mission Indians, por la presente usted nos otorga un interés de garantía en esa autorización de retiro con el sistema ACH.

**PAGO ANTICIPADO:**Usted puede pagar en forma anticipada la totalidad o una parte de la suma que nos adeuda, en cualquier momento, sin penalidad.

**POLÍTICA DE REFINANCIAMIENTO:**A menos que se le notifique de otra manera, se debitará en su cuenta la cantidad adeudada mínima para refinanciar este préstamo por otro período.

**CARGO POR PAGO DEVUELTO:**Si algún pago que usted realiza de este Préstamo no es atendido o no puede ser procesado por la razón que sea, incluido si su Cuenta Bancaria carece del dinero suficiente, usted acepta pagarnos un cargo de $25.00. Usted nos autoriza y autoriza a nuestros agentes a realizar un retiro por única vez de su Cuenta Bancaria para cobrar ese cargo si también seleccionó la Autorización de Débito ACH. Su institución financiera también podría imponer un cargo correspondiente.

**INCUMPLIMIENTO:**Usted habrá incumplido la promesa que nos hizo en este Contrato (cada una de las siguientes será considerada un "Incumplimiento") si: (a) suministra información falsa o engañosa sobre sí mismo, su empleo o su situación financiera antes de celebrar este contrato, (b) usted no efectúa un pago antes de la fecha de vencimiento o si, por la razón que sea, su pago nos es devuelto o bien, (c) usted se declara en bancarrota o pasa a ser considerado deudor en virtud de las Leyes Federales de Bancarrota.

**CONSECUENCIAS DEL INCUMPLIMIENTO:**Si usted no procede del modo acordado conforme a este Contrato, nosotros podremos, a nuestra opción, actuar de una o más de las siguientes maneras: (a) exigirle que nos pague de inmediato la totalidad de lo que nos adeuda; (b) retirar dinero de su Cuenta Bancaria que no estaba disponible cuando intentamos retirarla en una oportunidad anterior, si usted seleccionó la Autorización de Débito ACH y (c), por todos los medios legales disponibles, emprender acciones para cobrar lo que nos adeuda en el caso de que declaremos que todas las sumas adeudadas conforme a este Contrato son exigibles de inmediato en virtud de que usted no nos pagó, y entonces usted también nos autoriza y autoriza a nuestros agentes a retirar dinero de su Cuenta Bancaria por el total de la cantidad exigible conforme a este Contrato, si seleccionó la Autorización de Débito ACH. Si elegimos alguna o más de estas alternativas, no renunciamos a nuestro derecho a utilizar posteriormente algún otro método para cobrar el dinero que usted nos adeuda. Podremos tomar la decisión de no emplear ninguno de los métodos detallados arriba para recuperar el dinero que usted nos adeuda. En ese caso, no renunciamos a nuestro derecho de considerar lo que usted manifestó que haría para efectuar los pagos y, si usted no efectúa esos pagos, consideraremos que usted está en estado de Incumplimiento.

**INFORMES CREDITICIOS:**Podremos hacer llegar información acerca de su Préstamo a agencias de informes crediticios. Los pagos atrasados, los pagos no efectuados u otros hechos con respecto a usted podrían constar en su informe crediticio.

**DERECHO DE CANCELACIÓN Y DEJAR SIN EFECTO EL PRÉSTAMO:**USTED PUEDE CANCELAR Y DEJAR SIN EFECTO EL PRÉSTAMO, SIN COSTO PARA USTED O SIN MÁS OBLIGACIÓN PARA CON NOSOTROS, CON SOLO EXHIBIT 9

Page 116

COMUNICARSE POR TELÉFONO GRATIS AL 888-645-4171 ANTES DE LAS 5:00 P.M. HORA DEL PACÍFICO, EL PRIMER DÍA LABORABLE BANCARIO POSTERIOR A LA FECHA DE VIGENCIA. USTED PUEDE CANCELARLO Y DEJARLO SIN EFECTO SOLO SI NOS DEVUELVE EL DINERO DEL PRÉSTAMO QUE TRANSFERIMOS A SU CUENTA BANCARIA, REGRESA EL CHEQUE DE FONDOS DEL PRÉSTAMO ENVIADO A USTED POR CORREO O SI NOSOTROS SOMOS CAPACES DE RETIRAR DE SU CUENTA BANCARIA LOS FONDOS DE SU PRÉSTAMO.

**CARGOS BANCARIOS DEL PRESTATARIO:**Usted no nos responsabilizará ni responsabilizará a nuestros agentes por los cargos o cuotas que deba pagar como resultado de la presentación de un cheque o una solicitud de retiro en su banco en relación con este Contrato.

**PROCEDIMIENTOS DE RESOLUCIÓN DE CONTROVERSIAS**

**LEA ATENTAMENTE LAS SIGUIENTES DISPOSICIONES.**

Toda controversia que pudiera tener con nosotros en virtud de este Contrato será resuelta de conformidad con los procedimientos de Resolución de Controversias del Prestatario de La Posta Band of Mission Indians.

Usted reconoce y acepta que al firmar este Contrato:

**(a) USTED RENUNCIA A SU DERECHO A TENER UN JUICIO POR JURADO PARA RESOLVER UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS; y**

**(b) USTED RENUNCIA A SU DERECHO A QUE UN TRIBUNAL RESUELVA UNA PRESUNTA CONTROVERSIA CON NOSOTROS O CON TERCEROS RELACIONADOS.**

**Procedimientos de Resolución de Controversias de la Tribu.**Si usted tiene una pregunta o un conflicto con respecto a su préstamo o algún aspecto de este Contrato, en primer lugar deberá comunicarse por teléfono con nosotros al 888-645-4171 o bien, por escrito al domicilio indicado en la primera página de este Contrato. Haremos todo lo que esté a nuestro alcance para responder su pregunta o resolver su conflicto. Si no está satisfecho con nuestra respuesta, deberá presentar una reclamación por escrito a Tribal Lending Regulatory Authority, 8 Crestwood Road , Boulevard, California 91905. La reclamación deberá ser presentada en los primeros cinco (5) días hábiles después de que usted reciba nuestra respuesta a su consulta o conflicto y deberá describir el conflicto así como la reparación que reclama. La Posta Tribal Lending Regulatory Authority o su Administrador de Reclamaciones procesará las reclamaciones de conformidad con La Posta Tribal Lending Regulatory Ordinance (Ordenanza Normativa de La Posta Tribal Lending). Las partes de una controversia que no están satisfechas con la decisión de Tribal Lending Regulatory Authority o su Administrador de Reclamaciones puede solicitar la revisión de la decisión del Consejo Tribal de La Posta Band of Mission Indians, cuya decisión será definitiva y no estará sujeta a revisiones posteriores, salvo como se dispone abajo

Para que sea considerada, toda reclamación por escrito que usted presente deberá cumplir los requisitos de procedimiento y materiales de las leyes de La Posta Band of Mission Indians. Puede solicitar copias de las leyes tribales vigentes con solo comunicarse por teléfono al Servicio de atención al cliente al 888-645-4171.

**Recurso de Arbitraje.**Si usted no está satisfecho con una decisión definitiva del Consejo Tribal de La Posta Band of Mission Indians con respecto a su reclamación, puede apelar la decisión y someterla a arbitraje. Usted tiene derecho a seleccionar alguna de las siguientes organizaciones de arbitraje para administrar la apelación: American Arbitration Association (1-800-778-7879) http://www.jamsadr.com; JAMS (1-800-352-5267) http://www.jamsadr.com; o una organización arbitral acordada entre nosotros. La apelación estará regida por las normas y los procedimientos vigentes de la organización arbitral elegida para controversias al consumidor, en la medida que tales normas y procedimientos no contradigan las leyes de La Posta Band of Mission Indians o los términos y condiciones explícitos del presente Contrato.

**Inmunidad Soberana.**La Posta Band of Mission Indians es una tribu india reconocida por el gobierno federal que, junto con sus departamentos y agencias gubernamentales y empresas económicas, posee inmunidad soberana en cuanto a demandas iniciadas sin su consentimiento. Esto significa que no puede presentarse ninguna demanda judicial en contra de la Tribu en general o de La Posta Tribal Lending Enterprise en particular, sin el consentimiento de La Posta Band of Mission Indians. La Tribu ha renunciado a la inmunidad soberana de La Posta Tribal Lending Enterprise solo para el fin determinado de permitir la presentación en contra de nosotros de Reclamaciones con respecto a Controversias de clientes utilizando los procedimientos detallados arriba y en los Reglamentos de La Posta Tribal Lending Regulatory Authority y no para algún otro fin o procedimiento. Esta renuncia limitada de inmunidad soberana tiene el solo objeto de beneficiar a los clientes de La Posta Tribal Lending Enterprise y a ninguna otra persona o entidad y limita la reparación que podría obtenerse como resultado de una Reclamación sin cargas de La Posta Tribal Lending Enterprise.

**Otras Disposiciones.**Las disposiciones para Resolución de Controversias en este Contrato seguirán vigentes después de: (i) la terminación o los cambios en este Contrato, la Cuenta o la relación entre nosotros con respecto a la Cuenta; (ii) la bancarrota de una de las partes y (iii) la transferencia, venta o cesión a alguna persona o entidad de mi Pagaré, o de las sumas adeudadas en mi cuenta. Las disposiciones para Resolución de Controversias en este Contrato tienen por objeto redundar en beneficio de usted, sus herederos, sucesores y cesionarios y tienen carácter vinculante con todos ellos. También son vinculantes y redundarán en beneficio de nosotros, nuestros sucesores, cesionarios y terceros relacionados. Las disposiciones para Resolución de Controversias en este Contrato continuarán con plena vigencia y efecto, aun cuando sus obligaciones hubieran sido pagadas o rehabilitadas por bancarrota. Las disposiciones para Resolución de Controversias seguirán vigentes después de la terminación, modificación, caducidad o cumplimiento de todas las transacciones entre usted y nosotros a menos que lo acordemos de alguna otra manera por escrito. Si alguna parte de estas disposiciones para Resolución de Controversias se considera no válida, las restantes disposiciones continuarán vigentes.

**LEYES VIGENTES.**Este Contrato está regido por las leyes federales y las leyes de La Posta Band of Mission Indians.

EXHIBIT 9
Page 117

**LLAMADAS POR TELÉFONO.**Por la presente, usted acepta que en caso de que necesitemos comunicarnos con usted con respecto a su cuenta o por el reintegro de su Préstamo, podremos llamarle por teléfono a los números, incluidos los números de teléfono celular, que nos suministró y que podremos dejar grabado un mensaje de marcado automático o pregrabado o bien, emplear otra tecnología, como por ejemplo, el sistema de mensajes SMS u otro tipo de mensaje de texto, para ponernos en contacto o comunicarnos con usted.

**VERIFICACIÓN.**Usted nos autoriza a verificar toda la información que nos suministró para obtener la aprobación de este Préstamo.

**Comunicaciones:**Podremos comunicarnos con usted por correo electrónico, mensajes de texto, teléfono o correo postal para brindarle información sobre el estado de cuenta, como por ejemplo, recordatorios de fechas de vencimiento, avisos de morosidad o iniciativas de cobro.

Además, podremos comunicarnos con usted de vez en cuando a efectos de notificarle sobre ofertas especiales relativas a nuestros productos y servicios, así como ofertas de nuestros asociados relativas a diferentes productos financieros. Usted puede excluirse voluntariamente de recibir estas comunicaciones con solo llamar al 1-888-645-4171.
You may opt out of receiving these communications by calling 1-888-645-4171.

*Con su firma electrónica en este Contrato*usted certifica que la información proporcionada en relación con este Contrato es veraz y correcta. Usted nos autoriza a verificar la información proporcionada en relación con este Contrato y nos da su autorización para obtener información sobre usted de una agencia de informes crediticios al consumidor u otras fuentes. *Usted reconoce, declara y asegura que (a) leyó, comprendió y aceptó todos los términos y condiciones de este Contrato, incluidas las declaraciones informativas y disposiciones para Resolución de Conflictos, (b) este Contrato contiene todos los términos y condiciones del contrato entre usted y nosotros y que no se realizaron declaraciones o promesas diferentes de las que contiene este Contrato, (c) usted específicamente autoriza los retiros de su Cuenta Bancaria y los depósitos a su Cuenta Bancaria como se describen en este Contrato y que seleccionó la Autorización de Débito ACH, (d) usted no es deudor en ningún procedimiento de Bancarrota y no tiene ninguna intención de presentar una solicitud de declaración de quiebra acogiéndose a ningún capítulo del United States Bankruptcy Code (Código de Concursos y Quiebras de los Estados Unidos), (e) este Contrato fue completado ante usted antes de que usted lo firmara y (f) usted es capaz de imprimir o conservar un ejemplar llenado de este Contrato. Usted asimismo acepta que podremos retener los fondos de su préstamo hasta que nos aseguremos de que toda la información que nos proporcionó en su solicitud es veraz y decidamos si usted satisface nuestros requisitos para recibir el Préstamo.*

Con su firma electrónica en este Contrato, usted nos autoriza a verificar toda la información que nos proporcionó, incluida información pasada o actual. Si falta información en su solicitud de préstamo o adjunta a ella, o si su solicitud de préstamo o los documentos adjuntos a ella contienen información errónea con respecto a su Cuenta Bancaria (incluido, sin limitaciones, su banco o el código numérico interbancario por número de cuenta), entonces usted nos autoriza a verificar y corregir esa información. Usted acepta que su Autorización ACH está sujeta a la aprobación de este Contrato por nuestra parte.

Con su firma electrónica en este Contrato, usted nos autoriza a realizar asientos de débito y crédito ACH para este préstamo y también acepta las Autorizaciones ACH estipuladas en este Contrato. Usted reconoce y acepta que esa Autorización ACH para Cargar la Cuenta Bancaria redunda en beneficio de La Posta Tribal Lending Enterprise, sus afiliadas, agentes, empleados, sucesores y cesionarios registrados.

Por: La Posta Tribal Lending Enterprise

Escriba su nombre, como consta en el documento de préstamo (NEHEMIE B_____ ). Esta es su firma digital y confirma que usted conviene en los términos y condiciones estipulados arriba y los acepta.



| NEHEMIE |
| E_____ |

| | 12/05/2018 |
| Prestatario | Fecha |

 Virus-free. www.avg.com

On Thu, Feb 28, 2019 at 8:29 AM Nehemie B_____ gmail.com> wrote:
  Stop taking money out of my account. I only borrowed 100 why are u still taking money from my account

  On Wed, Dec 5, 2018, 12:46 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com> wrote:
    BECAUSE IT IS AN INDIAN TIME LOAN AND THEY ARE DUE BY THE NEXT PAYDATE.
    JUSTIN
    60286

     Virus-free. www.avg.com

    On Wed, Dec 5, 2018 at 9:42 AM Nehemie B_____ <r_____@gmail.com> wrote:
    Why the payback so soon?

      On Wed, Dec 5, 2018, 12:41 PM GENTLE BREEZE <gentlebreezeonlinefund@gmail.com wrote:
      Your loan is Approved for $100.00! The fee on that is $45.88 which will be due on 12/14/18.....All that is required to fund the account is your
      electronic signature. Log onto our website                                            EXHIBIT 9
                                                                                              Page 118

7/20/2020                                        Gmail - Re: CONGRATS 60286

WWW.MYGBO.COM

Type your email address in all CAPS. Password is the first name only in lower case (small) letters. Click login. Click the big yellow/green $ sign on top right. Click here to continue to E-signs. That will take you to your contract. Scroll down to the bottom of the page. Find the military disclosure. Check the box that applies. Below that check the box by the red arrow : "I have read and I agree to the terms of the loan". Type first and last name. Click "I accept". Congratulations and your funds will be available next business day!

Payback options :

*ROLLOVER = (You can rollover your loan by just paying the fee on the loan that is only the financial fees and it doesn't goes towards the loan only extends it)

*BUYDOWN = (You can add more money to your financial fee to bring the principal of your loan down )

*PAYOFF = (You can pay off your loan when ever you like  * it includes the fee plus your loan amount )

 Just make sure when you're ready to pay off the loan you give us a call 3 days before, and keep in mind the fees with the rollover option do not go towards your loan. You can rollover for months and not pay off on your loan.
Thank you! and Have a Great Day.


Customer Service Representative
JUSTIN
60286


 Virus-free. www.avg.com