UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:20-cv-00840-JAD-NJK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER |
| **LEAD EXPRESS, INC.**, *et al.*, | (Second Request) |
| Defendants. | |

Pursuant to Local Rule IA 6-1, the FTC and Defendants (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to the complaint in this action ("Complaint"). This is the second stipulation for extension of time to file an answer or otherwise respond to the Complaint. In support thereof, the Parties state:

1. Pursuant to the Court's Order, dated June 16, 2020 (ECF No. 40), Defendants' responsive pleadings are due on July 24, 2020.

2. The Parties stipulate and agree that good cause exists to extend the time within which to file an answer, and that the parties are acting in good faith. In particular, the Parties stipulated to the entry of Preliminary Injunctions (*see* ECF Nos. 44-47). Since then, the Parties have been working with the Receiver in the discharge of his duties, and Defendants have been taking all necessary steps to comply with the Preliminary Injunctions, which consumed their time and focus.

3. This 30-day extension to file responsive pleadings will not delay the proceedings because the Parties have agreed to begin limited discovery in advance of the agreed-on August 24, 2020 responsive pleading filing deadline.

4. Now, Defendants seek a 30-day extension from July 24 in which to file responsive pleadings.  The FTC stipulates to this extension.

5. Therefore, the Parties stipulate and agree that Defendants shall have until August 24, 2020 to answer or otherwise respond to the Complaint.

6. This agreement shall be without prejudice to any party and is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

*/s/Gregory A. Ashe*
GREGORY A. ASHE
HELEN CLARK
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-3373 (Clark)
Facsimile: 202-326-3768
Email: gashe@ftc.gov; hclark@ftc.gov

NICHOLAS A. TRUTANICH
United States Attorney
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

*Attorneys for Plaintiff Federal Trade Commission*

IT IS SO ORDERED.
Dated:  August 4, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

*/s/ M. Magali Mercera*
M. MAGALI MERCERA (Nev. Bar #11742)
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-214-2100
Facsimile: 702-214-2101
E-mail: mmm@pisanellibice.com

DAVID N. ANTHONY
MICHAEL E. LACY
TIMOTHY A. BUTLER
RYAN J. STRASSER
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 303008
Telephone: 804-697-5410 (Anthony)
Telephone: 804-697-1326 (Lacy)
Telephone: 404-885-3697 (Butler)
Telephone: 804-697-1478 (Strasser)
Email: david.anthony@troutman.com,
Michael.lacy@troutman.com,
timothy.butler@troutman.com,
ryan.strasser@troutman.com

*Attorneys for Defendants Lead Express, Inc., Camel Coins, Inc., Sea Mirror, Inc., Naito Corp., Kotobuki Marketing, Inc., Ebisu Marketing, Inc., Hotei Marketing, Inc., Daikoku Marketing, Inc., Takehisa Naito, and Keishi Ikeda*