UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **LEAD EXPRESS, INC.**, *et al.*, <br><br> Defendants. | CASE NO. 2:20-cv-00840-JAD-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER** <br> **(Third Request)** |

Pursuant to Local Rule IA 6-1, the FTC and Defendants (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to the complaint in this action ("Complaint"). This is the third stipulation for extension of time to file an answer or otherwise respond to the Complaint. In support thereof, the Parties state:

1. Pursuant to the Court's Order, dated August 4, 2020 (ECF No. 68), Defendants' responsive pleadings are due on August 24, 2020.

2. The Parties stipulate and agree that good cause exists to extend the time to file an answer or otherwise respond to the Complaint, and the parties are acting in good faith. In particular, the Parties stipulated to the entry of Preliminary Injunctions (*see* ECF Nos. 44-47). Since then, the Parties have been working with the Receiver in the discharge of his duties, and Defendants have been taking all necessary steps to comply with the Preliminary Injunctions, which consumed their time and focus.

3. This 60-day extension to file responsive pleadings will not delay the proceedings because the Parties have agreed to begin limited discovery in advance of the responsive pleading deadline.

4. The Parties are also currently in settlement discussions. A possible settlement would eliminate the need for Defendants to file a responsive pleading and avoid wasting time and scare resources. Accordingly, Defendants seek a 60-day extension from August 24, 2020, in which to file responsive pleadings. The FTC stipulates to this extension.

5. Therefore, the Parties stipulate and agree that Defendants shall have until August 24, 2020, to October 23, 2020, to answer or otherwise respond to the Complaint.

6. This agreement shall be without prejudice to any party and is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ Gregory A. Ashe*<br>GREGORY A. ASHE<br>HELEN CLARK<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850<br>Email: gashe@ftc.gov; hclark@ftc.gov<br><br>NICHOLAS A. TRUTANICH<br>United States Attorney<br>LINDSAY AGER<br>Assistant United States Attorney<br>Nevada Bar No. 11985<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Federal Trade Commission* | */s/ M. Magali Mercera*<br>M. MAGALI MERCERA (Nev. Bar #11742)<br>Pisanelli Bice PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>E-mail: mmm@pisanellibice.com<br><br>DAVID N. ANTHONY<br>MICHAEL E. LACY<br>TIMOTHY A. BUTLER<br>RYAN J. STRASSER<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 303008<br>Email: david.anthony@troutman.com,<br>Michael.lacy@troutman.com,<br>timothy.butler@troutman.com,<br>ryan.strasser@troutman.com<br><br>*Attorneys for Defendants Lead Express, Inc., Camel Coins, Inc., Sea Mirror, Inc., Naito Corp., Kotobuki Marketing, Inc., Ebisu Marketing, Inc., Hotei Marketing, Inc., Daikoku Marketing, Inc., Takehisa Naito, and Keishi Ikeda* |

*/s/ Justin Gray (by permission)*
JUSTIN GRAY
Rosette, LLP
44 Grandville Avenue SW, Suite 300
Grand Rapids, MI 49503
Telephone: 616-655-1601
Email: jgray@rosettelaw.com

*Attorney for Defendant La Posta Tribal Lending Enterprise*

**IT IS SO ORDERED.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Nancy J. Koppe
United States Magistrate Judge

DATED: August 24, 2020