UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEAD EXPRESS, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-00840-JAD-NJK<br><br>**ORDER GRANTING RECEIVER'S FIRST INTERIM APPLICATION**<br>ECF No. 73<br><br>Hearing conducted on 11/13/2020 |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the receivership.

Mr. McNamara was appointed Receiver in this matter by the Order Granting Stipulation to Enter Preliminary Injunction Against the Corporate Defendants ("Corporate PI") entered June 19, 2020 (ECF No. 44). The Corporate PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys (including McNamara Smith LLP), accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order." Corporate PI, Section XII(F), page 15.

The Corporate PI also provides that the Receiver and all personnel hired by the Receiver "are entitled to reasonable compensation for the performance of duties pursuant to this Order and

for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by, in the possession or control of, or which may be received by, the Receivership Entities," based on periodic requests to the court. Corporate PI, Section XVIII, page 22.

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application and approves payment of the following requested amounts for fees and expenses for the period through July 31, 2020: $45,264.00 fees and $17,734.21 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; $56,679.00 fees and $3,286.11 expenses of the Receiver's counsel, McNamara Smith LLP; $362.95 fees of the Receiver's local counsel in Nevada, Ballard Spahr LLP; and $12,118.75 fees and $1,340.95 expenses of the Receiver's computer forensic expert, Hadron Computer Forensics & Investigations.

IT IS SO ORDERED.

Dated: 11-13-2020

_____
Hon. Jennifer A. Dorsey
United States District Judge

2