# Justin Gray

| | |
|---|---|
| **From:** | Ashe, Gregory <GASHE@ftc.gov> |
| **Sent:** | Thursday, May 21, 2020 11:24 AM |
| **To:** | Justin Gray; lindsay.ager@usdoj.com |
| **Cc:** | Clark, Helen |
| **Subject:** | RE: FTC v. Lead Express, Case No. 2:20-cv-00840 |
| **Attachments:** | FTC v Lead Express - Motion for Temporary Restraining Order and Memorandum in Support Thereof.pdf |

Mr. Gray,

We are generally available today and tomorrow.  What times work for you.

Meanwhile, I am attaching a copy of the memorandum in support of TRO which lays out in detail our case.  I have also instructed my investigator, Rufus Jenkins, to send you a secure file transfer link containing all of the exhibits and other pleadings (La Posta TLE should have been served with a disk that also contains the exhibits and other pleadings along with paper copies of the complaint, summons, and TRO).

The temporary seal expires today at 5 p.m., so the docket should be public shortly afterwards.

In terms of extension, what time frame are you requesting?

Gregory Ashe
Senior Staff Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-3719

---

**From:** Justin Gray <JGray@rosettelaw.com>
**Sent:** Thursday, May 21, 2020 11:18 AM
**To:** lindsay.ager@usdoj.com; Ashe, Gregory <GASHE@ftc.gov>
**Subject:** FTC v. Lead Express, Case No. 2:20-cv-00840

Mr. Ashe and Ms. Ager,

My firm represents the La Posta Band of Diegueno Mission Indians, and for purpose of litigation, its wholly owned entity, the La Posta Tribal Lending Enterprise ("TLE").  I write in regard to *FTC v. Lead Express, et al.*, Case No. 2:20-cv-00840 (D. Nv. May 11, 2020).

I would like to discuss the case with you, and, with the short timeframe to the May 25, 2020, deadline, the possibility of a modest extension to allow my clients time to consider the allegations in the complaint.  And, as a practical matter, as of this morning, the docket remains sealed so I have only had time to review a few of the filings and none of the exhibits or attachments that may have been filed along with the pleadings.  Additional time to review the full docket and any evidence would certainly help me advise my clients.

Is there an opportunity tomorrow, Friday May 22, 2020, to discuss the case?

Thank you for your consideration.

**Justin Gray, Attorney**
**Rosette, LLP**
**Attorneys at Law**
Michigan Office
44 Grandville Ave. SW
Suite 300
Grand Rapids, MI 49503
Office: (616) 655-1601
jgray@rosettelaw.com
www.rosettelaw.com

*This message may contain privileged communication between attorney and client.  It is intended for use only by the original recipient.  If you receive this message in error, please notify the sender, then delete and disregard this message.*