**Justin Gray**

| | |
|---|---|
| **From:** | Ashe, Gregory <GASHE@ftc.gov> |
| **Sent:** | Friday, June 5, 2020 9:49 AM |
| **To:** | Justin Gray |
| **Cc:** | Clark, Helen |
| **Subject:** | RE: FTC v. Lead Express |
| **Attachments:** | 727 Final order for AMG and MNES.pdf; 888 Red Cedar Services final judgment.pdf; 889 SFS final judgment.pdf |

As we mentioned, a final order as to La Posta TLE would be similar to the attached settlements with the various tribal defendants from the AMG case.

Gregory Ashe
Senior Staff Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-3719

---

**From:** Justin Gray <JGray@rosettelaw.com>
**Sent:** Thursday, June 4, 2020 5:45 PM
**To:** Ashe, Gregory <GASHE@ftc.gov>
**Cc:** Clark, Helen <hclark@ftc.gov>
**Subject:** RE: FTC v. Lead Express

Gregory,

These revisions are very helpful. I intend to give it one more pass as I have some additional ideas more related to ensuring that my clients will be able to comply, less related to substance.

In the meanwhile, I know at one time I reviewed the settlement language with the Modoc Tribe, the Santee Sioux Tribe, and the Miami Tribe, but could you send copies of those agreements? You mentioned that any settlement with my clients would follow those formats, so I'd like a chance to begin review of what that means when it is put on paper.

**Justin Gray, Attorney**
**Rosette, LLP**
**Attorneys at Law**
Michigan Office
44 Grandville Ave. SW
Suite 300
Grand Rapids, MI 49503
Office: (616) 655-1601
jgray@rosettelaw.com
www.rosettelaw.com

*This message may contain privileged communication between attorney and client. It is intended for use only by the original recipient. If you receive this message in error, please notify the sender, then delete and disregard this message.*

**From:** Ashe, Gregory <GASHE@ftc.gov>
**Sent:** Wednesday, June 3, 2020 11:22 PM
**To:** Justin Gray <JGray@rosettelaw.com>
**Cc:** Clark, Helen <hclark@ftc.gov>
**Subject:** FTC v. Lead Express

Justin,

Attached is a revised stipulated preliminary injunction.  Please see the revised findings A and C—I believe this should resolve your issues.

Gregory Ashe
Senior Staff Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-3719