# Justin Gray

| | |
|---|---|
| **From:** | Justin Gray |
| **Sent:** | Tuesday, June 23, 2020 9:02 AM |
| **To:** | Ashe, Gregory |
| **Cc:** | Clark, Helen |
| **Subject:** | La Posta TLE |
| **Attachments:** | RE: FTC v. Lead Express - La Posta Tribal Lending Enterprise; 2020 06 23 LPTLE - FTC Financial Statement Attachment - Item 20.pdf; 2020 06 23 LPTLE - FTC Financial Statement Attachment - Items 1 & 2.pdf; 2020 Financials.pdf; Summary of Outstanding Invoices.docx; 2017 Financials.pdf; 2018 Financials.pdf; 2019 Financials.pdf; 2020 06 23 LPTLE - FTC Corporate Financial Form FINAL.pdf |

Gregory and Helen,

Attached please find an unexecuted version of my client's Financial Statement, along with separate attachments for responses to Items 1, 2, and 20. I've also included the 2017-2019 and the 2020 year-to-date financials. I believe them to complete, but if you believe there may be additional information you need, let me know—typically, these types of forms do not accommodate tribal sovereign structures, so we've done what we could within the confines of the form. If this is complete, I'll have it executed (unless routine practice allows me to sign on behalf of my client).

Finally, I've attached a summary of the outstanding invoices to vendors, employees, and Board Members. I hope you'll agree that these final amounts should be paid and we can unfreeze some assets to make these final payments.

Also, to keep you in the loop on matters we've previously discussed, I've attached my most recent correspondence with the receiver and his counsel related to accessing the websites and loan management software.

Are you free for a call later this afternoon to discuss next steps?


**Justin Gray, Attorney**
**Rosette, LLP**
**Attorneys at Law**
Michigan Office
44 Grandville Ave. SW
Suite 300
Grand Rapids, MI 49503
Office: (616) 655-1601
jgray@rosettelaw.com
www.rosettelaw.com

*This message may contain privileged communication between attorney and client. It is intended for use only by the original recipient. If you receive this message in error, please notify the sender, then delete and disregard this message.*