AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Federal Trade Commission,

   Plaintiff,

  v.

Lead Express, Inc., et al.,

   Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00840-JAD-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Federal Trade Commission and against the La Posta Tribal Lending Enterprise, in the total disgorgement amount of $5,073,597, jointly and severally with any other defendant against whom judgment may be entered, with post-judgment interest at the legal rate.

9/14/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk